**2017-2012, -2013, -2014, -2074**

# United States Court of Appeals for the Federal Circuit

PARKERVISION, INC.,

*Appellant,*

*v.*

QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC.,

*Cross-Appellants.*

*Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in Nos. IPR2015-01828, IPR2015-01829 and IPR2015-01831*

## BRIEF FOR APPELLANT PARKERVISION, INC.

WILLIAM MEUNIER
MICHAEL T. RENAUD
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000
wameunier@mintz.com
mtrenaud@mintz.com

*Counsel for Appellant Parkervision, Inc.*

COUNSEL PRESS, LLC (888) 277-3259

**FORM 9. Certificate of Interest** **Form 9 Rev. 10/17**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ParkerVision, Inc. v. Qualcomm Incorporated, Qualcomm Atheros, Inc.

Case No. 17-2012 (Lead), -2013, -2014, -2074

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

ParkerVision, Inc.

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10% or more of stock in the party |
|---|---|---|
| ParkerVision, Inc. | N/A | None |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court **(and who have not or will not enter an appearance in this case)** are:

Thomas F. Presson of ParkerVision, Inc.

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. *See* Fed. Cir. R. 47. 4(a)(5) and 47.5(b). (The parties should attach continuation pages as necessary).

The Court's decision in this consolidated appeal may affect *ParkerVision, Inc. v. Qualcomm Incorporated, et al.*, No. 6:14-cv-00687-PGB-KRS (M.D. Fla.).

October 20, 2017
Date

/s/ *William A. Meunier*
Signature of counsel

Please Note: All questions must be answered

William A. Meunier
Printed name of counsel

cc: all counsel of record

# TABLE OF CONTENTS


CERTIFICATE OF INTEREST ........ i

TABLE OF AUTHORITIES ........ v

STATEMENT OF RELATED CASES ........ 1

STATEMENT OF JURISDICTION ........ 1

I. INTRODUCTION ........ 1

II. STATEMENT OF THE ISSUES ........ 2

III. STATEMENT OF THE CASE AND FACTS ........ 4

A. The ’940 Patent ........ 4

1. Wireless Transmitters Up-Convert Low-Frequency Baseband Signals to High-Frequency RF Signals for Transmission. ........ 4

2. The ’940 Patent Discloses Improved Systems and Methods for Up-Converting a Baseband Signal to an RF Signal. ........ 6

a. The ’940 Patent Systems Include a Switch That Connects and Disconnects (“Gates”) a Baseband Signal. ........ 6

b. The ’940 Patent Systems Include an Oscillating Signal That Produces a Periodic Signal Having a “Plurality of Harmonics.” ........ 9

B. The Nozawa IPRs ........ 13

1. Each Challenged Claim in the Nozawa IPRs Requires an Oscillating Signal to Gate a Baseband Signal and Generate a Periodic Signal Having a Plurality Of Harmonics. ........ 13

2. Qualcomm’s Nozawa IPR Petitions Asserted That Nozawa and Philips Expressly Disclosed the Claimed Oscillating Signal and Plurality of Harmonics. ........ 16

a. The Primary Nozawa IPR References ........ 16

b. Qualcomm’s Grounds in the Nozawa IPR Petitions ........ 18

3. The Trial Proceedings in the Nozawa IPRs ........ 20

a. The Board's Nozawa IPR Institution Orders and Grounds....................20

b. During the Instituted Nozawa IPR Trials, Qualcomm Attempted to Assert New Unpatentability Theories Because the Instituted Grounds Were Proven Incorrect....................21

c. ParkerVision Requested Motions to Strike Qualcomm's New and Untimely Arguments....................23

4. The Board's Final Written Decisions in the Nozawa IPRs....................24

a. The Board's Determinations Concerning Qualcomm's New and Untimely Theories....................24

b. The Board Affirmed the Method Claims, Finding That Qualcomm Had Failed To Prove That Nozawa Teaches "gating a reference signal … to create a periodic signal having a plurality of harmonics."....................25

c. The Board Found the System Claims Challenged in the Nozawa IPRs Unpatentable Based on a New Claim Construction Not Presented in the Nozawa Petitions or Institution Orders....................27

C. The Ariie IPR....................29

1. Each Challenged Claim in the Ariie IPR Requires an Oscillating Signal to Cause a Switch To Gate a Signal....................29

2. Qualcomm's Ariie IPR Petition Asserted That the Ariie Reference Disclosed the Claimed Oscillating Signal To Cause a Switch To Gate a Signal....................30

a. The Primary Ariie IPR References....................30

b. Qualcomm's Grounds in the Ariie IPR Petition....................33

3. The Trial Proceedings in the Ariie IPR....................36

a. The Board's Ariie IPR Institution Order and Grounds....................36

b. During the Instituted Ariie IPR Trial, Qualcomm Attempted To Assert a New Unpatentability Theory Because the Instituted Grounds Were Proven Incorrect....................37

c. ParkerVision Requested Motion To Strike Qualcomm's New and Untimely Arguments. ................38

4. The Board's Final Written Decision in the Ariie IPR .............38

IV. SUMMARY OF THE ARGUMENT ..........................................40

A. The Nozawa IPRs ..........................................40

B. The Ariie IPR ..........................................41

V. ARGUMENT ..........................................42

A. The Applicable Standards of Review ..........................................42

B. All IPRs: The Board Erred By Basing Its Patentability Decisions on Theories Not Presented in the Nozawa and Ariie Petitions. ..........................................43

1. The Board May Not Base Its IPR Patentability Decisions on Theories and Evidence Not Presented in the IPR Petition. ..........................................43

2. The Nozawa IPRs: The Board Relied on an Untimely "Capable Of" Construction and Theory ..........................................45

3. The Ariie IPR: The Board Relied on Two Untimely Unpatentability Theories. ..........................................49

a. Qualcomm's Untimely Obviousness Theory Concerning "To Gate" ..........................................49

b. The Board's Own Untimely "Capable Of" Construction and Theory ..........................................51

C. The Nozawa IPRs: The Board Erred in Construing Apparatus Claims To Read Out the Limitations Missing from the Nozawa References. ..........................................51

1. The Method and System Claims Both Require an Oscillating Signal Configured To Generate a Plurality Of Harmonics. ..........................................52

2. The Board's Construction of the Claims Improperly Reads In "Capable Of" and Reads Out the Required Oscillating Signal and Plurality of Harmonics Limitations. ..........................................54

3. The Decisions Identified by the Board Do Not Support Its Erroneous Claim Construction. ..........................................56

D. The Ariie IPR: The Board Erred By Relying on Unpatentability Theories Unsupported By the Law or Evidence. ................................58

1. Qualcomm and the Board Failed To Identify Substantial Evidence of the Required Motivation To Replace the Ariie Oscillating Signal with the Krauss Oscillating Signal. ..........................................................................58

2. The Board's Alternate Theory of the Claims Improperly Reads In "Capable Of" and Reads Out the Required "Oscillating Signal" and "Switch Module To Gate" Limitations. ......................................................................60

VI. CONCLUSION...........................................................................................61

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Ball Aerosol & Specialty Container, Inc. v. Ltd. Brands, Inc.*,
555 F.3d 984 (Fed. Cir. 2009) ....................56

*Belden, Inc. v. Berk-Tek LLC*,
805 F.3d 1064 (Fed. Cir. 2015) ....................44

*Callcopy v. Verint Americas, et al.*,
IPR2013-00486, Paper No. 11 (PTAB Feb. 5, 2014)....................59

*Dell Inc. v. Acceleron, LLC*,
818 F.3d 1293 (Fed. Cir. 2016) ....................44, 45, 56

*General Electric Co. v. Jewel Incandescent Lamp Co.*,
326 U.S. 242 (1945)....................58

*Hewlett-Packard Co. v. Bausch & Lomb Inc.*,
909 F.2d 1464 (Fed. Cir. 1990) ....................57, 58

*In re Chaganti*,
554 Fed. Appx. 917 (Fed. Cir. 2014)....................60

*In re Giannelli*,
739 F.3d 1375 (Fed. Cir. 2014) ....................43, 56

*In re Kahn*,
441 F.3d 977 (Fed. Cir. 2006) ....................59, 60

*In re Kao*,
639 F.3d 1057 (Fed. Cir. 2011) ....................44

*In re Kotzab*,
217 F.3d 1365 (Fed. Cir. 2000) ....................44

*In re NuVasive, Inc.*,
841 F.3d 966 (Fed. Cir. 2016) ....................45, 48, 49

*In re Varma v. IBM Corp.*,
816 F.3d 1352 (Fed. Cir. 2016) ....................43

*Intelligent Bio-Systems, Inc. v. Illumina Cambridge, Ltd.*,
821 F.3d 1359 (Fed. Cir. 2016) ....................................................44, 45, 51

*KSR Int'l Co. v. Teleflex Inc.*,
550 U.S. 398 (2007)....................................................................................59, 60

*Motorola, Inc. v. Interdigital Tech. Corp.*,
121 F.3d 1461 (Fed. Cir. 1997) ..................................................................55

*Owens Corning v. Fast Felt Corp.*,
No. 2016-2613, slip op. (Fed. Cir. Oct. 11, 2017)........................................43

*Randall Mfg. v. Rea*,
733 F.3d 1355 (Fed. Cir. 2013) ..................................................................43

*Symantec Corp. v. Rpost Commc'ns Ltd.*,
IPR2014-00355, Paper No. 12 (PTAB July 15, 2014) ....................................59

**Federal Statutes and Regulations**

28 U.S.C. § 1295(a)(4)(A) ..............................................................................1

35 U.S.C. § 6 ....................................................................................................1

35 U.S.C. § 319 ................................................................................................1

35 U.S.C. § 141 ................................................................................................1

37 C.F.R. § 42.23(b) .......................................................................................44

## STATEMENT OF RELATED CASES

Appellant ParkerVision, Inc. ("ParkerVision") certifies that no other appeal from the same proceedings below is now or was previously before this Court or any other appellate court.

The Court's decision in this consolidated appeal may affect *ParkerVision, Inc. v. Qualcomm Incorporated*, *et al.*, No. 6:14-cv-00687-PGB-KRS (M.D. Fla.), in which the same patent at issue here, U.S. Patent No. 6,091,940 ("the '940 patent") is asserted.

## STATEMENT OF JURISDICTION

The United States Patent and Trial Appeal Board had jurisdiction over the three petitions for *inter partes* review brought by Qualcomm Incorporated and Qualcomm Atheros, Inc. (together "Qualcomm") under 35 U.S.C. § 6 that are the subject of this appeal: IPR2015-01828, IPR2015-01829, and IPR2015-01831. The Board issued its Final Written Decisions in the three proceedings on March 7, 2017. Appx1-13; Appx24-45; Appx46-65. Appellant ParkerVision timely filed its notices of appeal on May 9, 2017. Appx525-529; Appx3353-3357; Appx5522-5526. This Court has jurisdiction under 28 U.S.C. § 1295(a)(4)(A) and 35 U.S.C. §§ 319 and 141.

## I. INTRODUCTION

In the IPR trials below, ParkerVision proved that each of Qualcomm's asserted and instituted unpatentability Grounds was incorrect and unsupported.

Qualcomm then abandoned those Grounds. But the Board nonetheless found that Qualcomm had met its burden of proving that some (although not all) of the challenged ’940 patent claims were unpatentable. In doing so, the Board committed three types of reversible error:

(1) After acknowledging that the Board may not base it patentability decisions on untimely theories, the Board did exactly that. In each IPR, the Board invalidated the challenged claims based on a theory that was not presented in Qualcomm’s Petitions and that ParkerVision was not allowed to rebut.

(2) When considering two of those untimely theories, the Board made factual findings that the asserted prior references did not teach certain elements of each of the invalidated claims, but it then nonetheless found the claims unpatentable. The Board did so by improperly construing the claims to read those elements out of the claims.

(3) When considering the remaining untimely theory, the Board relied on a new proposed obviousness combination for which Qualcomm did not even allege—much less identify the required substantial evidence proving—the necessary motivation to combine.

## II. STATEMENT OF THE ISSUES

ParkerVision’s challenged ’940 patent generally concerns a wireless transmitter circuit in which an oscillating signal is configured to drive a switch to

gate a baseband signal and generate a plurality of harmonics. The Board instituted a total of six Qualcomm IPRs against this patent, three of which are the subject of this appeal: IPR2015-1828 and IPR2015-1831, based on the Nozawa and Philips references ("the Nozawa IPRs"); and IPR2015-1829, based on the Ariie and Krauss references ("the Ariie IPR").

The issues presented on appeal are:

1. In the Nozawa IPRs and the Ariie IPR, whether the Board erred by basing its patentability determinations on invalidity theories that were not presented in Qualcomm's Petitions and that ParkerVision was not allowed to rebut.

2. In the Nozawa IPRs, whether the Board erred when it found as fact that the Nozawa references did not disclose an oscillating signal that caused a switch to generate a plurality of harmonics as required by the challenged claims, but nonetheless found those challenged claims unpatentable by improperly reading those limitations out of the claims.

3. In the Ariie IPR, whether the Board erred when it found as fact that the Ariie reference did not disclose an oscillating signal that caused a switch to gate a bias signal as required by the challenged claims, but nonetheless found the challenged claims unpatentable by improperly reading those limitations out of the claims.

4. In the Ariie IPR, whether the Board erred by basing its patentability determination on Qualcomm's untimely theory that it would have been obvious to replace the Ariie mixer's oscillating signal with the Krauss oscillating signal to cause the purported Ariie switch to gate a signal as required by the challenged claims, where Qualcomm never even asserted—much less identified substantial evidence proving—any motivation for this proposed combination.

## III. STATEMENT OF THE CASE AND FACTS

### A. The '940 Patent

The '940 patent generally concerns systems and methods used in wireless transmitters, such as those used in cell phone technology. Appx602 at 1:25-44. More specifically, the '940 patent, titled "Method and System for Frequency Up-Conversion," is directed to methods and systems for upconverting a low-frequency baseband signal to a high-frequency radio frequency (RF) signal that can be more easily transmitted wirelessly. *Id*. at 1:47-49.

#### 1. Wireless Transmitters Up-Convert Low-Frequency Baseband Signals to High-Frequency RF Signals for Transmission.

At their source, voice and other information are comprised of low-frequency information signals, also known as baseband signals. Appx602 at 1:25-44. But transmitting baseband signals wirelessly is difficult because their frequency is too low to permit efficient transmission through the air. Appx608 at 13:53 – 14:3.

In contrast to baseband signals, radio frequency (RF) signals are at much higher frequencies and thus can be transmitted more efficiently with small antennas. *Id.*; Appx676-77 at ¶¶ 55-56. For this reason, a transmitter typically imparts a source's low-frequency baseband signal onto a high-frequency RF signal before transmission. Appx602 at 1:25-44. This process is often called modulation or "up-conversion." *Id.*

For example, an information/baseband signal (shown in the '940 patent's Fig. 6A reproduced below) may be imparted on a high-frequency RF oscillating signal (Fig. 6B), which results in a modulated high-frequency RF signal whose amplitude (height) changes to reflect the information/baseband signal (Fig. 6C). Appx608 at 12:2-35.

FIG. 6A
(RELATED ART)




FIG. 6B
(RELATED ART)




FIG. 6C
(RELATED ART)



Appx546 at Figs. 6A-6C. In this manner, the low-frequency baseband signal (Fig. 6A's information signal 502) is "up-converted" to a high-frequency RF signal (Fig. 6C's signal 512). Appx608 at 12:2-35.

### 2. The '940 Patent Discloses Improved Systems and Methods for Up-Converting a Baseband Signal to an RF Signal.

The '940 patent discloses systems and methods for up-converting a low-frequency baseband signal to a high-frequency RF signal for wireless transmission. Appx602 at 1:46 – 2:47. Some embodiments of these systems feature an "oscillating signal" for causing a "switch" to "gate" a signal and generate a periodic signal having a "plurality of harmonics." *See, e.g.*, Appx634 at claim 1.

#### a. The '940 Patent Systems Include a Switch That Connects and Disconnects ("Gates") a Baseband Signal.

The claimed systems include a switch, also described and claimed as a "switch module." *See, e.g.*, Appx602 at 2:6-21; Appx634-636 at claims 1, 4, 21, 31. The Board construed "switch module" to mean "a device with an input and output that can take two states, open and closed." Appx30.

In some embodiments described in the '940 patent, "[a]s the switch opens and closes, it gates" a baseband signal. Appx602 at 2:8-10. The Board construed "to gate" to mean "to change between connecting and disconnecting." Appx31.

For example, in one embodiment illustrated in Fig. 16, a switch module 1614 receives both a low-frequency baseband signal 1602 and a high-frequency RF

oscillating signal 1612. *See, e.g.*, Appx612-613 at 22:36-54, 22:64 – 23:4; Appx619 at 35:46-65; Appx602 at 2:6-21; Appx555 at Fig. 16. The low-frequency information/baseband signal 1602 is generated by the source and is provided to the switch module as a reference signal 1608. *See, e.g.*, Appx612-613 at 21:44-58, 22:64 – 23:4; Appx619 at 35:48; Appx602 at 2:6-21; Appx555 at Fig. 16.

FIG. 16




Appx555.

The high-frequency oscillating signal 1612 is generated by a local oscillator ("LO") 1610 and acts as the control signal for the switch module. *See, e.g.*, Appx612 at 22:67 – 23:4; Appx619 at 36:6-8; Appx602 at 2:6-21; Appx555 at Fig. 16. The oscillating signal controls whether the switch is in the open or closed

state, which in turn connects or disconnects the information/baseband signal from the output, thereby "gating that signal." *See, e.g.*, Appx612-613 at 21:63 – 22:8, 22:62 – 23:4; Appx618 at 34:65-67; Appx619 at 36:33-52; Appx602 at 2:6-21; Appx555 at Fig. 16.

For example, an illustrative switch module is depicted in Fig. 31A, reproduced below. Appx568. In this embodiment, oscillating signal 3104 is connected to the control input of the switch module, thereby causing the switch to open and close as a function of the oscillating signal. Appx568; Appx618-619 at 34:65 – 35:4; Appx612 at 21:63-67. In addition, reference signal 3106—the baseband signal—is input to the switch. Appx568; Appx618-619 at 34:65 – 35:4. When the oscillating signal 3104 causes the switch to close, the baseband signal goes to ground "B" and is disconnected from the output 3122 of the switch module. Appx568; Appx618-619 at 34:65 – 35:4. When the oscillating signal 3104 causes the switch to open, the baseband signal is not grounded and is connected to the output 3122. Appx568; Appx618-619 at 34:65 – 35:4. In this manner, the switch module gates (changes between connecting and disconnecting) the baseband signal. Appx568; Appx618-619 at 34:65 – 35:4; Appx612 at 21:63-67.

FIG. 31A




Appx568.

**b. The '940 Patent Systems Include an Oscillating Signal That Produces a Periodic Signal Having a "Plurality of Harmonics."**

The frequency of the oscillating signal determines the rate at which the switch will open and close. The '940 patent discloses that in the relevant embodiments, the local oscillator generates an oscillating signal having a frequency specially chosen to cause the switch to gate the baseband signal at a rate that produces a periodic signal having a "plurality of harmonics." Appx612 at 21:63-67. This resulting harmonically rich periodic signal is an up-converted signal because it carries the information of the baseband signal at the higher frequency of the oscillating signal:

> The result of the gating is a harmonically rich signal having a fundamental frequency substantially proportional to the oscillating signal and an amplitude substantially proportional to that of the [baseband] signal. Each of the harmonics of the harmonically rich signal also have amplitudes proportional to the [baseband] signal, and are thus considered to be amplitude modulated.

Appx602 at 2:6-19.

As defined in the ’940 patent, a signal must include specific types of harmonics to qualify as having a “plurality of harmonics.” Specifically, the ’940 patent expressly defined the “harmonics” at issue as integer multiples of the signal’s fundamental frequency:

> Harmonic: A harmonic is a frequency or tone that, when compared to its fundamental or reference frequency or tone, is an integer multiple of it. In other words, if a periodic waveform has a fundamental frequency of “f” (also called the first harmonic), then its harmonics may be located at frequencies of “n•f,” where “n” is 2, 3, 4, etc. The harmonic corresponding to n=2 is referred to as the second harmonic, the harmonic corresponding to n=3 is referred to as the third harmonic, and so on.

Appx605 at 8:22-30. To illustrate, Figs. 19E-G (reproduced below) disclose an exemplary periodic signal comprising a plurality of harmonics, in this case the first harmonic (the fundamental frequency), the third harmonic (three times the fundamental frequency), and the fifth harmonic (five times the fundamental frequency). *See, e.g.*, Appx609 at 15:65 – 16:30; Appx559 at Figs. 19E-H.




Appx559 at Figs. 19E-G.

Each of these harmonics has the same baseband information content. *See, e.g.*, Appx602 at 2:12-21; Appx609 at 15:46 – 16:30; Appx612 at 21:66 – 22:5, 22:19-32; Appx618-619 at 33:36-58, 35:25-37, 36:9-32; Appx559-560 at Figs. 19E-H; Appx577 at Figs. 44E-G; Appx578 at Figs. 45D-F. Therefore, the information content of the signal can be obtained from any of its harmonics and any of the harmonics can be used to transmit the information. *See, e.g.*, Appx609 at 16:19-56. The harmonics not to be used to transmit the information are filtered out by a filter (*see, e.g.*, Appx555 at Fig. 16) before the transmission harmonics are

sent to a transmitter module (*see, e.g., id.*) for transmission. *See, e.g.*, Appx602 at 2:16-21; Appx609 at 16:39-56; Appx612 at 22:20-32; Appx620 at 37:16-18; *id.* at 38:24-51.

Consistent with the foregoing, the Board construed "harmonic" as "a frequency or tone that, when compared to its fundamental or reference frequency or tone, is an integer multiple of it … [and] includes the fundamental frequency as the first harmonic." Appx7. The parties did not contest this construction during the instituted IPR trials below. *Id.*

Also undisputed is that, under the controlling construction of "harmonics," only particular oscillating signals can generate a signal having a "plurality of harmonics." Appx292-295. This is because only oscillating signals with select frequencies will produce a periodic signal having harmonics that are the "integer multiple" type of harmonics required by the '940 patent. Appx292-295. For example, in its Final Written Decisions, the Board described that "[a]ccording to the '940 patent, '[t]he up-conversion is accomplished by controlling a switch with an oscillating signal, the frequency of the oscillating signal being selected as a sub-harmonic of the desired output frequency.'" Appx4. Accordingly, as the Board found, only particular oscillating signals will produce a periodic signal that contains integer multiples of the fundamental frequency. *See* Appx4; Appx16-17. (finding it was "beyond dispute" that the Nozawa mixer could only produce a

periodic signal having the claimed plurality of harmonics under certain operating conditions, *i.e.*, oscillating and bias signals of particular frequencies).

### B. The Nozawa IPRs

#### 1. Each Challenged Claim in the Nozawa IPRs Requires an Oscillating Signal to Gate a Baseband Signal and Generate a Periodic Signal Having a Plurality Of Harmonics.

The two Nozawa IPRs (1828 and 1831 IPRs) together challenged claims directed to both systems and methods disclosed in the ’940 patent. The 1828 Nozawa IPR challenged independent system claim 21 (and its dependent claims 281, 283-86, 288, 289, and 293) and independent method claim 25 (and its dependent claims 26, 363-66, 368, 369, and 373). Appx2. The 1831 Nozawa IPR challenged independent system claim 4 (and its dependent claims 100, 113-16, 118, and 119) and independent system claim 22 (and its dependent claims 23, 309-12, 314-15, and 319). Appx47.

All of the challenged method claims require use of a shaped oscillating signal to gate a “reference signal” (*e.g.*, a baseband signal) and create “a periodic signal having a plurality of harmonics.” Appx636 at claim 25. The Board found that independent claim 25 is illustrative:

> 25. A method of communicating, comprising the steps of:
>
> (1) **shaping an oscillating signal to create a string of pulses** that is a function of said oscillating signal;
>
> (2) **gating a reference signal at a rate that is a function of said string of pulses to create a periodic signal having a plurality of harmonics**, said reference signal being a function of an information

> signal, and at least one of said plurality of harmonics being a desired harmonic; and
>
> (3) outputting said periodic signal, said periodic signal having an amplitude that is a function of said reference signal.

Appx636 at claim 25 (emphasis added); Appx5-6.

Similarly, all of the '940 patent system claims challenged in the Nozawa IPRs feature and require an oscillating signal to cause a switch module to gate a bias signal (*e.g.*, a baseband signal) and create a periodic signal having a plurality of harmonics. For example, the system of illustrative challenged independent claim 21 includes a pulse shaping module to receive and shape an oscillating signal so that the shaped oscillating signal will cause a switch module to gate a baseband signal and create a periodic signal with a plurality of harmonics:

> 21. An apparatus for frequency up-conversion, comprising:
>
> **a pulse shaping module to receive an oscillating signal and to output a shaped string of pulses** that is a function of said oscillating signal;
>
> **a switch module to receive said shaped string of pulses and a bias signal, wherein said shaped string of pulses causes said switch module to gate said bias signal and thereby generate a periodic signal having a plurality of harmonics**, said bias signal being a function of an information signal, said periodic signal having an amplitude that is a function of said bias signal; and
>
> a filter coupled to said switch module to isolate one or more desired harmonics of said plurality of harmonics.

Appx636 at claim 21 (emphasis added); Appx5-6.

Illustrative challenged independent claims 4 and 22 likewise describe a system that includes an oscillating signal to control the switch module such that it

gates a bias/baseband signal and generates a periodic signal having a plurality of harmonics. For example, illustrative claim 22 reads:

> 22. An apparatus for communicating comprising:
>
> (a) a transmitting subsystem comprising:
>
> (1) **a switch module having** a first input connected to a bias signal, **a control input connected to a control signal**, and an output generating a periodic signal, **wherein said control signal is an oscillating signal**, said control signal **causing said switch module to gate said bias signal**, said periodic signal having an amplitude that is a function of said bias signal, and **said periodic signal being a harmonically rich signal comprised of a plurality of harmonics**, and
>
> (2) a filter to accept said harmonically rich signal and to output one or more desired harmonics from said plurality of harmonics; and
>
> (b) a receiving subsystem.

Appx636 at claim 22 (emphasis added); Appx50-51.

Similarly, claim 4 reads:

> 4. An apparatus for frequency up-conversion, comprising:
>
> **a switch module that receives an oscillating signal** and a bias signal, wherein **said oscillating signal causes said switch module to gate said bias signal and thereby generate a periodic signal having a plurality of harmonics**, said periodic signal having an amplitude that is a function of said bias signal; and
>
> a filter coupled to said switch module to isolate at least one of said plurality of harmonics.

Appx635 at claim 4 (emphasis added); Appx50-51.

### 2. Qualcomm's Nozawa IPR Petitions Asserted That Nozawa and Philips Expressly Disclosed the Claimed Oscillating Signal and Plurality of Harmonics.

#### a. The Primary Nozawa IPR References

The primary references asserted in Qualcomm's Nozawa IPR Petitions were Nozawa[1] and Philips.[2] In relevant part, Nozawa discloses a mixer circuit for transmitting audio signals. *See, e.g.*, Appx819. In this mixer circuit, an audio frequency input ("AF Input") is provided to an "AF-PSN," which generates and phases shifts four copies of the signal. *See, e.g.*, Appx824; Appx823 at Fig. 7; Appx824 at Fig. 8.

Nozawa describes that these four signals are input to the chip described in the Philips reference, specifically a 4052 chip. Appx831; Appx824 at Fig. 8. According to Qualcomm's Nozawa Petitions, in the 4052 chip each of the signals is sent to an individual switch (for a total of four switches), and each switch is opened and closed in succession under the control of an oscillating signal. Appx104-105.

---

[1] Yasuo Nozawa, *The Merigo Method: SSB Generator/Producing a Demodultor*, HAM JOURNAL SPECIAL EDITION: THE HANDMADE SSB CHALLENGE, 15–26 (July/August 1993) ("Nozawa") (Appx805-830). The prior art reference includes both the original Japanese version of Nozawa and a certified English translation accompanied by a translator's declaration; citations are to the translation.

[2] Philips, *74HC/HCT4052 Dual 4-channel analog multiplexer/demultiplexer*, (December 1990) (Philips Semiconductors Data Sheet) ("Philips 4052" or simply "Philips") (Appx831-845).

Qualcomm's Nozawa Petitions asserted that the output of each of these four switches is then combined within the 4052 chip, and then this combined signal is output at a single pin of the 4052 chip, pin 13. Appx824 at Fig. 8; Appx2751. Qualcomm alleged that this combined signal output from pin 13 (the path of which Qualcomm illustrated in green in the below figure from its Petitions) is the claimed "periodic signal having a plurality of harmonics." Appx115-116.

**Nozawa Fig. 8 (annotated)**




Appx116 (annotations by Qualcomm).

Qualcomm's Petitions further asserted that Nozawa describes this purported periodic signal being sent to a low-pass filter after leaving the 4052 chip from pin 13. Appx119-120; *see also* Appx2658-2659 at 175:9 – 176:7 (Larson Dep.). Nozawa states that the "low-pass filter was needed because the method used to

realize this system is 'switching,' which in principle includes many harmonics." Appx824. Nozawa does not define these "harmonics" or describe them as multiple integers of any particular frequency or reference signals. *See* Appx805-830. For example, Nozawa does not describe them as integer multiples of either the fundamental frequency of the combined output signal of the 4052 chip, *i.e.*, the purported "periodic signal," or the "LO frequency" used to control the switches. *See id.*

#### b. Qualcomm's Grounds in the Nozawa IPR Petitions

Qualcomm's Nozawa IPR Petitions acknowledged that all of the challenged claims require an oscillating signal for gating (primarily in connection with a switch) a baseband signal to create a periodic signal having a plurality of harmonics. *See, e.g.*, Appx5158-5159; Appx5161-5164. Each instituted Nozawa IPR Ground also asserted that the Nozawa mixer explicitly disclosed an oscillating signal to cause the switch to gate a baseband signal and generate a periodic signal having a plurality of harmonics as required by all of the challenged system and method claims. *See, e.g.*, Appx5158-5159; Appx5161-5164.

For example, with regards to challenged system claim 4, Qualcomm's Petition alleged that "Nozawa also discloses **the 'oscillating signal' element**, which is used to control the opening and closing of the switch module," contending that Figure 8 of Nozawa disclosed "two square wave oscillating signals."

Appx5158 (emphasis added). Qualcomm's Petition further asserted that for system claim 4, "Nozawa also teaches **the element requiring that 'said oscillating signal causes said switch module to gate said bias signal**.'" Appx5161 (emphasis added).

Likewise, Qualcomm's Petition asserted that regarding "**the 'generate a periodic signal having a plurality of harmonics' element of**" system claim 4: "Nozawa expressly recognizes that its use of switches to gate incoming signals creates harmonics: [B]ecause the method used to realize this system is switching, it in principle includes many harmonics." Appx5162-5164 (emphasis added) (internal quotation marks and citations omitted).

These Nozawa Grounds all relied solely on this alleged explicit teaching: nowhere did Qualcomm allege or attempt to establish that explicit claim elements such as an oscillating signal to gate and generate a periodic signal having a plurality of harmonics were not limitations required by each of the challenged claims. In the words of the Board: "From the Petition, it is apparent that Qualcomm's theory of patentability rested on the assertion that Nozawa *taught* a plurality of harmonics." Appx20 (emphasis in original).

### 3. The Trial Proceedings in the Nozawa IPRs

#### a. The Board's Nozawa IPR Institution Orders and Grounds

The Board instituted trial on three of the six asserted Grounds in the Nozawa IPRs: Qualcomm's 1828 Ground asserting that claims 21, 25, 26, 281, 283-86, 288, 289, 293, 363-66, 368, 369, and 373 are obvious over Nozawa and Philips; Qualcomm's 1831 Ground asserting that claims 4, 22, 23, 100, 113-116, 118, 309-312, 314 and 319 are obvious over Nozawa and Philips; and Qualcomm's 1831 Ground asserting that dependent claims 119 and 315 are obvious over Nozawa, Philips, and Maas. Appx220; Appx5278.

In its Nozawa IPR Institution Orders, the Board confirmed that each of these Grounds against the '940 patent's challenged system and method claims was based on Qualcomm's assertions that the Nozawa mixer disclosed an oscillating signal to cause a switch to gate a baseband signal and generate a periodic signal having a plurality of harmonics. For example:

> With respect to [system] claim 21, for example, Petitioner relies upon Nozawa's SSB Generator Circuit, as informed by the disclosure of Philips 4052, to provide each element of the claim. **Petitioner explains that the 74HC4052 chip is the claimed "switch module," which** receives a bias signal from one or more of the AF Inputs, and **generates a periodic signal having a plurality of harmonics**. **Petitioner cites to [its expert] Dr. Larson's testimony, which explains that the oscillating signals sent to each switch of the 4052 chip "gate" the bias signal**, by causing the switch to change from an ON-state to an OFF-state.

Appx214 (emphasis added) (internal citations omitted); *see also* Appx5269.

Like the Petitions themselves, the Institution Orders did not construe any of the challenged claims so as to eliminate or otherwise disregard the elements requiring an oscillating signal to gate and generate a periodic signal having a plurality of harmonics. *See, e.g.*, Appx199-209; Appx214-217; Appx5269-5273. Rather, the Board determined that Qualcomm's allegations that Nozawa explicitly disclosed these necessary elements showed a reasonable likelihood that Qualcomm would prevail on these grounds and instituted trial thereon—and only thereon. Appx220; Appx5278. The Board further ordered "that no other grounds of unpatentability, with respect to any claim, is instituted for trial." Appx220; Appx5278.

#### b. During the Instituted Nozawa IPR Trials, Qualcomm Attempted to Assert New Unpatentability Theories Because the Instituted Grounds Were Proven Incorrect.

In its Patent Owner's Response, ParkerVision showed that, contrary to the Qualcomm's instituted Grounds, the Nozawa and Philips mixer did not disclose an oscillating signal to gate a baseband signal and generate a periodic signal having a plurality of harmonics. *See, e.g.*, Appx274-281; Appx5331-5338; *see also* Appx292-295 (Qualcomm's Reply Brief acknowledging the same). As ParkerVision established, although the claimed "plurality of harmonics" were not just any harmonics, but the "integer multiple" harmonics required by the Board's and the parties' constructions, Qualcomm had made no effort to—and could not—

prove that Nozawa explicitly or implicitly disclosed an oscillating signal having a frequency that would cause the alleged Nozawa switch to generate a signal having such "integer multiple" harmonics. *See, e.g.*, Appx274-281; Appx5331-5338; *see also* Appx292-295.

Qualcomm did not deny this fatal defect in its subsequent Nozawa IPR Reply Briefs. *See, e.g.*, Appx292-295. To the contrary, it conceded that the harmonics described in connection with the Nozawa mixer were not necessarily the "integer multiple" harmonics required by the claims, and that such integer multiple harmonics could only be produced by choosing an oscillating signal having certain properties. *See, e.g.*, Appx293-295; Appx5350 ("Sum and difference frequencies output by a mixer **are not necessarily the 'integer multiple' harmonics defined in the '940 patent**.") (emphasis added); Appx5352 ("**Generation of the 'plurality of harmonics' claimed in he '940 patent may or may not result** from mixer operation, **depending on the design of the mixer and the frequencies selected** for the bias signal input ($f_{RF}$) and **oscillating signal control signal** ($f_{LO}$).") (emphasis added).

Instead, Qualcomm attempted to save its Nozawa IPR challenges by asserting two new arguments in its Reply Briefs. First, Qualcomm argued it would have been obvious to choose an oscillating signal for use with the Nozawa mixer so that it would produce the claimed "integer multiple" harmonics: "The validity of

the claims in this *inter partes* review turns on a single issue: whether it would be obvious to operate Nozawa's mixer in a manner that would generate the 'integer multiple' harmonics as required by the '940 patent." Appx292; Appx5349. *See also* Appx295; Appx5352 ("That Nozawa *could be* operated in a way such that it would not generate 'integer multiple' harmonics does not change the undisputed evidence showing that it would be obvious to operate Nozawa such that it would generate 'integer multiple' harmonics." (emphasis in original)).

Second, Qualcomm also argued for the first time that, even if the generation of integer multiple harmonics was novel, "a method of operation of known mixer structures is unpatentable, regardless whether the particular 'integer multiple' harmonics defined in the '940 patent were known." Appx304; Appx5361. In support of this new theory, Qualcomm argued for the first time that "recitation of a law of nature does not distinguish a claim from a prior art" and "[i]t is not an invention to perceive that a product which others had discovered had qualities they failed to detect." Appx304-305 (citations omitted); Appx5362 (same).

#### c. ParkerVision Requested Motions to Strike Qualcomm's New and Untimely Arguments.

ParkerVision objected to these and other new and untimely invalidity theories and requested the Board's permission to file motions to strike the new arguments or, in the alternative, to file responsive briefs. Appx320. The Board denied ParkerVision's request, but granted it leave to file a paper identifying by

page and line number the portions of Qualcomm's Replies that improperly exceeded the proper allowed scope of a reply. Appx320-322. ParkerVision filed the allowed identification in each of the Nozawa IPRs, identifying the foregoing new theories and others. Appx328; Appx5385.

### 4. The Board's Final Written Decisions in the Nozawa IPRs

The Board issued its Final Written Decisions in the Nozawa IPRs on March 7, 2017. Appx1-65.

#### a. The Board's Determinations Concerning Qualcomm's New and Untimely Theories

As to Qualcomm's new Reply Brief theory that it would have been obvious to choose an oscillating signal for use with the Nozawa mixer so that it would produce the claimed "integer multiple" harmonics, the Board determined that the new theory was untimely and disregarded it:

> ParkerVision objected to these arguments, because they allegedly were raised for the first time in Qualcomm's Reply. We agree. While the evidence cited by Qualcomm was not new to the record, we consider the arguments a new theory of unpatentability, raised for the first time in the Reply.
>
> ***
>
> From the Petition, it is apparent that Qualcomm's theory of unpatentability rested on the assertion that Nozawa *taught* a plurality of harmonics. … There is no relevant discussion, in either the Petition or [Qualcomm's expert's] Declaration, of the need for a person of ordinary skill in the art to select operating conditions that would cause Nozawa to generate a plurality of integer-multiple harmonics or why one of ordinary skill in the art would have done so.
>
> ***

> For these reasons, we do no rely on Qualcomm's late-arising theory … that a person of ordinary skill in the art would have operated Nozawa in a manner to generate the claimed plurality of harmonics.

Appx19-21 (emphasis in original).

In the Final Written Decisions, the Board did not address or resolve ParkerVision's objection that Qualcomm's other new Reply Brief argument that, even if the generation of integer multiple harmonics was novel, "a method of operation of known mixer structures is unpatentable, regardless whether the particular 'integer multiple' harmonics defined in the '940 patent were known" (Appx304) also was untimely and improper. *See* Appx17.

#### b. The Board Affirmed the Method Claims, Finding That Qualcomm Had Failed To Prove That Nozawa Teaches "gating a reference signal … to create a periodic signal having a plurality of harmonics."

The Board determined that Qualcomm did not meet its burden of proving that the challenged method claims were unpatentable as obvious over Nozawa and Philips. Appx18-21.

Each of these claims requires, among other things, "shaping an oscillating signal to create a string of pulses" and "gating a reference signal at a rate that is a function of said string of pulses to create a periodic signal having a plurality of harmonics." Appx636 at claim 25. The Board found that Qualcomm failed prove that Nozawa disclosed an oscillating signal that would cause the claimed gating to generate a plurality of harmonics, either explicitly or inherently:

> In response, ParkerVision contends that Nozawa does not disclose expressly that its periodic signal contains a plurality of harmonics, because there is no evidence that the 'many harmonics' of Nozawa are the integer multiple harmonics required by the claims. On this point, we agree with ParkerVision. Nozawa's disclosure that the output 'in principle' contains many harmonics does not convince us that the output actually, or necessarily, contains the integer multiple harmonics.

Appx15-16 (internal citations omitted).

The Board further found that it was "beyond dispute" that the Nozawa mixer could only produce a periodic signal having the claimed plurality of harmonics under certain operating conditions, *i.e.*, oscillating and bias signals of particular frequencies. Appx16-17. In addition, the Board found that Nozawa did not teach selecting an oscillating signal of a certain frequency to generate the claimed "plurality of harmonics," and that Qualcomm did not offer any evidence that selecting such an oscillating signal was obvious to one of skill in the art: "There is no relevant discussion, in either the Petition or [Qualcomm's expert's] Declaration, of the need for a person of ordinary skill in the art to select operating conditions that would cause Nozawa to generate a plurality of integer-multiple harmonics or why one of ordinary skill in the art would have done so." Appx20; *see also* Appx15-16.

Accordingly, the Board found that "Qualcomm has not shown that Nozawa and Philips 4052 teach the claimed step of 'gating a reference signal … to create a periodic signal having a plurality of harmonics' recited in claim 25 and, via,

dependency, claims 26, 363-366, 368, 369, and 373. " Appx21. The Board therefore concluded that Qualcomm had failed to prove that any of the challenged method claims are unpatentable. Appx22.

#### c. The Board Found the System Claims Challenged in the Nozawa IPRs Unpatentable Based on a New Claim Construction Not Presented in the Nozawa Petitions or Institution Orders.

The '940 patent system claims challenged in the Nozawa IPRs included limitations similar to the affirmed method claims, including, for example, "a pulse shaping module to receive an oscillating signal and to output a shaped string of pulses" and "a switch module to receive said shaped string of pulses … wherein said shaped string of pulses causes said switch module to gate said bias signal and thereby generate a periodic signal having a plurality of harmonics." *See, e.g.*, Appx636 at claim 21.

Although the Board found that Qualcomm had failed to prove that Nozawa and Philips disclosed such limitations, the Board nonetheless invalidated the challenged system claims over those references. *See, e.g.*, Appx17; Appx62. The Board did so under a new theory presented for the first time in the Final Written Decisions by the Board itself, *i.e.*, a new claim construction that read these limitations out of the claims. *See, e.g.*, Appx17; Appx61. Under this new theory and construction, the Nozawa references did not need to disclose or make obvious the oscillating signal having a frequency that would cause the alleged Nozawa

switch to generate a signal having such "integer multiple" harmonics, it only had to be "**capable**" of receiving such an oscillating signal and generating a signal having such integer multiple harmonics: "In other words, the structure of Nozawa is *capable* of producing a signal that satisfies the limitations of the claim" and that is "sufficient to show unpatentability." Appx17 (emphasis in original); Appx61 (same).

Qualcomm never advanced this theory and claim construction during the IPRs (in its Petition or otherwise), and the Board did not identify this theory and claim construction in its Institution Orders. The Board's Nozawa Final Written Decisions do not cite to Qualcomm's Nozawa Petitions as advancing this argument, but cite to two portions of the Reply Briefs as its supposed source. *See* Appx16-17; Appx60-61. First, the Board cites to Qualcomm's new Reply Brief obviousness theory, which the Board determined was untimely and improper. Appx16 (citing to Pet. Reply 4); Appx60 (same). Second, the Board cites to page 13 of Qualcomm's Reply Brief in which Qualcomm posited its new theory that, even if the generation of integer multiple harmonics was novel, "a method of operation of known mixer structures is unpatentable, regardless whether the particular 'integer multiple' harmonics defined in the '940 patent were known." Appx17 (citing to Pet. Reply 13) (quoted passage at Appx304); Appx61 (same).

## C. The Ariie IPR

### 1. Each Challenged Claim in the Ariie IPR Requires an Oscillating Signal to Cause a Switch To Gate a Signal.

The Ariie IPR (IPR2015-1829) challenged independent system claim 1 (and its dependent claims 2, 81-84, 86, 88-91, 93, and 94) and independent system claim 18 (and its dependent claims 251-54, 256, 258-61, 263, and 264). Appx25.

The claims challenged in the Ariie IPR all require a first and second switch module, each of which receives an oscillating signal that causes it to gate a bias (*e.g.*, baseband) signal. For example, the Board determined that independent claim 1 is illustrative of the ’940 patent claims challenged in the Ariie IPR:

> 1. An apparatus for communicating, comprising:
>
> a **first switch module that receives a first oscillating signal** and a first bias signal, wherein **said first oscillating signal causes said first switch module to gate said first bias signal** and thereby generate a first periodic signal having a first plurality of harmonics, said first periodic signal having an amplitude that is a function of said first bias signal;
>
> a **second switch module that receives a second oscillating signal** and a second bias signal, wherein **said second oscillating signal causes said second switch module to gate said second bias signal** and thereby generate a second periodic signal having a second plurality of harmonics, said second periodic signal having an amplitude that is a function of said second bias signal;
>
> a summer coupled to said first switch module and to said second switch module, said summer to receive and combine said first periodic signal and said second periodic signal, and to output a combined periodic signal having a combined plurality of harmonics; and
>
> a filter coupled to said summer, said filter to isolate at least one of said combined plurality of harmonics.

Appx634-635 at claim 1 (emphasis added); Appx28-29; *see also* Appx635-636.

### 2. Qualcomm's Ariie IPR Petition Asserted That the Ariie Reference Disclosed the Claimed Oscillating Signal To Cause a Switch To Gate a Signal.

#### a. The Primary Ariie IPR References

The primary references asserted in Qualcomm's Ariie IPR Petitions were Ariie[3] and Krauss.[4]

##### i. Ariie

U.S. Patent No. 5,680,078, issued to Ariie on October 21, 1997, and is titled "Mixer." Appx3726. The embodiment relied on by Qualcomm is shown in Ariie Fig. 1, which Qualcomm annotated and reproduced in its Ariie IPR Petition in the form shown below.

[3] U.S. Patent No. 5,680,078 to Mitsuo Ariie issued Oct. 21, 1997 ("Ariie") (Appx3726-3731).

[4] Herbert L. Krauss & Charles W. Bostian, SOLID STATE RADIO ENGINEERING, John Wiley & Sons (1980) (excerpt) ("Krauss") (Appx3661-3725).

**Ariie Fig. 1, Annotated**




Appx2993 (annotations by Qualcomm).

As shown in Fig 1 and described in Ariie, the Ariie mixer is used to mix a "data signal" $S_S$ with a "carrier signal" $S_C$ to produce a "mixed signal" $S_O$ which is output from at the "signal output terminal" O1. Appx3730 at 4:5, 4:47-54. Ariie describes that data signal $S_S$ is mixed with carrier signal $S_C$ by a "FET" (a Field-Effect Transistor). Appx3730 at 4:47-54.

The disclosed FET (labeled Q1 in Ariie Fig. 1) has a "drain" input and a "gate" input. Appx3729 at 2:25-34; Appx3730 at 4:47-54. Ariie describes that data signal $S_S$ is mixed with carrier signal $S_C$ to produce mixed signal $S_O$ by inputting data signal $S_S$ to the FET's drain input and inputting carrier signal $S_C$ to the FET's gate input. Appx3730 at 4:47-54. According to Ariie, the FET then

"combines" data signal $S_S$ with carrier signal $S_C$ to produce mixed signal $S_O$. For example:

> The data signal $S_s$ is sent from the signal input terminal I1 to the drain D of the FET Q1 through the coil L1 of the mixer 1. The carrier signal $S_C$ is given to the gate G of the FET Q1 from the signal input terminal I2 through the DC-blocking capacitor C6. **The FET Q1 combines the carrier signal $S_C$ and the data signal $S_S$ and outputs the mixed signal $S_O$** including sideband components having frequencies of $f_C \pm f_S$.

*Id.* (emphasis added).

Ariie does not describe the FET as a switch, either in name or in operation. *See, e.g.*, *id.* For example, Ariie does not describe that the FET combines carrier signal $S_C$ and the data signal $S_S$ by operating between two possible states, one closed and the other open. *See, e.g.*, *id.* Nor does Ariie describe that the FET alternates between connecting and disconnecting the data signal $S_S$ from "signal output terminal" O1. *See, e.g.*, *id.*

At his deposition, Qualcomm's expert, Dr. Larson, admitted that the Ariie FET could be used to combine carrier signal $S_C$ and the data signal $S_S$ without acting as a switch and without connecting and disconnecting data signal $S_S$ from the output terminal. Appx2628-2630 at 145:15 – 147:14; Appx2635-2636 at 152:4 – 153:12.

**ii. Krauss**

Qualcomm's Ariie IPR Petition also relied on a transmitter disclosed in Krauss and illustrated in Krauss Fig 16-3(a) (*see* Appx2985), reproduced below.

**Fig. 16-3 Direct-conversion SSB transmitters. (*a*) Using phasing method of SSB modulation; (*b*) using third method of SSB modulation; and (*c*) frequency-division waveforms.**




Appx3724.

Where the Ariie reference disclosed a transmitter comprising a single mixer, this Krauss transmitter comprises "two double-balanced mixers," each of which receives a copy of the AF (audio input signal) identified in the Figure above. Appx3724-3725. The "outputs of the two mixers are summed and then amplified to a desired level." Appx3725.

**b. Qualcomm's Grounds in the Ariie IPR Petition**

Qualcomm's Ariie IPR Petition acknowledged that all of the challenged claims require two switch modules, each of which receives an oscillating signal to cause the switch module to gate a bias (baseband) signal. Appx2991; Appx2997.

Regarding the two switch modules, Qualcomm asserted that because Krauss disclosed the use of a transmitter having two mixers, it would have been obvious to

design a transmitter using two of the Ariie Figure 1 mixer design instead of the two Krauss mixers: "persons of ordinary skill in the art would have been motivated to use Ariie's mixer design in place of the double-balanced mixers in Krauss, Fig. 16-3(a)." *See, e.g.*, Appx2989-2990; Appx2991-2994 ("In the proposed combination, each double-balanced mixer in Krauss Fig. 16-3(a) is replaced by a mixer such as that in Figure 1 of Ariie.").

Qualcomm asserted in its Ariie Petition that the claimed "oscillating signal **causes** [the] switch module to gate [the] bias signal" limitation was explicitly disclosed by the **Ariie** mixer design. Appx2991 (emphasis added); Appx2995-2996. According to the Petition, (and as illustrated in Qualcomm's annotated version of Ariie Figure 1, reproduced below), Ariie's data signal $S_S$ (combined with DC voltage $V_{CC}$) is the claimed bias signal; its carrier signal $S_C$ is the claimed oscillating signal; its FET Q1 is the claimed switch module; and the **Ariie** carrier signal $S_C$ (oscillating signal) causes the FET Q1 (switch module) "to gate" the data signal $S_S$ (bias signal):

> **Ariie discloses gating the first bias signal**. … **Ariie discloses that the carrier signal $S_C$ (the recited "first oscillating signal") causes FET Q1 (the recited "first switch module") to "gate"** the combined signal $S_S$ and DC voltage $V_{CC}$ (the recited "first bias signal").

Appx2995-2996 (emphasis added).

**Ariie Fig. 1, Annotated**




Appx2993.

At no point in the Ariie Petition does Qualcomm assert that it would have been obvious to replace the purported oscillating signal of Ariie with a Krauss oscillating signal so that the Ariie FET will in fact "gate" the combined signal $S_S$ and DC voltage $V_{CC}$, rather than simply mixing those signals. *See, e.g.*, Appx2994-2996. Nor does the Petition propose any construction or argue that the claims merely require that the claimed switch be capable of receiving an oscillation signal that will cause it to gate a bias (baseband) signal. *See, e.g.*, Appx2980-2981; Appx2994-2996.

### 3. The Trial Proceedings in the Ariie IPR

#### a. The Board's Ariie IPR Institution Order and Grounds

The Board instituted the Ariie IPR on two Grounds: Qualcomm's Ground 1 asserting that claims 1, 2, 18, 81-84, 88-91, 94, 251-254, 258-261, and 264 are obvious over Krauss and Ariie, and its Ground 2 asserting that claims 86, 93, 256, and 263 are obvious over Krauss, Ariie, and Sullivan. Appx3095-3096.

In the Board's Institution Order, it instituted the Grounds as set forth in Qualcomm's Petition. The Board did not identify any Grounds based on a theory that once the Krauss mixers have been substituted with the Ariie mixer design, it would have been obvious to replace the purported oscillating signal of Ariie with a Krauss oscillating signal so that the Ariie FET will in fact "gate" a signal. *See, e.g.*, Appx3089-3090; Appx3093-3094. The Board also did not identify any instituted Ground or claim construction based on a theory that the challenged claims merely require that the claimed switch be capable of receiving an oscillation signal that will cause it to gate a bias (baseband) signal. *See, e.g.*, Appx3076-3086; Appx3089-3090; Appx3093-3094.

The Board's Institution Order made clear that the trial was limited to the Grounds set forth in Qualcomm's Ariie Petition and "ordered that no other ground of unpatentability, with respect to any claim, is instituted for trial." Appx3096.

#### b. During the Instituted Ariie IPR Trial, Qualcomm Attempted To Assert a New Unpatentability Theory Because the Instituted Grounds Were Proven Incorrect.

ParkerVision's Patent Owner's Response established that Qualcomm's Petition had identified no description in Ariie that FET Q1 is used "to gate" a signal under the materially undisputed correct construction of "to gate." Appx3158-3160. Instead, Qualcomm's Petition just baldly asserted that the Ariie FET Q1 is used "to gate" data signal $S_S$, without asserting or identifying any evidence showing that Ariie describes that the Ariie oscillating signal causes the Ariie FET Q1 to change between two states, alternately connecting and disconnecting the data signal $S_S$. *See, e.g.*, Appx2995-2996.

In its subsequent Ariie Reply Brief, Qualcomm did not attempt to defend or support its original Grounds but instead offered a new theory of unpatentability. Where the Ariie Petition asserted that "Ariie discloses gating the first bias signal" and "Ariie discloses that the carrier signal $S_C$ (the recited 'first oscillating signal') causes FET Q1 (the recited 'first switch module') to 'gate'," Qualcomm's Reply argued that "the issue is not whether Ariie, by itself, 'explicitly' teaches the 'gating' limitations." Appx2995-2996; Appx3184. Now, Qualcomm argued for the first time that it would have been obvious to substitute an oscillating signal from Krauss for the earlier alleged oscillating signal from Ariie, and that the

**Krauss** oscillating signal would cause the Ariie FET to gate a signal as required by the challenged claims. Appx3182-3186.

Having not raised this theory earlier, Qualcomm's Petition and supporting expert declaration did not allege or provide any evidence that one of ordinary skill would have been motivated to substitute the Krauss oscillating signal for the Ariie oscillating signal. The Reply Brief submitted no new evidence or arguments on this issue, and thus did not attempt to cure this deficiency. *See, e.g.*, Appx3183-3187.

#### c. ParkerVision Requested Motion To Strike Qualcomm's New and Untimely Arguments.

ParkerVision objected to this and other new and untimely invalidity theories and requested the Board's permission to file a motion to strike the new arguments or, in the alternative, to file a responsive brief. Appx3208-3210. The Board denied ParkerVision's request, but granted it leave to file a paper identifying by page and line number the portions of Qualcomm's Reply Brief that improperly exceeded the proper scope of the allowed reply. *Id.* ParkerVision filed the allowed identification in Ariie IPR, identifying the foregoing new theory and others. Appx3216.

### 4. The Board's Final Written Decision in the Ariie IPR

In its Ariie IPR Final Written Decision, the Board nonetheless allowed and adopted Qualcomm's new theory of unpatentability. Appx36-38. In doing so, the

Board evaluated Qualcomm's arguments that one of ordinary skill would be motivated to substitute two of the below Ariie Fig. 1 mixer designs for the two Krauss mixers. Appx39-41. But the Board did not address or identify any motivation for further modifying that Ariie mixer design to replace its oscillating signal with the rectangular oscillating signal of Krauss. *See, e.g.*, *id.*

**Ariie Fig. 1, Annotated**




Appx2993 (annotations by Qualcomm).

The Board also offered and adopted a new unpatentability theory of its own:

> [E]ven if Krauss did not teach using a rectangular wave to drive its mixer—or if we were to disregard that as a new argument—we would still conclude that the limitation of the claims are taught by the combination of Krauss and Ariie. … The record is clear, and ParkerVision does not deny, that Ariie's FET is capable of being used

> as a 'switch module' that 'gates' if it is driven with the proper input. This is sufficient to satisfy the limitations.

Appx38.

Qualcomm never forwarded any such theory of unpatentability in its Petition or Reply, and the Board did not find or assert otherwise in its Final Written Decision. *See e.g.*, *id.*

## IV. SUMMARY OF THE ARGUMENT

### A. The Nozawa IPRs

In the Nozawa IPRs, the Board found that the challenged system claims were unpatentable under its theory that if "the structure of Nozawa is *capable* of producing a signal that satisfies the limitations of the claim," that is "sufficient to show unpatentability." Appx17; Appx61. This is reversible legal error for at least two independent reasons.

First, Qualcomm never advanced this "capable of" theory in its Nozawa Petitions (and in fact, the theory was not raised until the Board itself advanced it in the Nozawa Final Written Decisions). Because the theory was not presented in the Petitions, ParkerVision was not allowed an opportunity to rebut it, and the Board therefore committed reversible legal error by basing its patentability decision on the untimely and improper theory.

Second, this new theory was not only untimely, it is wrong as a matter of law. The Board correctly made findings of fact that Nozawa and Philips were not

shown to teach certain limitations of the **method** claims, but found that those references nonetheless invalidated the **system** claims that included the same limitations. The Board did so by improperly construing the system claims so as to read those explicit limitations out of the claims.

### B. The Ariie IPR

The Board's Ariie IPR Final Written Decision relies on two alternative theories, each of which is procedurally untimely and substantively erroneous.

First, the Board relied on and adopted Qualcomm's invalidity theory asserting that it would have been obvious to replace the Ariie mixer's oscillating signal with the Krauss oscillating signal to cause the Ariie FET to gate a signal as required by the challenged claims. But Qualcomm did not present this theory until its Ariie Reply Brief, and the Board therefore committed reversible error by basing it patentability decision on this new and untimely theory. Moreover, untimeliness aside, the Board's reliance on this theory is reversible error because Qualcomm did not even allege—much less identify the required substantial evidence proving—the necessary motivation to combine Ariie and Krauss in this manner.

Second, in the Ariie Final Written Decision, the Board offered its own alternate unpatentability theory—never forwarded by Qualcomm, in its Petition or otherwise—asserting that "Ariie's FET is **capable of** being used as a 'switch module' that 'gates' if it is driven with the proper input [and] [t]his is sufficient to

satisfy the limitations." Appx38 (emphasis added). Again, because this theory was never timely raised by Qualcomm and ParkerVision was never given the opportunity to rebut it, the Board committed legal error by relying on it for its patentability decision. Moreover, even if not untimely and improper, the Board's theory is wrong as matter of law because it hinges on the Board's improper construction of the challenged claims to improperly read out the switch module and gate limitations admittedly not disclosed by Ariie.

## V. ARGUMENT

### A. The Applicable Standards of Review

The Board's explicit and implicit claim constructions are subject to *de novo* review. *See Owens Corning v. Fast Felt Corp.*, No. 2016-2613, slip op. at 6-11 (Fed. Cir. Oct. 11, 2017) (reversing the Board's determination of patentability on *de novo* review where, in its final written decision, the Board implicitly adopted an erroneous claim construction that was "not reasonable"); *In re Varma v. IBM Corp.*, 816 F.3d 1352, 1359-65 (Fed. Cir. 2016).

This Court also reviews the Board's ultimate obviousness conclusions and its compliance with governing legal standards *de novo*. *In re Giannelli*, 739 F.3d 1375, 1379 (Fed. Cir. 2014); *Randall Mfg. v. Rea*, 733 F.3d 1355, 1362 (Fed. Cir. 2013).

The Court reviews the Board's factual findings for substantial evidence. *Id.* Substantial evidence is such relevant evidence as a reasonable mind might accept as adequate to support a conclusion. *In re Kao*, 639 F.3d 1057, 1065 (Fed. Cir. 2011). It is "something less than the weight of the evidence but more than a mere scintilla of evidence." *In re Kotzab*, 217 F.3d 1365, 1369 (Fed. Cir. 2000) (citations omitted).

### B. <u>All IPRs</u>: The Board Erred By Basing Its Patentability Decisions on Theories Not Presented in the Nozawa and Ariie Petitions.

#### 1. The Board May Not Base Its IPR Patentability Decisions on Theories and Evidence Not Presented in the IPR Petition.

As the Board acknowledged, "[a]n *inter partes* review trial before the Board is a formal adjudication under the Administrative Procedure Act; as such, the parties to the trial are guaranteed certain procedural protections." Appx19. Among these protections, a patent owner must be given adequate notice of the unpatentability theories and evidence asserted and at issue, so that it may rebut those theories and evidence in its Patent Owner Response. *Dell Inc. v. Acceleron, LLC*, 818 F.3d 1293, 1301 (Fed. Cir. 2016); *Belden, Inc. v. Berk-Tek LLC*, 805 F.3d 1064, 1080 (Fed. Cir. 2015).

To this end, PTAB regulations require that all of the Petitioner's arguments, theories and evidence must be presented "**<u>with particularity</u>**" in the petition. 37 C.F.R. § 42.23(b); *Intelligent Bio-Systems, Inc. v. Illumina Cambridge, Ltd.*, 821

F.3d 1359, 1369 (Fed. Cir. 2016) (quoting 35 U.S.C. § 312(a)(3)) (emphasis added). In the words of this Court: "[u]nlike district court litigation—where parties have greater freedom to revise and develop their arguments over time and in response to newly discovered material—the expedited nature of IPRs bring with it an obligation for petitioners to make their case in their petition to institute." *Id.*; *see also In re NuVasive, Inc.*, 841 F.3d 966, 969-73 (Fed. Cir. 2016).

For example, in *NuVasive*, the Board based its Final Written Decision of unpatentability on a portion of a prior art reference figure materially different from that identified and relied on in the Petition. *Id.* This Court held that this was improper because the patent owner had been denied the opportunity to respond to this new unpatentability theory:

> Under the APA's standards, NuVasive was entitled to an adequate opportunity to respond to this asserted fact about Michelson. And under the APA's fact-specific standard, common sense, and this court's precedent, that entitlement was not lessened in this case by virtue of the opportunity NuVasive had to respond to other factual assertions about Michelson. In *Dell*, we held that an opportunity to respond was needed when the petitioner, to make its anticipation showing, newly pointed to a previously unmentioned portion of the allegedly anticipatory prior-art patent, even though it had earlier focused extensively on other portions of that prior-art patent. 818 F.3d at 1301. … Here, the assertion about Figure 18 on which the Board ultimately relied is sufficiently distinct from Medtronic's other assertions about Michelson that NuVasive was entitled to the APA-required opportunity to respond to it.

*Id.* at 972.

The Board acknowledged that it may not base its patentability decisions on evidence and theories not presented in the initial Petition:

> An *inter partes* review trial before the Board is a formal adjudication under the Administrative Procedure Act; as such, the parties to the trial are guaranteed certain procedural protections. Significant among these protections is the parties must be given notice of the "matters and facts asserted," and the opportunity to meaningfully respond. For this reason, the United States Court of Appeals for The Federal Circuit has held that we may not base our patentability decision on late-arising factual assertions or theories.

Appx19 (internal citations omitted).

But that is just what the Board impermissibly did here in each of the Nozawa and Ariie IPRs.

#### 2. <u>The Nozawa IPRs</u>: The Board Relied on an Untimely "Capable Of" Construction and Theory.

In the Nozawa IPRs, the Board invalidated each of the challenged system claims over Nozawa and Philips under a theory that was not presented in Qualcomm's Nozawa Petitions and to which ParkerVision was given no opportunity to respond. The Board's determination of unpatentability was therefore improper and should be reversed.

Under this new theory, the Nozawa references did not need to disclose or make obvious the claimed oscillating signal having a frequency that would cause the alleged Nozawa switch to generate a signal having "integer multiple" harmonics, it only had to be "<u>**capable**</u>" of receiving such an oscillating signal and

generating a signal having such integer multiple harmonics: "In other words, the structure of Nozawa is *capable* of producing a signal that satisfies the limitations of the claim" and that is "sufficient to show unpatentability." Appx17 (emphasis in original); Appx61 (same).

Qualcomm never advanced this theory and claim construction in its Petitions, and the Board did not identify or adopt this theory and claim construction in its Institution Orders. To the contrary, Qualcomm's Petitions: (1) acknowledged that all of the challenged claims require an oscillating signal for gating (primarily in connection with a switch) a baseband signal to create a periodic signal having a plurality of harmonics and (2) asserted that the Nozawa mixer explicitly disclosed those required elements. *See*, *e.g.*, Appx5161 ("Nozawa also teaches **<u>the element requiring that 'said oscillating signal causes said switch module to gate said bias signal</u>**.'") (emphasis added); Appx5162-5164 ("**<u>[T]he 'generate a periodic signal having a plurality of harmonics' element of</u>**" system claim 4 is taught because "Nozawa expressly recognizes that its use of switches to gate incoming signals creates harmonics[.]") (emphasis added).

In its Nozawa Final Written Decisions, the Board did not assert that this new "capable of" construction and theory was presented in the Nozawa Petitions, nor did it attempt to identify any such construction and theory in the Petitions. To the contrary, the Board found that "[f]rom the Petition, it is apparent that Qualcomm's

theory of patentability rested on the assertion that Nozawa *taught* a plurality of harmonics." Appx20 (emphasis in original).

Instead, the Board attempted to identify a basis for the theory in Qualcomm's Reply Briefs. Apppx16; Appx60 (citing to Pet. Reply 4); Appx17; Appx61 (citing to Pet. Reply 13). First, even if this new "capable of" construction and theory were presented in the Replies, it would still be untimely. Waiting to raise this new theory until the Reply Briefs would preclude ParkerVision from responding to the theory in its Patent Owner Responses, and it was therefore improper for the Board to rely on this theory. *See, e.g.*, *NuVasive,* 841 F.3d at 969-73.

But second, Qualcomm did not even belatedly raise this new theory in its Reply Briefs. The Board's Nozawa Final Written Decisions cited to Qualcomm's new Reply Brief obviousness theory (Appx16; Appx60 (citing to Pet. Reply 4)), but that obviousness theory argued that the challenged claims were invalid because it was supposedly obvious to operate the Nozawa mixer in a way that would generate "integer multiple" harmonics. Appx295; Appx5352 ("That Nozawa *could be* operated in a way such that it would not generate 'integer multiple' harmonics does not change the fact that it would be obvious to operate Nozawa such that it would generate 'integer multiple' harmonics." (emphasis in original)). This new obviousness theory did not assert that the claims were unpatentable merely because

the Nozawa mixer was capable of being operated using an oscillating signal that would cause it to generate a plurality of harmonics. Appx295; Appx5352. Moreover, the Board explicitly determined that this new obviousness theory was untimely and improper and therefore declined to rely on it. Appx19-21.

The Board also cited to page 13 of Qualcomm's Reply Brief in which Qualcomm posited its new theory that, even if the generation of integer multiple harmonics was novel, "a method of operation of known mixer structures is unpatentable, regardless whether the particular 'integer multiple' harmonics defined in the '940 patent were known." Appx17 (citing to Pet. Reply 13) (quoted passage at Appx304); Appx61 (same). Again, this new theory did not assert that the challenged claims were unpatentable merely because the Nozawa mixer was capable of being operated using an oscillating signal that would cause it to generate a plurality of harmonics. Rather, this new theory was based on Qualcomm's new arguments that "recitation of a law of nature does not distinguish a claim from a prior art" and "[i]t is not an invention to perceive that a product which others had discovered had qualities they failed to detect." Appx304-305; Appx5361-5362.

In any event, it is undisputed that this "capable of" construction and theory was not raised in the Nozawa Petitions and ParkerVision was therefore denied the opportunity to rebut it. It was therefore improper for the Board to base its Nozawa

Final Written Decisions on this untimely theory. *See, e.g.*, *In re NuVasive,* 841 F.3d at 969-73.

### 3. **<u>The Ariie IPR</u>: The Board Relied on Two Untimely Unpatentability Theories.**

In the Ariie Final Written Decision, the Board improperly based its unpatentability determination on two untimely theories.

#### a. Qualcomm's Untimely Obviousness Theory Concerning "To Gate"

The Board's Ariie Final Written Decision is based on Qualcomm's argument that once the Krauss mixers have been substituted with the Ariie mixer design, it would have been obvious to replace the Ariie mixer's oscillating signal with the Krauss oscillating signal to cause the Ariie FET to gate a signal as required by the challenged claims. Appx36-38. But Qualcomm did not present this argument until its Reply Brief.

Where Qualcomm's Ariie Petition asserted that "**<u>Ariie discloses</u>** gating the first bias signal" and "**<u>Ariie discloses</u>** that the carrier signal $S_C$ (the recited 'first oscillating signal') causes FET Q1 (the recited 'first switch module') to 'gate'," Qualcomm's Reply offered the opposite theory, arguing that "the issue is not whether Ariie, by itself, 'explicitly' teaches the gating limitations." Appx2993; Appx3184. Qualcomm argued for the first time that once the Krauss mixers have been substituted with the Ariie mixer design, it would have been obvious to

substitute an oscillating signal from Krauss for the earlier alleged oscillating signal from Ariie, and that the **Krauss** oscillating signal would cause the **Ariie** FET to gate a signal as required by the challenged claims. Appx3183-3186.

The Board identified no disclosure of such a theory in the Ariie Petition. In a footnote, the Board offered that the Ariie Petition stated that "Gate G of Ariie's FET Q1 would receive" "'Oscillating Signal D' of Krauss' Figure 16-3(c)." Appx36 at n.5. But the cited Petition passage merely asserts that Krauss generally describes that the **Krauss** mixer, **not** the **Ariie** mixer, will receive the Krauss oscillating signal D: "**The top mixer in Krauss** Fig. 16-3(a) receives first oscillating signal 'D'." Appx2924.

Despite Qualcomm's obligation to present each unpatentability theory "**with particularity**" in its Petitions, nowhere in the Petitions did Qualcomm assert that it would have been obvious to use Krauss's oscillating signal instead of Ariie's oscillating signal to drive the Ariie FET, nor did Qualcomm assert that driving the Ariie FET with the Krauss oscillating signal would cause the Ariie FET to gate a signal. *See Intelligent Bio-Systems*, 821 F.3d at 1369. Instead, Qualcomm's Petition asserted only that driving the **Ariie** FET with the **Ariie** oscillating signal $S_C$ would cause the Ariie FET to gate:

> **Ariie discloses gating the first bias signal**. … **Ariie discloses that the carrier signal $S_C$ (the recited "first oscillating signal") causes FET Q1 (the recited "first switch module") to "gate"** the combined signal $S_S$ and DC voltage $V_{CC}$ (the recited "first bias signal").

Appx2995-2996 (emphasis added) (citations omitted).

#### b. The Board's Own Untimely "Capable Of" Construction and Theory

The Board's Ariie Final Written Decision also improperly offered and adopted a new and untimely unpatentability theory of its own:

> [E]ven if Krauss did not teach using a rectangular wave to drive its mixer—or if we were to disregard that as a new argument—we would still conclude that the limitation of the claims are taught by the combination of Krauss and Ariie. … The record is clear, and ParkerVision does not deny, that Ariie's FET is capable of being used as a 'switch module' that 'gates' if it is driven with the proper input. This is sufficient to satisfy the limitations.

Appx38.

Qualcomm never forwarded any such theory of unpatentability in its Petition or Reply, and the Board did not find or assert otherwise. *See, e.g.*, *id.* The Board cited to no Qualcomm argument or evidence supporting or asserting this new theory; rather, the Board, merely forwarded the theory as its own for the first time in the Ariie Final Written Decision. *See, e.g.*, *id.*

### C. The Nozawa IPRs: The Board Erred in Construing Apparatus Claims To Read Out the Limitations Missing from the Nozawa References.

The Board's "capable of" construction and theory in its Nozawa Final Written Decisions was not only untimely, it is wrong as a matter of law because it improperly reads out claim limitations from each of the invalidated claims. Specifically, the Board correctly made findings of fact that Nozawa and Philips

were not shown to teach certain limitations of the **method** claims, but found that those references nonetheless invalidated the **system** claims that included the same limitations. Appx17-21; Appx61-62. The Board did so by reading those missing limitations out of the system claims. *See, e.g.*, Appx18-21.

### 1. The Method and System Claims Both Require an Oscillating Signal Configured To Generate a Plurality Of Harmonics.

The affirmed ’940 patent method claims require, among other things, “shaping an oscillating signal to create a string of pulses” and “gating a reference signal at a rate that is a function of said string of pulses to create a periodic signal having a plurality of harmonics.” Appx636 at claim 25 Qualcomm conceded that the harmonics described in connection with the Nozawa mixer were not necessarily the “integer multiple” harmonics required by the claims, and that such integer multiple harmonics could only be produced by choosing an oscillating signal having certain properties. *See, e.g.,* Appx292-295; Appx5349-5352.

The Board thus found that Qualcomm failed prove that Nozawa disclosed an oscillating signal that would cause the Nozawa switch to generate a plurality of harmonics, either explicitly or inherently:

> In response, ParkerVision contends that Nozawa does not disclose expressly that its periodic signal contains a plurality of harmonics, because **there is no evidence that the ‘many harmonics’ of Nozawa are the integer multiple harmonics required by the claims**. On this point, we agree with ParkerVision. Nozawa’s disclosure that the output ‘in principle’ contains many harmonics does not convince us

> that the output actually, or necessarily, contains the integer multiple harmonics.

Appx15. The Board further found that Nozawa did not teach selecting an oscillating signal of a certain frequency to generate the claimed "plurality of harmonics," and that Qualcomm did not offer any evidence that selecting such an oscillating signal was obvious to one of skill in the art. Appx20; *see also* Appx15-16.

But the missing oscillating signal to cause gating and the generation of a signal having a plurality of harmonics were also limitations in the challenged system claims. For example:

- Independent system claim 4 requires "**a switch module that receives an oscillating signal** … wherein **said oscillating signal causes said switch module to** gate said bias signal and thereby **generate a periodic signal having a plurality of harmonics**." Appx635 at claim 4 (emphasis added).
- Independent system claim 22 requires "**a switch module having** …. a control input connected to a control signal, and **an output generating a periodic signal** …. wherein said control signal is **an oscillating signal**, said control signal causing said switch module to gate said bias signal, [and] **said periodic signal being a harmonically rich signal comprised of a plurality of harmonics**" Appx636 at claim 22 (emphasis added).

- System claim 21 requires a "**pulse shaping module to receive an oscillating signal and to output a shaped string of pulses** that is a function of said oscillating signal; [and] a **switch module to receive said shaped string of pulses** and a bias signal, wherein **said shaped string of pulses causes said switch module to** gate said bias signal and thereby **generate a periodic signal having a plurality of harmonics**." Appx636 at claim 21 (emphasis added).

Thus, the Board's finding of fact that Qualcomm failed prove that Nozawa disclosed an oscillating signal to cause the Nozawa switch to generate a plurality of harmonics compels the conclusion that Qualcomm failed to invalidate not only the method claims, but the challenged system claims as well. *See, e.g.*, *Motorola, Inc. v. Interdigital Tech. Corp*., 121 F.3d 1461, 1473 (Fed. Cir. 1997) ("Where no combination of prior art references for obviousness describes all claim elements, an obviousness verdict must also fall.").

### 2. The Board's Construction of the Claims Improperly Reads In "Capable Of" and Reads Out the Required Oscillating Signal and Plurality of Harmonics Limitations.

The Board nonetheless found the system claims unpatentable by construing the claimed systems as only needing to be "capable of" generating the claimed periodic signal having a plurality of harmonics." Appx17; Appx61. This claim construction is contrary to and ignores the explicit language of the claims, and it is

thus wrong as a matter of law. *See, e.g.*, *Dell*, 818 F.3d at 1300 (rejecting the Board's construction because it "runs counter to the claim-construction principle that meaning should be given to all of a claim's terms").

The system claims do not recite a switch that "is capable" of receiving an oscillating signal, the claims explicitly require that the switch module is in fact "connected" to or "receives" the oscillating signal. Appx635-636 at claims 4, 21, 22. Nor is the claimed oscillating signal (or shaped oscillating signal) claimed as merely capable of causing the switch to output a signal having a plurality of harmonics, the explicit language of the claims requires, for example, that "said oscillating signal causes said switch module to gate said bias signal and thereby generate a periodic signal having a plurality of harmonics." Appx635-636 at claims 4, 21, 22. Construing the claimed system as merely being capable of receiving an oscillating signal capable of generating the plurality of harmonics was thus incorrect. *See Giannelli*, 739 F.3d at 1380 ("In the context of the claimed rowing machine, however, the mere *capability* of pulling the handles is not the inquiry that the Board should have made; it should have determined whether it would have been obvious to modify the prior art apparatus to arrive at the claimed rowing machine." (emphasis added)); *see also Ball Aerosol & Specialty Container, Inc. v. Ltd. Brands, Inc.*, 555 F.3d 984, 994-95 (Fed. Cir. 2009) ("[Patent owner's] reliance on cases that found infringement by accused products that were reasonably

capable of operating in an infringing manner is misplaced, since that line of cases is relevant only to claim language that specifies that the claim is drawn to capability." (internal citations omitted)).

### 3. The Decisions Identified by the Board Do Not Support Its Erroneous Claim Construction.

The Board cited and relied on *Hewlett-Packard Co. v. Bausch & Lomb Inc.*, 909 F.2d 1464 (Fed. Cir. 1990)—which Qualcomm never cited or relied upon—as supporting the Board's construction eliminating the oscillating signal and plurality of harmonics limitations. Appx17; Appx61. It does not.

In *Hewlett-Packard*, this Court affirmed the district court's determination that a prior art reference did **not** render an apparatus claim obvious. 909 F.2d at 1467-68. The validity challenger had argued that although there were structural differences between the claimed apparatus and that disclosed in the prior art, those difference should not matter because the different structures performed the same function and, therefore, there was no "operational difference." *Id.* This Court rejected that argument because there was "no requirement … that [the patent owner] show 'operational differences' of the claimed device over the prior art. [The challenged claim] is an apparatus claim, and apparatus claims cover what a device *is*, not what a device *does*. An invention need not *operate* differently than the prior art to be patentable, but need only *be* different." *Id.* at 1468 (emphasis in original).

*Hewlett-Packard* did not hold that where an apparatus is claimed to be configured or adapted to perform a certain function or achieve a certain result, such a limitation may be read out of the claim, and it thus does not support the Board's construction. Indeed, the challenged system claims fall squarely within the *Hewlett-Packard* holding because they are "different" from the apparatus described in the Nozawa references—where the asserted claims describe a system that includes oscillating signals and switches configured to generate a plurality of harmonics, Nozawa indisputably does not. *See* 909 F.2d at 1468; *see, e.g.*, Appx635-636 at claims 4, 21, 22.

The Board also mentions—but does not rely on—*General Electric Co. v. Jewel Incandescent Lamp Co.*, 326 U.S. 242 (1945). It, too, does not support the Board's construction. *General Electric* holds that "[i]t is not invention to perceive that the product which others had discovered had qualities they failed to detect." *Id*. at 249. This is not the case here—the claimed systems are not a "product which others had discovered." *See id.* Again, where the asserted claims describe a system including oscillating signals and switches configured to generate a plurality of harmonics, the Nozawa apparatus indisputably does not. *See, e.g.*, Appx635-636 at claims 4, 21, 22; *see also* Appx196.

### D. The Ariie IPR: The Board Erred By Relying on Unpatentability Theories Unsupported By the Law or Evidence.

The two bases for the Board's patentability determination in the Ariie IPR were not only untimely (as established above), they are also erroneous.

#### 1. Qualcomm and the Board Failed To Identify Substantial Evidence of the Required Motivation To Replace the Ariie Oscillating Signal with the Krauss Oscillating Signal.

The Board's Ariie Final Written Decision is based on Qualcomm's argument that it would have been obvious to replace the Ariie mixer's oscillating signal with the Krauss oscillating signal to cause the Ariie FET to gate a signal as required by the challenged claims. Appx36-38. But to prevail on this theory, Qualcomm was required to prove that the proposed combination would have been obvious to one of ordinary skill in the art, including why such a person would have been motivated to replace the Ariie mixer's oscillating signal with the Krauss oscillating signal to cause the Ariie FET to gate a signal. *See, e.g., KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 418 (2007) ("[A] patent composed of several elements is not proved obvious merely by demonstrating that each of its elements was, independently, known in the prior art."); *Symantec Corp. v. RPost Commc'ns Ltd.*, IPR2014-00355, Paper No. 12 at 36-37 (PTAB July 15, 2014); *Callcopy v. Verint Americas*, *et al.*, IPR2013-00486, Paper No. 11 at 11 (PTAB Feb. 5, 2014).

Conclusory statements of obviousness are insufficient to meet a Petitioners' burden. *In re Kahn*, 441 F.3d 977, 988 (Fed. Cir. 2006) ("[R]ejections on

obviousness grounds cannot be sustained by mere conclusory statements; instead, there must be some articulated reasoning with some rational underpinning to support the legal conclusion of obviousness.”). The petitioner must instead explicitly set forth the required analysis and evidence showing how and why one skilled in the art would combine the cited references to practice the claimed invention. *See KSR*, 550 U.S. at 418.

But because Qualcomm did not make this combination argument until its Reply Brief, it did not submit any evidence on this issue. Instead, the evidence Qualcomm submitted with its Petition only generally concerned its argument that one would have been motivated to use the Ariie mixer design in place of the Kraus mixers to obtain Ariie design’s touted “low-voltage operation, low or zero power consumption, and compact size.” *See, e.g.*, Appx2989-2990. Qualcomm made no argument and presented no evidence that any of these purported benefits of Ariie would motivate one of ordinary skill to further modify Ariie’s design by replacing the Ariie mixer’s oscillating signal with the Kraus oscillating signal to cause the Ariie mixer’s FET to gate a signal. *See, e.g.*, Appx2989-2990; Appx3178-3182.

Indeed, at no point in the Ariie IPR did Qualcomm even conclusorily assert—much less identify substantial evidence showing—that once the Krauss mixers have been substituted with the Ariie mixer design, it would have been obvious to replace the purported oscillating signal of Ariie with a Krauss

oscillating signal so that the Ariie FET will in fact "gate" the combined signal $S_S$ and DC voltage $V_{CC}$, rather than simply mixing those signals. *See, e.g.*, Appx2994-2996; Appx3178-3182.

Nor did the Board find any such motivation or identify any substantial evidence thereof: in its Ariie Final Written Decision, the Board did not address or identify any motivation for further modifying that Ariie mixer design to replace its oscillating signal with the rectangular waved oscillating signal of Krauss. *See, e.g.*, Appx39-41. It simply improperly assumed that such a combination was proper despite the absence of the require motivation to combine. Appx36-37.

### 2. The Board's Alternate Theory of the Claims Improperly Reads In "Capable Of" and Reads Out the Required "Oscillating Signal" and "Switch Module To Gate" Limitations.

The Board's own alternate unpatentability theory—that "Ariie's FET is **capable of** being used as a 'switch module' that 'gates' if it is driven with the proper input [and] [t]his is sufficient to satisfy the limitations"—suffers from the same defects as does its "capable of" theory in the Nozawa IPRs. Appx38 (emphasis added).

The challenged claims recite "a first switch module **that receives an oscillating signal** and a first bias signal, wherein **said first oscillating signal causes said first switch module to gate** said first bias signal … ." Appx634-635 at claim 1. Thus, contrary to the Board's construction, these claims explicitly

describe a system in which the switch is driven to gate, not one in which the switch is simply capable of being so driven. *See, e.g.*, Appx634-635 at claim 1.

The Board's construction reading these switch and gate limitations out of the claims in favor of improperly reading in "capable of" language is thus incorrect as a matter of law, for all the reasons identified above in connection with the Board's "capable of" construction in the Nozawa IPRs.

## VI. CONCLUSION

For the foregoing reasons, the Court should reverse the Board's determinations in the Nozawa and Ariie IPRs that Qualcomm met its burden of proving that the challenged system claims are unpatentable.

Dated: October 20, 2017

Respectfully submitted,

*/s/ William A. Meunier*

Michael T. Renaud
William A. Meunier
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.
One Financial Center
Boston, MA 02111

*Attorneys for Appellant ParkerVision, Inc.*

# Addendum

Trials@uspto.gov
571-272-7822

Paper 32
Entered: March 7, 2017

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BEFORE THE PATENT TRIAL AND APPEAL BOARD

---

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,
Petitioner,

v.

PARKERVISION, INC.,
Patent Owner.

---

Case IPR2015-01828
Patent 6,091,940

---

Before BART A. GERSTENBLITH, CHRISTOPHER L. CRUMBLEY, and JASON J. CHUNG, *Administrative Patent Judges*.

CRUMBLEY, *Administrative Patent Judge*.

# FINAL WRITTEN DECISION
*35 U.S.C. § 318 and 37 C.F.R. § 42.73*

## I. INTRODUCTION

In this *inter partes* review trial, instituted pursuant to 35 U.S.C. § 314, Qualcomm Incorporated and Qualcomm Atheros, Inc. (collectively, "Qualcomm") challenge the patentability of claims 21, 25, 26, 281, 283–286, 288, 289, 293, 363–366, 368, 369, and 373 of U.S. Patent No. 6,091,940 (Ex. 1001, "the '940 patent"), owned by ParkerVision, Inc.

We have jurisdiction under 35 U.S.C. § 6(b). This Final Written Decision, issued pursuant to 35 U.S.C. § 318(a), addresses issues and arguments raised during trial. For the reasons discussed below, we determine that Qualcomm has proven, by a preponderance of the evidence, that claims 21, 281, 283–286, 288, 289, and 293 of the '940 patent are unpatentable. Qualcomm has not proven by a preponderance of the evidence, however, that claims 25, 26, 363–366, 368, 369, and 373 are unpatentable.

### *A. Procedural History*

On August 28, 2015, Qualcomm requested an *inter partes* review of claims 21, 25, 26, 281, 283–286, 288, 289, 293, 363–366, 368, 369, and 373 of the '940 patent. Paper 1, "Pet." ParkerVision filed a Patent Owner Preliminary Response. Paper 7, "Prelim. Resp." In a Decision on Institution of *Inter Partes* Review (Paper 8, "Dec. on Inst."), we instituted trial as to all challenged claims on the following ground of unpatentability:

> Whether claims 21, 25, 26, 281, 283–286, 288, 289, 293, 363–366, 368, 369, and 373 are unpatentable under 35 U.S.C. § 103(a), as having been obvious over the combined disclosures of Nozawa[1] and Philips 4052.[2]

Dec. on Inst. 29.

Following institution of trial, ParkerVision filed a Patent Owner Response (Paper 16, "PO Resp."), and Qualcomm filed a Reply (Paper 19, "Pet. Reply").

Qualcomm supported its Petition with the Declaration of Dr. Lawrence E. Larson. Ex. 1002. ParkerVision took cross-examination testimony of Dr. Larson via deposition on May 16, 2016, and submitted the transcript of that deposition. Ex. 2001.

With its Response, ParkerVision submitted the Declaration of Dr. Neil Birkett. Ex. 2008. Qualcomm noticed the deposition of Dr. Birkett (Paper 17), but did not submit the transcript of that deposition. Qualcomm did, however, submit the testimony of Dr. Birkett, taken by deposition in a related proceeding before the United States International Trade Commission. Ex. 1037.

Following Qualcomm's Reply, counsel for ParkerVision contacted the Board, alleging that the Reply exceeded the scope permitted under 37 C.F.R.

---

[1] Yasuo Nozawa, *The Merigo Method: SSB Generator/Producing a Demodultor*, HAM Journal Special Edition: The Handmade SSB Challenge, 15–26 (July/August 1993) (Ex. 1003). Exhibit 1003 includes both the original Japanese version of Nozawa and a certified translation accompanied by a translator's declaration.

[2] Philips, *74HC/HCT4052 Dual 4-Channel Analog Multiplexer/Demultiplexer*, (December 1990) (Philips Semiconductors Data Sheet) (Ex. 1004).

§ 42.23(b). We authorized ParkerVision to file an identification of the portions of the Reply that allegedly exceeded the proper scope. Paper 22. ParkerVision filed the authorized list (Paper 24), and Qualcomm filed a response (Paper 27).

Neither party filed a motion to exclude evidence.

Oral hearing was requested by both parties (Papers 21, 23), and argument before the Board was held on November 29, 2016.

*B. The '940 Patent*

The '940 patent, titled "Method and System for Frequency Up-Conversion," is directed to "[a] method and system . . . wherein a signal with a lower frequency is up-converted to a higher frequency." Ex. 1001, [54], [57]. According to the '940 patent, "[t]he up-conversion is accomplished by controlling a switch with an oscillating signal, the frequency of the oscillating signal being selected as a sub-harmonic of the desired output frequency." *Id.* The '940 patent explains:

> The methods and systems of transmitting vary slightly depending on the modulation scheme being used. For some embodiments using frequency modulation (FM) or phase modulation (PM), the information signal is used to module an oscillating signal to create a modulated intermediate signal. If needed, this modulated intermediate signal is "shaped" to provide a substantially optimum pulse-width-to-period ratio. This shaped signal is then used to control a switch which opens and closes as a function of the frequency and pulse width of the shaped signal. As a result of this opening and closing, a signal that is harmonically rich is produced with each harmonic of the harmonically rich signal being modulated substantially the same as the modulated intermediate signal. Through proper filtering, the desired harmonic (or harmonics) is selected and transmitted.

*Id.* at 1:58–2:5. The '940 patent further explains:

> For some embodiments using amplitude modulation (AM), the switch is controlled by an unmodulated oscillating signal (which may, if needed, be shaped). As the switch opens and closes, it gates a reference signal which is the information signal. In an alternate implementation, the information signal is combined with a bias signal to create the reference signal, which is then gated. The result of the gating is a harmonically rich signal having a fundamental frequency substantially proportional to the oscillating signal and an amplitude substantially proportional to the amplitude of the reference signal. Each of the harmonics of the harmonically rich signal also have amplitudes proportional to the reference signal, and are thus considered to be amplitude modulated. Just as with the FM/PM embodiments described above, through proper filtering, the desired harmonic (or harmonics) is selected and transmitted.

*Id.* at 2:6–21.

### *C. Illustrative Claims*

Of the claims on which trial was instituted, 21 and 25 are independent. Claims 281, 283–286, 288, 289, and 293 depend directly or indirectly from claim 21, and claims 26, 363–366, 368, 369, and 373 depend directly or indirectly from claim 25. Claims 21 and 25 are illustrative of the claimed subject matter and are reproduced below:

> 21. An apparatus for frequency up-conversion, comprising:
>
> a pulse shaping module to receive an oscillating signal and to output a shaped string of pulses that is a function of said oscillating signal;
>
> a switch module to receive said shaped string of pulses and a bias signal, wherein said shaped string of pulses causes said switch module to gate said bias signal and thereby generate a periodic signal having a plurality of harmonics, said bias signal being a function of an information signal, said periodic signal having an amplitude that is a function of said bias signal; and

> a filter coupled to said switch module to isolate one or more desired harmonics of said plurality of harmonics.

Ex. 1001, 69:18–31.

> 25. A method of communicating, comprising the steps of:
>
> (1) shaping an oscillating signal to create a string of pulses that is a function of said oscillating signal;
>
> (2) gating a reference signal at a rate that is a function of said string of pulses to create a periodic signal having a plurality of harmonics, said reference signal being a function of an information signal, and at least one of said plurality of harmonics being a desired harmonic; and
>
> (3) outputting said periodic signal, said periodic signal having an amplitude that is a function of said reference signal.

*Id.* at 70:1–12.

## II. ANALYSIS

### *A. Claim Construction*

For purposes of our Decision on Institution, we analyzed each claim term in light of its broadest reasonable interpretation, as understood by one of ordinary skill in the art and consistent with the specification of the '940 patent. 37 C.F.R. § 42.100(b); *Cuozzo Speed Techs., LLC v. Lee*, 136 S. Ct. 2131, 2144–46 (2016). Under the broadest reasonable interpretation standard, and absent any special definitions, claim terms are given their ordinary and customary meaning, as would be understood by one of ordinary skill in the art in the context of the entire disclosure. *In re Translogic Tech. Inc.*, 504 F.3d 1249, 1257 (Fed. Cir. 2007). Any special definitions for claim terms or phrases must be set forth with reasonable clarity, deliberateness, and precision. *In re Paulsen*, 30 F.3d 1475, 1480 (Fed. Cir. 1994).

In the Decision on Institution, we evaluated the parties' proffered constructions for the claim terms "switch module," "to gate," "harmonic," "desired harmonics," and "pulse shaping module." Dec. on Inst. 8–18. We determined that, based on the record at the time, the broadest reasonable interpretations of the terms were as follows:

| | |
|---|---|
| *switch module* | "device with an input and output that can take two states, open and closed" |
| *to gate* | no express construction necessary |
| *harmonic* | "a frequency or tone that, when compared to its fundamental or reference frequency or tone, is an integer multiple of it . . . [and] includes the fundamental frequency as the first harmonic" |
| *desired harmonic* | no express construction necessary |
| *pulse shaping module/ shaping an oscillating signal* | no express construction necessary |

During the trial, ParkerVision asserted that we should maintain our construction of "harmonic" (PO Resp. 19–23), and Qualcomm did not address the adopted construction. With respect to the remaining terms, ParkerVision argues that none of these terms are material to the remaining dispute between the parties, which is focused on the "harmonic" limitation. *Id.* at 24–25. On this, we agree. As the remaining terms are not material to the parties' dispute, we decline to construe them further. *See Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 803 (Fed. Cir. 1999).

*B. Obviousness over Nozawa and Philips 4052*

We instituted trial to determine whether claims 21, 25, 26, 281, 283–286, 288, 289, 293, 363–366, 368, 369, and 373 are unpatentable under 35 U.S.C. § 103(a), as they would have been obvious over the combined

disclosures of Nozawa and Philips 4052. Dec. on Inst. 29. An obviousness inquiry involves four underlying determinations: the scope and content of the prior art; the differences between the prior art and the claims at issue; the level of ordinary skill; and any objective indicia of nonobviousness. *Graham v. John Deere Co.*, 383 U.S. 1, 17 (1966). We begin by assessing the scope and content of the prior art, namely the disclosures of Nozawa and Philips 4052.

### *1. Nozawa*

Nozawa teaches a single sideband (SSB) transceiver for transmitting and receiving audio signals. Ex. 1003, 15–16; Ex. 1002 ¶ 140. Figure 8 of Nozawa, reproduced below, is a circuit diagram of the transmitter, depicting an SSB generator circuit:

FIG. 8: Diagram of New Type of SSB Generator Circuit




Figure 8 depicts, at bottom left, an audio frequency input ("AF Input") that is split into four signals that have 90° phase differences from one another. Ex. 1003, 20. The signals are then input to a 4052 chip—Nozawa specifically recites "a 74HC4052"—which includes a CMOS analog switch.

*Id.* The split AF signals are input to pins 11, 12, 14, and 15 of the chip. *Id.* at Fig. 8.

Nozawa also teaches providing to the 4052 chip an oscillating signal ("Lo") output from a 74AC74 chip. *Id.* at 20. This Lo signal is input to pins 9 and 10 of the 74HC4052 chip. *Id.* at Fig. 8. In his Declaration, Dr. Larson annotates Figure 8 of Nozawa as follows:

FIG. 8: Diagram of New Type of SSB Generator Circuit




Figure 8 of Nozawa, as annotated by Dr. Larson, depicts two phase LO signals and first through fourth AF signals entering the 4052 chip at pins 9–12, 15, and 16. Ex. 1002 ¶ 142.

Nozawa also teaches the use of a low-pass filter, which filters the output of the 4052 chip (from pin 13) because it "in principle includes many harmonics." Ex. 1003, 20. According to Dr. Larson, this low-pass filter is depicted in the upper right of Figure 8. Ex. 1002 ¶ 147.

A receiver, also described as a single sideband ("SSB") demodulator, is taught by Nozawa and depicted below in Figure 12:

FIG. 12: SSB Demodulator Circuit Using New Method




Figure 12 shows that the Nozawa receiver uses the same 4052 chip "rotary switch" as used in the transmitter, in the "opposite of its role in the generator in that it acts as a distributor that distributes the SSB input signal to the four capacitors." Ex. 1003, 24. The four component AF signals are then reconstituted into the final AF output. *Id.*

2. *Philips 4052*

Philips 4052 is a product specification for a 74HC/HCT4052 Dual 4-channel analog multiplexer/demultiplexer, manufactured by Philips Semiconductors. Ex. 1004, 1. Dr. Larson testifies that the chip described in Philips 4052 is the same as that referenced by Nozawa as "74HC4052," and that a person of skill in the art "would have considered it obvious to look at the Philips 4052 datasheet to help explain the operation of the device in Nozawa." Ex. 1002 ¶¶ 152–53. Philips 4052 provides details on the function of the chip, including a functional diagram as Figure 4, depicted below:




Fig.4 Functional diagram.

Figure 4 of Philips 4052 shows the inputs at various pins 1–16 of the 74HC4052 chip and how those inputs are fed to various components within the chip. Each of pins 1–5 and 11–15 is connected to a CMOS switch, detailed in Figure 5 of Philips 4052. Ex. 1004, 4; Ex. 1002 ¶ 144.

### 3. *Level of Ordinary Skill in the Art*

Qualcomm contends, citing Dr. Larson's testimony, that one of ordinary skill in the art

> as of October 1998 would possess, at a minimum, either (a) a master of science degree in electrical engineering and two or more years of experience in radio frequency circuit design, or (b) a bachelor of science degree in electrical engineering with three or more years of experience with the design and development of RF circuits.

Pet. 10–11 (citing Ex. 1002 ¶¶ 31–39). ParkerVision does not contest Qualcomm's designation of the level of ordinary skill in the art as of the date of the invention. Accordingly, we adopt Qualcomm's proposed level of ordinary skill in the art.

*4. Proposed Combination of Nozawa and Philips 4052*

Qualcomm contends that "Nozawa and Philips 4052 both provide architectures and methods for upconversion that can be used for a transmitter." Pet. 21. Indeed, as Qualcomm observes, the 74HC4052 chip described in Philips 4052 is used in Nozawa. *Id.* at 28–29. We agree with Qualcomm that a person of ordinary skill in the art would have had reason to look to the disclosure of Philips 4052 to learn more about the operation of the 74HC4052 chip disclosed in Nozawa. ParkerVision does not challenge that a person of ordinary skill in the art would have combined Nozawa with Philips 4052.

Nor does ParkerVision contest that most of the limitations of the challenged claims are taught by Nozawa and Philips 4052. With respect to apparatus claim 21, for example, Qualcomm relies upon Nozawa's SSB Generator Circuit, as informed by the disclosure of Philips 4052, to provide each element of the claim. Pet. 22–42. Qualcomm contends that the 74HC4052 chip is the claimed "switch module," which receives a bias signal from one or more of the AF Inputs, and generates a periodic signal having a plurality of harmonics. *Id.* at 28–37. Qualcomm cites to Dr. Larson's testimony, which explains that the oscillating signals sent to each switch of the 4052 chip "gate" the bias signal, by causing the switch to change from an ON-state to an OFF-state. Ex. 1002 ¶ 190.

Qualcomm also contends that the 74HC4052 chip of Nozawa receives two local oscillator signals at pins 9 and 10, which are then converted using the chip's "1-of-4 DECODER" into four 25% duty cycle signals. Pet. 22–27. Dr. Larson testifies that a 1-of-4 decoder (also known as a 1-of-4 demultiplexer) was well known to those of ordinary skill in the art and

would have been understood to shape waveforms in the same manner as the pulse shaper of the '940 patent. Ex. 1002 ¶¶ 165–167. Thus, Qualcomm concludes that the 1-of-4 decoder of the Philips 4052 chip satisfies claim 21's requirement of a "pulse shaping module" under either proposed construction of the term. Pet. 24–28.

Similarly, for method claim 25, Qualcomm contends that the first step of "shaping an oscillating signal" is disclosed by the 1-of-4 decoder of Nozawa, which creates a string of four 25% duty cycle oscillating signals. *Id.* at 43. The second step, which requires "gating a reference signal . . . to create a periodic signal having a plurality of harmonics," is said to be taught by Nozawa's gating of the audio AF input signal using the four 25% duty cycle oscillating signals and the switches of the Philips 4052 chip. *Id.* at 43–46. And, with respect to claim 25's third step, Qualcomm contends that "outputting said periodic signal . . . having an amplitude that is a function of said reference signal" is taught by Nozawa outputting an upconverted periodic signal from its 74HC4052 chip. *Id.* at 47.

As such, Qualcomm argues that the proposed combination of Nozawa and Philips 4052 teaches each limitation of the independent claims. ParkerVision contests only one limitation: whether Qualcomm has proven that the combination discloses a "plurality of harmonics." PO Resp. 25–32. We address this argument below.

As to the uncontested limitations of claims 21 and 25, as well as the additional limitations of the challenged dependent claims, we have reviewed Qualcomm's unchallenged arguments and evidence on these points (Pet. 22–53), find them persuasive that the references teach the limitations, and adopt Qualcomm's analysis as our findings herein. Additionally, we agree with

Qualcomm that one of ordinary skill in the art would have been prompted to look to the disclosure of Philips 4052 to learn more about the operation of the 74HC4052 chip taught in Nozawa. Accordingly, one of ordinary skill in the art had a reason with rational underpinnings to combine the teachings of Philips 4052 and Nozawa.

*5. Analysis of Apparatus Claims*

Claim 21 and its dependent claims are directed to apparatuses for frequency up-conversion that have, *inter alia*, "a switch module to receive [a] shaped string of pulses and a bias signal, wherein said shaped string of pulses causes said switch module to gate said bias signal and thereby generate a periodic signal having a plurality of harmonics." ParkerVision's sole[3] argument for patentability is that the combination of Nozawa and Philips 4052 fails to teach or suggest this limitation, particularly the "plurality of harmonics." PO Resp. 25–32.

Qualcomm argues that Nozawa teaches generating a periodic signal from its 74HC4052 chip (Pet. 35–36), shown highlighted in green in the following portion of Nozawa's Figure 8, as annotated by Dr. Larson:

[3] ParkerVision also argues that the prior art does not teach a filter to isolate the desired harmonics of a plurality of harmonics, but this argument is based entirely on the prior argument that no plurality of harmonics is generated. PO Resp. 32. Resolution of the "plurality of harmonics" issue, therefore, resolves the "filter" issue.




Figure 8 of Nozawa, as annotated by Dr. Larson, shows a periodic signal (green highlight), produced by chip 74HC4052 at pin 13, going to a low-pass filter (LPF, orange highlight). Ex. 1002 ¶ 200. Qualcomm points to Nozawa's statement that the low-pass filter is needed because "the method used to realize this system is 'switching,' which in principle includes many harmonics." Ex. 1003, 20. Dr. Larson also testifies that a person of ordinary skill in the art would have recognized that the output signal of the 74HC4052 chip contains harmonics, using the formula for mixer output frequencies given in Maas.[4] Ex. 1002 ¶ 194 (citing Ex. 1017, 30).

In response, ParkerVision contends that Nozawa does not disclose expressly that its periodic signal contains a plurality of harmonics, because there is no evidence that the "many harmonics" of Nozawa are the integer multiple harmonics required by the claims. PO Resp. 27–28. On this point, we agree with ParkerVision. Nozawa's disclosure that the output "in

[4] Stephen A. Maas, MICROWAVE MIXERS (Artech House Publishers, 2nd ed. 1993) (Ex. 1017).

principle" contains many harmonics does not convince us that the output actually, or necessarily, contains the integer multiple harmonics.

Regarding the Maas equation, ParkerVision directs us to a portion of Dr. Larson's deposition, in which Dr. Larson used the Maas equation to calculate the harmonics produced by a mixer, given certain assumed inputs supplied by ParkerVision's counsel (an input signal of 100 kHz and an LO input of 1 MHz). *Id.* at 29–31 (citing Ex. 2001, 177–87). ParkerVision notes that Dr. Larson's calculations produced -0.9, 3.1, and -4.9 MHz as the first three harmonics, which are not integer multiples. PO Resp. 31. Thus, ParkerVision argues, the circuit of Nozawa does not necessarily produce a plurality of harmonics, defined by the '940 patent as being integer multiples of the fundamental frequency. *Id.*

Qualcomm argues that the Maas equation "shows that Nozawa will necessarily produce the required 'integer multiple' harmonics for *many* input frequencies." Pet. Reply 4 (emphasis added). According to Qualcomm, it is not required to show that Nozawa will produce integer multiple harmonics for all operating conditions; rather, it is only relevant that Nozawa *could* be operated to produce the harmonics. *Id.* Regarding Dr. Larson's calculations during his deposition, Qualcomm contends that even using the assumed inputs provided by ParkerVision, the Maas equation shows that the 35th and 37th harmonics are 35.1 and -36.9 MHz, respectively, which are integer multiples of the fundamental frequency of 0.9 MHz. *Id.* at 7. Qualcomm also notes that selecting slightly different input frequencies for the Maas equation will produce much lower integer multiple harmonics, such as at the 7th and 9th harmonics. *Id.* at 8.

The parties' disagreements over the various inputs and permutations of the Maas equation aside, one point appears to be beyond dispute: under some conditions, but not all conditions, the Maas equation shows that Nozawa's structure will produce a periodic signal that contains integer multiples of the fundamental frequency. In other words, the structure of Nozawa is *capable* of producing a signal that satisfies the limitations of the claim. Qualcomm argues that this is sufficient to show unpatentability. Pet. Reply 13 (citing *Gen. Electric Co. v. Jewel Incandescent Lamp Co.*, 326 U.S. 242, 248–49 (1945)). On this point, we agree. Claim 21 and its dependents are apparatus claims; as such, they "cover what a device *is*, not what a device *does*." *Hewlett-Packard Co. v. Bausch & Lomb Inc.*, 909 F.2d 1464, 1469 (Fed. Cir. 1990). In other words, the "periodic signal" limitations, which are directed to the transitory electrical signals produced by the apparatus, cannot give rise to patentability so long as the underlying apparatus has been shown to be capable of generating those signals. Here, it is undisputed that Nozawa's circuit is capable of generating a periodic signal having a plurality of harmonics, wherein those harmonics are integer multiples of the fundamental frequency. Furthermore, we agree with Qualcomm that Nozawa's low-pass filter is capable of isolating one or more of those harmonics, as desired.

Accordingly, we find that Qualcomm has shown, by a preponderance of the evidence, that the combination of Nozawa and Philips 4052 teaches each and every limitation of claims 21, 281, 283–286, 288, 289, and 293. Additionally, for the reasons discussed above, we find that Qualcomm has shown that one of ordinary skill in the art would have been prompted to combine the teachings of the references in the manner proposed.

*6. Analysis of Method Claims*

Claims 25 and its dependents are directed to methods of communicating requiring, *inter alia*, the step of "gating a reference signal at a rate that is a function of [a] string of pulses to create a periodic signal having a plurality of harmonics." As above, this is the sole limitation that ParkerVision asserts is not disclosed by the combination of Nozawa and Philips 4052. PO Resp. 25–32. Unlike the above analysis of the apparatus claims, however, for these method claims it is not sufficient for Qualcomm to show that Nozawa *could* be operated in a manner that meets the claimed method; rather, Qualcomm must show that a person of ordinary skill in the art *would* have performed the method as claimed.

On this point, Qualcomm's Petition is deficient. The Petition cites to Nozawa's recitation that its periodic signal "in principle includes many harmonics," and also Dr. Larson's testimony regarding the Maas equation. Pet. 45 (citing Ex. 1003, 20). But, as discussed above, these arguments merely show that the Nozawa chip *could*, if given the proper inputs, produce the required harmonics. The Petition does not speak to whether a person of ordinary skill in the art *would* have any reason to do so.

In its Reply, Qualcomm argues that "a person skilled in the art would have been motivated to select input and control signal frequencies for Nozawa's transceiver in order to generate" the claimed harmonics. Pet. Reply 11. For this proposition, Qualcomm cites Maas's discussion of subharmonically pumped mixers. *Id.* at 12 ("For many applications, it is expensive, inconvenient, or even impossible to generate a fundamental-frequency LO. . . . In these cases, it may be wise to use a mixer that is pumped at half the LO frequency, and to mix the RF signal with the second

harmonic of the junction's conductance waveform." (quoting Ex. 1017, 34–35)). Qualcomm also points to Dr. Larson's testimony that "the idea of potentially transmitting a higher harmonic is nearly as old as radio itself." *Id.* (citing Ex. 1002 ¶ 96).

ParkerVision objected to these arguments, because they allegedly were raised for the first time in Qualcomm's Reply. We agree. While the evidence cited by Qualcomm was not new to the record, we consider the arguments to be a new theory of unpatentability, improperly raised for the first time in the Reply.

An *inter partes* review trial before the Board is a formal adjudication under the Administrative Procedure Act; as such, the parties to the trial are guaranteed certain procedural protections. *See Belden Inc. v. Berk-Tek LLC*, 805 F.3d 1064, 1080 (Fed. Cir. 2015) ("A patent owner . . . is undoubtedly entitled to notice of and a fair opportunity to meet the grounds of rejection."). Significant among these protections is that parties must be given notice of the "matters of fact and law asserted," and the opportunity to meaningfully respond. *Id.* For this reason, the United States Court of Appeals for the Federal Circuit has held that we may not base our patentability decision on late-arising factual assertions or theories. *See Dell Inc. v. Acceleron, LLC*, 818 F.3d 1293, 1301 (Fed. Cir. 2016). In *Dell*, "an opportunity to respond was needed when the petitioner, to make its anticipation showing, newly pointed to a previously unmentioned portion of the allegedly anticipatory prior-art patent, even though it had earlier focused extensively on other portions of that prior-art patent." *In re Nuvasive Inc.*, 841 F.3d 966, 972 (Fed. Cir. 2016) (discussing *Dell*, 818 F.3d at 1301).

To be sure, we are not "limited to citing only portions of the prior art specifically drawn to [our] attention" in a petition. *Id.* at 971. But where the newly cited portions are "sufficiently distinct" from those previously presented by a party, the opposing party is entitled to the opportunity to respond. *Id.* at 972. Therefore, while we must consider the disclosure of a prior art reference as a whole, this does not mean that we may permit Qualcomm to change its theory of unpatentability during trial.

From the Petition, it is apparent that Qualcomm's theory of unpatentability rested on the assertion that Nozawa *taught* a plurality of harmonics. Pet. 45 ("Nozawa itself recognizes that its switch *would* create an output periodic signal with a plurality of harmonics.") (emphasis added); *id.* at 37 ("Maas also teaches that switches such as those in the 74HC4052 *generate* an output signal with harmonics of the fundamental frequency.") (emphasis added). Dr. Larson's testimony in support of the Petition also leads to this conclusion. *See* Ex. 1002 ¶ 241 ("Nozawa *discloses* generating a periodic signal having a plurality of harmonics.") (emphasis added); *see id.* ¶ 242 ("[T]hose of skill in the art would recognize that each switch in the 74HC4052 *will* generate an output signal with harmonics of the fundamental frequency.") (emphasis added). There is no relevant discussion, in either the Petition or Dr. Larson's Declaration, of the need for a person of ordinary skill in the art to select operating conditions that would cause Nozawa to generate a plurality of integer-multiple harmonics or why one of ordinary skill in the art would have done so.

To support its position that its argument is not new, Qualcomm directs us to a statement in its Petition that "the difference between selecting the fundamental frequency ($n = 1$) and a harmonic ($n > 1$) would have been

obvious to a person of skill." Paper 27, item #11 (quoting Pet. 41). We are not persuaded. This argument was provided in a ground of unpatentability on which we did not institute trial, because it was conditioned on a construction of "harmonics" that excluded the fundamental frequency. Pet. 41, 46. Qualcomm had argued it would have been obvious, in view of Maas, to operate the local oscillator of Nozawa at a sub-harmonic and then select a desired harmonic to transmit. *Id.* This is a different argument than Qualcomm is making in its Reply: that a person of ordinary skill in the art would have selected the inputs of Nozawa to produce *integer-multiple* harmonics of the fundamental frequency.

For these reasons, we do not rely on Qualcomm's late-arising theory on pages 11–12 of its Reply, that a person of ordinary skill in the art would have operated Nozawa in a manner to generate the claimed plurality of harmonics. Accordingly, Qualcomm has not shown that Nozawa and Philips 4052 teach the claimed step of "gating a reference signal . . . to create a periodic signal having a plurality of harmonics" recited in claim 25 and, via dependency, claims 26, 363–366, 368, 369, and 373.

## III. CONCLUSION

We have reviewed the evidence and arguments presented by the parties and found that a person of ordinary skill in the art would have had reason to combine the disclosures of Nozawa and Philips 4052 and would have had a reasonable expectation of success in doing so, and the combination would have taught all elements of the challenged apparatus claims. Furthermore, ParkerVision has not presented any evidence pertaining to objective indicia of nonobviousness. We conclude that Qualcomm has met its burden to prove, by a preponderance of the evidence,

that claims 21, 281, 283–286, 288, 289, and 293 would have been obvious over the combined disclosures of Nozawa and Philips 4052. We conclude, however, that Qualcomm has not met its burden to prove, by a preponderance of the evidence, that claims 25, 26, 363–366, 368, 369, and 373 are unpatentable.

## IV. ORDER

Accordingly, it is:

ORDERED that claims 21, 281, 283–286, 288, 289, and 293 of U.S. Patent No. 6,091,940 are *unpatentable*;

FURTHER ORDERED that claims 25, 26, 363–366, 368, 369, and 373 of U.S. Patent No. 6,091,940 *have not been proven unpatentable*;

FURTHER ORDERED that, pursuant to 35 U.S.C. § 318(b), upon expiration of the time for appeal of this Decision, or the termination of any such appeal, a certificate shall issue canceling claims 21, 281, 283–286, 288, 289, and 293, and confirming the patentability of claims 25, 26, 363–366, 368, 369, and 373, of U.S. Patent No. 6,091,940; and

FURTHER ORDERED that, because this is a Final Written Decision, parties to the proceeding seeking judicial review of the decision must comply with the notice and service requirements of 37 C.F.R. § 90.2.

For PETITIONER:

Timothy S. Teter
Matthew J. Brigham
Eamonn Gardner
Orion Armon
COOLEY LLP
teterts@cooley.com
mbrigham@cooley.com
egardner@cooley.com
oarmon@cooley.com

For PATENT OWNER:

Thomas F. Presson
PARKERVISION, INC.
tpresson@parkervision.com

Michael Renaud
Michael McNamara
William Meunier
MINTZ, LEVIN COHN, FERRIS, GLOVSKY AND POPEO, P.C.
mtrenaud@mintz.com
mmcnamara@mintz.com
wameunier@mintz.com

Trials@uspto.gov
571-272-7822

Paper 30
Entered: March 7, 2017

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,
Petitioner,

v.

PARKERVISION, INC.,
Patent Owner.

Case IPR2015-01829
Patent 6,091,940

Before BART A. GERSTENBLITH, CHRISTOPHER L. CRUMBLEY, and JASON J. CHUNG, *Administrative Patent Judges*.

CRUMBLEY, *Administrative Patent Judge*.

# FINAL WRITTEN DECISION
*35 U.S.C. § 318 and 37 C.F.R. § 42.73*

# I. INTRODUCTION

In this *inter partes* review trial, instituted pursuant to 35 U.S.C. § 314, Qualcomm Incorporated and Qualcomm Atheros, Inc. (collectively, "Qualcomm") challenge the patentability of claims 1, 2, 18, 81–84, 86, 88–91, 93, 94, 251–254, 256, 258–261, 263, and 264 of U.S. Patent No. 6,091,940 (Ex. 1001, "the '940 patent"), owned by ParkerVision, Inc.

We have jurisdiction under 35 U.S.C. § 6(b). This Final Written Decision, issued pursuant to 35 U.S.C. § 318(a), addresses issues and arguments raised during trial. For the reasons discussed below, we determine that Qualcomm has proven, by a preponderance of the evidence, that claims 1, 2, 18, 81–84, 86, 88–91, 93, 94, 251–254, 256, 258–261, 263, and 264 of the '940 patent are unpatentable.

## *A. Procedural History*

On August 28, 2015, Qualcomm requested an *inter partes* review of claims 1, 2, 18, 81–84, 86, 88–91, 93, 94, 251–254, 256, 258–261, 263, and 264 of the '940 patent. Paper 1, "Pet." ParkerVision filed a Patent Owner Preliminary Response. Paper 7, "Prelim. Resp." In a Decision on Institution of *Inter Partes* Review (Paper 8, "Dec. on Inst."), we instituted trial as to all challenged claims on the following grounds of unpatentability:

1. Whether claims 1, 2, 18, 81–84, 88–91, 94, 251–254, 258–261, and 264 are unpatentable under 35 U.S.C. § 103(a), as having been obvious over the combined disclosures of Krauss[1] and Ariie;[2] and

---

[1] Herbert L. Krauss et al., SOLID STATE RADIO ENGINEERING (1980) (Ex. 1003).

[2] U.S. Patent No. 5,680,078 to Ariie, issued Oct. 21, 1997 (Ex. 1004).

2. Whether claims 86, 93, 256, and 263 are unpatentable under 35 U.S.C. § 103(a), as having been obvious over the combined disclosures of Krauss, Ariie, and Sullivan.[3]

Dec. on Inst. 27.

Following institution of trial, ParkerVision filed a Patent Owner Response (Paper 16, "PO Resp."), and Qualcomm filed a Reply (Paper 19, "Pet. Reply").

Qualcomm supported its Petition with the Declaration of Dr. Lawrence E. Larson. Ex. 1002. ParkerVision took cross-examination testimony of Dr. Larson via deposition on May 16, 2016, and submitted the transcript of that deposition. Ex. 2001.

With its Response, ParkerVision submitted the Declaration of Dr. Neil Birkett. Ex. 2008. Qualcomm noticed the deposition of Dr. Birkett (Paper 17), but did not submit the transcript of any deposition.

Following Qualcomm's Reply, counsel for ParkerVision contacted the Board, alleging that the Reply exceeded the scope permitted under 37 C.F.R. § 42.23(b). We authorized ParkerVision to file an identification of the portions of the Reply that allegedly exceeded the proper scope. Paper 22. ParkerVision filed the authorized list (Paper 24), and Qualcomm filed a response (Paper 26).

Neither party filed a motion to exclude evidence.

Oral hearing was requested by both parties (Papers 21, 23), and argument before the Board was held on November 29, 2016.

---

[3] Patrick J. Sullivan, et al., *Active Doubly Balanced Mixers for CMDS RFIC's*, MICROWAVE JOURNAL, 1–11 (Oct. 1, 1997) (Ex. 1005).

*B. The '940 Patent*

The '940 patent, titled "Method and System for Frequency Up-Conversion," is directed to "[a] method and system . . . wherein a signal with a lower frequency is up-converted to a higher frequency." Ex. 1001, [54], [57]. According to the '940 patent, "[t]he up-conversion is accomplished by controlling a switch with an oscillating signal, the frequency of the oscillating signal being selected as a sub-harmonic of the desired output frequency." *Id.* The '940 patent explains:

> The methods and systems of transmitting vary slightly depending on the modulation scheme being used. For some embodiments using frequency modulation (FM) or phase modulation (PM), the information signal is used to module an oscillating signal to create a modulated intermediate signal. If needed, this modulated intermediate signal is "shaped" to provide a substantially optimum pulse-width-to-period ratio. This shaped signal is then used to control a switch which opens and closes as a function of the frequency and pulse width of the shaped signal. As a result of this opening and closing, a signal that is harmonically rich is produced with each harmonic of the harmonically rich signal being modulated substantially the same as the modulated intermediate signal. Through proper filtering, the desired harmonic (or harmonics) is selected and transmitted.

*Id.* at 1:58–2:5. The '940 patent further explains:

> For some embodiments using amplitude modulation (AM), the switch is controlled by an unmodulated oscillating signal (which may, if needed, be shaped). As the switch opens and closes, it gates a reference signal which is the information signal. In an alternate implementation, the information signal is combined with a bias signal to create the reference signal, which is then gated. The result of the gating is a harmonically rich signal having a fundamental frequency substantially proportional to the oscillating signal and an amplitude substantially proportional to the amplitude of the reference signal. Each of the

> harmonics of the harmonically rich signal also have amplitudes proportional to the reference signal, and are thus considered to be amplitude modulated. Just as with the FM/PM embodiments described above, through proper filtering, the desired harmonic (or harmonics) is selected and transmitted.

*Id.* at 2:6–21.

### *C. Illustrative Claims*

Of the claims on which trial was instituted, 1 and 18 are independent. Claims 2, 81–84, 86, 88–91, 93, and 94 depend directly or indirectly from claim 1, and claims 251–254, 256, 258–261, 263, and 264 depend directly or indirectly from claim 18. Claims 1 and 18 are illustrative of the claimed subject matter and are reproduced below:

> 1. An apparatus for communicating, comprising:
>
> a first switch module that receives a first oscillating signal and a first bias signal, wherein said first oscillating signal causes said first switch module to gate said first bias signal and thereby generate a first periodic signal having a first plurality of harmonics, said first periodic signal having an amplitude that is a function of said first bias signal;
>
> a second switch module that receives a second oscillating signal and a second bias signal, wherein said second oscillating signal causes said second switch module to gate said second bias signal and thereby generate a second periodic signal having a second plurality of harmonics, said second periodic signal having an amplitude that is a function of said second bias signal;
>
> a summer coupled to said first switch module and to said second switch module, said summer to receive and combine said first periodic signal and said second periodic signal, and to output a combined periodic signal having a combined plurality of harmonics; and

> a filter coupled to said summer, said filter to isolate at least one of said combined plurality of harmonics.

Ex. 1001, 66:51–67:5.

> 18. An apparatus for communicating, comprising:
>
> a first switch module to receive a first oscillating signal and a first bias signal, wherein said first oscillating signal causes said first switch module to gate said first bias signal and thereby generate a first periodic signal having a first plurality of harmonics, said first periodic signal having an amplitude that is a function of said first bias signal, said first bias signal being a function of a first information signal;
>
> a second switch module to receive a second oscillating signal and a second bias signal, wherein said second oscillating signal causes said second switch module to gate said second bias signal and thereby generate a second periodic signal having a second plurality of harmonics, said second periodic signal having an amplitude that is a function of said second bias signal, said second bias signal being a function of a second information signal;
>
> a summer coupled to said first switch module and to said second switch module, said summer to receive and combine said first periodic signal and said second periodic signal, and to output a combined periodic signal having a combined plurality of harmonics; and
>
> a filter coupled to said summer, said filter to isolate at least one of said combined plurality of harmonics.

*Id.* at 68:50–69:7.

## II. ANALYSIS

### *A. Claim Construction*

For purposes of our Decision on Institution, we analyzed each claim term in light of its broadest reasonable interpretation, as understood by one of ordinary skill in the art and consistent with the specification of the

'940 patent. 37 C.F.R. § 42.100(b); *Cuozzo Speed Techs., LLC v. Lee*, 136 S. Ct. 2131, 2144–46 (2016). Under the broadest reasonable interpretation standard, and absent any special definitions, claim terms are given their ordinary and customary meaning, as would be understood by one of ordinary skill in the art in the context of the entire disclosure. *In re Translogic Tech. Inc.*, 504 F.3d 1249, 1257 (Fed. Cir. 2007). Any special definitions for claim terms or phrases must be set forth with reasonable clarity, deliberateness, and precision. *In re Paulsen*, 30 F.3d 1475, 1480 (Fed. Cir. 1994).

In the Decision on Institution, we evaluated the parties' proffered constructions for the claim terms "switch module," "to gate," "harmonic," and "summer." Dec. on Inst. 8–17. We determined that, based on the record at the time, the broadest reasonable interpretations of the terms were as follows:

| | |
|---|---|
| *switch module* | "device with an input and output that can take two states, open and closed" |
| *to gate* | no express construction necessary |
| *harmonic* | "a frequency or tone that, when compared to its fundamental or reference frequency or tone, is an integer multiple of it . . . [and] includes the fundamental frequency as the first harmonic" |
| *summer* | no express construction necessary |

During the instituted trial, ParkerVision asserted that we should maintain our constructions of "switch module" and "harmonic." PO Resp. 22–23, 29. With respect to "summer," ParkerVision conceded that Krauss teaches a summer and, therefore, an express construction is not material to the parties' dispute. *Id.* at 25. Finally, with respect to "to gate,"

ParkerVision contends that the parties agree on the portion of the construction that is material to resolving their dispute, namely that the term means that "the switch module must change between connecting and disconnecting the bias signal from the switch module's output." *Id.* at 23.

In its Reply, Qualcomm does not contest any of ParkerVision's claim construction assertions, or take issue with its characterization that the parties agree on the salient aspects. Given the parties' positions, and upon review of the entire record, we maintain our prior constructions of "switch module" and "harmonic," and adopt ParkerVision's proffered construction of "to gate" as "to change between connecting and disconnecting." As the construction of "summer" is not material to the parties' dispute, we decline to provide an express construction here. *See Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 803 (Fed. Cir. 1999).

### *B. Obviousness over Krauss and Ariie*

We instituted trial to determine whether claims 1, 2, 18, 81–84, 88–91, 94, 251–254, 258–261, and 264 are unpatentable under 35 U.S.C. § 103(a), as they would have been obvious over the combined disclosures of Krauss and Ariie. Dec. on Inst. 27. An obviousness inquiry involves four underlying determinations: the scope and content of the prior art; the differences between the prior art and the claims at issue; the level of ordinary skill; and any objective indicia of nonobviousness. *Graham v. John Deere Co.*, 383 U.S. 1, 17 (1966). We begin by assessing the scope and content of the prior art, namely the disclosures of Krauss and Ariie.

*1. Krauss*

Krauss teaches direct-conversion single side band ("SSB") transmitters.[4] Ex. 1003, 62. Figures 16-3(a) and (c) of Krauss are reproduced below.

**Fig. 16-3 Direct-conversion SSB transmitters. (*a*) Using phasing method of SSB modulation; (*b*) using third method of SSB modulation; and (*c*) frequency-division waveforms.**




Figures 16-3(a) and (c) illustrate a direct-conversion SSB transmitter and the waveforms used in the transmitter. According to Krauss, "[t]he audio input signal is applied to a phase-splitting network that produces two audio signals that differ in phase by 90°." *Id.* at 65. In addition, Krauss discusses "a flip-

[4] All references to the page numbers in Krauss refer to the page numbers inserted by Petitioner in the bottom, right-hand corner of each page.

flop whose outputs, B and C . . . are at a frequency $2f_0$ and 180° out of phase." *Id.* These outputs are then divided into outputs D and E, illustrated in Figure 16-3(c), which are rectangular waves used to drive two double-balanced mixers. *Id.*

*2. Ariie*

Ariie teaches a low- or zero-power-consumption mixer which operates at low voltage, comprising a field-effect transistor ("FET"). Ex. 1004, 2:20–34. The FET mixes a carrier signal (input at the gate of the FET) and a data signal (input to the drain of the FET) to create a mixed signal. *Id.* An embodiment of the Ariie mixer is depicted in Figure 1:

FIG. 1




Figure 1 of Ariie depicts FET Q1 connected to carrier signal $S_C$ at gate G, and to a composite signal that comprises data signal $S_S$ at drain D. *Id.* at 4:16–21. The FET outputs mixed signal $S_O$, which includes components having frequencies of $nf_c \pm mf_s$, where n and m are positive integers. *Id.* at

4:55–61. The desired output frequency is selected from these component frequencies with the use of a filter. *Id.* at 4:61–64.

### 3. *Level of Ordinary Skill in the Art*

Qualcomm contends, citing Dr. Larson's testimony, that one of ordinary skill in the art

> as of October 1998 would possess, at a minimum, either (a) a master of science degree in electrical engineering and two or more years of experience in radio frequency circuit design, or (b) a bachelor of science degree in electrical engineering with three or more years of experience with the design and development of RF circuits.

Pet. 12 (citing Ex. 1002 ¶¶ 24–29). ParkerVision does not contest Qualcomm's designation of the level of ordinary skill in the art as of the date of the invention. Accordingly, we adopt Qualcomm's proposed level of ordinary skill in the art.

### 4. *Proposed Combination of Krauss and Ariie*

Qualcomm contends that a person of ordinary skill in the art would have had reason to combine the disclosures of Krauss and Ariie because Krauss teaches a direct-conversion SSB transmitter that would have been understood to be a type of "orthogonal modulator," and Ariie expressly teaches using its mixer in orthogonal modulators. Pet. 23 (citing Ex. 1004, 1:5–10). Alternatively, Petitioner notes that Ariie teaches that its mixer is "a low-power-consumption or zero-power consumption mixer which operates at a low voltage and can be easily integrated to make it compact"; thus, a person of ordinary skill would have had reason to use Ariie's mixers in Krauss to make Krauss more compact. *Id.* at 23–24 (quoting Ex. 1004, 2:20–23).

Given these disclosures, Qualcomm contends that the person of ordinary skill in the art would have modified the circuit in Krauss's Figure 16-3(a) to replace each double-balanced mixer with the mixer of Ariie, resulting in a device that contains every structural component recited in claim 1. *Id.* at 25–36. The references are further said to teach that such a combination will result in the mixer outputting a plurality of harmonics. *Id.* at 30 ("Krauss teaches that a mixer implemented as a non-linear device will output periodic signals that include harmonics, with the particular harmonics depending on the nature of the non-linearity." (citing Ex. 1003, 14–15)); *id.* at 31 (citing Ex. 1004, 4:59–61). Krauss and Ariie are also said to teach the use of filters to remove unwanted harmonics. *Id.* at 35–36 (citing Ex. 1003, 78; Ex. 1004, 4:59–64). As such, Qualcomm argues that the proposed combination of Krauss and Ariie teaches each limitation of the challenged claims.

ParkerVision contests only two aspects of Qualcomm's argument: first, whether incorporating Ariie's mixer into Krauss's circuit results in the claimed "switch module" (PO Resp. 32–36); and second, whether there would have been a reason to combine the references as proposed (*id.* at 36–39). We evaluate each of these arguments below.

As to the remaining limitations of claims 1 and 18, as well as the additional limitations of the challenged dependent claims, we have reviewed Qualcomm's unchallenged arguments and evidence on these points (Pet. 25–45), find them persuasive that the references disclose the limitations, and adopt Qualcomm's analysis as our findings herein.

*5. Whether the References Disclose a "Switch Module" that "Gates"*

ParkerVision argues that, even if a person of ordinary skill in the art were to incorporate Ariie's FET into the circuit of Krauss, the FET would not be the claimed "switch module." PO Resp. 32–36. ParkerVision highlights Qualcomm's description of the FET as a "non-linear device," but points to Dr. Larson's testimony that a non-linear device is distinguishable from a switch that operates between two possible states. *Id.* at 34 (citations omitted). As such, the FET allegedly does not operate as a switch that has two possible states, open and closed, and would not "gate" the bias signal. *Id.* at 34–35. According to ParkerVision, Qualcomm did not "identify[] any evidence showing that Ariie describes FET Q1 as changing between two possible states, alternately connecting and disconnecting the data signal $S_S$." *Id.* at 35.

In response, Qualcomm argues that even though Ariie does not state expressly that its FET may be a switch, this is the natural result of incorporating the FET into the circuit described in Krauss. Pet. Reply 9–10. Qualcomm observes that "Krauss discloses a rectangular signal having two states, on and off, which would necessarily operate Ariie's FET as a gate or switch."[5] *Id.* at 10. Rectangular wave D, disclosed in Figure 16-3(c) of

[5] ParkerVision contends that Qualcomm's argument—regarding operating Ariie's mixer with a rectangular wave—is a new argument that goes beyond the scope of a proper reply. *See* Paper 24, 1 (identifying pages 9–12 and 16–18). We have evaluated ParkerVision's position and disagree that Qualcomm raised the argument for the first time in its Reply. In particular, we note that the Petition specifically highlighted the "First Oscillating Signal D" of Figure 16-3(c)—the rectangular wave—and states that gate G of Ariie's FET Q1 would receive that signal. Pet. 26, 28.

Krauss, is shown as an input into one of the mixers of Figure 16-3(a). Ex. 1003, 64. Qualcomm contends that when wave D is high, it would cause the FET to close; whereas, when D is low, the FET would open. Pet. Reply 11. The same reasoning holds for rectangular wave E, which drives the second mixer of Krauss. Qualcomm argues that it is irrelevant whether the FET of Ariie could be run in another manner, which does not operate as a switch, because the rectangular control signal of Krauss has only two states, off and on. *Id.* at 12.

We have reviewed the parties' arguments and the testimony of the experts. We agree with Qualcomm that, in the combination of references as proposed, the rectangular wave of Krauss would drive the Ariie FET as a switch. That switch, in turn, would cause the FET to gate the input signals of Krauss, satisfying the disputed limitations of the claims. We note that Dr. Birkett does not testify to the contrary, stating only that Ariie does not teach the FET as alternating between connecting and disconnecting the data signal. Ex. 2008 ¶ 37. While this is correct, Dr. Birkett's testimony is directed to the disclosure of Ariie individually, rather than looking to the proposed combination. *In re Keller*, 642 F.2d 413, 426 (CCPA 1981) ("[O]ne cannot show non-obviousness by attacking references individually where, as here, the rejections are based on combinations of references." (citing *In re Young*, 409 F.2d 754 (CCPA 1968))). Dr. Birkett does not address—and ParkerVision does not dispute—that when operated with the rectangular waves of Krauss, Ariie's FET acts as a switch.

It is of no moment that, as ParkerVision argues, Ariie's FET may be run in a manner that does not act as a switch, with many possible states between open and closed. PO Resp. 35; *see also* Ex. 2008 ¶ 38 (Dr. Birkett:

"The Ariie FET *could* be used to combine carrier signal $S_C$ and the data signal $S_S$ as described in the Ariie patent without acting as a switch.") (emphasis added). According to ParkerVision, this means that a "switch module" is not *necessarily* present in the combination and, therefore, cannot be disclosed inherentlytaught inherently. PO Resp. 36. As discussed above, however, Krauss shows that its oscillating signal is a rectangular wave, and ParkerVision does not dispute that the rectangular wave necessarily would operate the FET as a switch. The fact that an FET could be driven with other waveforms—not taught in Figure 16-3 of Krauss—in a manner that is not a switch does not detract from our finding that the proposed combination of Krauss and Ariie discloses waveforms that drive the FET such that it acts as a switch.

Finally, even if Krauss did not teach using a rectangular wave to drive its mixer—or if we were to disregard that as a new argument—we would still conclude that the limitations of the claims are taught by the combination of Krauss and Ariie. The "gating" performed by the "switch module" is functional in nature, describing the effect the apparatus has on transitory electrical signals. Thus, the "switch module" limitation is met when the claimed apparatus is capable of performing that gating function. The record is clear, and ParkerVision does not deny, that Ariie's FET is capable of being used as a "switch module" that "gates," if it is driven with the proper input. This is sufficient to satisfy the limitations. In other words, ParkerVision cannot use functional language to distinguish the challenged apparatus claims over the structure disclosed by the proposed combination of Krauss and Ariie. *See Hewlett-Packard Co. v. Bausch & Lomb Inc.*, 909

F.2d 1464, 1469 (Fed. Cir. 1990) ("[A]pparatus claims cover what a device *is*, not what a device *does*.").

*6. Reason to Combine Krauss and Ariie*

ParkerVision argues, in the alternative, that, even if Krauss and Ariie teach all limitations of the claims, a person of ordinary skill in the art would have had no reason to combine their disclosures in the manner Qualcomm suggests. PO Resp. 36–39. ParkerVision notes that the Krauss circuit is a suppressed carrier transmitter, meaning that its output does not contain the input frequency or the applied oscillating signal that drives the mixer. *See* Ex. 2008 ¶ 31. This is because Krauss uses double-balanced mixers, which suppress the carrier signal in their output. PO Resp. 38 (citing Ex. 2001).

By contrast, ParkerVision argues, the FET mixer of Ariie is unbalanced, meaning that its output will contain not only the desired frequency, but also the input and oscillating frequencies as leakage. Ex. 2008 ¶ 31. Including the FET of Ariie in the circuit of Krauss, therefore, would result in a transmitter that no longer suppresses the carrier. ParkerVision argues that this changes the principle of operation of Krauss, and results in a transmitter that is "unsatisfactory and inoperable for its intended purpose." PO Resp. 39.

It is correct that a person of ordinary skill in the art has little reason to make a modification that renders the prior art unsatisfactory or inoperable for its intended purpose. *In re Gordon*, 733 F.2d 900, 902 (Fed. Cir. 1984). But it is not sufficient that the result of the modification is merely somewhat inferior to the prior art. *In re Gurley*, 27 F.3d 551, 554 (Fed. Cir. 1994).

ParkerVision appears to define the "intended purpose" of Krauss's circuit as providing a suppressed carrier transmitter. *See* PO Resp. 38 ("replacing Krauss's double-balanced mixers with unbalanced mixers would result in an output signal that no longer had a suppressed carrier"). We disagree that Krauss's purpose is so limited. Krauss is a general textbook on solid-state radio engineering, "about the analysis and design of the radio-frequency electronic circuits that are the building blocks of radio transmitters and receivers." Ex. 1003, 3. Given this broad focus, it is more accurate to describe Krauss as directed to transmitters generally, as opposed to a particular kind of suppressed-carrier transmitter. While a suppressed carrier transmitter may have some advantages over unsuppressed carriers, it does not follow that unsuppressed carriers have no use, or are inoperable. Indeed, as Qualcomm observes, Krauss acknowledges that transmitters can use either suppressed or unsuppressed carrier approaches. Pet. Reply 5 (citing Ex. 1030, 500).

Ariie discloses that its FET mixers have certain advantages, such as low or zero power consumption and easy, compact integration. Ex. 1004, 2:20–23. It is reasonable that a person of ordinary skill in the art would have been willing to trade-off the benefit of a suppressed-carrier transmitter for the benefits taught by Ariie. In other words, any disadvantage[6] of a transmitter with an unsuppressed carrier would have been weighed against the advantages of Ariie's mixer. We cannot conclude that incorporating an

---

[6] We note that Dr. Larson testified that, in certain circumstances, transmitting the carrier may be beneficial. Ex. 2001, 188:17–22, 189:4–11. From this testimony, we conclude that unsuppressed carrier transmitters are not always disadvantageous.

unbalanced mixer into Krauss' transmitter would so frustrate its operation that a person of ordinary skill in the art would not contemplate the modification. In other words, on balance, we find that the advantages of combining the teachings of the references as proposed by Qualcomm outweigh the alleged disadvantages. Accordingly, Qualcomm has provided sufficient evidence of a reason with rational underpinnings as to why one of ordinary skill in the art would have been prompted to combine the teachings of Ariie with those of Krauss.

*7. Conclusion*

We have reviewed the evidence and arguments presented by the parties and find that a person of ordinary skill in the art would have had reason to combine the disclosures of Krauss and Ariie and would have had a reasonable expectation of success in doing so, and the combination would have taught all elements of the challenged claims. Furthermore, ParkerVision has not presented any evidence pertaining to objective indicia of nonobviousness. For these reasons, we conclude that Qualcomm has met its burden to prove, by a preponderance of the evidence, that claims 1, 2, 18, 81–84, 88–91, 94, 251–254, 258–261, and 264 would have been obvious to one of ordinary skill in the art at the time of the invention over the combined disclosures of Krauss and Ariie.

*C. Obviousness over Krauss, Ariie, and Sullivan*

We also instituted trial to determine whether claims 86, 93, 256, and 263 are unpatentable under 35 U.S.C. § 103(a), as they would have been obvious over the combined disclosures of Krauss, Ariie, and Sullivan. Dec. on Inst. 27. These dependent claims further require that the FET is a

complementary metal oxide semiconductor FET. *See, e.g.*, Ex. 1001, 74:50–52 (claim 86). Qualcomm relies on Sullivan, in combination with Krauss and Ariie, to disclose this limitation. Pet. 45–47.

Sullivan is directed to mixers for complementary metal-oxide semiconductor ("CMOS") radio frequency integrated circuits ("ICs"). Ex. 1005, 1. Sullivan discloses that "[t]he similarities between [metal-oxide-semiconductor field-effect transistor (MOSFET)] and MESFET devices allow the designer to apply the extensive knowledge of MESFET mixers[] to the design of MOSFET mixers." *Id.* Sullivan further states that "[u]sing CMOS technology, RF designers can utilize the large infrastructure in place that supports and develops low cost, mass-produced ICs. The drive to increase transceiver integration and reduce transceiver cost makes CMOS an attractive technology for low cost, highly integrated transceivers." *Id.* at 9.

Qualcomm acknowledges that Ariie does not recognize CMOS as the specific fabrication technology for its FET. Pet. 46. Rather, relying on the testimony of Dr. Larson, Qualcomm contends that a person of ordinary skill in the art would have had reason to implement Ariie's FET using a CMOS process. *Id.* (citing Ex. 1002 ¶¶ 289, 294).

ParkerVision does not challenge Qualcomm's characterization of the disclosure of Sullivan or Dr. Larson's testimony on this point, or contend that a person of ordinary skill in the art would not have combined Sullivan's disclosure with that of Ariie and Krauss. Nor does ParkerVision raise any other argument for the patentability of claims 86, 93, 256, and 263 separate from those made for the independent claims, which we have found unpersuasive. *See* Paper 9, 3 ("Patent Owner is cautioned that any arguments for patentability not raised in the response will be deemed

waived."). We find persuasive Qualcomm's unchallenged evidence, analysis, and reasons as to why one of ordinary skill in the art, at the time of the invention, would have been prompted to combine the teachings of the references, we find them persuasive and adopt them as our own.

For the foregoing reasons, we conclude that Qualcomm has established, by a preponderance of the evidence, that claims 86, 93, 256, and 263 would have been obvious to one of ordinary skill in the art at the time of the invention over the combined disclosures of Krauss, Ariie, and Sullivan.

## III. CONCLUSION

For the foregoing reasons, based on a review of the complete record developed during trial, we conclude that Qualcomm has proven, by a preponderance of the evidence, that claims 1, 2, 18, 81–84, 86, 88–91, 93, 94, 251–254, 256, 258–261, 263, and 264 are unpatentable.

## IV. ORDER

Accordingly, it is:

ORDERED that claims 1, 2, 18, 81–84, 86, 88–91, 93, 94, 251–254, 256, 258–261, 263, and 264 of U.S. Patent No. 6,091,940 are *unpatentable*;

FURTHER ORDERED that, pursuant to 35 U.S.C. § 318(b), upon expiration of the time for appeal of this decision, or the termination of any such appeal, a certificate shall issue canceling claims 1, 2, 18, 81–84, 86, 88–91, 93, 94, 251–254, 256, 258–261, 263, and 264 of U.S. Patent No. 6,091,940; and

FURTHER ORDERED that, because this is a Final Written Decision, parties to the proceeding seeking judicial review of the decision must comply with the notice and service requirements of 37 C.F.R. § 90.2.

For PETITIONER:

Timothy S. Teter
Matthew J. Brigham
Eamonn Gardner
Orion Armon
COOLEY LLP
teterts@cooley.com
mbrigham@cooley.com
egardner@cooley.com
oarmon@cooley.com

For PATENT OWNER:

Thomas F. Presson
PARKERVISION, INC.
tpresson@parkervision.com

Thomas Presson
Michael Renaud
Michael McNamara
William Meunier
MINTZ, LEVIN COHN, FERRIS, GLOVSKY AND POPEO, P.C.
tpresson@parkervision.com
mtrenaud@mintz.com
mmcnamara@mintz.com
wameunier@mintz.com

Trials@uspto.gov
571-272-7822

Paper 30
Entered: March 7, 2017

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BEFORE THE PATENT TRIAL AND APPEAL BOARD

---

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,
Petitioner,

v.

PARKERVISION, INC.,
Patent Owner.

---

Case IPR2015-01831
Patent 6,091,940

---

Before BART A. GERSTENBLITH, CHRISTOPHER L. CRUMBLEY, and JASON J. CHUNG, *Administrative Patent Judges*.

CRUMBLEY, *Administrative Patent Judge*.

# FINAL WRITTEN DECISION
*35 U.S.C. § 318 and 37 C.F.R. § 42.73*

# I. INTRODUCTION

In this *inter partes* review trial, instituted pursuant to 35 U.S.C. § 314, Qualcomm Incorporated and Qualcomm Atheros, Inc. (collectively, "Qualcomm") challenge the patentability of claims 4, 22, 23, 100, 113–116, 118, 119, 309–312, 314, 315, and 319 of U.S. Patent No. 6,091,940 (Ex. 1001, "the '940 patent"), owned by ParkerVision, Inc.

We have jurisdiction under 35 U.S.C. § 6(b). This Final Written Decision, issued pursuant to 35 U.S.C. § 318(a), addresses issues and arguments raised during trial. For the reasons discussed below, we determine that Qualcomm has proven, by a preponderance of the evidence, that claims 4, 22, 23, 100, 113–116, 118, 119, 309–312, 314, 315, and 319 of the '940 patent are unpatentable.

## *A. Procedural History*

On August 28, 2015, Qualcomm requested an *inter partes* review of claims 4, 22, 23, 100, 113–116, 118, 119, 309–312, 314, 315, and 319 of the '940 patent. Paper 1, "Pet." ParkerVision filed a Patent Owner Preliminary Response. Paper 7, "Prelim. Resp." In a Decision on Institution of *Inter Partes* Review (Paper 8, "Dec. on Inst."), we instituted trial as to all challenged claims on the following grounds of unpatentability:

1. Whether claims 4, 22, 23, 100, 113–116, 118, 309–312, 314, and 319 are unpatentable under 35 U.S.C. § 103(a), as having been obvious over the combined disclosures of Nozawa[1] and Philips 4052;[2] and
2. Whether claims 119 and 315 are unpatentable under 35 U.S.C. § 103(a), as having been obvious over the combined disclosures of Nozawa, Philips 4052, and Maas.[3]

Dec. on Inst. 32.

Following institution of trial, ParkerVision filed a Patent Owner Response (Paper 16, "PO Resp."), and Qualcomm filed a Reply (Paper 19, "Pet. Reply").

Qualcomm supported its Petition with the Declaration of Dr. Lawrence E. Larson. Ex. 1002. ParkerVision took cross-examination testimony of Dr. Larson via deposition on May 16, 2016, and submitted the transcript of that deposition. Ex. 2001.

With its Response, ParkerVision submitted the Declaration of Dr. Neil Birkett. Ex. 2008. Qualcomm noticed the deposition of Dr. Birkett (Paper 17), but did not submit the transcript of that deposition. Qualcomm did, however, submit the testimony of Dr. Birkett, taken by deposition in a

---

[1] Yasuo Nozawa, *The Merigo Method: SSB Generator/Producing a Demodultor*, HAM Journal Special Edition: The Handmade SSB Challenge, 15–26 (July/August 1993) (Ex. 1003). Exhibit 1003 includes both the original Japanese version of Nozawa and a certified translation accompanied by a translator's declaration.

[2] Philips, 74HC/HCT4052 Dual 4-Channel Analog Multiplexer/Demultiplexer, (December 1990) (Philips Semiconductors Data Sheet) (Ex. 1004).

[3] Stephen A. Maas, MICROWAVE MIXERS (Artech House Publishers, 2nd ed. 1993) (Ex. 1017).

related proceeding before the United States International Trade Commission. Ex. 1037.

Following Qualcomm's Reply, counsel for ParkerVision contacted the Board, alleging that the Reply exceeded the scope permitted under 37 C.F.R. § 42.23(b). We authorized ParkerVision to file an identification of the portions of the Reply that allegedly exceeded the proper scope. Paper 22. ParkerVision filed the authorized list (Paper 24), and Qualcomm filed a response (Paper 26).

Neither party filed a motion to exclude evidence.

Oral hearing was requested by both parties (Papers 21, 23), and argument before the Board was held on November 29, 2016.

*B. The '940 Patent*

The '940 patent, titled "Method and System for Frequency Up-Conversion," is directed to "[a] method and system . . . wherein a signal with a lower frequency is up-converted to a higher frequency." Ex. 1001, [54], [57]. According to the '940 patent, "[t]he up-conversion is accomplished by controlling a switch with an oscillating signal, the frequency of the oscillating signal being selected as a sub-harmonic of the desired output frequency." *Id.* The '940 patent explains:

> The methods and systems of transmitting vary slightly depending on the modulation scheme being used. For some embodiments using frequency modulation (FM) or phase modulation (PM), the information signal is used to module an oscillating signal to create a modulated intermediate signal. If needed, this modulated intermediate signal is "shaped" to provide a substantially optimum pulse-width-to-period ratio. This shaped signal is then used to control a switch which opens and closes as a function of the frequency and pulse width of the

> shaped signal. As a result of this opening and closing, a signal that is harmonically rich is produced with each harmonic of the harmonically rich signal being modulated substantially the same as the modulated intermediate signal. Through proper filtering, the desired harmonic (or harmonics) is selected and transmitted.

*Id.* at 1:58–2:5. The '940 patent further explains:

> For some embodiments using amplitude modulation (AM), the switch is controlled by an unmodulated oscillating signal (which may, if needed, be shaped). As the switch opens and closes, it gates a reference signal which is the information signal. In an alternate implementation, the information signal is combined with a bias signal to create the reference signal, which is then gated. The result of the gating is a harmonically rich signal having a fundamental frequency substantially proportional to the oscillating signal and an amplitude substantially proportional to the amplitude of the reference signal. Each of the harmonics of the harmonically rich signal also have amplitudes proportional to the reference signal, and are thus considered to be amplitude modulated. Just as with the FM/PM embodiments described above, through proper filtering, the desired harmonic (or harmonics) is selected and transmitted.

*Id.* at 2:6–21.

### *C. Illustrative Claims*

Of the claims on which trial was instituted, 4 and 22 are independent. Claims 100, 113–116, 118, and 119 depend directly or indirectly from claim 4, and claims 23, 309–312, 314, 315, and 319 depend directly or indirectly from claim 22. Claims 4 and 22 are illustrative of the claimed subject matter and are reproduced below:

> 4. An apparatus for frequency up-conversion, comprising:
>
> a switch module that receives an oscillating signal and a bias signal, wherein said oscillating signal causes said switch module to gate said bias signal and thereby generate a periodic signal having a plurality of harmonics, said periodic

signal having an amplitude that is a function of said bias signal; and

a filter coupled to said switch module to isolate at least one of said plurality of harmonics.

Ex. 1001, 67:25–33.

22. An apparatus for communicating comprising:

(a) a transmitting subsystem comprising:

(1) a switch module having a first input connected to a bias signal, a control input connected to a control signal, and an output generating a periodic signal, wherein said control signal is an oscillating signal, said control signal causing said switch module to gate said bias signal, said periodic signal having an amplitude that is a function of said bias signal, and said periodic signal being a harmonically rich signal comprised of a plurality of harmonics, and

(2) a filter to accept said harmonically rich signal and to output one or more desired harmonics from said plurality of harmonics; and

(b) a receiving subsystem.

*Id.* at 69:33–47.

## II. ANALYSIS

### *A. Claim Construction*

For purposes of our Decision on Institution, we analyzed each claim term in light of its broadest reasonable interpretation, as understood by one of ordinary skill in the art and consistent with the specification of the '940 patent. 37 C.F.R. § 42.100(b); *Cuozzo Speed Techs., LLC v. Lee*, 136 S. Ct. 2131, 2144–46 (2016). Under the broadest reasonable interpretation standard, and absent any special definitions, claim terms are given their ordinary and customary meaning, as would be understood by one of ordinary

skill in the art in the context of the entire disclosure. *In re Translogic Tech. Inc.*, 504 F.3d 1249, 1257 (Fed. Cir. 2007). Any special definitions for claim terms or phrases must be set forth with reasonable clarity, deliberateness, and precision. *In re Paulsen*, 30 F.3d 1475, 1480 (Fed. Cir. 1994).

In the Decision on Institution, we evaluated the parties' proffered constructions for the claim terms "switch module," "to gate," "harmonic," "desired harmonics," and "pulse shaping module." Dec. on Inst. 7–18. We determined that, based on the record at the time, the broadest reasonable interpretations of the terms were as follows:

| | |
|---|---|
| *switch module* | "device with an input and output that can take two states, open and closed" |
| *to gate* | no express construction necessary |
| *harmonic* | "a frequency or tone that, when compared to its fundamental or reference frequency or tone, is an integer multiple of it . . . [and] includes the fundamental frequency as the first harmonic" |
| *desired harmonic* | no express construction necessary |
| *harmonically rich signal* | "a signal comprised of a plurality of harmonics" |
| *pulse shaping module* | no express construction necessary |

During the trial, ParkerVision asserted that we should maintain our construction of "harmonic" (PO Resp. 18–22), and Qualcomm did not address the adopted construction. With respect to the remaining terms, ParkerVision argues that none of these terms are material to the remaining dispute between the parties, which is focused on the "harmonic" limitation. *Id.* at 23–24. On this, we agree. As the remaining terms are not material to

the parties' dispute, we decline to construe them further. *See Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 803 (Fed. Cir. 1999).

### *B. Obviousness over Nozawa and Philips 4052*

We instituted trial to determine whether claims 4, 22, 23, 100, 113–116, 118, 309–312, 314, and 319 are unpatentable under 35 U.S.C. § 103(a), as they would have been obvious over the combined disclosures of Nozawa and Philips 4052. Dec. on Inst. 32. An obviousness inquiry involves four underlying determinations: the scope and content of the prior art; the differences between the prior art and the claims at issue; the level of ordinary skill; and any objective indicia of nonobviousness. *Graham v. John Deere Co.*, 383 U.S. 1, 17 (1966). We begin by assessing the scope and content of the prior art, namely the disclosures of Nozawa and Philips 4052.

#### *1. Nozawa*

Nozawa teaches a single sideband (SSB) transceiver for transmitting and receiving audio signals. Ex. 1003, 15–16; Ex. 1002 ¶ 140. Figure 8 of Nozawa, reproduced below, is a circuit diagram of the transmitter, depicting an SSB generator circuit:

IPR2015-01831
Patent 6,091,940

FIG. 8: Diagram of New Type of SSB Generator Circuit




Figure 8 depicts, at bottom left, an audio frequency input ("AF Input") that is split into four signals that have 90° phase differences from one another. Ex. 1003, 20. The signals are then input to a 4052 chip—Nozawa specifically recites "a 74HC4052"—which includes a CMOS analog switch. *Id.* The split AF signals are input to pins 11, 12, 14, and 15 of the chip. *Id.* at Fig. 8.

Nozawa also teaches providing to the 4052 chip an oscillating signal ("Lo") output from a 74AC74 chip. *Id.* at 20. This Lo signal is input to pins 9 and 10 of the 74HC4052 chip. *Id.* at Fig. 8. In his Declaration, Dr. Larson annotates Figure 8 of Nozawa as follows:

IPR2015-01831
Patent 6,091,940

FIG. 8: Diagram of New Type of SSB Generator Circuit




Figure 8 of Nozawa, as annotated by Dr. Larson, depicts two phase LO signals and first through fourth AF signals entering the 4052 chip at pins 9–12, 15, and 16. Ex. 1002 ¶ 142.

Nozawa also teaches the use of a low-pass filter, which filters the output of the 4052 chip (from pin 13) because it "in principle includes many harmonics." Ex. 1003, 20. According to Dr. Larson, this low-pass filter is depicted in the upper right of Figure 8. Ex. 1002 ¶ 147.

A receiver, also described as a single sideband ("SSB") demodulator, is taught by Nozawa and depicted below in Figure 12:

FIG. 12: SSB Demodulator Circuit Using New Method



Figure 12 shows that the Nozawa receiver uses the same 4052 chip "rotary switch" as used in the transmitter, in the "opposite of its role in the generator in that it acts as a distributor that distributes the SSB input signal to the four capacitors." Ex. 1003, 24. The four component AF signals are then reconstituted into the final AF output. *Id.*

*2. Philips 4052*

Philips 4052 is a product specification for a 74HC/HCT4052 Dual 4-channel analog multiplexer/demultiplexer, manufactured by Philips Semiconductors. Ex. 1004, 1. Dr. Larson testifies that the chip described in Philips 4052 is the same as that referenced by Nozawa as "74HC4052," and that a person of skill in the art "would have considered it obvious to look at the Philips 4052 datasheet to help explain the operation of the device in Nozawa." Ex. 1002 ¶¶ 152–53. Philips 4052 provides details on the function of the chip, including a functional diagram as Figure 4, depicted below:




Fig.4 Functional diagram.

Figure 4 of Philips 4052 shows the inputs at various pins 1–16 of the 74HC4052 chip and how those inputs are fed to various components within the chip. Each of pins 1–5 and 11–15 is connected to a CMOS switch, detailed in Figure 5 of Philips 4052. Ex. 1004, 4; Ex. 1002 ¶ 144.

*3. Level of Ordinary Skill in the Art*

Qualcomm contends, citing Dr. Larson's testimony, that one of ordinary skill in the art

> as of October 1998 would possess, at a minimum, either (a) a master of science degree in electrical engineering and two or more years of experience in radio frequency circuit design, or (b) a bachelor of science degree in electrical engineering with three or more years of experience with the design and development of RF circuits.

Pet. 10 (citing Ex. 1002 ¶¶ 31–39). ParkerVision does not contest Qualcomm's designation of the level of ordinary skill in the art as of the date of the invention. Accordingly, we adopt Qualcomm's proposed level of ordinary skill in the art.

*4. Proposed Combination of Nozawa and Philips 4052*

Qualcomm contends that "Nozawa and Philips 4052 both provide architectures and methods for upconversion that can be used for a transmitter." Pet. 21. Indeed, as Qualcomm observes, the 74HC4052 chip described in Philips 4052 is used in Nozawa. *Id.* at 23–24. We agree with Qualcomm that a person of ordinary skill in the art would have had reason to look to the disclosure of Philips 4052 to learn more about the operation of the 74HC4052 chip disclosed in Nozawa. ParkerVision does not challenge that a person of ordinary skill in the art would have combined Nozawa with Philips 4052.

Nor does ParkerVision contest that most of the limitations of the challenged claims are taught by Nozawa and Philips 4052. With respect to claim 4, for example, Qualcomm relies upon Nozawa's SSB Generator Circuit, as informed by the disclosure of Philips 4052, to provide each element of the claim. *Id.* at 22–36. Qualcomm contends that the 74HC4052 chip is the claimed "switch module," which receives a bias signal from one or more of the AF Inputs, and generates a periodic signal having a plurality of harmonics. *Id.* at 23–31. Qualcomm cites to Dr. Larson's testimony, which explains that the oscillating signals sent to each switch of the 4052 chip "gate" the bias signal, by causing the switch to change from an ON-state to an OFF-state. Ex. 1002 ¶ 180.

As such, Qualcomm argues that the proposed combination of Nozawa and Philips 4052 teaches each limitation of the independent claims. ParkerVision contests only one limitation: whether Qualcomm has proven that the combination discloses a "plurality of harmonics." PO Resp. 24–30. We address this argument below.

As to the uncontested limitations of claims 4 and 22, as well as the additional limitations of the challenged dependent claims, we have reviewed Qualcomm's unchallenged arguments and evidence on these points (Pet. 22–48), find them persuasive that the references disclose the limitations, and adopt Qualcomm's analysis as our findings herein.

5. *Whether Nozawa and Philips 4052 Disclose a Plurality of Harmonics*

Claims 4 and 22, as well as the dependent claims, are directed to apparatuses for frequency up-conversion (or communicating) that have, *inter alia*, "a switch module" that generates a periodic signal having a plurality of

harmonics. ParkerVision's sole[4] argument for patentability is that the combination of Nozawa and Philips 4052 fails to teach or suggest this limitation, particularly the "plurality of harmonics." PO Resp. 24–30.

Qualcomm argues that Nozawa teaches generating a periodic signal from its 74HC4052 chip (Pet. 29–31), shown highlighted in green in the following portion of Nozawa's Figure 8, as annotated by Dr. Larson:




Figure 8 of Nozawa, as annotated by Dr. Larson, shows a periodic signal (green highlight), produced by chip 74HC4052 at pin 13, going to a low-pass filter (LPF, orange highlight). Ex. 1002 ¶ 190. Qualcomm points to Nozawa's statement that the low-pass filter is needed because "the method used to realize this system is 'switching,' which in principle includes many harmonics." Ex. 1003, 20. Dr. Larson also testifies that a person of

[4] ParkerVision also argues that the prior art does not teach a filter to isolate the desired harmonics of a plurality of harmonics, but this argument is based entirely on the prior argument that no plurality of harmonics is generated. PO Resp. 32. Resolution of the "plurality of harmonics" issue, therefore, resolves the "filter" issue.

ordinary skill in the art would have recognized that the output signal of the 74HC4052 chip contains harmonics, using the formula for mixer output frequencies given in Maas. Ex. 1002 ¶ 184 (citing Ex. 1017, 30).

In response, ParkerVision contends that Nozawa does not disclose expressly that its periodic signal contains a plurality of harmonics because there is no evidence that the "many harmonics" of Nozawa are the integer multiple harmonics required by the claims. PO Resp. 25–27. On this point, we agree with ParkerVision. Nozawa's disclosure that the output "in principle" contains many harmonics does not convince us that the output actually, or necessarily, contains the integer multiple harmonics.

Regarding the Maas equation, ParkerVision directs us to a portion of Dr. Larson's deposition, in which Dr. Larson used the Maas equation to calculate the harmonics produced by a mixer, given certain assumed inputs supplied by ParkerVision's counsel (an input signal of 100 kHz and an LO input of 1 MHz). *Id.* at 28–30 (citing Ex. 2001, 177–87). ParkerVision notes that Dr. Larson's calculations produced -0.9, 3.1, and -4.9 MHz as the first three harmonics, which are not integer multiples. PO Resp. 30. Thus, ParkerVision argues, the circuit of Nozawa does not necessarily produce a plurality of harmonics, defined by the '940 patent as being integer multiples of the fundamental frequency. *Id.*

Qualcomm argues that the Maas equation "shows that Nozawa will necessarily produce the required 'integer multiple' harmonics for *many* input frequencies." Pet. Reply 4 (emphasis added). According to Qualcomm, it is not required to show that Nozawa will produce integer multiple harmonics for all operating conditions; rather, it is only relevant that Nozawa *could* be operated to produce the harmonics. *Id.* Regarding Dr. Larson's calculations

during his deposition, Qualcomm contends that even using the assumed inputs provided by ParkerVision, the Maas equation shows that the 35th and 37th harmonics are 35.1 and -36.9 MHz, respectively, which are integer multiples of the fundamental frequency of 0.9 MHz. *Id.* at 7. Qualcomm also notes that selecting slightly different input frequencies for the Maas equation will produce much lower integer multiple harmonics, such as at the 7th and 9th harmonics. *Id.* at 8.

The parties' disagreements over the various inputs and permutations of the Maas equation aside, one point appears to be beyond dispute: under some conditions, but not all conditions, the Maas equation shows that Nozawa's structure will produce a periodic signal that contains integer multiples of the fundamental frequency. In other words, the structure of Nozawa is *capable* of producing a signal that satisfies the limitations of the claim. Qualcomm argues that this is sufficient to show unpatentability. Pet. Reply 13 (citing *Gen. Electric Co. v. Jewel Incandescent Lamp Co.*, 326 U.S. 242, 248–49 (1945)). On this point, we agree. The challenged claims at issue here are apparatus claims; as such, they "cover what a device *is*, not what a device *does*." *Hewlett-Packard Co. v. Bausch & Lomb Inc.*, 909 F.2d 1464, 1469 (Fed. Cir. 1990). In other words, the "periodic signal" limitations, which are directed to the transitory electrical signals produced by the apparatus, cannot give rise to patentability so long as the underlying apparatus has been shown to be capable of generating those signals. Here, it is undisputed that Nozawa's circuit is capable of generating a periodic signal having a plurality of harmonics, wherein those harmonics are integer multiples of the fundamental frequency. Furthermore, we agree with

Qualcomm that Nozawa's low-pass filter is capable of isolating one or more of those harmonics, as desired.

Accordingly, we find that Qualcomm has shown,[5] by a preponderance of the evidence, that the combination of Nozawa and Philips 4052 teaches each and every limitation of claims 4, 22, 23, 100, 113–116, 118, 309–312, 314, and 319. Additionally, for the reasons discussed above, we find that Qualcomm has shown that one of ordinary skill in the art would have been prompted to combine the teachings of the references in the manner proposed.

### *C. Obviousness over Nozawa, Philips 4052, and Maas*

We also instituted trial to determine whether claims 119 and 315 are unpatentable under 35 U.S.C. § 103(a), as they would have been obvious over the combined disclosures of Nozawa, Philips 4052, and Maas. Dec. on Inst. 32. These dependent claims further require that the plurality of harmonics are harmonics of the fundamental frequency of the periodic signal. *See, e.g.*, Ex. 1001, 77:39–41 (claim 119). Qualcomm relies on Maas, in combination with Nozawa and Philips 4052, to disclose this limitation. Pet. 49–51.

---

[5] In reaching our conclusion, we found that the Petition set forth sufficient evidence and argument that Nozawa discloses an apparatus that teaches the elements of the challenged claims. As such, we did not rely upon the portions of Qualcomm's Reply that ParkerVision identified as exceeding the scope of a permissible reply. *See* Paper 24. Because we did not rely upon them, we need not decide whether Qualcomm's additional arguments, identified by ParkerVision, were appropriate for a reply brief. Accordingly, ParkerVision's argument that Qualcomm's Reply exceeded the scope of a permissible reply is moot.

According to Qualcomm, a person of ordinary skill in the art would have understood that Nozawa generates harmonics that are harmonics of the fundamental frequency. Pet. 49 (citing Ex. 1002 ¶¶ 242–244). To support this alleged understanding, both Petitioner and Dr. Larson cite Maas, and argue that, "as a matter of physics, harmonics of the fundamental frequency of the periodic signal are present in the mixer output." *Id.*; Ex. 1002 ¶ 243. Petitioner concludes that a person of ordinary skill in the art "would consider it obvious to operate Nozawa's mixer at frequencies that would generate harmonics of the fundamental frequency of the periodic signal." Pet. 50 (citing Ex. 1002 ¶¶ 242–244).

ParkerVision does not challenge Qualcomm's characterization of the disclosure of Maas or this testimony by Dr. Larson, or contend that a person of ordinary skill in the art would not have combined Maas's disclosure with that of Nozawa and Philips 4052. Nor does ParkerVision raise any other argument for the patentability of claims 119 and 315 separate from those made for the independent claims, which we have found unpersuasive. *See* Paper 9, 3 ("Patent Owner is cautioned that any arguments for patentability not raised in the response will be deemed waived."). As discussed above, ParkerVision does not deny that Nozawa's device is capable of being operated to produce a plurality of harmonics, or that those harmonics would be harmonics of the fundamental frequency. This is sufficient to meet the apparatus claims challenged here.

For the foregoing reasons, we conclude that Qualcomm has established, by a preponderance of the evidence, that claims 119 and 315 would have been obvious over the disclosures of Nozawa, Philips 4052, and Maas.

## III. CONCLUSION

We have reviewed the evidence and arguments presented by the parties and found that a person of ordinary skill in the art would have had reason to combine the disclosures of Nozawa, Philips 4052, and Maas and would have had a reasonable expectation of success in doing so, and the combination would have taught all elements of the challenged claims. Furthermore, ParkerVision has not presented any evidence pertaining to objective indicia of nonobviousness. We conclude that Qualcomm has met its burden to prove, by a preponderance of the evidence, that claims 4, 22, 23, 100, 113–116, 118, 309–312, 314, and 319 would have been obvious over the combined disclosures of Nozawa and Philips 4052, and that claims 119 and 315 would have been obvious over the combined disclosures of Nozawa, Philips 4052, and Maas.

## IV. ORDER

Accordingly, it is:

ORDERED that claims 4, 22, 23, 100, 113–116, 118, 119, 309–312, 314, 315, and 319 of U.S. Patent No. 6,091,940 are *unpatentable*;

FURTHER ORDERED that, pursuant to 35 U.S.C. § 318(b), upon expiration of the time for appeal of this Decision, or the termination of any such appeal, a certificate shall issue canceling claims 4, 22, 23, 100, 113–116, 118, 119, 309–312, 314, 315, and 319 of U.S. Patent No. 6,091,940; and

FURTHER ORDERED that, because this is a Final Written Decision, parties to the proceeding seeking judicial review of the decision must comply with the notice and service requirements of 37 C.F.R. § 90.2.

For PETITIONER:

Timothy S. Teter
Matthew J. Brigham
Eamonn Gardner
Orion Armon
COOLEY LLP
teterts@cooley.com
mbrigham@cooley.com
egardner@cooley.com
oarmon@cooley.com

For PATENT OWNER:

Thomas F. Presson
PARKERVISION, INC.
tpresson@parkervision.com

Michael Renaud
Michael McNamara
William Meunier
MINTZ, LEVIN COHN, FERRIS, GLOVSKY AND POPEO, P.C.
mtrenaud@mintz.com
mmcnamara@mintz.com
wameunier@mintz.com

US006091940A

# United States Patent [19]

Sorrells et al.

[11] **Patent Number: 6,091,940**

[45] **Date of Patent: Jul. 18, 2000**

[54] **METHOD AND SYSTEM FOR FREQUENCY UP-CONVERSION**

[75] Inventors: **David F. Sorrells**; **Michael J. Bultman**, both of Jacksonville; **Robert W. Cook**, Switzerland; **Richard C. Looke**; **Charley D. Moses, Jr.**, both of Jacksonville, all of Fla.

[73] Assignee: **ParkerVision, Inc.**, Jacksonville, Fla.

[21] Appl. No.: **09/176,154**

[22] Filed: **Oct. 21, 1998**

[51] **Int. Cl.**[7] .......... **H04B 1/04**

[52] **U.S. Cl.** .......... **455/118**; 455/115; 375/350; 327/103

[58] **Field of Search** .......... 455/115, 103, 455/102, 118, 126, 127, 129, 295; 375/285, 346, 350; 327/103, 124, 143

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 35,494 | 4/1997 | Nicollini | 327/554 |
| Re. 35,829 | 6/1998 | Sanderford, Jr. | 375/200 |
| 2,057,613 | 10/1936 | Gardner | 250/8 |
| 2,241,078 | 5/1941 | Vreeland | 179/15 |
| 2,270,385 | 1/1942 | Skillman | 179/15 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 035 166 A1 | 2/1981 | European Pat. Off. | H04B 1/26 |
| 0 193 899 B1 | 9/1986 | European Pat. Off. | G01S 7/52 |
| 0 380 351 A2 | 8/1990 | European Pat. Off. | H03H 17/04 |
| 0 380 351 A3 | 2/1991 | European Pat. Off. | H03H 17/04 |
| 0 411 840 A2 | 2/1991 | European Pat. Off. | G01R 33/36 |

(List continued on next page.)

OTHER PUBLICATIONS

Shen, D. et al., "A 900 MHz Integrated Discrete–Time Filtering RF Front–End," IEEE International Solid State Circuits Conference, vol. 39, Feb. 1996, pp. 54–55 and 417.

Richard A. Groshong and Stephen Ruscak, "Undersampling Techniques Simplify Digital Radio," *Electronic Design,* May 23, 1993, v39, n10, p67.

Jeff Kirsten and Tarlton Fleming, "Undersampling Reduces Data–Acquisition Costs for Select Applications," *EDN,* Jun. 21, 1990, v35, n13, p217.

H.E. Rowe, *Signals and Noise in Communication Systems,* D. Van Nostrand Company, Inc., Princeton, New Jersey, 1965, including, for example, Chapter V, Pulse Modulation Systems.

(List continued on next page.)

*Primary Examiner*—Reinhard J. Eisenzopf
*Assistant Examiner*—Sam Bhattacharya
*Attorney, Agent, or Firm*—Sterne, Kessler, Goldstei & Fox P.L.L.C.

[57] **ABSTRACT**

A method and system is described wherein a signal with a lower frequency is up-converted to a higher frequency. In one embodiment, the higher frequency signal is used as a stable frequency and phase reference. In another embodiment, the invention is used as a transmitter. The up-conversion is accomplished by controlling a switch with an oscillating signal, the frequency of the oscillating signal being selected as a sub-harmonic of the desired output frequency. When the invention is being used as a frequency or phase reference, the oscillating signal is not modulated, and controls a switch that is connected to a bias signal. When the invention is being used in the frequency modulation (FM) or phase modulation (PM) implementations, the oscillating signal is modulated by an information signal before it causes the switch to gate the bias signal. In the amplitude modulation implementation (AM), the oscillating signal is not modulated, but rather causes the switch to gate a reference signal that is substantially equal to or proportional to the information signal. In the FM and PM implementations, the signal that is output from the switch is modulated substantially the same as the modulated oscillating signal. In the AM implementation, the signal that is output from the switch has an amplitude that is a function of the information signal. In both embodiments, the output of the switch is filtered, and the desired harmonic is output.

**374 Claims, 59 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,283,575 | 5/1942 | Roberts | 250/6 |
| 2,358,152 | 9/1944 | Earp | 179/171.5 |
| 2,410,350 | 10/1946 | Labin et al. | 179/15 |
| 2,451,430 | 10/1948 | Barone | 250/8 |
| 2,462,069 | 2/1949 | Chatterjea et al. | 250/17 |
| 2,462,181 | 2/1949 | Grosselfinger | 250/17 |
| 2,472,798 | 6/1949 | Fredendall | 178/44 |
| 2,497,859 | 2/1950 | Boughtwood et al. | 250/8 |
| 2,499,279 | 2/1950 | Peterson | 332/41 |
| 2,802,208 | 8/1957 | Hobbs | 343/176 |
| 2,985,875 | 5/1961 | Grisdale et al. | 343/100 |
| 3,023,309 | 2/1962 | Foulkes | 250/17 |
| 3,069,679 | 12/1962 | Sweeney et al. | 343/200 |
| 3,104,393 | 9/1963 | Vogelman | 343/200 |
| 3,114,106 | 12/1963 | McManus | 325/56 |
| 3,118,117 | 1/1964 | King et al. | 332/22 |
| 3,226,643 | 12/1965 | McNair | 325/40 |
| 3,258,694 | 6/1966 | Shepherd | 325/145 |
| 3,383,598 | 5/1968 | Sanders | 325/163 |
| 3,384,822 | 5/1968 | Miyagi | 325/30 |
| 3,454,718 | 7/1969 | Perreault | 178/66 |
| 3,523,291 | 8/1970 | Pierret | 340/347 |
| 3,548,342 | 12/1970 | Maxey | 332/9 |
| 3,555,428 | 1/1971 | Perreault | 325/320 |
| 3,617,892 | 11/1971 | Hawley et al. | 325/145 |
| 3,621,402 | 11/1971 | Gardner | 328/37 |
| 3,623,160 | 11/1971 | Giles et al. | 340/347 DA |
| 3,626,417 | 12/1971 | Gilbert | 343/203 |
| 3,629,696 | 12/1971 | Bartelink | 324/57 R |
| 3,662,268 | 5/1972 | Gans et al. | 325/56 |
| 3,689,841 | 9/1972 | Bello et al. | 325/39 |
| 3,714,577 | 1/1973 | Hayes | 325/145 |
| 3,717,844 | 2/1973 | Barret et al. | 340/5 R |
| 3,735,048 | 5/1973 | Tomsa et al. | 179/15 BM |
| 3,806,811 | 4/1974 | Thompson | 325/146 |
| 3,868,601 | 2/1975 | MacAfee | 332/45 |
| 3,949,300 | 4/1976 | Sadler | 325/31 |
| 3,967,202 | 6/1976 | Batz | 325/31 |
| 3,980,945 | 9/1976 | Bickford | 325/30 |
| 3,987,280 | 10/1976 | Bauer | 235/150.53 |
| 3,991,277 | 11/1976 | Hirata | 179/15 FD |
| 4,003,002 | 1/1977 | Snijders et al. | 332/10 |
| 4,013,966 | 3/1977 | Campbell | 325/363 |
| 4,019,140 | 4/1977 | Swerdlow | 322/65 |
| 4,035,732 | 7/1977 | Lohrmann | 325/446 |
| 4,047,121 | 9/1977 | Campbell | 331/76 |
| 4,066,841 | 1/1978 | Young | 178/66 R |
| 4,066,919 | 1/1978 | Huntington | 307/353 |
| 4,081,748 | 3/1978 | Batz | 325/56 |
| 4,130,765 | 12/1978 | Arakelian et al. | 307/220 R |
| 4,130,806 | 12/1978 | Van Gerwen et al. | 325/487 |
| 4,142,155 | 2/1979 | Adachi | 325/47 |
| 4,170,764 | 10/1979 | Salz et al. | 332/17 |
| 4,204,171 | 5/1980 | Sutphin, Jr. | 328/167 |
| 4,210,872 | 7/1980 | Gregorian | 330/9 |
| 4,245,355 | 1/1981 | Pascoe et al. | 455/326 |
| 4,253,066 | 2/1981 | Fisher et al. | 329/50 |
| 4,253,069 | 2/1981 | Nossek | 330/107 |
| 4,308,614 | 12/1981 | Fisher et al. | 370/119 |
| 4,320,361 | 3/1982 | Kikkert | 332/16 R |
| 4,320,536 | 3/1982 | Dietrich | 455/325 |
| 4,346,477 | 8/1982 | Gordy | 455/257 |
| 4,355,401 | 10/1982 | Ikoma et al. | 375/5 |
| 4,356,558 | 10/1982 | Owen et al. | 364/724 |
| 4,360,867 | 11/1982 | Gonda | 363/158 |
| 4,363,132 | 12/1982 | Collin | 455/52 |
| 4,365,217 | 12/1982 | Berger et al. | 333/165 |
| 4,370,572 | 1/1983 | Cosand et al. | 307/353 |
| 4,389,579 | 6/1983 | Stein | 307/353 |
| 4,392,255 | 7/1983 | Del Giudice | 455/328 |
| 4,430,629 | 2/1984 | Betzl et al. | 333/165 |
| 4,446,438 | 5/1984 | Chang et al. | 328/127 |
| 4,456,990 | 6/1984 | Fisher et al. | 370/119 |
| 4,472,785 | 9/1984 | Kasuga | 364/718 |
| 4,479,226 | 10/1984 | Prabhu et al. | 375/1 |
| 4,481,490 | 11/1984 | Huntley | 332/41 |
| 4,481,642 | 11/1984 | Hanson | 375/9 |
| 4,485,488 | 11/1984 | Houdart | 455/327 |
| 4,504,803 | 3/1985 | Lee et al. | 332/31 R |
| 4,517,519 | 5/1985 | Mukaiyama | 329/126 |
| 4,517,520 | 5/1985 | Ogawa | 329/145 |
| 4,518,935 | 5/1985 | van Roermund | 333/173 |
| 4,521,892 | 6/1985 | Vance et al. | 375/88 |
| 4,563,773 | 1/1986 | Dixon, Jr. et al. | 455/327 |
| 4,577,157 | 3/1986 | Reed | 329/50 |
| 4,583,239 | 4/1986 | Vance | 375/94 |
| 4,591,736 | 5/1986 | Hirao et al. | 307/267 |
| 4,602,220 | 7/1986 | Kurihara | 331/19 |
| 4,603,300 | 7/1986 | Welles, II et al. | 329/50 |
| 4,612,464 | 9/1986 | Ishikawa et al. | 307/496 |
| 4,612,518 | 9/1986 | Gans et al. | 332/21 |
| 4,616,191 | 10/1986 | Galani et al. | 331/4 |
| 4,621,217 | 11/1986 | Saxe et al. | 315/1 |
| 4,628,517 | 12/1986 | Schwarz et al. | 375/40 |
| 4,634,998 | 1/1987 | Crawford | 331/1 A |
| 4,648,021 | 3/1987 | Alberkrack | 363/157 |
| 4,651,034 | 3/1987 | Sato | 307/556 |
| 4,675,882 | 6/1987 | Lillie et al. | 375/80 |
| 4,688,253 | 8/1987 | Gumm | 381/7 |
| 4,716,376 | 12/1987 | Daudelin | 329/107 |
| 4,716,388 | 12/1987 | Jacobs | 333/173 |
| 4,718,113 | 1/1988 | Rother et al. | 455/209 |
| 4,726,041 | 2/1988 | Prohaska et al. | 375/91 |
| 4,733,403 | 3/1988 | Simone | 375/103 |
| 4,734,591 | 3/1988 | Ichitsubo | 307/219.1 |
| 4,737,969 | 4/1988 | Steel et al. | 375/67 |
| 4,743,858 | 5/1988 | Everard | 330/10 |
| 4,745,463 | 5/1988 | Lu | 358/23 |
| 4,751,468 | 6/1988 | Agoston | 328/133 |
| 4,757,538 | 7/1988 | Zink | 381/7 |
| 4,768,187 | 8/1988 | Marshall | 370/69.1 |
| 4,769,612 | 9/1988 | Tamakoshi et al. | 328/167 |
| 4,785,463 | 11/1988 | Janc et al. | 375/1 |
| 4,791,584 | 12/1988 | Greivenkamp, Jr. | 364/525 |
| 4,801,823 | 1/1989 | Yokoyama | 307/353 |
| 4,806,790 | 2/1989 | Sone | 307/353 |
| 4,810,904 | 3/1989 | Crawford | 307/353 |
| 4,810,976 | 3/1989 | Cowley et al. | 331/117 R |
| 4,811,362 | 3/1989 | Yester, Jr. et al. | 375/75 |
| 4,819,252 | 4/1989 | Christopher | 375/122 |
| 4,833,445 | 5/1989 | Buchele | 341/118 |
| 4,862,121 | 8/1989 | Hochschild et al. | 333/173 |
| 4,868,654 | 9/1989 | Juri et al. | 358/133 |
| 4,870,659 | 9/1989 | Oishi et al. | 375/82 |
| 4,871,987 | 10/1989 | Kawase | 332/100 |
| 4,885,587 | 12/1989 | Wiegand et al. | 42/14 |
| 4,885,756 | 12/1989 | Fontanes et al. | 375/82 |
| 4,888,557 | 12/1989 | Puckette, IV et al. | 329/341 |
| 4,890,302 | 12/1989 | Muilwijk | 375/80 |
| 4,893,316 | 1/1990 | Janc et al. | 375/44 |
| 4,893,341 | 1/1990 | Gehring | 381/7 |
| 4,894,766 | 1/1990 | De Agro | 363/159 |
| 4,896,152 | 1/1990 | Tiemann | 340/853 |
| 4,902,979 | 2/1990 | Puckette, IV | 329/343 |
| 4,908,579 | 3/1990 | Tawfik et al. | 328/167 |
| 4,910,752 | 3/1990 | Yester, Jr. et al. | 375/75 |
| 4,914,405 | 4/1990 | Wells | 331/25 |
| 4,920,510 | 4/1990 | Senderowicz et al. | 364/825 |
| 4,922,452 | 5/1990 | Larsen et al. | 365/45 |
| 4,931,921 | 6/1990 | Anderson | 363/163 |
| 4,944,025 | 7/1990 | Gehring et al. | 455/207 |
| 4,955,079 | 9/1990 | Connerney et al. | 455/325 |

| | | | |
|---|---|---|---|
| 4,965,467 | 10/1990 | Bilterijst | 307/352 |
| 4,967,160 | 10/1990 | Quievy et al. | 328/16 |
| 4,970,703 | 11/1990 | Hariharan et al. | 367/138 |
| 4,982,353 | 1/1991 | Jacob et al. | 364/724.1 |
| 4,984,077 | 1/1991 | Uchida | 358/140 |
| 4,995,055 | 2/1991 | Weinberger et al. | 375/5 |
| 5,005,169 | 4/1991 | Bronder et al. | 370/76 |
| 5,006,810 | 4/1991 | Popescu | 328/167 |
| 5,010,585 | 4/1991 | Garcia | 455/118 |
| 5,014,304 | 5/1991 | Nicollini et al. | 379/399 |
| 5,015,963 | 5/1991 | Sutton | 329/361 |
| 5,017,924 | 5/1991 | Guiberteau et al. | 342/195 |
| 5,020,149 | 5/1991 | Hemmie | 455/325 |
| 5,020,154 | 5/1991 | Zierhut | 455/608 |
| 5,052,050 | 9/1991 | Collier et al. | 455/296 |
| 5,065,409 | 11/1991 | Hughes et al. | 375/91 |
| 5,083,050 | 1/1992 | Vasile | 307/529 |
| 5,091,921 | 2/1992 | Minami | 375/88 |
| 5,095,533 | 3/1992 | Loper et al. | 455/245 |
| 5,095,536 | 3/1992 | Loper | 455/324 |
| 5,111,152 | 5/1992 | Makino | 329/300 |
| 5,113,094 | 5/1992 | Grace et al. | 307/529 |
| 5,113,129 | 5/1992 | Hughes | 323/316 |
| 5,122,765 | 6/1992 | Pataut | 332/105 |
| 5,124,592 | 6/1992 | Hagino | 307/520 |
| 5,136,267 | 8/1992 | Cabot | 333/174 |
| 5,140,705 | 8/1992 | Kosuga | 455/318 |
| 5,150,124 | 9/1992 | Moore et al. | 342/68 |
| 5,151,661 | 9/1992 | Caldwell et al. | 328/14 |
| 5,159,710 | 10/1992 | Cusdin | 455/304 |
| 5,170,414 | 12/1992 | Silvian | 375/59 |
| 5,172,070 | 12/1992 | Hiraiwa et al. | 329/304 |
| 5,191,459 | 3/1993 | Thompson et al. | 359/133 |
| 5,204,642 | 4/1993 | Ashgar et al. | 331/135 |
| 5,212,827 | 5/1993 | Meszko et al. | 455/219 |
| 5,214,787 | 5/1993 | Karkota, Jr. | 455/3.2 |
| 5,220,583 | 6/1993 | Solomon | 375/82 |
| 5,220,680 | 6/1993 | Lee | 455/102 |
| 5,222,144 | 6/1993 | Whikehart | 381/15 |
| 5,230,097 | 7/1993 | Currie et al. | 455/226.1 |
| 5,239,686 | 8/1993 | Downey | 455/78 |
| 5,241,561 | 8/1993 | Barnard | 375/1 |
| 5,249,203 | 9/1993 | Loper | 375/97 |
| 5,251,218 | 10/1993 | Stone et al. | 370/120 |
| 5,251,232 | 10/1993 | Nonami | 375/5 |
| 5,260,970 | 11/1993 | Henry et al. | 375/10 |
| 5,263,194 | 11/1993 | Ragan | 455/316 |
| 5,263,196 | 11/1993 | Jasper | 455/324 |
| 5,267,023 | 11/1993 | Kawasaki | 358/23 |
| 5,278,826 | 1/1994 | Murphy et al. | 370/76 |
| 5,282,023 | 1/1994 | Scarpa | 358/36 |
| 5,287,516 | 2/1994 | Schaub | 375/88 |
| 5,293,398 | 3/1994 | Hamao et al. | 375/1 |
| 5,303,417 | 4/1994 | Laws | 455/314 |
| 5,307,517 | 4/1994 | Rich | 455/306 |
| 5,315,583 | 5/1994 | Murphy et al. | 370/18 |
| 5,321,852 | 6/1994 | Seong | 455/182.1 |
| 5,325,204 | 6/1994 | Scarpa | 348/607 |
| 5,337,014 | 8/1994 | Najle et al. | 324/613 |
| 5,339,054 | 8/1994 | Taguchi | 332/100 |
| 5,339,459 | 8/1994 | Schiltz et al. | 455/333 |
| 5,355,114 | 10/1994 | Sutterlin et al. | 340/310 A |
| 5,361,408 | 11/1994 | Watanabe et al. | 455/324 |
| 5,369,800 | 11/1994 | Takagi et al. | 455/59 |
| 5,375,146 | 12/1994 | Chalmers | 375/103 |
| 5,379,040 | 1/1995 | Mizomoto et al. | 341/143 |
| 5,379,141 | 1/1995 | Thompson et al. | 359/125 |
| 5,388,063 | 2/1995 | Takatori et al. | 364/724.17 |
| 5,390,364 | 2/1995 | Webster et al. | 455/52.3 |
| 5,400,084 | 3/1995 | Scarpa | 348/624 |
| 5,404,127 | 4/1995 | Lee et al. | 340/310.02 |
| 5,410,541 | 4/1995 | Hotto | 370/76 |
| 5,410,743 | 4/1995 | Seely et al. | 455/326 |
| 5,412,352 | 5/1995 | Graham | 332/103 |
| 5,416,803 | 5/1995 | Janer | 375/324 |
| 5,422,913 | 6/1995 | Wilkinson | 375/347 |
| 5,423,082 | 6/1995 | Cygan et al. | 455/126 |
| 5,428,638 | 6/1995 | Cioffi et al. | 375/224 |
| 5,428,640 | 6/1995 | Townley | 375/257 |
| 5,434,546 | 7/1995 | Palmer | 332/151 |
| 5,438,692 | 8/1995 | Mohindra | 455/324 |
| 5,444,415 | 8/1995 | Dent et al. | 329/302 |
| 5,444,416 | 8/1995 | Ishikawa et al. | 329/341 |
| 5,444,865 | 8/1995 | Heck et al. | 455/86 |
| 5,446,421 | 8/1995 | Kechkaylo | 332/100 |
| 5,446,422 | 8/1995 | Mattila et al. | 332/103 |
| 5,448,602 | 9/1995 | Ohmori et al. | 375/347 |
| 5,451,899 | 9/1995 | Lawton | 329/302 |
| 5,454,007 | 9/1995 | Dutta | 375/322 |
| 5,454,009 | 9/1995 | Fruit et al. | 372/202 |
| 5,463,356 | 10/1995 | Palmer | 332/117 |
| 5,463,357 | 10/1995 | Hobden | 332/151 |
| 5,465,071 | 11/1995 | Kobayashi et al. | 329/315 |
| 5,465,410 | 11/1995 | Hiben et al. | 455/266 |
| 5,465,415 | 11/1995 | Bien | 455/326 |
| 5,471,162 | 11/1995 | McEwan | 327/92 |
| 5,479,120 | 12/1995 | McEwan | 327/91 |
| 5,479,447 | 12/1995 | Chow et al. | 375/260 |
| 5,483,193 | 1/1996 | Kennedy et al. | 329/300 |
| 5,483,549 | 1/1996 | Weinberg et al. | 375/200 |
| 5,483,691 | 1/1996 | Heck et al. | 455/234.2 |
| 5,490,173 | 2/1996 | Whikehart et al. | 375/316 |
| 5,493,581 | 2/1996 | Young et al. | 375/350 |
| 5,493,721 | 2/1996 | Reis | 455/339 |
| 5,495,200 | 2/1996 | Kwan et al. | 327/554 |
| 5,495,202 | 2/1996 | Hsu | 327/113 |
| 5,495,500 | 2/1996 | Jovanovich et al. | 375/206 |
| 5,499,267 | 3/1996 | Ohe et al. | 375/206 |
| 5,500,758 | 3/1996 | Thompson et al. | 359/189 |
| 5,517,688 | 5/1996 | Fajen et al. | 455/333 |
| 5,519,890 | 5/1996 | Pinckley | 455/307 |
| 5,523,719 | 6/1996 | Longo et al. | 327/557 |
| 5,523,726 | 6/1996 | Kroeger et al. | 332/103 |
| 5,523,760 | 6/1996 | McEwan | 342/89 |
| 5,539,770 | 7/1996 | Ishigaki | 375/206 |
| 5,555,453 | 9/1996 | Kajimoto et al. | 455/266 |
| 5,557,641 | 9/1996 | Weinberg | 375/295 |
| 5,557,642 | 9/1996 | Williams | 375/316 |
| 5,579,341 | 11/1996 | Smith et al. | 375/267 |
| 5,579,347 | 11/1996 | Lindquist et al. | 375/346 |
| 5,584,068 | 12/1996 | Mohindra | 455/324 |
| 5,592,131 | 1/1997 | Labreche et al. | 332/103 |
| 5,602,847 | 2/1997 | Pagano et al. | 370/484 |
| 5,602,868 | 2/1997 | Wilson | 375/219 |
| 5,604,732 | 2/1997 | Kim et al. | 370/342 |
| 5,608,531 | 3/1997 | Honda et al. | 386/1 |
| 5,610,946 | 3/1997 | Tanaka et al. | 375/269 |
| 5,617,451 | 4/1997 | Mimura et al. | 375/340 |
| 5,619,538 | 4/1997 | Sempel et al. | 375/328 |
| 5,621,455 | 4/1997 | Rogers et al. | 348/6 |
| 5,630,227 | 5/1997 | Bella et al. | 455/324 |
| 5,640,415 | 6/1997 | Pandula | 375/202 |
| 5,640,424 | 6/1997 | Banavong et al. | 375/316 |
| 5,640,428 | 6/1997 | Abe et al. | 375/334 |
| 5,640,698 | 6/1997 | Shen et al. | 455/323 |
| 5,648,985 | 7/1997 | Bjerede et al. | 375/219 |
| 5,650,785 | 7/1997 | Rodal | 342/357 |
| 5,661,424 | 8/1997 | Tang | 327/105 |
| 5,663,878 | 9/1997 | Walker | 363/159 |
| 5,663,986 | 9/1997 | Striffler | 375/260 |
| 5,668,836 | 9/1997 | Smith et al. | 375/316 |
| 5,680,078 | 10/1997 | Ariie | 332/178 |
| 5,680,418 | 10/1997 | Croft et al. | 375/346 |
| 5,689,413 | 11/1997 | Jaramillo et al. | 363/146 |

| | | | |
|---|---|---|---|
| 5,699,006 | 12/1997 | Zele et al. | 327/341 |
| 5,705,955 | 1/1998 | Freeburg et al. | 331/14 |
| 5,710,998 | 1/1998 | Opas | 455/324 |
| 5,714,910 | 2/1998 | Skoczen et al. | 331/3 |
| 5,715,281 | 2/1998 | Bly et al. | 375/344 |
| 5,721,514 | 2/1998 | Crockett et al. | 331/3 |
| 5,724,002 | 3/1998 | Hulick | 329/361 |
| 5,724,653 | 3/1998 | Baker et al. | 455/296 |
| 5,729,577 | 3/1998 | Chen | 375/334 |
| 5,729,829 | 3/1998 | Talwar et al. | 455/63 |
| 5,732,333 | 3/1998 | Cox et al. | 455/129 |
| 5,736,895 | 4/1998 | Yu et al. | 327/554 |
| 5,737,035 | 4/1998 | Rotzoll | 348/725 |
| 5,742,189 | 4/1998 | Yoshida et al. | 327/113 |
| 5,748,683 | 5/1998 | Smith et al. | 375/347 |
| 5,760,645 | 6/1998 | Comte et al. | 329/304 |
| 5,764,087 | 6/1998 | Clark | 327/105 |
| 5,767,726 | 6/1998 | Wang | 327/356 |
| 5,768,118 | 6/1998 | Faulk et al. | 363/72 |
| 5,771,442 | 6/1998 | Wang et al. | 455/93 |
| 5,777,692 | 7/1998 | Ghosh | 348/725 |
| 5,777,771 | 7/1998 | Smith | 359/180 |
| 5,786,844 | 7/1998 | Rogers et al. | 348/6 |
| 5,793,801 | 8/1998 | Fertner | 375/219 |
| 5,802,463 | 9/1998 | Zuckerman | 455/208 |
| 5,809,060 | 9/1998 | Cafarella et al. | 375/206 |
| 5,818,582 | 10/1998 | Fernandez et al. | 356/318 |
| 5,825,254 | 10/1998 | Lee | 331/25 |
| 5,834,985 | 11/1998 | Sundegård | 332/100 |
| 5,864,754 | 1/1999 | Hotto | 455/280 |
| 5,881,375 | 3/1999 | Bonds | 455/118 |
| 5,892,380 | 4/1999 | Quist | 327/172 |
| 5,894,239 | 4/1999 | Bonaccio et al. | 327/176 |
| 5,896,562 | 4/1999 | Heinonen | 455/76 |
| 5,900,747 | 5/1999 | Brauns | 327/9 |
| 5,901,054 | 5/1999 | Leu et al. | 363/41 |
| 5,901,187 | 5/1999 | Iinuma | 375/347 |
| 5,901,344 | 5/1999 | Opas | 455/76 |
| 5,901,347 | 5/1999 | Chambers et al. | 455/234.1 |
| 5,901,348 | 5/1999 | Bang et al. | 455/254 |
| 5,901,349 | 5/1999 | Guegnaud et al. | 455/302 |
| 5,903,178 | 5/1999 | Miyatsuji et al. | 327/308 |
| 5,903,187 | 5/1999 | Claverie et al. | 329/342 |
| 5,903,196 | 5/1999 | Salvi et al. | 331/16 |
| 5,903,421 | 5/1999 | Furutani et al. | 361/58 |
| 5,903,553 | 5/1999 | Sakamoto et al. | 370/338 |
| 5,903,595 | 5/1999 | Suzuki | 375/207 |
| 5,903,609 | 5/1999 | Kool et al. | 375/261 |
| 5,903,827 | 5/1999 | Kennan et al. | 455/326 |
| 5,903,854 | 5/1999 | Abe et al. | 455/575 |
| 5,905,449 | 5/1999 | Tsubouchi et al. | 340/825.69 |
| 5,907,149 | 5/1999 | Marckini | 235/487 |
| 5,907,197 | 5/1999 | Faulk | 307/119 |
| 5,911,116 | 6/1999 | Nosswitz | 455/83 |
| 5,911,123 | 6/1999 | Shaffer et al. | 455/554 |
| 5,914,622 | 6/1999 | Inoue | 327/172 |
| 5,920,199 | 7/1999 | Sauer | 324/678 |
| 5,943,370 | 8/1999 | Smith | 375/334 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 411 840 A3 | 2/1991 | European Pat. Off. | G01R 33/36 |
| 0 423 718 A2 | 4/1991 | European Pat. Off. | H04N 7/01 |
| 0 423 718 A3 | 4/1991 | European Pat. Off. | H04N 7/01 |
| 0 486 095 A1 | 5/1992 | European Pat. Off. | H03D 3/00 |
| 0 512 748 A2 | 11/1992 | European Pat. Off. | H04N 9/64 |
| 0 512 748 A3 | 11/1992 | European Pat. Off. | H04N 9/64 |
| 0 548 542 A1 | 6/1993 | European Pat. Off. | H03B 19/14 |
| 0 632 288 A2 | 1/1995 | European Pat. Off. | G01S 13/75 |
| 0 411 840 B1 | 10/1995 | European Pat. Off. | G01R 33/36 |
| 0 696 854 A1 | 2/1996 | European Pat. Off. | H04B 1/26 |
| 0 632 288 A3 | 7/1996 | European Pat. Off. | G01S 13/75 |
| 0 486 095 B1 | 2/1997 | European Pat. Off. | H03D 3/00 |
| 0 782 275 A2 | 7/1997 | European Pat. Off. | H04B 7/02 |
| 0 785 635 A1 | 7/1997 | European Pat. Off. | H04B 1/713 |
| 0 795 978 A2 | 9/1997 | European Pat. Off. | H04L 5/06 |
| 0 837 565 A1 | 4/1998 | European Pat. Off. | H04B 1/69 |
| 0 862 274 A1 | 9/1998 | European Pat. Off. | H03M 1/06 |
| 0 874 499 A2 | 10/1998 | European Pat. Off. | H04L 25/64 |
| 0 512 748 B1 | 11/1998 | European Pat. Off. | H04N 9/64 |
| 2 743 231 A1 | 7/1997 | France | H04B 7/12 |
| 42 37 692 C1 | 3/1994 | Germany | H04B 1/26 |
| 3-39632 | 2/1990 | Japan | H04B 7/12 |
| 2-131629 | 5/1990 | Japan | H04B 7/12 |
| 2-276351 | 11/1990 | Japan | H04L 27/22 |
| 2 161 344 | 1/1986 | United Kingdom | H04B 7/12 |
| 2 215 945 | 9/1989 | United Kingdom | G04L 27/00 |
| WO 80/01633 | 8/1980 | WIPO | H04J 1/08 |
| WO 94/05087 | 3/1994 | WIPO | H03M 1/00 |
| WO 96/02977 | 2/1996 | WIPO | H04B 1/26 |
| WO 96/08078 | 3/1996 | WIPO | H03D 3/00 |
| WO 96/39750 | 12/1996 | WIPO | H04B 1/26 |
| WO 97/38490 | 10/1997 | WIPO | H03K 7/00 |
| WO 98/00953 | 1/1998 | WIPO | H04L 27/26 |
| WO 98/24201 | 6/1998 | WIPO | H04H 1/00 |

OTHER PUBLICATIONS

Akers, N.P. et al., "RF Sampling Gates: a Brief Review," IEE Proc., vol. 133, Part A, No. 1, Jan. 1986, pp. 45–49.

Faulkner, N.D. and Vilar, E., "Subharmonic Sampling for the Measurement of Short Term Stability of Microwave Oscillators," *IEEE Trans. On Instrumentation and Measurement,* vol. IM–32, No. 1, Mar. 1983, pp. 208–213.

Itakura, T., "Effects of the sampling pulse width on the frequency of characteristics of a sample–and–hold circuit," IEE Proceedings—Circuits, Devices and Systems, Aug. 1994, vol. 141, No. 4, pp. 328–336.

Oppenheim, A.V. et al., *Signals and Systems,* Prentice–Hall, 1983, pp. 527–531 and 561–562.

Razavi, B., *RF Microelectronics,* Prentice–Hall, 1998, pp. 147–149.

Russell, R. and Hoare, L., "Millimeter Wave Phase Locked Oscillators," Military Microwaves '78 Conference Proceedings, Oct. 25–27, 1978, pp. 238–242.

Vollmer, A., "Complete GPS Receiver Fits on Two Chips," *Electronic Design,* Jul. 6, 1998, pp. 50, 52, 54, 56.

Chan, P. et al., "A Highly Linear 1–Ghz CMOS Downconversion Mixer," European Solid State Circuits Conference, Seville, Spain, Sep. 22–24, 1993, pp. 210–213.

Pärssinen, A. et al., "A 2–Ghz Subharmonic Sampler for Signal Downconversion," *IEEE Trans On Microwave Theory and Techniques,* vol. 45, No. 12, Dec. 1997, (7 Pages).

Thomas, G.B., "Calculus and Analytic Geometry, "Third Edition, Addison–Wesley Publishing, 1960, pp. 119–133.

Wang, H., "A 1–V Multigigahertz RF Mixer Core in 0.5–$\mu$m CMOS," *IEEE,* Jul. 1, 1998, 3 pages.

Weast, R.C. et al. (Ed.), *Handbook of Mathematical Tables,* Second Edition, The Chemical Rubber Co., 1964, pp. 480–485.

EPO Search Report for U.S. application No. 09/176,154; Completed Mar. 11, 1999, 3 pages.

Press Release, "Parkervision, Inc. Announces Fiscal 1993 Results," 2 pages, Apr. 6, 1994.

Press Release, "Parkervision, Inc. Announces the Appointment of Michael Baker to the New Position of National Sales Manager," 1 Page, Apr. 7, 1994.

Press Release, "Parkervision's Cameraman Well–Received by Distance Learning Market," 2 Pages, Apr. 8, 1994.

Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," 2 Pages, Apr. 26, 1994.
Press Release, "Parkervision, Inc. Announces The Retirement of William H. Fletcher, Chief Financial Officer," 1 Page, May 11, 1994.
Press Release, "Parkervision, Inc. Announces New Cameraman System II™ At Infocom Trade Show," 3 Pages, Jun. 9, 1994.
Press Release, "Parkevision, Inc. Announces Appointments to its National Sales Force," 2 Pages, Jun. 17, 1994.
Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," 3 Pages, Aug. 9, 1994.
Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," 3 Pages, Oct. 28, 1994.
Press Release, "Parkervision, Inc. Announces First Significant Dealer Sale of Its Cameraman® System II," 2 Pages, Nov. 7, 1994.
Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Results," 2 Pages, Mar. 1, 1995.
Press Release, "Parkervision, Inc. Announces Joint Product Developments With VTEL," 2 Pages, Mar. 21, 1995.
Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," 3 Pages, Apr. 28, 1995.
Press Release, "Parkervision Wins Top 100 Product Districts' Choice Award," 1 Page, Jun. 29, 1995.
Press Release, "Parkervision National Sales Manager Next President of USDLA," 1 Page, Jul. 6, 1995.
Press Release, "Parkervision Granted New Patent," 1 Page, Jul. 21, 1995.
Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," 2 Pages, Jul. 31, 1995.
Press Release, "Parkervision, Inc. Expands Its Cameraman System II Product Line," 2 Pages, Sep. 22, 1995.
Press Release, "Parkervision Announces New Camera Control Technology," 2 Pages, Oct. 25, 1995.
Press Release, "Parkervision, Inc. Announces Completion of VTEL/Parkervision Joint Product Line," 2 Pages, Oct. 30, 1995.
Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," 2 Pages, Oct. 30, 1995.
Press Release, "Parkervision's Cameraman Personal Locator Camera System Wins Telecon XV Award," 2 Pages, Nov. 1, 1995.
Press Release, "Parkervision, Inc. Announces Purchase Commitment From VTEL Corporation," 1 Page, Feb. 26, 1996.
Press Release, "ParkerVision, Inc. Announces Fourth Quarter and Year End Results," 2 Pages, Feb. 27, 1996.
Press Release, "ParkerVision, Inc. Expands its Product Line," 2 Pages, Mar. 7, 1996.
Press Release, "ParkerVision Files Patents for its Research of Wireless Technology," 1 Page, Mar. 28, 1996.
Press Release, "Parkervision, Inc. Announces First Significant Sale of Its Cameraman® Three Chip System," 2 pages, Apr. 12, 1996.
Press Release, "Parkervision, Inc. Introduces New Product Line For Studio Production Market," 2 Pages, Apr. 15, 1996.
Press Release, "Parkervision, Inc. Announces Private Placement of 800,000 Shares," 1 Page, Apr. 15, 1996.
Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," 3 Pages, Apr. 30, 1996.
Press Release, "ParkerVision's New Studio Product Wins Award," 2 Pages, Jun. 5, 1996.
Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," 3 Pages, Aug. 1, 1996.
Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," 2 Pages, Oct. 29, 1996.
Press Release, "PictureTel and ParkerVision Sign Reseller Agreement," 2 Pages, Oct. 30, 1996.
Press Release, "CLI and ParkerVision Bring Enhanced Ease–of–Use to Videoconferencing," 2 Pages, Jan. 20, 1997.
Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Results," 3 Pages, Feb. 27, 1997.
Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," 3 Pages, Apr. 29, 1997.
Press Release, "NEC and Parkervision Make Distance Learning Closer," 2 Pages, Jun. 18, 1997.
Press Release, "Parkervision Supplies JPL with Robotic Cameras, Cameraman Shot Director for Mars Mission," 2 pages, Jul. 8, 1997.
Press Release, "ParkerVision and IBM Join Forces to Create Wireless Computer Peripherals," 2 Pages, Jul. 23, 1997.
Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," 3 Pages, Jul. 31, 1997.
Press Release, "Parkervision, Inc. Announces Private Placement of 990,000 Shares," 2 Pages, Sep. 8, 1997.
Press Release, "Wal–Mart Chooses Parkervision for Broadcast Production," 2 Pages, Oct. 24, 1997.
Press Release, "Parkervision, Inc. Announces Third Quarter Financial Results," 3 Pages, Oct. 30, 1997.
Press Release, "ParkerVision, Inc. Announces Breakthrough in Wireless Radio Frequency Technology," 3 Pages, Dec. 10, 1997.
Press Release, "Parkervision, Inc. Announces the Appointment of Joseph F. Skovron to the Position of Vice President, Licensing—Wireless Technologies," 2 Pages, Jan. 9, 1998.
Press Release, "Parkervision Announces Existing Agreement with IBM Terminates—Company Continues with Strategic Focus Announced in Dec.," 2 Pages, Jan. 27, 1998.
Press Release, "Laboratory Tests Verify Parkervision Wireless Technology," 2 Pages, Mar. 3, 1998.
Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Financial Results," 3 Pages, Mar. 5, 1998.
Press Release, "Parkervision Awarded Editors' Pick of Show for NAB 98," 2 Pages, Apr. 15, 1998.
Press Release, "Parkervision Announces First Quarter Financial Results," 3 Pages, May 4, 1998.
Press Release, "Parkervision 'DIRECT2DATA' Introduced in Response to Market Demand," 3 Pages, Jul. 9, 1998.
Press Release, "Parkervision Expands Senior Management Team," 2 Pages, Jul. 29, 1998.
Press Release, "Parkervision Announces Second Quarter and Six Month Financial Results," 4 Pages, Jul. 30, 1998.
Press Release, "Parkervision Announces Third Quarter and Nine Month Financial Results," 3 Pages, Oct. 30, 1998.
Press Release, "Questar Infocomm, Inc. Invests $5 Million in Parkervision Common Stock," 3 Pages, Dec. 2, 1998.
Press Release, "Parkervision Adds Two New Directors," 2 Pages, Mar. 5, 1999.
Press Release, "Parkervision Announces Fourth Quarter and Year End Financial Results," 3 Pages, Mar. 5, 1999.
Press Release, "Joint Marketing Agreement Offers New Automated Production Solution," 2 Pages, Apr. 13, 1999.
Copy of Declaration of Michael J. Bultman, Filed in U.S. application No. 09/176,022, directed to related subject matter.

Copy of Declaration of Robert W. Cook, Filed in U.S. application No. 09/176,022, directed to related subject matter.

Copy of Declaration of Alex Holtz, Filed in U.S. application No. 09/176,022, directed to related subject matter.

Copy of Declaration of Richard C. Looke, Filed in U.S. application No. 09/176,022, directed to related subject matter.

Copy of Declaration of Charley D. Moses, Jr., Filed in U.S. application No. 09/176,022, directed to related subject matter.

Copy of Declaration of Jeffrey L. Parker and David F. Sorrells, with attachment Exhibit 1., Filed in U.S. application No. 09/176,022, directed to related subject matter.

DIALOG File 348 (European Patents) English Language Patent Abstract for EP 35166 A1, published Feb. 18, 1981, (2 Pages).

DIALOG File 347 (JAPIO) English Language Patent Abstract for JP 2–39632, published Feb. 8, 1990, (1 Page).

DIALOG File 347 (JAPIO) English Language Patent Abstract for JP 2–131629, published May 21, 1990, (1 Page).

DIALOG File 347 (JAPIO) English Language Patent Abstract for JP 2–276351, published Nov. 13, 1990, (1 Page).

DIALOG File 348 (European Patents) English Language Patent Abstract for EP O 785 635 A1, published Dec. 26, 1996, (3 Pages).

Sasikumar, M. et al., "Active Compensation in the Switched–Capacitor Biquad," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 1008–1009.

Temes, G.C. and Tsividis, T., "The Special Section on Switched–Capacitor Circuits," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 915–916.

Aghvami, H. et al., "Land Mobile Satellites Using the Highly Elliptic Orbits—The UK T–SAT Mobile Payload," 4th International Conf. On Satellite Systems for Mobile Communications and Navigation, Oct. 17–18, 1988, pp. 147–153.

Al Ahmad, H.A.M. et al., "Doppler Frequency Correction for a Non–Geostationary Communications Satellite. Techniques for CERS and T–SAT," *Electronics Division Colloquium on Low Noise Oscillators and Synthesizer,* Jan. 23, 1986, pp. 4/1–4/5.

Ali, I. et al., "Doppler Characterization for LEO Satellites," *IEEE Transactions On Communications,* vol. 46, No. 3, Mar. 1998, pp. 309–313.

Allan, D.W., "Statistics of Atomic Frequency Standards," Proc. Of the IEEE Special Issue on Frequency Stability, Feb. 1996, pp. 221–230.

Allstot, D.J. et al., "MOS Switched Capacitor Ladder Filters," *IEEE Journal of Solid State Circuits,* vol. SC–13, No. 6, Dec. 1978, pp. 806–814.

Allstot, D.J. and Black, W.C. Jr., "Technological Design Considerations for Monolithic MOS Switched–Capacitor Filtering Systems," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 967–986.

Alouini, M. et al., "Channel Characterization and Modeling for Ka–Band Very Small Aperture Terminals," Proc. Of the IEEE, vol. 85, No. 6, Jun. 1997, pp. 981–997.

Andreyev, G.A. and Ogarev, S.A., "Phase Distortions of Keyed Millimeter–Wave Signals in the Case of Propagation in a Turbulent Atmosphere," *Telecommunications and Radio Engineering,* vol. 43, No. 12, Dec. 1988, pp. 87–90.

Antonetti, A. et al., "Optoelectronic Sampling in the Picosecond Range," *Optics Communications,* vol. 21, No. 2, May 1977, pp. 211–214.

Austin, J. et al., "Doppler Correction of the Telecommunication Payload Oscillators in the UK T–SAT," 18th European Microwave Conference, Sep. 12–15, 1988, pp. 851–857.

Auston, D.H., "Picosecond optoelectronic switching and gating in silicon," *Applied Physics Letters,* vol. 26, No. 3, Feb. 1, 1975, pp. 101–103.

Baher, H., "Transfer Functions for Switched Capacitor and Wave Digital Filters," *IEEE Transactions on Circuits and Systems,* vol. CAS–33, No. 11, Nov. 1986, pp. 1138–1142.

Baines, R., "The DSP Bottleneck," *IEEE Communications Magazine,* May 1995, pp. 46–54.

Banjo, O.P. and Vilar E., "Binary Error Probabilities on Earth–Space Links Subject to Scintillation Fading," *Electronics Letters,* vol. 21, No. 7, Mar. 28, 1985, pp. 296–297.

Banjo, O.P. and Vilar, E., "The Dependence of Slant Path Amplitude Scintillations on Various Meteorological Parameters," Antennas and Propagation (ICAP 87) Part 2: Propagation, Mar. 30–Apr. 2, 1987, pp. 277–280.

Banjo, O.P. and Vilar, E., "Measurement and Modeling of Amplitude Scintillations on Low–Elevation Earth–Space Paths and Impact on Communication Systems," *IEEE Transactions On Communications,* vol. COM–34, No. 8, Aug. 1986, pp. 774–780.

Banjo, O.P. et al., "Tropospheric Amplitude Spectra Due to Absorption and Scattering in Earth–Space Paths," Antennas and Propagation (ICAP 85), Apr. 16–19, 1985, pp. 77–82.

Basili, P. et al., "Case Study of Intense Scintillation Events on the OTS Path," *IEEE Transactions On Antennas and Propagation,* vol. 38, No. 1, Jan. 1990, pp. 107–113.

Basili, P. et al., "Observations of High $C^2$ and Turbulent Path Length on OTS Space–Earth Link," *Electronics Letters,* vol. 24, No. 17, Aug. 18, 1988, pp. 1114–1116.

Blakey, J.R. et al., "Measurement of Atmospheric Millimetre–Wave Phase Scintillations in an Absorption Region," *Electronic Letters,* vol. 21, No. 11, May 23, 1985, pp. 486–487.

Burgueño, A. et al., "Influence of rain gauge integration time on the rain rate statistics used in microwave communications," *annales des telecommunications,* Sep./Oct. 1988, pp. 522–527.

Burgueño, A. et al., "Long–Term Joint Statistical Analysis of Duration and Intensity of Rainfall Rate with Application to Microwave Communications," Antennas and Propagation (ICAP 87) Part 2: Propagation, Mar. 30–Apr. 2, 1987, pp. 198–201.

Burgueño, A. et al., "Long Term Statistics of Precipitation Rate Return Periods in the Context of Microwave Communications," Antennas and Propagation (ICAP 89) Part 2: Propagation, Apr. 4–7, 1989, pp. 297–301.

Burgueo, A. et al., "Spectral Analysis of 49 Years of Rainfall Rate and Relation to Fade Dynamics," *IEEE Transactions On Communications,* vol. 38, No. 9, Sep. 1990, pp. 1359–1366.

Catalan, C. and Vilar, E., "Approach for satellite slant path remote sensing," *Electronics Letters,* vol. 34, No. 12, Jun. 11, 1998, pp. 1238–1239.

Dewey, R.J. and Collier, C.J., "Multi–Mode Radio Receiver," pp. 3/1–3/5.

"DSO takes sampling rate to 1 Ghz," *Electronic Engineering,* Mar. 1987, pp. 77, 79.

Erdi, G. and Henneuse, P.R., "A Precision FET–Less Sample–and–Hold with High Charge–to–Droop Current Ratio," *IEEE Journal of Solid–State Circuits,* vol. SC–13, No. 6, Dec. 1978, pp. 864–873.
Faulkner, N.D. et al., "Sub–Harmonic Sampling for the Accurate Measurement of Frequency Stability of Microwave Oscillators," CPEM 82 Digest: Conf. On Precision Electromagnetic Measurements, 1982, pp. M–10 & M–11.
Faulkner, N.D. and Vilar, E., "Time Domain Analysis of Frequency Stability Using Non–Zero Dead–Time Counter Techniques," CPEM 84 Digest Conf. On Precision Electromagnetic Measurements, 1984, pp. 81–82.
Filip, M. and Vilar, E., "Optimum Utilization of the Channel Capacity of a Satellite Link in the Presence of Amplitude Scintillations and Rain Attenuation," *IEEE Transactions On Communications,* vol. 38, No. 11, Nov. 1990, pp. 1958–1965.
Fukahori, K., "A CMOS Narrow–Band Signaling Filter with Q Reduction," *IEEE Journal of Solid–State Circuits,* vol. SC–19, No. 6, Dec. 1984, pp. 926–932.
Fukuchi, H. and Otsu, Y., "Available time statistics of rain attenuation on earth–space path," IEE Proceedings–H: Microwaves, Antennas & Propagation, vol. 135, No. 6, Dec. 1988, pp. 387–390.
Gibbins, C.J. and Chadha, R., "Millimetre–wave propagation through hydrocarbon flame," IEE Proceedings–H: Microwaves, Antennas & Propagation, vol. 134, No. 2, Apr. 1987, pp. 169–173.
Gilchrist, B. et al., "Sampling hikes performance of frequency synthesizers," *Microwaves & RF,* Jan. 1984, pp. 93–94 and 110.
Gossard, E.E., "Clear weather meteorological effects on propagation at frequencies above 1 Ghz," *Radio Science,* vol. 16, No. 5, Sep.–Oct. 1981, pp. 589–608.
Gregorian, R. et al., "Switched–Capacitor Circuit Design," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 941–966.
Grove, W.M., "Sampling for Oscilloscopes and Other RF Systems: Dc through X–Band," *IEEE Transactions On Microwave Theory and Techniques,* Dec. 1966, pp. 629–635.
Haddon, J. et al., "Measurement of Microwave Scintillations on a Satellite Down–Line at X–Band," 2nd Int'l Conf. On Antennas and Propagation Part 2: Propagation, Apr. 13–16, 1991, pp. 113–117.
Haddon, J. and Vilar, E., "Scattering Induced Microwave Scintillations from Clear Air and Rain on Earth Space Paths and the Influence of Antenna Aperture," *IEEE Transactions On Antennas and Propagation,* vol. AP–34, No. 5, May 1986, pp. 646–657.
Hafdallah, H. et al., "2–4 Ghz MESFET Sampler," *Electronic Letters,* vol. 24, No. 3, Feb. 4, 1988, pp. 151–153.
Herben, M.H.A.J., "Amplitude and Phase Scintillation Measurements on 8–2 km Line–Of–Sight Path at 30 Ghz," *Electronics Letters,* vol. 18, No. 7, Apr. 1, 1982, pp. 287–289.
Hewitt, A. et al., "An 18 Ghz Wideband LOS Multipath Experiment," Int'l Conf. On Measurements for Telecommunication Transmission Systems—MTTS 85, Nov. 27–28, 1985, pp. 112–116.
Hewitt, A. et al., "An Autoregressive Approach to the Identification of Multipath Ray Parameters from Field Measurements," *IEEE Transactions On Communications,* vol. 37, No. 11, Nov. 1989, pp. 1136–1143.
Hewitt, A. and Vilar, E., "Selective Fading on LOS Microwave Links: Classical and Spread–Spectrum Measurement Techniques," *IEEE Transactions On Communications,* vol. 36, No. 7, Jul. 1988, pp. 789–796.
Hospitalier, E., "Instruments for Recording and Observing Rapidly Varying Phenomena," *Science Abstracts,* vol. VII, 1904, pp. 22–23.
Howard, I.M. and Swansson, N.S., "Demodulating High Frequence Resonance Signals for Bearing Fault Detection," The Institution of Engineers Australia Communications Conference, Melbourne Sep. 18–20, 1990, pp. 115–121.
Hu, X., *A Switched–Current Sample–and–Hold Amplifier for FM Demodulation,* Thesis for Master of Applied Science, Dept. of Electrical and Computer Engineering, University of Toronto, 1995, pp. 1–64.
Hung et al., "Characterization of Microwave Integrated Circuits Using An Optical Phase–Locking and Sampling System," *IEEE MTT–S Digest,* 1991, pp. 507–510.
Hurst, P.J., "Shifting the Frequence Response of Switched–Capacitor Filters by Nonuniform Sampling," *IEEE Transactions on Circuits and Systems,* vol. 38, No. 1, Jan. 1991, pp. 12–19.
Janssen, J.M.L., "An Experimental 'Stroboscopic' Oscilloscope for Frequencies up to about 50 Mc/s: I. Fundamentals," *Philips Technical Review,* vol. 12, No. 2, Aug. 1950, pp. 52–59.
Janssen, J.M.L. and Michels, A.J., "An Experimental 'Stroboscopic' Oscilloscope for Frequencies up to about 50 Mc/s: II. Electrical Build–Up," *Philips Technical Review,* vol. 12, No. 3, Sep. 1950, pp. 83–82.
Jondral, V.F. et al., "Doppler Profiles for Communication Satellites," *Frequenz,* May–Jun. 1996, pp. 111–116.
Kaleh, G.K., "A Frequency Diversity Spread Spectrum System for Communication in the Presence of In–band Interference," *1995 IEEE Globecom,* pp. 66–70.
Karasawa, Y. et al., "A New Prediction Method for Tropospheric Scintillation on Earth–Space Paths," *IEEE Transactions On Antennas and Propagation,* vol. 36, No. 11, Nov. 1988, pp. 1608–1614.
Lam, W.K. et al., "Measurement of the Phase Noise Characteristics of an Unlocked Communications Channel Identifier," Proc. Of the 1993 IEEE Frequency Control Symposium, Jun. 2–4, 1993, pp. 283–288.
Lam, W.K. et al., "Wideband sounding of 11.6 Ghz transhorizon channel," *Electronics Letters,* vol. 30, No. 9, Apr. 28, 1994, pp. 738–739.
Larkin, K.G., "Efficient demodulator for bandpass sampled AM signals," *Electronics Letters,* vol. 32, No. 2, Jan. 18, 1996, pp. 101–102.
Lau, W.H. et al., "Analysis of the Time Variant Structure of Microwave Line–of–sight Multipath Phenomena," IEEE Global Telecommunications Conference & Exhibition, Nov. 28–Dec. 1, 1988, pp. 1707–1711.
Lau, W.H. et al., "Improved Prony Algorithm to Identify Multipath Components," *Electronics Letters,* vol. 23, No. 20, Sep. 24, 1987, pp. 1059–1060.
Lesage, P. and Audoin, C., "Effect of Dead–Time on the Estimation of the Two–Sample Variance," *IEEE Transactions On Instrumentation and Measurement,* vol. IM–28, No. 1, Mar. 1979, pp. 6–10.
Liechti, C.A., "Performance of Dual–Gate GaAs MESFET's as Gain–Controlled Low–Noise Amplifiers and High–Speed Modulators," *IEEE Transactions On Microwave Theory and Techniques,* vol. MTT–23, No. 6, Jun. 1975, pp. 461–469.

Linnenbrink, T.E. et al., "A One Gigasample Per Second Transient Recorder," *IEEE Transactions On Nuclear Science,* vol. NS–26, No. 4, Aug. 1979, pp. 4443–4449.

Liou, M.L., "A Tutorial on Computer–Aided Analysis of Switched–Capacitor Circuits," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 987–1005.

Lo, P. et al., "Coherent Automatic Gain Control," IEE Colloquium on Phase Locked Techniques, Mar. 26, 1980, pp. 2/1–2/6.

Lo, P. et al., "Computation of Rain Induced Scintillations on Satellite Down–Links at Microwave Frequencies," Third Int'l Conf. On Antennas and Propagation (ICAP 83) Part 2: Propagation, Apr. 12–15, 1983, pp. 127–131.

Lo, P.S.L.O. et al., "Observations of Amplitude Scintillations on a Low–Elevation Earth–Space Path," *Electronics Letters,* vol. 20, No. 7, Mar. 29, 1984, pp. 307–308.

Madani, K. and Aithison, C.S., "A 20 Ghz Microwave Sampler," *IEEE Transactions On Microwave Theory and Techniques,* vol. 40, No. 10, Oct. 1992, pp. 1960–1963.

Marsland, R.A. et al., "130 Ghz monolithic integrated circuit sampling head," *Appl. Phys. Lett.,* vol. 55, No. 6, Aug. 7, 1989, pp. 592–594.

Martin, K. and Sedra, A.S., "Switched–Capacitor Building Blocks for Adaptive Systems," *IEEE Transactions on Circuits and Systems,* vol. CAS–28, No. 6, Jun. 1981, pp. 576–584.

Marzano, F.S. and d'Auria, G., "Model–based Prediction of Amplitude Scintillation Variance Due to Clear–Air Tropospheric Turbulence on Earth–Satellite Microwave Links," *IEEE Transactions On Antennas and Propagation,* vol. 46, No. 10, Oct. 1998, pp. 1506–1518.

Matricciani, E., "Prediction of fade durations due to rain in satellite communication systems," *Radio Science,* vol. 32, No. 3, May–Jun. 1997, pp. 935–941.

McQueen, J.G., "The Monitoring of High–Speed Waveforms," *Electronic Engineering,* Oct. 1952, pp. 436–441.

Merkelo, J. and Hall, R.D., "Broad–Band Thin–Film Signal Sampler," *IEEE Journal of Solid–State Circuits,* vol. SC–7, No. 1, Feb. 1972, pp. 50–54.

Merlo, U. et al., "Amplitude Scintillation Cycles in a Sirio Satellite–Earth Link," *Electronics Letters,* vol. 21, No. 23, Nov. 7, 1985, pp. 1094–1096.

Morris, D., "Radio–holographics reflector measurement of the 30–m millimeter radio telescope at 22 Ghz with a cosmic signal source," *Astronomy and Astrophysics,* vol. 203, No. 2, Sep. (II) 1988, pp. 399–406.

Moulsley, T.J. et al., "The efficient acquisition and processing of propagation statistics," *Journal of the Institution of Electronic and Radio Engineers,* vol. 55, No. 3, Mar. 1985, pp. 97–103.

Ndzi, D. et al., "Wide–Band Statistical Characterization of an Over–the–Sea Experimental Transhorizon Link," *IEE Colloquium on Radio Communications at Microwave and Millimetre Wave Frequencies,* Dec. 16, 1996, pp. 1/1–1/6.

Ndzi, D. et al., "Wideband Statistics of Signal Levels and Doppler Spread on an Over–The–Sea Transhorizon Link," *IEE Colloquium on Propagation Characteristics and Related System Techniques for Beyond Line–of–Sight Radio,* Nov. 24, 1997, pp. 9/1–9/6.

"New zero IF chipset from Philips," *Electronic Engineering,* Sep. 1995, p. 10.

Ohara, H. et al., "First monolithic PCM filter cuts cost of telecomm systems," *Electronic Design,* vol. 27, No. 8, Apr. 12, 1979, (6 pages).

Ortgies, G., "Experimental Parameters Affecting Amplitude Scintillation Measurements on Satellite Links," *Electronics Letters,* vol. 21, No. 17, Aug. 15, 1985, pp. 771–772.

Peeters, G. et al., "Evaluation of Statistical Models for Clear–Air Scintillation Prediction Using Olympus Satellite Measurements," *International Journal of Satellite Communications,* vol. 15, No. 2, Mar.–Apr. 1997, pp. 73–88.

Perrey, A.G. and Schoenwetter, H.K., NBS Technical Note 1121: A Schottky Diode Bridge Sampling Gate, May 1980, pp. 1–14.

Poulton, K. et al., "A 1–Ghz 6–bit ADC System," *IEEE Journal of Solid–State Circuits,* vol. SC–22, No. 6, Dec. 1987, pp. 962–969.

"Project COST 205: Scintillations in Earth–satellite links," *Alta Frequenza: Scientific Review in Electronics,* vol. LIV, No. 3, May–Jun., 1985, pp. 209–211.

Reeves, R.J.D., "The Recording and Collocation of Waveforms (Part 1)," *Electronic Engineering,* Mar. 1959, pp. 130–137.

Reeves, R.J.D., "The Recording and Collocation of Waveforms (Part 2)," *Electronic Engineering,* Apr. 1959, pp. 204–212.

Rein, H.M. and Zahn, M., "Subnanosecond–Pulse Generator with Variable Pulsewidth Using Avalanche Transistors," *Electronics Letters,* vol. 11, No. 1, Jan. 9, 1975, pp. 21–23.

Riad, S.M. and Nahman, N.S., "Modeling Of The Feed–Through Wideband (DC to 12.4 Ghz) Sampling–Head," IEEE MTT–S International Microwave Symposium Digest, Jun. 27–29, 1978, pp. 267–269.

Rizzoli, V. et al., "Computer–Aided Analysis of MESFET and HEMT Mixers," *IEEE Transactions On Microwave Theory and Techniques,* vol. 37, No. 9, Sep. 1989, pp. 1401–1410.

Rücker, F. and Dintelmann, F., "Effect of Antenna Size on OTS Signal Scintillations and Their Seasonal Dependence," *Electronics Letters,* vol. 19, No. 24, Nov. 1983, pp. 1032–1034.

Sabel, L.P., "A DSP Implementation of a Robust Flexible Receiver/Demultiplexer for Broadcast Data Satellite Communications," The Institution of Engineers Australia Communications Conference, Melbourne Oct. 16–18, 1990, pp. 218–223.

Salous, S., "IF digital generation of FMCW waveforms for wideband channel characterization," IEE Proceedings–I, vol. 139, No. 3, Jun. 1992, pp. 281–288.

"Sampling Loops Lock Sources to 23 Ghz," *Microwaves & RF,* Sep. 1990, p. 212.

Saul, P.H., "A GaAs MESFET Sample and Hold Switch," 5th European Solid State Circuits Conference—ESSCIRC 79, 1979, pp. 5–7.

Shen, D. H. et al., "A 900–MHZ RF Front–End with Integrated Discrete–Time Filtering," *IEEE Journal of Solid–State Circuits,* vol. 31, No. 12, Dec. 1996, pp. 1945–1954.

Shen, X.D., and Vilar, E., "Anomalous transhorizon propagation and meteorological processes of a multilink path," *Radio Science,* vol. 30, No. 5, Sep.–Oct. 1995, pp. 1467–1479.

Shen, X., and Tawfik, A.N., "Dynamic Behaviour of Radio Channels Due to Trans–Horizon Propagation Mechanisms," *Electronics Letters,* vol. 29, No. 17, Aug. 19, 1993, pp. 1582–1583.

Shen, X. et al., "Modeling Enhanced Spherical Diffraction and Troposcattering on a Transhorizon Path with aid of the parabolic Equation and Ray Tracing Methods," IEE Colloquium on Common modeling techniques for electromagnetic wave and acoustic wave propagation, Mar. 8, 1996, pp. 4/1–47/6.

Shen, X. and Vilar, E., "Path loss statistics and mechanisms of transhorizon propagation over a sea path," *Electronics Letters,* vol. 32, No. 3, Feb. 1, 1996, pp. 259–261.

Spillard, C. et al., "X–Band Tropospheric Transhorizon Propagation Under Differing Meteorological Conditions," Antennas and Propagation (ICAP 89) Part 2: Propagation, Apr. 4–7, 1989, pp. 451–455.

Stafford, K.R. et al., "A Complete Monolithic Sample/Hold Amplifier," *IEEE Journal of Solid–State Circuits,* vol. SC–9, No. 6, Dec. 1974, pp. 381–387.

Staruk, W. Jr. et al., "Pushing HF Data Rates," *Defense Electronics,* May 1985, pp. 211, 213, 215, 217, 220 &222.

Stephenson, A.G., "Digitizing multiple RF signals requires an optimum sampling rate," *Electronics,* Mar. 27, 1972, pp. 106–110.

Sugarman, R., "Sampling Oscilloscope for Statistically Varying Pulses," *The Review of Scientific Instruments,* vol. 28, No. 11, Nov. 1957, pp. 933–938.

Sylvain, M., "Experimental probing of multipath microwave channels," *Radio Science,* vol. 24, No. 2, Mar.–Apr. 1989, pp. 160–178.

Takano, T., "NOVEL GaAs Pet Phase Detector Operable To Ka Band," *IEEE MT–S Digest,* 1984, pp. 381–383.

Tan, M.A., "Biquadratic Transconductance Switched–Capacitor Filters," *IEEE Transactions on Circuits and Systems—I: Fundamental Theory and Applications,* vol. 40, No. 4, Apr. 1993, pp. 272–275.

Tanaka, K. et al., "Single Chip Multisystem AM Stereo Decoder IC," *IEEE Transactions On Consumer Electronics,* vol. CE–32, No. 3, Aug. 1986, pp. 482–496.

Tawfik, A.N., "Amplitude, Duration and Predictability of Long Hop Trans–Horizon X–band Signals Over the Sea," *Electronics Letters,* vol. 28, No. 6, Mar. 12, 1992, pp. 571–572.

Tawfik, A.N. and Vilar, E., "Correlation of Transhorizon Signal Level Strength with Localized Surface Meteorological Parameters," 8th International Conf. On Antennas and Propagation, Mar. 30–Apr. 2, 1993, pp. 335–339.

Tawfik, A.N. and Vilar, E., "Dynamic Structure of a Transhorizon Signal at X–band Over a Sea Path," Antennas and Propagation (ICAP 89) Part 2: Propagation, Apr. 4–7, 1989, pp. 446–450.

Tawfik, A.N. and Vilar, E., "Statistics of Duration and Intensity of Path Loss in a Microwave Transhorizon Sea–Path," *Electronics Letters,* vol. 26, No. 7, Mar. 29, 1990, pp. 474–476.

Tawfik, A.N. and Vilar, E., "X–Band Transhorizon Measurements of CW Transmissions Over the Sea—Part 1: Path Loss, Duration of Events, and Their Modeling," *IEEE Transactions On Antennas and Propagation,* vol. 41, No. 11, Nov. 1993, pp. 1491–1500.

Tomassetti, Q., "An Unusual Microwave Mixer," 16th European Microwave Conference, Sep. 8–12, 1986, pp. 754–759.

Tortoli, P. et al., "Bidirectional Doppler Signal Analysis Based on a Single RF Sampling Channel," *IEEE Transactions On Ultrasonics, Ferroelectrics, and Frequency Control,* vol. 41, No. 1, Jan. 1984, pp. 1–3.

Tsividis, Y. and Antognetti, P. (Ed.), *Design of MOS VLSI Circuits for Telecommunications,* p. 304.

Tsividis, Y., "Principles of Operation and Analysis of Switched–Capacitor Circuits," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 926–940.

Tsurumi, H. and Maeda, T., "Design Study on a Direct Conversion Receiver Front–End for 280 MHZ, 900 MHZ, and 2.6 Ghz Band radio Communication Systems," 41st IEEE Vehicular Technology Conference, May 19–22, 1991, pp. 457–462.

Valdmanis, J.A. et al., "Picosecond and Subpicosend Optoelectronics for Measurements of Future High Speed Electronic Devices," *IEDM Technical Digest,* Dec. 5–7, 1983, pp. 597–600.

van de Kamp, M.M.J.L., "Asymmetric signal level distribution due to tropospheric scintillation," *Electronics Letters,* vol. 34, No. 11, May 28, 1998, pp. 1145–1146.

Vasseur, H. and Vanhoenacker, D., "Characterization of tropospheric turbulent layers from radiosonde data," *Electronics Letters,* vol. 34, No. 4, Feb. 19, 1998, pp. 318–319.

Verdone, R., "Outage Probability Analysis for Short–Range Communication Systems at 60 Ghz in ATT Urban Environments," *IEEE Transactions On Vehicular Technology,* vol. 46, No. 4, Nov. 1997, pp. 1027–1039.

Vierira–Ribeiro, S.A., *Single–IF DECT Receiver Architecture using a Quadrature Sub–Sampling Band–Pass Sigma–Delta Modulator,* Thesis for Degree of Master's of Engineering, Carleton University, Apr. 1955, pp. 1–180.

Vilar, E. et al., "A Comprehensive/Selective MM–Wave Satellite Downlink Experiment on Fade Dynamics," 10th International Conf. On Antennas and Propagation, Apr. 14–17, 1997, pp. 2.98–2.101.

Vilar, E. et al., "A System to Measure LOS Atmospheric Transmittance at 19 Ghz," Agard. Conf. Proc. No. 346: Characteristics of the Lower Atmosphere Influencing Radio Wave Propagation, Oct. 4–7, 1983, pp. 8–1–8–16.

Vilar, E. and Smith, H., "A Theoretical and Experimental Study of Angular Scintillations in Earth Space Paths," *IEEE Transactions On Antennas and Propagation,* vol. AP–34, No. 1, Jan. 1986, pp. 2–10.

Vilar, E. et al., "A Wide Band Transhorizon Experiment at 11.6 Ghz," 8th International Conf. On Antennas and Propagation, Mar. 30–Apr. 2, 1993, pp. 441–445.

Vilar, E.and Matthew, P.A., "Amplitude Dependence of Frequency in Oscillators," *Electronics Letters,* vol. 8, No. 20, Oct. 5, 1972, pp. 509–511.

Vilar, E. et al., "An experimental mm–wave receiver system for measuring phase noise due to atmospheric turbulence," Conf. Proc. 25th Europan Microwave Conference, 1995, pp. 114–119.

Vilar, E. and Burgueño, A., "Analysis and Modeling of Time Intervals Between Rain Rate Exceedances in the Context of Fade Dynamics," *IEEE Transactions On Communications,* vol. 39, No. 9, Sep. 1991, pp. 1306–1312.

Vilar, E. et al., "Angle of Arrival Fluctuations in High and Low Elevation Earth Space Paths," Antennas and Propagation (ICAP 85), Apr. 16–19, 1985, pp. 83–88.

Vilar, E., "Antennas and Propagation: A Telecommunications Systems Subject," *Electronics Division Colloquium on Teaching Antennas and Propagation to Undergraduates,* Mar. 8, 1988, (6 Pages).

Vilar, E. et al., "CERS*. Millimetre–Wave Beacon Package and Related Payload Doppler Correction Strategies," *Electronics Division Colloquium on CERS—Communications Engineering Research Satellite,* Apr. 10, 1984, pp. 10/1–10/10.

Vilar, E. and Moulsley, T.J., "Comment and Reply: Probability Density Function of Amplitude Scintillations," *Electronics Letters,* vol. 21, No. 14, Jul. 4, 1995, pp. 620–622.

Vilar, E. et al., "Comparison of Rainfall Rate Duration Distributions for ILE–IFE and Barcelona," *Electronics Letters,* vol. 28, No. 20, Sep. 24, 1992, pp. 1922–1924.

Vilar, E. "Depolarisation and Field Transmittances in Indoor Communications," *Electronics Letters,* vol. 27, No. 9, Apr. 25, 1991, pp. 723–733.

Vilar, E. and Larsen, J.R., "Elevation Dependence of Amplitude Scintillations on Low Elevation Earth Space Paths," Antennas and Propagation (ICAP 89) Part 2: Propagation, Apr. 4–7, 1989, pp. 150–154.

Vilar, E. et al., "Experimental System and Measurements of Transhorizon Signal Levels at 11 Ghz," 18th European Microwave Conference, Sep. 12–15, 1988, pp. 429–435.

Vilar, E. and Matthews, P.A., "Importance of Amplitude Scintillations in Millimetric Radio Links," Conf. Proc. 4th European Microwave Conference, Sep. 10–13, 1974, pp. 202–206.

Vilar, E. and Haddon, J., "Measurement and Modeling of Scintillation Intensity to Estimate Turbulence Parameters in an Earth–Space Path," *IEEE Transactions On Antennas and Propagation,* vol. AP–32, No. 4, Apr. 1984, pp. 340–346.

Vilar, E. and Matthew, P.A., "Measurement of Phase Fluctuations on Millimetric Radiowave Propagation," *Electronic Letters,* vol. 7, No. 18, Sep. 9, 1971, pp. 566–568.

Vilar, E. and Wan, K.W., "Narrow and Wide Band Estimates of Field Strength for Indoor Communications in the Millimetre Band," *Electronics Division Colloquium on Radiocommunications in the Range 30–60 Ghz,* Jan. 17, 1991, pp. 5/1–5/8.

Vilar, E.and Faulkner, N.D., "Phase Noise and Frequency Stability Measurements. Numerical Techniques and Limitations," *Electronics Division Colloquium on Low Noise Oscillators and Synthesizer,* Jan. 23, 1986, (5 Pages).

Vilar, E. and Senin, S., "Propagation phase noise identified using 40 Ghz satellite downlink," *Electronics Letters,* vol. 33, No. 22, Oct. 23, 1997, pp. 1901–1902.

Vilar, E. et al., "Scattering and Extinction: Dependence Upon Raindrop Size Distribution in Temperate (Barcelona) and Tropical (Belem) Regions," 10th International Conf. On Antennas and Propagation, Apr. 14–17, 1997, pp. 2.230–2.233.

Vilar, E. and Haddon, J., "Scintillation Modeling and Measurement—A Tool for Remote–Sensing Slant Paths," Agard Conf. Proc. No. 332: Propagation Aspects of Frequency Sharing, Interference AND System Diversity, Oct. 18–22, 1982, pp. 27–1–27–13.

Vilar, E., "Some Limitations on Digital Transmission Through Turbulent Atmosphere," Int'l Conf. On Satellite Communication Systems Technology, Apr. 7–10, 1975, pp. 169–187.

Vilar, E. and Matthews, P.A., "Summary of Scintillation Observations in 36 Ghz Link Across London," Int'l Conf. On Antennas and Propagation Part 2: Propagation, Nov. 28–30, 1978, pp. 36–40.

Vilar, E. et al., "Wideband Characterization of Scattering Channels," 10th International Conf. On Antennas and Propagation, Apr. 14–17, 1997, pp. 2.353–2.358.

Voltage and Time Resolution in Digitizing Oscilloscopes: Application Note 348, Hewlett Packard, Nov. 1986, pp. 1–11.

Wan, K.W. et al., "A Novel Approach to the Simultaneous Measurement of Phase and Amplitude Noises in Oscillator," 19th European Microwave Conference Proceedings, Sep. 4–7, 1989, pp. 809–813.

Wan, K.W. et al., "Extended Variances and Autoregressive/Moving Average Algorithm for the Measurement and Synthesis of Oscillator Phase Noise," Proc. Of the 43rd Annual Symposium on Frequency Control, 1989, pp. 331–335.

Wan, K.W. et al., "Wideband Transhorizon Channel Sounder at 11 Ghz," *Electronics Division Colloquium on High Bit Rate UHF/SHF Channel Sounders—Technology and Measurement,* Dec. 3, 1993, pp. 3/1–3/5.

Watson, A.W.D. et al., "Digital Conversion and Signal Processing for High Performance Communications Receivers," pp. 367–373.

Wiley, R.G., "Approximate FM Demodulation Using Zero Crossings," *IEEE Transactions On Communications,* vol. COM–29, No. 7, Jul. 1981, pp. 1061–1065.

Wortham, W., "Convergence . . . Again," *RF Design,* Mar. 1999, p. 102.

Young, I.A. and Hodges, D.A., "MOS Switched–Capacitor Analog Sampled–Data Direct–Form Recursive Filters," *IEEE Journal of Solid–State Circuits,* vol. SC–14, No. 6, Dec. 1979, pp. 1020–1044.

FIG. 1
(RELATED ART)

FREQUENCY MODULATION CIRCUIT




FIG. 2A
(RELATED ART)




FIG. 2B
(RELATED ART)




FIG. 2C
(RELATED ART)



FIG. 3
(RELATED ART)
PHASE MODULATION CIRCUIT




FIG. 4A
(RELATED ART)




FIG. 4B
(RELATED ART)




FIG. 4C
(RELATED ART)



FIG. 5
(RELATED ART)

AMPLITUDE MODULATION CIRCUIT



FIG. 6A
(RELATED ART)




FIG. 6B
(RELATED ART)




FIG. 6C
(RELATED ART)



*FIG. 7*
(RELATED ART)

IN PHASE/QUADRATURE PHASE MODULATION CIRCUIT



FIG. 8A
(RELATED ART)




FIG. 8B
(RELATED ART)




FIG. 8C
(RELATED ART)




FIG. 8D
(RELATED ART)




FIG. 8E
(RELATED ART)



FIG. 9

TRANSMITTER




FIG. 10

TRANSMITTER EMBODIMENT



FIG. 11

FREQUENCY MODULATION MODE



FIG. 12



FREQUENCY MODULATED SIGNAL
1006
DESIRED HARMONIC
HARMONICALLY RICH SIGNAL
INFORMATION SIGNAL
VOLTAGE CONTROLLED OSCILLATOR
SWITCH MODULE
FILTER
TRANSMISSION MODULE (OPTIONAL)
1224
1202
1204
1210
1214
1216
1218
1220
1222
1004
1008

FIG. 13


PHASE MODULATION MODE
1300
STEP 902
INFORMATION SIGNAL GENERATED BY SOURCE
OSCILLATING SIGNAL GENERATED
STEP 904
1302
1304
1306
OSCILLATING SIGNAL MODULATED BY INFORMATION SIGNAL
STEP 906
1308
MODULATED SIGNAL HAS PHASE SHIFTED AS A FUNCTION OF THE INFORMATION SIGNAL
1310
SIGNAL WITH PERIODIC WAVEFORM IS GENERATED
STEP 908
1312
WAVEFORM HAS HARMONICS AT FOURIER COMPONENT FRQUENCIES
1314
UNWANTED HARMONICS ARE FILTERED OUT
STEP 910
1316
RESULTING SIGNAL IS AT THE DESIRED ELECTROMAGNETIC (EM) FREQUENCY
1318
EM SIGNAL IS PREPARED FOR TRANSMISSION
STEP 912
1320
EM SIGNAL IS TRANSMITTED

FIG. 14



PHASE MODULATED SIGNAL
1006
DESIRED HARMONIC
HARMONICALLY RICH SIGNAL
1404
INFORMATION SIGNAL
PHASE MODULATOR
SWITCH MODULE
FILTER
TRANSMISSION MODULE (OPTIONAL)
1420
1402
1406
1408
1410
1412
1414
1416
1418
1008
1004

FIG. 15

AMPLITUDE MODULATION MODE



FIG. 16


BIAS
SIGNAL
(IF REQUIRED)
1604
INFORMATION
SIGNAL
1602
1606
SUMMING
MODULE
(IF REQUIRED)
1608
SWITCH
MODULE
FILTER
TRANSMISSION
MODULE
(OPTIONAL)
1624
1610
1612
1614
1616
1618
1620
1622
1004
1006
1008

FIG. 17


I/O MODULATION MODE
1702
FIRST INFORMATION SIGNAL GENERATED BY A FIRST SOURCE
STEP 902
OSCILLATING SIGNAL GENERATED BY LOCAL OSCILLATOR
STEP 904
SECOND INFORMATION SIGNAL GENERATED BY A SECOND SOURCE
STEP 902
1710
1714
IN-PHASE (I) OSCILLATING SIGNAL MODULATED BY 1ST INFO SIGNAL
1704
PHASE OF OSCILLATING SIGNAL IS SHIFTED 90° CREATING QUADRATURE-PHASE SIGNAL
SIMILAR TO STEP 904
1716
1712
QUADRATURE-PHASE (Q) OSCILLATING SIGNAL MODULATED BY 2ND INFO SIGNAL
STEP 906
1706
"I" MODULATED SIGNAL HAS PHASE SHIFTED AS A FUNCTION OF THE 1ST INFO SIGNAL
STEP 906
1718
"Q" MODULATED SIGNAL HAS PHASE SHIFTED AS A FUNCTION OF THE 2ND INFO SIGNAL
1708
"I" SIGNAL WITH PERIODIC WAVEFORM IS GENERATED
STEP 908
1720
"Q" SIGNAL WITH PERIODIC WAVEFORM IS GENERATED
1722
"I" AND "Q" SIGNALS ARE COMBINED
STEP 908
1724
WAVEFORM HAS HARMONICS AT FOURIER COMPONENT FREQUENCIES
1726
UNWANTED HARMONICS ARE FILTERED OUT
STEP 910
1728
RESULTING SIGNAL IS AT THE DESIRED ELECTROMAGNETIC (EM) FREQUENCY
1700
1730
EM SIGNAL IS PREPARED FOR TRANSMISSION
STEP 912
1732
EM SIGNAL IS TRANSMITTED

FIG. 18


1004
1006
1804
1820
INFORMATION SIGNAL #1
PHASE MODULATOR
SWITCH MODULE
1802
1824
1008
1808
1822
1806
1832
1836
1838
1840
1842
SUMMER
Σ
FILTER
TRANSMISSION MODULE (OPTIONAL)
1834
1810
PHASE SHIFTER
1812
1826
1830
INFORMATION SIGNAL #2
PHASE MODULATOR
SWITCH MODULE
1814
1816
1828

FIG. 19A




FIG. 19B




FIG. 19C




FIG. 19D



Qualcomm NEW PETITION
Exhibit 1001
Page 27 of 121




FIG. 19E

FIG. 19F

FIG. 19G

FIG. 19H




FIG. 19I



FIG. 20A
(RELATED ART)




FIG. 20B
(RELATED ART)




FIG. 20C
(RELATED ART)



FIG. 21A
(RELATED ART)




FIG. 21B
(RELATED ART)




FIG. 21C
(RELATED ART)



FIG. 22A
(RELATED ART)




FIG. 22B
(RELATED ART)




FIG. 22C
(RELATED ART)




FIG. 23



FIG. 24




FIG. 25




FIG. 26




FIG. 27



FIG. 28A




FIG. 28B




FIG. 28C



FIG. 29A




FIG. 29B




FIG. 29C



FIG. 30A




FIG. 30B




FIG. 30C



FIG. 31A




FIG. 31B




FIG. 31C



FIG. 32A




FIG. 32B




FIG. 32C



FIG. 33A




FIG. 33B




FIG. 33C



FIG. 34




FIG. 35




FIG. 36



FIG. 37A




FIG. 37B




FIG. 38



FIG. 39A




FIG. 39B




FIG. 39C




FIG. 39D



FIG. 40A




FIG. 40B




FIG. 40C




FIG. 40D



FIG. 41




FIG. 42A




FIG. 42B




FIG. 42C




FIG. 42D




FIG. 42E



FIG. 43


+V
4310
INPUT
4302
4302
4306
4304
4304
4312
OUTPUT
4104
4302
4302

FIG. 44A




FIG. 44B




FIG. 44C




FIG. 44D




FIG. 44E




FIG. 44F




FIG. 44G



FIG. 45A




FIG. 45B




FIG. 45C




FIG. 45D




FIG. 45E




FIG. 45F



FIG. 46


CONTINUOUS PERIODIC WAVEFORM
HARMONIC ENHANCEMENT MODULE
STRING OF PULSES
4604
4606
4602

FIG. 47


SIGNAL REQUIRING AMPLIFICATION
AMPLIFIER MODULE
AMPLIFIED SIGNAL
4704
4706
4702

FIG. 48A



Qualcomm NEW PETITION
Exhibit 1001
Page 49 of 121

FIG. 48B




FIG. 49



Qualcomm NEW PETITION
Exhibit 1001
Page 50 of 121

FIG. 50



FIG. 51A



4902
4904
4910
4908
4911
4912
4918
4920
4922
4928
4930
4938
DECODE
5106
5108
5112
5114
4932
5144
5104
5110
C
D

FIG. 51B




FIG. 51C




FIG. 51D



FIG. 52

EXEMPLARY RECEIVER FOR
UNIVERSAL FREQUENCY DOWN-CONVERSION



FIG. 53

EXEMPLARY TRANSMITTER USING THE PRESENT INVENTION



FIG. 54A



TRANSMITTER USING PRESENT INVENTION IN A HALF DUPLEX COMMUNICATIONS CIRCUIT WITH A UNIVERSAL FREQUENCY DOWN-CONVERTER (FM & PM)
5422
BIAS SIGNAL
5402
5423
5432
5406
5426
5430
5428
R
XMIT MODULE
HIGH-Q FILTER
T
5434
5424
5404
5408
T
5410
5412
5414
5416
5407
R
5409
5413
5436
5438
5440
5420
A
OSCILLATING SIGNAL
PULSE SHAPER
5442
T = SWITCH POSITION FOR TRANSMIT
R = SWITCH POSITION FOR RECEIVE

FIG. 54B




FIG. 54C



FIG. 55


TRANSMITTER USING PRESENT INVENTION IN
A HALF-DUPLEX COMMUNICATIONS CIRCUIT
WITH A UNIVERSAL FREQUENCY DOWN-CONVERTER(AM)
REFERENCE
SIGNAL
5506
5504
5422
BIAS SIGNAL
SUMMING
MODULE
INFO SIGNAL
5450
5402
5423
5406
5432
5426
5430
5428
R
T
XMIT
MODULE
HIGH-Q
FILTER
5434
5508
5404
5408
T
5410
5412
5414
5416
R
5409
5413
5502
5436
5438
5440
5420
PULSE
SHAPER
5442
T = SWITCH POSITION
FOR TRANSMIT
R = SWITCH POSITION
FOR RECEIVE

FIG. 56

TRANSMITTER USING PRESENT INVENTION IN FULL DUPLEX COMMUNICATIONS CIRCUIT WITH UNIVERSAL FREQUENCY DOWN-CONVERTER



FIG. 57A

TRANSMITTER IN THE FM EMBODIMENT



FIG. 57B

TRANSMITTER IN THE PM EMBODIMENT




FIG. 57C

TRANSMITTER IN THE AM EMBODIMENT



FIG. 58


PW/T RATIO = 0.1
AMPLITUDE
0.2000
0.1900
0.1800
0.1700
0.1600
0.1500
0.1400
0.1300
0.1200
0.1100
0.1000
0.0900
0.0800
0.0700
0.0600
0.0500
0.0400
0.0300
0.0200
0.0100
0.0000
5
10
15
20
25
30
35
40
45
50
HARMONIC

*FIG. 59*




Qualcomm NEW PETITION
Exhibit 1001
Page 62 of 121

FIG. 60

6000

| HARMONIC | $\tau/T$ = | 0.500 | 0.250 | 0.100 | 0.050 | 0.010 | 0.005 |
|---|---|---|---|---|---|---|---|
| 1 | | 0.6366 | 0.4502 | 0.1967 | 0.0996 | 0.0200 | 0.01000 |
| 2 | | 0.00 | 0.3183 | 0.1871 | 0.0984 | 0.0200 | 0.01000 |
| 3 | | 0.2122 | 0.1501 | 0.1717 | 0.0963 | 0.0200 | 0.01000 |
| 4 | | 0.00 | 0.00 | 0.1514 | 0.0935 | 0.0199 | 0.00999 |
| 5 | | 0.1273 | 0.0900 | 0.1273 | 0.0900 | 0.0199 | 0.00999 |
| 6 | | 0.00 | 0.1061 | 0.1009 | 0.0858 | 0.0199 | 0.00999 |
| 7 | | 0.0909 | 0.0643 | 0.0736 | 0.0810 | 0.0198 | 0.00998 |
| 8 | | 0.00 | 0.00 | 0.0468 | 0.0757 | 0.0198 | 0.00997 |
| 9 | | 0.0707 | 0.0500 | 0.0219 | 0.0699 | 0.0197 | 0.00997 |
| 10 | | 0.00 | 0.0637 | 0.00 | 0.0637 | 0.0197 | 0.00996 |
| 11 | | 0.0579 | 0.0409 | 0.0179 | 0.0572 | 0.0196 | 0.00995 |
| 12 | | 0.00 | 0.00 | 0.0312 | 0.0505 | 0.0195 | 0.00994 |
| 13 | | 0.0490 | 0.0346 | 0.0396 | 0.0436 | 0.0194 | 0.00993 |
| 14 | | 0.00 | 0.0455 | 0.0432 | 0.0368 | 0.0194 | 0.00992 |
| 15 | | 0.0424 | 0.0300 | 0.0424 | 0.0300 | 0.0193 | 0.00991 |
| 16 | | 0.00 | 0.00 | 0.0378 | 0.0234 | 0.0192 | 0.00990 |
| 17 | | 0.0374 | 0.0265 | 0.0303 | 0.0170 | 0.0191 | 0.00988 |
| 18 | | 0.00 | 0.0354 | 0.0208 | 0.0109 | 0.0190 | 0.00987 |
| 19 | | 0.0335 | 0.0237 | 0.0104 | 0.0052 | 0.0188 | 0.00985 |
| 20 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.0187 | 0.00984 |
| 21 | | 0.0303 | 0.0214 | 0.0094 | 0.0047 | 0.0186 | 0.00982 |
| 22 | | 0.00 | 0.0289 | 0.0170 | 0.0089 | 0.0184 | 0.00980 |
| 23 | | 0.0277 | 0.0196 | 0.0224 | 0.0126 | 0.0183 | 0.00978 |
| 24 | | 0.00 | 0.00 | 0.0252 | 0.0156 | 0.0182 | 0.00976 |
| 25 | | 0.0255 | 0.0180 | 0.0255 | 0.0180 | 0.0180 | 0.00974 |
| 26 | | 0.00 | 0.0245 | 0.0233 | 0.0198 | 0.0178 | 0.00972 |
| 27 | | 0.0236 | 0.0167 | 0.0191 | 0.0210 | 0.0177 | 0.00970 |
| 28 | | 0.00 | 0.00 | 0.0134 | 0.0216 | 0.0175 | 0.00968 |
| 29 | | 0.0220 | 0.0155 | 0.0068 | 0.0217 | 0.0173 | 0.00966 |
| 30 | | 0.00 | 0.0212 | 0.00 | 0.0212 | 0.0172 | 0.00963 |
| 31 | | 0.0205 | 0.0145 | 0.0063 | 0.0203 | 0.0170 | 0.00961 |
| 32 | | 0.00 | 0.00 | 0.0117 | 0.0189 | 0.0168 | 0.00958 |
| 33 | | 0.0193 | 0.0136 | 0.0156 | 0.0172 | 0.0166 | 0.00956 |
| 34 | | 0.00 | 0.0187 | 0.0178 | 0.0151 | 0.0164 | 0.00953 |
| 35 | | 0.0182 | 0.0129 | 0.0182 | 0.0129 | 0.0162 | 0.00950 |
| 36 | | 0.00 | 0.00 | 0.0168 | 0.0104 | 0.0160 | 0.00948 |
| 37 | | 0.0172 | 0.0122 | 0.0139 | 0.0078 | 0.0158 | 0.00945 |
| 38 | | 0.00 | 0.0168 | 0.0098 | 0.0052 | 0.0156 | 0.00942 |
| 39 | | 0.0163 | 0.0115 | 0.0050 | 0.0026 | 0.0154 | 0.00939 |
| 40 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.0151 | 0.00935 |
| 41 | | 0.0155 | 0.0110 | 0.0048 | 0.0024 | 0.0149 | 0.00932 |
| 42 | | 0.00 | 0.0152 | 0.0089 | 0.0047 | 0.0147 | 0.00929 |
| 43 | | 0.0148 | 0.0105 | 0.0120 | 0.0067 | 0.0144 | 0.00926 |
| 44 | | 0.00 | 0.00 | 0.0138 | 0.0085 | 0.0142 | 0.00922 |
| 45 | | 0.0141 | 0.0100 | 0.0141 | 0.0100 | 0.0140 | 0.00919 |
| 46 | | 0.00 | 0.0138 | 0.0132 | 0.0112 | 0.0137 | 0.00915 |
| 47 | | 0.0135 | 0.0096 | 0.0110 | 0.0121 | 0.0135 | 0.00912 |
| 48 | | 0.00 | 0.00 | 0.0078 | 0.0126 | 0.0132 | 0.00908 |
| 49 | | 0.0130 | 0.0092 | 0.0040 | 0.0128 | 0.0130 | 0.00904 |
| 50 | | 0.00 | 0.0127 | 0.00 | 0.0127 | 0.0127 | 0.00900 |

FIG. 61

6100

| | τ/T = | 0.5000 | 0.2500 | 0.1667 | 0.1250 | 0.1000 | 0.0833 | 0.0714 | 0.0625 | 0.0556 | 0.0500 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HARMONIC | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 1 | | 0.6366 | 0.4502 | 0.3183 | 0.2436 | 0.1967 | 0.1648 | 0.1417 | 0.1242 | 0.1105 | 0.0996 |
| 2 | | 0.0000 | 0.3183 | 0.2757 | 0.2251 | 0.1871 | 0.1592 | 0.1381 | 0.1218 | 0.1089 | 0.0984 |
| 3 | | 0.2122 | 0.1501 | 0.2122 | 0.1961 | 0.1717 | 0.1501 | 0.1323 | 0.1179 | 0.1061 | 0.0963 |
| 4 | | 0.0000 | 0.0000 | 0.1378 | 0.1592 | 0.1514 | 0.1378 | 0.1244 | 0.1125 | 0.1023 | 0.0935 |
| 5 | | 0.1273 | 0.0900 | 0.0637 | 0.1176 | 0.1273 | 0.1230 | 0.1147 | 0.1059 | 0.0975 | 0.0900 |
| 6 | | 0.0000 | 0.1061 | 0.0000 | 0.0750 | 0.1009 | 0.1061 | 0.1034 | 0.0980 | 0.0919 | 0.0858 |
| 7 | | 0.0909 | 0.0643 | 0.0455 | 0.0348 | 0.0736 | 0.0878 | 0.0909 | 0.0892 | 0.0855 | 0.0810 |
| 8 | | 0.0000 | 0.0000 | 0.0689 | 0.0000 | 0.0468 | 0.0689 | 0.0776 | 0.0796 | 0.0784 | 0.0757 |
| 9 | | 0.0707 | 0.0500 | 0.0707 | 0.0271 | 0.0219 | 0.0500 | 0.0637 | 0.0694 | 0.0707 | 0.0699 |
| 10 | | 0.0000 | 0.0637 | 0.0551 | 0.0450 | 0.0000 | 0.0318 | 0.0498 | 0.0588 | 0.0627 | 0.0637 |
| 11 | | 0.0579 | 0.0409 | 0.0289 | 0.0535 | 0.0179 | 0.0150 | 0.0361 | 0.0481 | 0.0544 | 0.0572 |
| 12 | | 0.0000 | 0.0000 | 0.0000 | 0.0531 | 0.0312 | 0.0000 | 0.0230 | 0.0375 | 0.0459 | 0.0505 |
| 13 | | 0.0490 | 0.0346 | 0.0245 | 0.0452 | 0.0396 | 0.0127 | 0.0109 | 0.0272 | 0.0375 | 0.0436 |
| 14 | | 0.0000 | 0.0455 | 0.0394 | 0.0322 | 0.0432 | 0.0227 | 0.0000 | 0.0174 | 0.0292 | 0.0368 |
| 15 | | 0.0424 | 0.0300 | 0.0424 | 0.0162 | 0.0424 | 0.0300 | 0.0094 | 0.0083 | 0.0212 | 0.0300 |
| 16 | | 0.0000 | 0.0000 | 0.0345 | 0.0000 | 0.0378 | 0.0345 | 0.0173 | 0.0000 | 0.0136 | 0.0234 |
| 17 | | 0.0374 | 0.0265 | 0.0187 | 0.0143 | 0.0303 | 0.0362 | 0.0233 | 0.0073 | 0.0065 | 0.0170 |
| 18 | | 0.0000 | 0.0354 | 0.0000 | 0.0250 | 0.0208 | 0.0354 | 0.0277 | 0.0135 | 0.0000 | 0.0109 |
| 19 | | 0.0335 | 0.0237 | 0.0168 | 0.0310 | 0.0104 | 0.0324 | 0.0302 | 0.0186 | 0.0058 | 0.0052 |
| 20 | | 0.0000 | 0.0000 | 0.0276 | 0.0318 | 0.0000 | 0.0276 | 0.0310 | 0.0225 | 0.0109 | 0.0000 |
| 21 | | 0.0303 | 0.0214 | 0.0303 | 0.0280 | 0.0094 | 0.0214 | 0.0303 | 0.0252 | 0.0152 | 0.0047 |
| 22 | | 0.0000 | 0.0289 | 0.0251 | 0.0205 | 0.0170 | 0.0145 | 0.0282 | 0.0267 | 0.0186 | 0.0089 |
| 23 | | 0.0277 | 0.0196 | 0.0138 | 0.0106 | 0.0224 | 0.0072 | 0.0249 | 0.0271 | 0.0212 | 0.0126 |
| 24 | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0252 | 0.0000 | 0.0207 | 0.0265 | 0.0230 | 0.0156 |
| 25 | | 0.0255 | 0.0180 | 0.0127 | 0.0097 | 0.0255 | 0.0066 | 0.0159 | 0.0250 | 0.0239 | 0.0180 |

Qualcomm NEW PETITION
Exhibit 1001
Page 64 of 121

FIG. 62




Qualcomm NEW PETITION
Exhibit 1001
Page 65 of 121

FIG. 63A




FIG. 63B




FIG. 63C




FIG. 63D



FIG. 63E




FIG. 63F




FIG. 63G




FIG. 63H



FIG. 64A




FIG. 64A-1



FIG. 64B




FIG. 64C




FIG. 64D




FIG. 64E




FIG. 64F



# METHOD AND SYSTEM FOR FREQUENCY UP-CONVERSION

## CROSS-REFERENCE TO OTHER APPLICATIONS

The following applications of common assignee are related to the present application, have the same filing date as the present application, and are herein incorporated by reference in their entireties:

"Method and System for Down-Converting Electromagnetic Signals," application Ser. No. 09/170,002.

"Method and System for Ensuring Reception of a Communications Signal," application Ser. No. 09/176,415.

"Integrated Frequency Translation And Selectivity," application Ser. No. 09/175,966.

"Universal Frequency Translation, and Applications of Same," application Ser. No. 09/176,027.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention is generally directed to frequency up-conversion of electromagnetic (EM) signals.

2. Related Art

Modern day communication systems employ components such as transmitters and receivers to transmit information from a source to a destination. To accomplish this transmission, information is imparted on a carrier signal and the carrier signal is then transmitted. Typically, the carrier signal is at a frequency higher than the baseband frequency of the information signal. Typical ways that the information is imparted on the carrier signal are called modulation.

Three widely used modulation schemes include: frequency modulation (FM), where the frequency of the carrier wave changes to reflect the information that has been modulated on the signal; phase modulation (PM), where the phase of the carrier signal changes to reflect the information imparted on it; and amplitude modulation (AM), where the amplitude of the carrier signal changes to reflect the information. Also, these modulation schemes are used in combination with each other (e.g., AM combined with FM and AM combined with PM).

## SUMMARY OF THE INVENTION

The present invention is directed to methods and systems to up-convert a signal from a lower frequency to a higher frequency, and applications thereof.

In one embodiment, the invention uses a stable, low frequency signal to generate a higher frequency signal with a frequency and phase that can be used as stable references.

In another embodiment, the present invention is used as a transmitter. In this embodiment, the invention accepts an information signal at a baseband frequency and transmits a modulated signal at a frequency higher than the baseband frequency.

The methods and systems of transmitting vary slightly depending on the modulation scheme being used. For some embodiments using frequency modulation (FM) or phase modulation (PM), the information signal is used to modulate an oscillating signal to create a modulated intermediate signal. If needed, this modulated intermediate signal is "shaped" to provide a substantially optimum pulse-width-to-period ratio. This shaped signal is then used to control a switch which opens and closes as a function of the frequency and pulse width of the shaped signal. As a result of this



opening and closing, a signal that is harmonically rich is produced with each harmonic of the harmonically rich signal being modulated substantially the same as the modulated intermediate signal. Through proper filtering, the desired harmonic (or harmonics) is selected and transmitted.

For some embodiments using amplitude modulation (AM), the switch is controlled by an unmodulated oscillating signal (which may, if needed, be shaped). As the switch opens and closes, it gates a reference signal which is the information signal. In an alternate implementation, the information signal is combined with a bias signal to create the reference signal, which is then gated. The result of the gating is a harmonically rich signal having a fundamental frequency substantially proportional to the oscillating signal and an amplitude substantially proportional to the amplitude of the reference signal. Each of the harmonics of the harmonically rich signal also have amplitudes proportional to the reference signal, and are thus considered to be amplitude modulated. Just as with the FM/PM embodiments described above, through proper filtering, the desired harmonic (or harmonics) is selected and transmitted.

Further features and advantages of the invention, as well as the structure and operation of various embodiments of the invention, are described in detail below with reference to the accompanying figures. The left-most digit(s) of a reference number typically identifies the figure in which the reference number first appears.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** illustrates a circuit for a frequency modulation (FM) transmitter;

FIGS. **2**A, **2**B, and **2**C illustrate typical waveforms associated with the FIG. **1** FM circuit for a digital information signal;

FIG. **3** illustrates a circuit for a phase modulation (PM) transmitter;

FIGS. **4**A, **4**B, and **4**C illustrate typical waveforms associated with the FIG. **3** PM circuit for a digital information signal;

FIG. **5** illustrates a circuit for an amplitude modulation (AM) transmitter;

FIGS. **6**A, **6**B, and **6**C illustrate typical waveforms associated with the FIG. **5** AM circuit for a digital information signal;

FIG. **7** illustrates a circuit for an in-phase/quadrature-phase modulation ("I/Q") transmitter;

FIGS. **8**A, **8**B, **8**C, **8**D, and **8**E illustrate typical waveforms associated with the FIG. **7** "I/Q" circuit for digital information signal;

FIG. **9** illustrates the high level operational flowchart of a transmitter according to an embodiment of the present invention;

FIG. **10** illustrates the high level structural block diagram of the transmitter of an embodiment of the present invention;

FIG. **11** illustrates the operational flowchart of a first embodiment (i.e., FM mode) of the present invention;

FIG. **12** illustrates an exemplary structural block diagram of the first embodiment (i.e., FM mode) of the present invention;

FIG. **13** illustrates the operational flowchart of a second embodiment (i.e., PM mode) of the present invention;

FIG. **14** illustrates an exemplary structural block diagram of the second embodiment (i.e., PM mode) of the present invention;

FIG. **15** illustrates the operational flowchart of a third embodiment (i.e., AM mode) of the present invention;

FIG. **16** illustrates an exemplary structural block diagram of the third embodiment (i.e., AM mode) of the present invention;

FIG. **17** illustrates the operational flowchart of a fourth embodiment (i.e., "I/Q" mode) of the present invention;

FIG. **18** illustrates an exemplary structural block diagram of the fourth embodiment (i.e., "I/Q" mode) of the present invention;

FIGS. **19**A–**19**I illustrate exemplary waveforms (for a frequency modulation mode operating in a frequency shift keying embodiment) at a plurality of points in an exemplary high level circuit diagram;

FIGS. **20**A, **20**B, **20**C illustrate typical waveforms associated with the FIG. **1** FM circuit for an analog information signal;

FIGS. **21**A, **21**B, **21**C illustrate typical waveforms associated with the FIG. **3** PM circuit for an analog information signal;

FIGS. **22**A, **22**B, **22**C illustrate typical waveforms associated with the FIG. **5** AM circuit for an analog information signal;

FIG. **23** illustrates an implementation example of a voltage controlled oscillator (VCO);

FIG. **24** illustrates an implementation example of a local oscillator (LO);

FIG. **25** illustrates an implementation example of a phase shifter;

FIG. **26** illustrates an implementation example of a phase modulator;

FIG. **27** illustrates an implementation example of a summing amplifier;

FIGS. **28**A–**28**C illustrate an implementation example of a switch module for the FM and PM modes;

FIG. **29**A–**29**C illustrate an example of the switch module of FIGS. **28**A–**28**C wherein the switch is a GaAsFET;

FIGS. **30**A–**30**C illustrate an example of a design to ensure symmetry for a GaAsFET implementation in the FM and PM modes;

FIGS. **31**A–**31**C illustrate an implementation example of a switch module for the AM mode;

FIGS. **32**A–**32**C illustrate the switch module of FIGS. **31**A–**31**C wherein the switch is a GaAsFET;

FIGS. **33**A–**33**C illustrates an example of a design to ensure symmetry for a GaAsFET implementation in the AM mode;

FIG. **34** illustrates an implementation example of a summer;

FIG. **35** illustrates an implementation example of a filter;

FIG. **36** is a representative spectrum demonstrating the calculation of "Q;"

FIGS. **37**A and **37**B are representative examples of filter circuits;

FIG. **38** illustrates an implementation example of a transmission module;

FIG. **39**A shows a first exemplary pulse shaping circuit using digital logic devices for a squarewave input from an oscillator;

FIGS. **39**B, **39**C, and **39**D illustrate waveforms associated with the FIG. **39**A circuit;

FIG. **40**A shows a second exemplary pulse shaping circuit using digital logic devices for a squarewave input from an oscillator;



FIGS. **40**B, **40**C, and **40**D illustrate waveforms associated with the FIG. **40**A circuit;

FIG. **41** shows a third exemplary pulse shaping circuit for any input from an oscillator;

FIGS. **42**A, **42**B, **42**C, **42**D, and **42**E illustrate representative waveforms associated with the FIG. **41** circuit;

FIG. **43** shows the internal circuitry for elements of FIG. **41** according to an embodiment of the invention;

FIGS. **44**A–**44**G illustrate exemplary waveforms (for a pulse modulation mode operating in a pulse shift keying embodiment) at a plurality of points in an exemplary high level circuit diagram, highlighting the characteristics of the first three harmonics;

FIGS. **45**A–**45**F illustrate exemplary waveforms (for an amplitude modulation mode operating in an amplitude shift keying embodiment) at a plurality of points in an exemplary high level circuit diagram, highlighting the characteristics of the first three harmonics;

FIG. **46** illustrates an implementation example of a harmonic enhancement module;

FIG. **47** illustrates an implementation example of an amplifier module;

FIGS. **48**A and **48**B illustrate exemplary circuits for a linear amplifier;

FIG. **49** illustrates a typical superheterodyne receiver;

FIG. **50** illustrates a transmitter according to an embodiment of the present invention in a transceiver circuit with a typical superheterodyne receiver in a full-duplex mode;

FIGS. **51**A, **51**B, **51**C, and **51**D illustrate a transmitter according to an embodiment of the present invention in a transceiver circuit using a common oscillator with a typical superheterodyne receiver in a half-duplex mode;

FIG. **52** illustrates an exemplary receiver using universal frequency down conversion techniques according to an embodiment;

FIG. **53** illustrates an exemplary transmitter of the present invention;

FIGS. **54**A, **54**B, and **54**C illustrate an exemplary transmitter of the present invention in a transceiver circuit with a universal frequency down conversion receiver operating in a half-duplex mode for the FM and PM modulation embodiment;

FIG. **55** illustrates an exemplary transmitter of the present invention in a transceiver circuit with a universal frequency down conversion receiver operating in a half-duplex mode for the AM modulation embodiment;

FIG. **56** illustrates an exemplary transmitter of the present invention in a transceiver circuit with a universal frequency down conversion receiver operating in a full-duplex mode;

FIGS. **57**A–**57**C illustrate an exemplary transmitter of the present invention being used in frequency modulation, phase modulation, and amplitude modulation embodiments, including a pulse shaping circuit and an amplifier module;

FIG. **58** illustrates harmonic amplitudes for a pulse-width-to-period ratio of 0.01;

FIG. **59** illustrates harmonic amplitudes for a pulse-width-to-period ratio of 0.0556;

FIG. **60** is a table that illustrates the relative amplitudes of the first 50 harmonics for six exemplary pulse-width-to-period ratios;

FIG. **61** is a table that illustrates the relative amplitudes of the first 25 harmonics for six pulse-width-to-period ratios optimized for the 1st through 10th subharmonics;

FIG. **62** illustrates an exemplary structural block diagram for an alternative embodiment of the present invention (i.e., a mode wherein AM is combined with PM);

FIGS. **63**A–**63**H illustrate exemplary waveforms (for the embodiment of FIG. **62**) at a plurality of points in an exemplary high level circuit diagram, highlighting the characteristics of the first two harmonics;

FIGS. **64**A and **64**A1 illustrate exemplary implementations of aliasing modules; and

FIGS. **64**B–**64**F illustrate exemplary waveforms at a plurality of points in the FIGS. **64**A and **64**A1 circuits.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Table of contents

1. Terminology.
2. Overview of the Invention.
  2.1 Discussion of Modulation Techniques.
  2.2 Explanation of Exemplary Circuits and Waveforms.
  2.2.1 Frequency Modulation.
  2.2.2 Phase Modulation.
  2.2.3 Amplitude Modulation.
  2.2.4 In-phase/Quadrature-phase Modulation.
  2.3 Features of the Invention.
3. Frequency Up-conversion.
  3.1 High Level Description.
  3.1.1 Operational Description.
  3.1.2 Structural Description.
  3.2 Exemplary Embodiments.
  3.2.1 First Embodiment: Frequency Modulation (FM) Mode.
    3.2.1.1 Operational Description.
    3.2.1.2 Structural Description.
  3.2.2 Second Embodiment: Phase Modulation (PM) Mode.
    3.2.2.1 Operational Description.
    3.2.2.2 Structural Description.
  3.2.3 Third Embodiment: Amplitude Modulation (AM) Mode.
    3.2.3.1 Operational Description.
    3.2.3.2 Structural Description.
  3.2.4 Fourth Embodiment: In-phase/Quadrature-phase ("I/Q") Modulation Mode.
    3.2.4.1 Operational Description.
    3.2.4.2 Structural Description.
  3.2.5 Other Embodiments.
  3.3 Methods and Systems for Implementing the Embodiments.
  3.3.1 The Voltage Controlled Oscillator (FM Mode).
    3.3.1.1 Operational Description.
    3.3.1.2 Structural Description.
  3.3.2 The Local Oscillator (PM, AM, and "I/Q" Modes).
    3.3.2.1 Operational Description.
    3.3.2.2 Structural Description.
  3.3.3 The Phase Shifter (PM Mode).
    3.3.3.1 Operational Description.
    3.3.3.2 Structural Description.
  3.3.4 The Phase Modulator (PM and "I/Q" Modes).
    3.3.4.1 Operational Description.
    3.3.4.2 Structural Description.
  3.3.5 The Summing Module (AM Mode).
    3.3.5.1 Operational Description.
    3.3.5.2 Structural Description.
  3.3.6 The Switch Module (FM, PM, and "I/Q" Modes).
    3.3.6.1 Operational Description.
    3.3.6.2 Structural Description.
  3.3.7 The Switch Module (AM Mode).
    3.3.7.1 Operational Description.
    3.3.7.2 Structural Description.
  3.3.8 The Summer ("I/Q" Mode).
    3.3.8.1 Operational Description.
    3.3.8.2 Structural Description.
  3.3.9 The Filter (FM, PM, AM, and "I/Q" Modes).
    3.3.9.1 Operational Description.
    3.3.9.2 Structural Description.
  3.3.10 The Transmission Module (FM, PM, AM, and "I/Q" Modes).
    3.3.10.1 Operational Description.
    3.3.10.2 Structural Description.
  3.3.11 Other Implementations.
4. Harmonic Enhancement.
  4.1 High Level Description.
    4.1.1 Operational Description.
    4.1.2 Structural Description.
  4.2 Exemplary Embodiments.
  4.2.1 First Embodiment: When a Square Wave Feeds the Harmonic Enhancement Module to Create One Pulse per Cycle.
    4.2.1.1 Operational Description.
    4.2.1.2 Structural Description.
  4.2.2 Second Embodiment: When a Square Wave Feeds the Harmonic Enhancement Module to Create Two Pulses per Cycle.
    4.2.2.1 Operational Description.
    4.2.2.2 Structural Description.
  4.2.3 Third Embodiment: When Any Waveform Feeds the Harmonic Enhancement Module.
    4.2.3.1 Operational Description.
    .4.2.3.2 Structural Description.
  4.2.4 Other Embodiments.
  4.3 Implementation Examples.
    4.3.1 First Digital Logic Circuit.
    4.3.2 Second Digital Logic Circuit.
    4.3.3 Analog Circuit.
    4.3.4 Other Implementations.
5. Amplifier Module.
  5.1 High Level Description.
  5.1.1 Operational Description.
  5.1.2 Structural Description.
  5.2 Exemplary Embodiment.
  5.2.1 Linear Amplifier.
    5.2.1.1 Operational Description.
    5.2.1.2 Structural Description.
  5.2.2 Other Embodiments.
  5.3 Implementation Examples.
  5.3.1 Linear Amplifier.
    5.3.1.1 Operational Description.
    5.3.1.2 Structural Description.
  5.3.2 Other Implementations.
6. Receiver/Transmitter System.
  6.1 High Level Description.
  6.2 Exemplary Embodiments and Implementation Examples.
  6.2.1 First Embodiment: The Transmitter of the Present Invention Being Used in a Circuit with a Superheterodyne Receiver.
  6.2.2 Second Embodiment: The Transmitter of the Present Invention Being Used with a Universal Frequency Down Converter in a Half-Duplex Mode.

6.2.3 Third Embodiment: The Transmitter of the Present Invention Being Used with a Universal Frequency Down Converter in a Full-Duplex Mode.
6.2.4 Other Embodiments and Implementations.
6.3 Summary Description of Down-conversion Using a Universal Frequency Translation Module.
7. Designing a Transmitter According to an Embodiment of the Present Invention.
7.1 Frequency of the Transmission Signal.
7.2 Characteristics of the Transmission Signal.
7.3 Modulation Scheme.
7.4 Characteristics of the Information Signal.
7.5 Characteristic of the Oscillating Signal.
7.5.1 Frequency of the Oscillating Signal.
7.5.2 Pulse Width of the String of Pulses.
7.6 Design of the Pulse Shaping Circuit.
7.7 Selection of the Switch.
7.8 Design of the Filter.
7.9 Selection of an Amplifier.
7.10 Design of the Transmission Module.

1. Terminology.

Various terms used in this application are generally described in this section. Each description in this section is provided for illustrative and convenience purposes only, and is not limiting. The meaning of these terms will be apparent to persons skilled in the relevant art(s) based on the entirety of the teachings provided herein.

Amplitude Modulation (AM): A modulation technique wherein the amplitude of the carrier signal is shifted (i.e., varied) as a function of the information signal. The frequency of the carrier signal typically remains constant. A subset of AM is referred to as "amplitude shift keying" which is used primarily for digital communications where the amplitude of the carrier signal shifts between discrete states rather than varying continuously as it does for analog information.

Analog signal: A signal in which the information contained therein is continuous as contrasted to discrete, and represents a time varying physical event or quantity. The information content is conveyed by varying at least one characteristic of the signal, such as but not limited to amplitude, frequency, or phase, or any combinations thereof.

Baseband signal: Any generic information signal desired for transmission and/or reception. As used herein, it refers to both the information signal that is generated at a source prior to any transmission (also referred to as the modulating baseband signal), and to the signal that is to be used by the recipient after transmission (also referred to as the demodulated baseband signal).

Carrier signal: A signal capable of carrying information. Typically, it is an electromagnetic signal that can be varied through a process called modulation. The frequency of the carrier signal is referred to as the carrier frequency. A communications system may have multiple carrier signals at different carrier frequencies.

Control a switch: Causing a switch to open and close. The switch may be, without limitation, mechanical, electrical, electronic, optical, etc., or any combination thereof. Typically, it is controlled by an electrical or electronic input. If the switch is controlled by an electronic signal, it is typically a different signal than the signals connected to either terminal of the switch.

Demodulated baseband signal: The baseband signal that is to be used by the recipient after transmission. Typically it has been down converted from a carrier signal and has been demodulated. The demodulated baseband signal should closely approximate the information signal (i.e., the modulating baseband signal) in frequency, amplitude, and information.



Demodulation: The process of removing information from a carrier or intermediate frequency signal.

Digital signal: A signal in which the information contained therein has discrete states as contrasted to a signal that has a property that may be continuously variable.

Direct down conversion: A down conversion technique wherein a received signal is directly down converted and demodulated, if applicable, from the original transmitted frequency (i.e., a carrier frequency) to baseband without having an intermediate frequency.

Down conversion: A process for performing frequency translation in which the final frequency is lower than the initial frequency.

Drive a switch: Same as control a switch.

Frequency Modulation (FM): A modulation technique wherein the frequency of the carrier signal is shifted (i.e., varied) as a function of the information signal. A subset of FM is referred to as "frequency shift keying" which is used primarily for digital communications where the frequency of the carrier signal shifts between discrete states rather than varying continuously as it does for analog information.

Harmonic: A harmonic is a frequency or tone that, when compared to its fundamental or reference frequency or tone, is an integer multiple of it. In other words, if a periodic waveform has a fundamental frequency of "f" (also called the first harmonic), then its harmonics may be located at frequencies of "n•f," where "n" is 2, 3, 4, etc. The harmonic corresponding to n=2 is referred to as the second harmonic, the harmonic corresponding to n=3 is referred to as the third harmonic, and so on.

In-phase ("I") signal: The signal typically generated by an oscillator. It has not had its phase shifted and is often represented as a sine wave to distinguish it from a "Q" signal. The "I" signal can, itself, be modulated by any means. When the "I" signal is combined with a "Q" signal, the resultant signal is referred to as an "I/Q" signal.

In-phase/Quadrature-phase ("I/Q") signal: The signal that results when an "I" signal is summed with a "Q" signal. Typically, both the "I" and "Q" signals have been phase modulated, although other modulation techniques may also be used, such as amplitude modulation. An "I/Q" signal is used to transmit separate streams of information simultaneously on a single transmitted carrier. Note that the modulated "I" signal and the modulated "Q" signal are both carrier signals having the same frequency. When combined, the resultant "I/Q" signal is also a carrier signal at the same frequency.

Information signal: The signal that contains the information that is to be transmitted. As used herein, it refers to the original baseband signal at the source. When it is intended that the information signal modulate a carrier signal, it is also referred to as the "modulating baseband signal." It may be voice or data, analog or digital, or any other signal or combination thereof.

Intermediate frequency (IF) signal: A signal that is at a frequency between the frequency of the baseband signal and the frequency of the transmitted signal.

Modulation: The process of varying one or more physical characteristics of a signal to represent the information to be transmitted. Three commonly used modulation techniques are frequency modulation, phase modulation, and amplitude modulation. There are also variations, subsets, and combinations of these three techniques.

Operate a switch: Same as control a switch.

Phase Modulation (PM): A modulation technique wherein the phase of the carrier signal is shifted (i.e., varied) as a function of the information signal. A subset of PM is referred

to as "phase shift keying" which is used primarily for digital communications where the phase of the carrier signal shifts between discrete states rather than varying continuously as it does for analog information. Quadrature-phase ("Q") signal: A signal that is out of phase with an in-phase ("I") signal. The amount of phase shift is predetermined for a particular application, but in a typical implementation, the "Q" signal is 90° out of phase with the "I" signal. Thus, if the "I" signal were a sine wave, the "Q" signal would be a cosine wave. When discussed together, the "I" signal and the "Q" signal have the same frequencies.

Spectrum: Spectrum is used to signify a continuous range of frequencies, usually wide, within which electromagnetic (EM) waves have some specific common characteristic. Such waves may be propagated in any communication medium, both natural and manmade, including but not limited to air, space, wire, cable, liquid, waveguide, microstrip, stripline, optical fiber, etc. The EM spectrum includes all frequencies greater than zero hertz.

Subharmonic: A subharmonic is a frequency or tone that is an integer submultiple of a referenced fundamental frequency or tone. That is, a subharmonic frequency is the quotient obtained by dividing the fundamental frequency by an integer. For example, if a periodic waveform has a frequency of "f" (also called the "fundamental frequency" or first subharmonic), then its subharmonics have frequencies of "f/n," where n is 2, 3, 4, etc. The subharmonic corresponding to n=2 is referred to as the second subharmonic, the subharmonic corresponding to n=3 is referred to as the third subharmonic, and so on. A subharmonic itself has possible harmonics, and the $i^{th}$ harmonic of the $j^{th}$ subharmonic will be at the fundamental frequency of the original periodic waveform. For example, the third subharmonic (which has a frequency of "f/3") may have harmonics at integer multiples of itself (i.e., a second harmonic at "2•f/3," a third harmonic at "3•f/3," and so on). The third harmonic of the third subharmonic of the original signal (i.e., "3•f/3") is at the frequency of the original signal.

Trigger a switch: Same as control a switch.

Up conversion: A process for performing frequency translation in which the final frequency is higher than the initial frequency.

2. Overview of the Invention.

The present invention is directed to systems and methods for frequency up-conversion, and applications thereof.

In one embodiment, the frequency up-converter of the present invention is used as a stable reference frequency source in a phase comparator or in a frequency comparator. This embodiment of the present invention achieves this through the use of a stable, low frequency local oscillator, a switch, and a filter. Because it up-converts frequency, the present invention can take advantage of the relatively low cost of low frequency oscillators to generate stable, high frequency signals.

In a second embodiment, the frequency up-converter is used as a system and method for transmitting an electromagnetic (EM) signal.

Based on the discussion contained herein, one skilled in the relevant art(s) will recognize that there are other, alternative embodiments in which the frequency up-converter of the present invention could be used in other applications, and that these alternative embodiments fall within the scope of the present invention.

For illustrative purposes, various modulation examples are discussed below. However, it should be understood that the invention is not limited by these examples. Other modulation techniques that might be used with the present invention will be apparent to persons skilled in the relevant art(s) based on the teaching contained herein.

Also for illustrative purposes, frequency up-conversion according to the present invention is described below in the context of a transmitter. However, the invention is not limited to this embodiment. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

2.1 Discussion of Modulation Techniques.

Techniques by which information can be imparted onto EM signals to be transmitted are called modulation. These techniques are generally well known to one skilled in the relevant art(s), and include, but are not limited to, frequency modulation (FM), phase modulation (PM), amplitude modulation (AM), quadrature-phase shift keying (QPSK), frequency shift keying (FSK), phase shift keying (PSK), amplitude shift keying (ASK), etc., and combinations thereof. These last three modulation techniques, FSK, PSK, and ASK, are subsets of FM, PM, and AM, respectively, and refer to circuits having discrete input signals (e.g., digital input signals).

For illustrative purposes only, the circuits and techniques described below all refer to the EM broadcast medium. However, the invention is not limited by this embodiment. Persons skilled in the relevant art(s) will recognize that these same circuits and techniques can be used in all transmission media (e.g., over-the-air broadcast, point-to-point cable, etc.).

2.2 Explanation of Exemplary Circuits and Waveforms.

2.2.1 Frequency Modulation.

FIG. **1** illustrates an example of a frequency modulation (FM) circuit **100** and FIGS. **2**A, **2**B, and **2**C, and FIGS. **20**A, **20**B, and **20**C illustrate examples of waveforms at several points in FM circuit **100**. In an FM system, the frequency of a carrier signal, such as an oscillating signal **202** (FIG. **2**B and FIG. **20**B), is varied to represent the data to be communicated, such as information signals **102** of FIG. **2**A and **2002** of FIG. **20**A. In FIG. **20**A, information signal **2002** is a continuous signal (i.e., an analog signal), and in FIG. **2**A, information signal **102** is a discrete signal (i.e., a digital signal). In the case of the discrete information signal **102**, the FM circuit **100** is referred to as a frequency shift keying (FSK) system, which is a subset of an FM system.

Frequency modulation circuit **100** receives an information signal **102**, **2002** from a source (not shown). Information signal **102**, **2002** can be amplified by an optional amplifier **104** and filtered by an optional filter **114** and is the voltage input that drives a voltage controlled oscillator (VCO) **106**. Within VCO **106**, an oscillating signal **202** (seen on FIG. **2**B and FIG. **20**B) is generated. The purpose of VCO **106** is to vary the frequency of oscillating signal **202** as a function of the input voltage, i.e., information signal **102**, **2002**. The output of VCO **106** is a modulated signal shown as modulated signal **108** (FIG. **2**C) when the information signal is the digital information signal **102** and shown as modulated signal **2004** (FIG. **20**C) when the information signal is the analog signal **2002**. Modulated signal **108**, **2004** is at a relatively low frequency (e.g., generally between 50 MHz and 100 MHz) and can have its frequency increased by an optional frequency multiplier **110** (e.g., to 900 MHz, 1.8 GHz) and have its amplitude increased by an optional amplifier **116**. The output of optional frequency multiplier **110** and/or optional amplifier **116** is then transmitted by an exemplary antenna **112**.

2.2.2 Phase Modulation.

FIG. **3** illustrates an example of a phase modulation (PM) circuit **300** and FIGS. **4**A, **4**B, and **4**C, and FIGS. **21**A, **21**B, and **21**C illustrate examples of waveforms at several points in PM circuit **300**. In a PM system, the phase of a carrier signal, such as a local oscillator (LO) output **308** (FIG. **4**B and FIG. **21**B), is varied to represent the data to be communicated, such as an information signals **302** of FIG. **4**A and **2102** of FIG. **21**A. In FIG. **21**A, information signal **2102** is a continuous signal (i.e., an analog signal), and in FIG. **4**A, information signal **302** is a discrete signal (i.e., a digital signal). In the case of the discrete information signal **302**, the PM circuit is referred to as a phase shift keying (PSK) system. This is the typical implementation, and is a subset of a PM system.

Phase modulation circuit **300** receives information signal **302**, **2102** from a source (not shown). Information signal **302**, **2102** can be amplified by an optional amplifier **304** and filtered by an optional filter **318** and is routed to a phase modulator **306**. Also feeding phase modulator **306** is LO output **308** of a local oscillator **310**. LO output **308** is shown on FIG. **4**B and FIG. **21**B. Local oscillators, such as local oscillator **310**, output an electromagnetic wave at a predetermined frequency and amplitude.

The output of phase modulator **306** is a modulated signal shown as a phase modulated signal **312** (FIG. **4**C) when the information signal is the discrete information signal **302** and shown as a phase modulated signal **2104** (FIG. **21**C) when the information signal is the analog information signal **2102**. The purpose of phase modulator **306** is to change the phase of LO output **308** as a function of the value of information signal **302**, **2102**. That is, for example in a PSK mode, if LO output **308** were a sine wave, and the value of information signal **302** changed from a binary high to a binary low, the phase of LO output **308** would change from a sine wave with a zero phase to a sine wave with, for example, a phase of 180°. The result of this phase change would be phase modulated signal **312** of FIG. **4**C which would have the same frequency as LO output **308**, but would be out of phase by 180° in this example. For a PSK system, the phase changes in phase modulated signal **312** that are representative of the information in information signal **302** can be seen by comparing waveforms **302**, **308**, and **312** on FIGS. **4**A, **4**B, and **4**C. For the case of an analog information signal **2102** of FIG. **21**A, the phase of LO output **308** of FIG. **21**B changes continuously as a function of the amplitude of the information signal **2102**. That is, for example, as information signal **2102** increases from a value of "X" to "X+δx", the PM signal **2104** of FIG. **21**C changes from a signal which may be represented by the equation $\sin(\omega t)$ to a signal which can be represented by the equation $\sin(\omega t+\phi)$, where $\phi$ is the phase change associated with a change of $\delta x$ in information signal **2102**. For an analog PM system, the phase changes in phase modulated signal **2104** that are representative of the information in information signal **2102** can be seen by comparing waveforms **2102**, **308**, and **2104** on FIGS. **21**A, **21**B, and **21**C.

After information signal **302**, **2102** and LO output **308** have been modulated by phase modulator **306**, phase modulated signal **312**, **2104** can be routed to an optional frequency multiplier **314** and optional amplifier **320**. The purpose of optional frequency multiplier **314** is to increase the frequency of phase modulated signal **312** from a relatively low frequency (e.g., 50 MHz to 100 MHz) to a desired broadcast frequency (e.g., 900 MHz, 1.8 GHz). Optional amplifier **320** raises the signal strength of phase modulated signal **312**, **2104** to a desired level to be transmitted by an exemplary antenna **316**.

2.2.3 Amplitude Modulation.

FIG. **5** illustrates an example of an amplitude modulation (AM) circuit **500** and FIGS. **6**A, **6**B, and **6**C, and FIGS. **22**A, **22**B, and **22**C illustrate examples of waveforms at several points in AM circuit **500**. In an AM system, the amplitude of a carrier signal, such as a local oscillator (LO) signal **508** (FIG. **6**B and FIG. **22**B), is varied to represent the data to be communicated, such as information signals **502** of FIG. **6**A and **2202** of FIG. **22**A. In FIG. **22**A, information signal **2202** is a continuous signal (i.e., an analog signal), and in FIG. **6**A, information signal **502** is a discrete signal (i.e., a digital signal). In the case of the discrete information signal **502**, the AM circuit is referred to as an amplitude shift keying (ASK) system, which is a subset of an AM system.

Amplitude modulation circuit **500** receives information signal **502** from a source (not shown). Information signal **502**, **2202** can be amplified by an optional amplifier **504** and filtered by an optional filter **518**. Amplitude modulation circuit **500** also includes a local oscillator (LO) **506** which has an LO output **508**. Information signal **502**, **2202** and LO output **508** are then multiplied by a multiplier **510**. The purpose of multiplier **510** is to cause the amplitude of LO output **508** to vary as a function of the amplitude of information signal **502**, **2202**. The output of multiplier **510** is a modulated signal shown as amplitude modulated signal **512** (FIG. **6**C) when the information signal is the digital information signal **502** and shown as modulated signal **2204** (FIG. **22**C) when the information signal is the analog information signal **2202**. AM signal **512**, **2204** can then be routed to an optional frequency multiplier **514** where the frequency of AM signal **512**, **2204** is increased from a relatively low level (e.g., 50 MHz to 100 MHz) to a higher level desired for broadcast (e.g., 900 MHz, 1.8 GHz) and an optional amplifier **520**, which increases the signal strength of AM signal **512**, **2204** to a desired level for broadcast by an exemplary antenna **516**.

2.2.4 In-phase/Quadrature-phase Modulation.

FIG. **7** illustrates an example of an in-phase/quadrature-phase ("I/Q") modulation circuit **700** and FIGS. **8**A, **8**B, **8**C, **8**D, and **8**E illustrate examples of waveforms at several points in "I/Q" modulation circuit **700**. In this technique, which increases bandwidth efficiency, separate information signals can be simultaneously transmitted on carrier signals that are out of phase with each other. That is, a first information signal **702** of FIG. **8**A can be modulated onto the in-phase ("I") oscillator signal **710** of FIG. **8**B and a second information signal **704** of FIG. **8**C can be modulated onto the quadrature-phase ("Q") oscillator signal **712** of FIG. **8**D. The "I" modulated signal is combined with the "Q" modulated signal and the resulting "I/Q" modulated signal is then transmitted. In a typical usage, both information signals are digital, and both are phase modulated onto the "I" and "Q" oscillating signals. One skilled in the relevant art(s) will recognize that the "I/Q" mode can also work with analog information signals, with combinations of analog and digital signals, with other modulation techniques, or any combinations thereof.

This "I/Q" modulation system uses two PM circuits together in order to increase the bandwidth efficiency. As stated above, in a PM circuit, the phase of an oscillating signal, such as **710** (or **712**) (FIGS. **8**B or **8**D), is varied to represent the data to be communicated, such as an information signal such as **702** (or **704**). For ease of understanding and display, the discussion herein will describe the more typical use of the "I/Q" mode, that is, with digital information signals and phase modulation on both oscillating signals. Thus, both signal streams are phase shift keying (PSK), which is a subset of PM.

"I/Q" modulation circuit **700** receives an information signal **702** from a first source (not shown) and an information signal **704** from a second source (not shown). Examples of information signals **702** and **704** are shown in FIG. **8**A and **8**C. Information signals **702** and **704** can be amplified by optional amplifiers **714** and **716** and filtered by optional filters **734** and **736**. It is then routed to phase modulators **718** and **720**. Also feeding phase modulators **718** and **720** are oscillating signals **710** and **712**. Oscillating signal **710** was generated by a local oscillator **706**, and is shown in FIG. **8**B, and oscillating signal **712** is the phase shifted output of local oscillator **706**. Local oscillators, such as local oscillator **706**, output an electromagnetic wave at a predetermined frequency and amplitude.

The output of phase modulator **718** is a phase modulated signal **722** which is shown using a dotted line as one of the waveforms in FIG. **8**E. Similarly, the output of phase modulator **720**, which operates in a manner similar to phase modulator **718**, is a phase modulated signal **724** which is shown using a solid line as the other waveform in FIG. **8**E. The effect of phase modulators **718** and **720** on oscillating signals **710** and **712** is to cause them to change phase. As stated above, the system shown here is a PSK system, and as such, the phase of oscillating signals **710** and **712** is shifted by phase modulators **718** and **720** by a discrete amount as a function of information signals **702** and **704**.

For simplicity of discussion and ease of display, oscillating signal **710** is shown on FIG. **8**B as a sine wave and is referred to as the "I" signal in the "I/Q" circuit **700**. After the output of oscillator **706** has gone through a phase shifter **708**, shown here as shifting the phase by $-\pi/2$, oscillating signal **712** is a cosine wave, shown on FIG. **8**D, and is referred to as the "Q" signal in the "I/Q" circuit. Again, for ease of display, phase modulators **718** and **720** are shown as shifting the phase of the respective oscillating signals **710** and **712** by 180°. This is seen on FIG. **8**E. Modulated signal **722** is summed with modulated signal **724** by a summer **726**. The output of summer **726** is the arithmetic sum of modulated signal **722** and **724** and is an "I/Q" signal **728**. (For clarity of the display on FIG. **8**E, the combined signal **728** is not shown. However, one skilled in the relevant art(s) will recognize that the arithmetic sum of 2 sinusoidal waves having the same frequency is also a sinusoidal wave at that frequency.)

"I/Q" signal **728** can then be routed to an optional frequency multiplier **730**, where the frequency of "I/Q" signal **718** is increased from a relatively low level (e.g., 50 MHz to 100 MHz) to a higher level desired for broadcast (e.g., 900 MHz, 1.8 GHz), and to an optional amplifier **738** which increases the signal strength of "I/Q" signal **728** to a desired level for broadcast by an exemplary antenna **732**.

2.3 Features of the Invention.

As apparent from the above, several frequencies are involved in a communications system. The frequency of the information signal is relatively low. The frequency of the local oscillator (both the voltage controlled oscillator as well as the other oscillators) is higher than that of the information signal, but typically not high enough for efficient transmission. A third frequency, not specifically mentioned above, is the frequency of the transmitted signal which is greater than or equal to the frequency of the oscillating signal. This is the frequency that is routed from the optional frequency multipliers and optional amplifiers to the antennas in the previously described circuits.

Typically, in the transmitter subsystem of a communications system, upconverting the information signal to broadcast frequency requires, at least, filters, amplifiers, and frequency multipliers. Each of these components is costly, not only in terms of the purchase price of the component, but also because of the power required to operate them.

The present invention provides a more efficient means for producing a modulated carrier for transmission, uses less power, and requires fewer components. These and additional advantages of the present invention will be apparent from the following description.

3. Frequency Up-conversion.

The present invention is directed to systems and methods for frequency up-conversion and applications of the same. In one embodiment, the frequency up-converter of the present invention allows the use of a stable, low frequency oscillator to generate a stable high frequency signal that, for example and without limitation, can be used as a reference signal in a phase comparator or a frequency comparator. In another embodiment, the up-converter of the present invention is used in a transmitter. The invention is also directed to a transmitter. Based on the discussion contained herein, one skilled in the relevant art(s) will recognize that there are other, alternative embodiments and applications in which the frequency up-converter of the present invention could be used, and that these alternative embodiments and applications fall within the scope of the present invention.

For illustrative purposes, frequency up-conversion according to the present invention is described below in the context of a transmitter. However, as apparent from the preceding paragraph, the invention is not limited to this embodiment.

The following sections describe methods related to a transmitter and frequency up-converter. Structural exemplary embodiments for achieving these methods are also described. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

3.1. High Level Description.

This section (including its subsections) provides a high-level description of up-converting and transmitting signals according to the present invention. In particular, an operational process of frequency up-conversion in the context of transmitting signals is described at a high-level. The operational process is often represented by flowcharts. The flowcharts are presented herein for illustrative purposes only, and are not limiting. In particular, the use of flowcharts should not be interpreted as limiting the invention to discrete or digital operation. In practice, those skilled in the relevant art(s) will appreciate, based on the teachings contained herein, that the invention can be achieved via discrete operation, continuous operation, or any combination thereof. Furthermore, the flow of control represented by the flowcharts is also provided for illustrative purposes only, and it will be appreciated by persons skilled in the relevant art(s) that other operational control flows are within the scope and spirit of the invention.

Also, a structural implementation for achieving this process is described at a high-level. This structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

3.1.1 Operational Description.

The flow chart **900** of FIG. **9** demonstrates the operational method of frequency up-conversion in the context of transmitting a signal according to an embodiment of the present invention. The invention is directed to both frequency up-conversion and transmitting signals as represented in FIG. **9**. Representative waveforms for signals generated in flow chart **900** are depicted in FIG. **19**. For purposes of illustrating the high level operation of the invention, frequency modulation of a digital information signal is depicted. The invention is not limited to this exemplary embodiment. One skilled in the relevant art(s) will appreciate that other modulation modes could alternatively be used (as described in later sections).

In step **902**, an information signal **1902** (FIG. **19**A) is generated by a source. This information signal may be analog, digital, and any combination thereof, or anything else that is desired to be transmitted, and is at the baseband frequency. As described below, the information signal **1902** is used to modulate an intermediate signal **1904**. Accordingly, the information signal **1902** is also herein called a modulating baseband information signal. In the example of FIG. **19**A, the information signal **1902** is illustrated as a digital signal. However, the invention is not limited to this embodiment. As noted above, the information signal **1902** can be analog, digital, and/or any combination thereof.

An oscillating signal **1904** (FIG. **19**B) is generated in step **904**. In step **906**, the oscillating signal **1904** is modulated, where the modulation is a result of, and a function of, the information signal **1902**. Step **906** produces a modulated oscillating signal **1906** (FIG. **19**C), also called a modulated intermediate signal. As noted above, the flowchart of FIG. **9** is being described in the context of an example where the information signal **1902** is a digital signal. However, alternatively, the information signal **1902** can be analog or any combination of analog and digital. Also, the example shown in FIG. **19** uses frequency shift keying (FSK) as the modulation technique. Alternatively, any modulation technique (e.g., FM, AM, PM, ASK, PSK, etc., or any combination thereof) can be used. The remaining steps **908**–**912** of the flowchart of FIG. **9** operate in the same way, whether the information signal **1902** is digital, analog, etc., or any combination thereof, and regardless of what modulation technique is used.

A harmonically rich signal **1908** (FIG. **19**D) is generated from the modulated signal **1906** in step **908**. Signal **1908** has a substantially continuous and periodically repeated waveform. In an embodiment, the waveform of signal **1908** is substantially rectangular, as is seen in the expanded waveform **1910** of FIG. **19**E. One skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving an exact or perfect rectangular waveform and it is not the intent or requirement of the present invention that a perfect rectangular waveform be generated or needed. However, for ease of discussion, the term "rectangular waveform" will be used herein and will refer to waveforms that are substantially rectangular, and will include but will not be limited to those waveforms that are generally referred to as square waves or pulses. It should be noted that if the situation arises wherein a perfect rectangular waveform is proven to be both technically and mathematically feasible, that situation will also fall within the scope and intent of this invention

A continuous periodic waveform (such as waveform **1908**) is composed of a series of sinusoidal waves of specific amplitudes and phases, the frequencies of which are integer multiples of the repetition frequency of the waveform. (A waveform's repetition frequency is the number of times per second the periodic waveform repeats.) A portion of the waveform of signal **1908** is shown in an expanded view as waveform **1910** of FIG. **19**E. The first three sinusoidal components of waveform **1910** (FIG. **19**E) are depicted as waveforms **1912***a, b, & c* of FIG. **19**F and waveforms **1914***a, b, & c* of FIG. **19**G. (In the examples of FIGS. **19**F & G, the three sinusoidal components are shown separately. In actuality, these waveforms, along with all the other sinusoidal components which are not shown, occur simultaneously, as seen in FIG. **19**H Note that in FIG. **19**H, the waveforms are shown simultaneously, but are not shown summed. If waveforms **1912** and **1914** were shown summed, they would, in the limit, i.e., with an infinite number of sinusoidal components, be identical to the periodic waveform **1910** of FIG. **19**E. For ease of illustration, only the first three of the infinite number of sinusoidal components are shown.) These sinusoidal waves are called harmonics, and their existence can be demonstrated both graphically and mathematically. Each harmonic (waveforms **1912***a, b, & c* and **1914***a, b, & c*) has the same information content as does waveform **1910** (which has the same information as the corresponding portion of waveform **1908**). Accordingly, the information content of waveform **1908** can be obtained from any of its harmonics. As the harmonics have frequencies that are integer multiples of the repetition frequency of signal **1908**, and since they have the same information content as signal **1908** (as just stated), the harmonics each represent an up-converted representation of signal **1908**. Some of the harmonics are at desired frequencies (such as the frequencies desired to be transmitted). These harmonics are called "desired harmonics" or "wanted harmonics." According to the invention, desired harmonics have sufficient amplitude for accomplishing the desired processing (i.e., being transmitted). Other harmonics are not at the desired frequencies. These harmonics are called "undesired harmonics" or "unwanted harmonics."

In step **910**, any unwanted harmonics of the continuous periodic waveform of signal **1908** are filtered out (for example, any harmonics that are not at frequencies desired to be transmitted). In the example of FIG. **19**, the first and second harmonics (i.e., those depicted by waveforms **1912***a* & *b* of FIG. **19**F and **1914***a* & *b* of FIG. **19**G) are the unwanted harmonics. In step **912**, the remaining harmonic, in the example of FIG. **19**, the third harmonic (i.e., those depicted by waveforms **1912***c* of FIG. **19**F and **1914***c* of FIG. **19**G), is transmitted. This is depicted by waveform **1918** of FIG. **19**I. In the example of FIG. **19**, only three harmonics are shown, and the lowest two are filtered out to leave the third harmonic as the desired harmonic. In actual practice, there are an infinite number of harmonics, and the filtering can be made to remove unwanted harmonics that are both lower in frequency than the desired harmonic as well as those that are higher in frequency than the desired harmonic.

3.1.2 Structural Description.

FIG. **10** is a block diagram of an up-conversion system according to an embodiment of the invention. This embodiment of the up-conversion system is shown as a transmitter **1000**. Transmitter **1000** includes an acceptance module **1004**, a harmonic generation and extraction module **1006**, and a transmission module **1008** that accepts an information signal **1002** and outputs a transmitted signal **1014**.

Preferably, the acceptance module **1004**, harmonic generation and extraction module **1006**, and transmission module **1008** process the information signal in the manner shown

in the operational flowchart **900**. In other words, transmitter **1000** is the structural embodiment for performing the operational steps of flowchart **900**. However, it should be understood that the scope and spirit of the present invention includes other structural embodiments for performing the steps of flowchart **900**. The specifics of these other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the transmitter **1000** will now be described in detail with reference to the flowchart **900**. In step **902**, an information signal **1002** (for example, see FIG. **19**A) from a source (not shown) is routed to acceptance module **1004**. In step **904**, an oscillating signal (for example, see FIG. **19**B) is generated and in step **906**, it is modulated, thereby producing a modulated signal **1010** (for an example of FM, see FIG. **19**C). The oscillating signal can be modulated using any modulation technique, examples of which are described below. In step **908**, the harmonic generation and extraction module (HGEM) generates a harmonically rich signal with a continuous and periodic waveform (an example of FM can be seen in FIG. **19**D). This waveform is preferably a rectangular wave, such as a square wave or a pulse (although, the invention is not limited to this embodiment), and is comprised of a plurality of sinusoidal waves whose frequencies are integer multiples of the fundamental frequency of the waveform. These sinusoidal waves are referred to as the harmonics of the underlying waveform. A Fourier series analysis can be used to determine the amplitude of each harmonic (for example, see FIGS. **19**F and **19**G). In step **910**, a filter (not shown) within HGEM **1006** filters out the undesired frequencies (harmonics), and outputs an electromagnetic (EM) signal **1012** at the desired frequency (for example, see FIG. **19**I). In step **912**, EM signal **1012** is routed to transmission module **1008** (optional), where it is prepared for transmission. The transmission module **1008** then outputs a transmitted signal **1014**.

3.2 Exemplary Embodiments.

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

3.2.1 First Embodiment: Frequency Modulation (FM) Mode.

In this embodiment, an information signal is accepted and a modulated signal whose frequency varies as a function of the information signal results.

3.2.1.1 Operational Description.

The flow chart of FIG. **11** demonstrates the method of operation of a transmitter in the frequency modulation (FM) mode according to an embodiment of the present invention. As stated above, the representative waveforms shown in FIG. **19** depict the invention operating as a transmitter in the FM mode.

In step **1102**, an information signal **1902** (FIG. **19**A) is generated by a source by any means and/or process. (Information signal **1902** is a baseband signal, and, because it is used to modulate a signal, may also be referred to as a modulating baseband signal **1902**.) Information signal **1902** may be, for example, analog, digital, or any combination thereof. The signals shown in FIG. **19** depict a digital information signal wherein the information is represented by discrete states of the signal. It will be apparent to persons skilled in the relevant art(s) that the invention is also adapted to working with an analog information signal wherein the information is represented by a continuously varying signal. In step **1104**, information signal **1902** modulates an oscillating signal **1904** (FIG. **19**B). The result of this modulation is the modulated signal **1906** (FIG. **19**C) as indicated in block **1106**. Modulated signal **1906** has a frequency that varies as a function of information signal **1902** and is referred to as an FM signal.

In step **1108**, a harmonically rich signal with a continuous periodic waveform, shown in FIG. **19**D as rectangular waveform **1908**, is generated. Rectangular waveform **1908** is generated using the modulated signal **1906**. One skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving an exact or perfect rectangular waveform and it is not the intent of the present invention that a perfect rectangular waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular. In a similar manner, the term "square wave" will refer to those waveforms that are substantially square and it is not the intent of the present invention that a perfect square wave be generated or needed. A portion of rectangular waveform **1908** is shown in an expanded view as periodic waveform **1910** in FIG. **19**E. The first part of waveform **1910** is designated "signal A" and represents information signal **1902** being "high," and the second part of waveform **1910** is designated "signal B" and information signal **1902** being "low." It should be noted that this convention is used for illustrative purposes only, and alternatively, other conventions could be used.

As stated before, a continuous and periodic waveform, such as a rectangular wave **1908** as indicated in block **1110** of flowchart **1100**, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (i.e., at the Fourier component frequencies). Three harmonics of periodic waveform **1910** are shown separately, in expanded views, in FIGS. **19**F and **19**G. Since waveform **1910** (and also waveform **1908**) is shown as a square wave in this exemplary embodiment, only the odd harmonics are present, i.e., the first, third, fifth, seventh, etc. As shown in FIG. **19**, if rectangular waveform **1908** has a fundamental frequency of $f_1$ (also known as the first harmonic), the third harmonic will have a frequency of $3 \cdot f_1$, the fifth harmonic will have a frequency of $5 \cdot f_1$, and so on. The first, third, and fifth harmonics of signal A are shown as waveforms **1912***a,* **1912***b,* and **1912***c* of FIG. **19**F, and the first, third, and fifth harmonics of signal B are shown as waveforms **1914***a,* **1914***b,* and **1914***c* of FIG. **19**G. In actuality, these harmonics (as well as all of the higher order harmonics) occur simultaneously, as shown by waveform **1916** of FIG. **19**H. Note that if all of the harmonic components of FIG. **19**H were shown summed together with all of the higher harmonics (i.e., the seventh, the ninth, etc.) the resulting waveform would, in the limit, be identical to waveform **1910**.

In step **1112**, the unwanted frequencies of waveform **1916** are removed. In the example of FIG. **19**, the first and third harmonics are shown to be removed, and as indicated in block **1114**, the remaining waveform **1918** (i.e., waveforms **1912***c* and **1914***c*) is at the desired EM frequency. Although not shown, the higher harmonics (e.g., the seventh, ninth, etc.) are also removed.

The EM signal, shown here as remaining waveform **1918**, is prepared for transmission in step **1116**, and in step **1118**, the EM signal is transmitted.

3.2.1.2 Structural Description.

FIG. **12** is a block diagram of a transmitter according to an embodiment of the invention. This embodiment of the transmitter is shown as an FM transmitter **1200**. FM transmitter **1200** includes a voltage controlled oscillator (VCO) **1204**, a switch module **1214**, a filter **1218**, and a transmission module **1222** that accepts an information signal **1202** and outputs a transmitted signal **1224**. The operation and structure of exemplary components are described below: an exemplary VCO is described below at sections 3.3.1–3.3.1.2; an exemplary switch module is described below at sections 3.3.6–3.3.6.2; an exemplary filter is described below at sections 3.3.9–3.3.9.2; and an exemplary transmission module is described below at sections 3.3.10–3.3.10.2.

Preferably, the voltage controlled oscillator **1204**, switch module **1214**, filter **1218**, and transmission module **1222** process the information signal in the manner shown in the operational flowchart **1100**. In other words, FM transmitter **1200** is the structural embodiment for performing the operational steps of flowchart **1100**. However, it should be understood that the scope and spirit of the present invention includes other structural embodiments for performing the steps of flowchart **1100**. The specifics of these other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the transmitter **1200** will now be described in detail with reference to the flowchart **1100**. In step **1102**, an information signal **1202** (for example, see FIG. **19**A) from a source (not shown) is routed to VCO **1204**. In step **1104**, an oscillating signal (for example, see FIG. **19**B) is generated and modulated, thereby producing a frequency modulated signal **1210** (for example, see FIG. **19**C). In step **1108**, the switch module **1214** generates a harmonically rich signal **1216** with a continuous and periodic waveform (for example, see FIG. **19**D). This waveform is preferably a rectangular wave, such as a square wave or a pulse (although, the invention is not limited to this embodiment), and is comprised of a plurality of sinusoidal waves whose frequencies are integer multiples of the fundamental frequency of the waveform. These sinusoidal waves are referred to as the harmonics of the underlying waveform, and a Fourier analysis will determine the amplitude of each harmonic (for example, see FIGS. **19**F and **19**G). In step **1112**, a filter **1218** filters out the undesired frequencies (harmonics), and outputs an electromagnetic (EM) signal **1220** at the desired harmonic frequency (for example, see FIG. **19**I). In step **1116**, EM signal **1220** is routed to transmission module **1222** (optional), where it is prepared for transmission. In step **1118**, transmission module **1222** outputs a transmitted signal **1224**.

3.2.2 Second Embodiment: Phase Modulation (PM) Mode.

In this embodiment, an information signal is accepted and a modulated signal whose phase varies as a function of the information signal is transmitted.

3.2.2.1 Operational Description.

The flow chart of FIG. **13** demonstrates the method of operation of the transmitter in the phase modulation (PM) mode. The representative waveforms shown in FIG. **44** depict the invention operating as a transmitter in the PM mode.

In step **1302**, an information signal **4402** (FIG. **44**A) is generated by a source. Information signal **4402** may be, for example, analog, digital, or any combination thereof. The signals shown in FIG. **44** depict a digital information signal wherein the information is represented by discrete states of the signal. It will be apparent to persons skilled in the relevant art(s) that the invention is also adapted to working with an analog information signal wherein the information is represented by a continuously varying signal. In step **1304**, an oscillating signal **4404** is generated and in step **1306**, the oscillating signal **4404** (FIG. **44**B) is modulated by the information signal **4402**, resulting in the modulated signal **4406** (FIG. **44**C) as indicated in block **1308**. The phase of this modulated signal **4406** is varied as a function of the information signal **4402**.

A harmonically rich signal **4408** (FIG. **44**D) with a continuous periodic waveform is generated at step **1310** using modulated signal **4406**. Harmonically rich signal **4408** is a substantially rectangular waveform. One skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving an exact or perfect rectangular waveform and it is not the intent of the present invention that a perfect rectangular waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular. In a similar manner, the term "square wave" will refer to those waveforms that are substantially square and it is not the intent of the present invention that a perfect square wave be generated or needed. As stated before, a continuous and periodic waveform, such as the harmonically rich signal **4408** as indicated in block **1312**, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). The first three harmonic waveforms are shown in FIGS. **44**E, **44**F, and **44**G. In actual fact, there are an infinite number of harmonics. In step **1314**, the unwanted frequencies are removed, and as indicated in block **1316**, the remaining frequency is at the desired EM output. As an example, the first (fundamental) harmonic **4410** and the second harmonic **4412** along with the fourth, fifth, etc., harmonics (not shown) might be filtered out, leaving the third harmonic **4414** as the desired EM signal as indicated in block **1316**.

The EM signal is prepared for transmission in step **1318**, and in step **1320**, the EM signal is transmitted.

3.2.2.2 Structural Description.

FIG. **14** is a block diagram of a transmitter according to an embodiment of the invention. This embodiment of the transmitter is shown as a PM transmitter **1400**. PM transmitter **1400** includes a local oscillator **1406**, a phase modulator **1404**, a switch module **1410**, a filter **1414**, and a transmission module **1418** that accepts an information signal **1402** and outputs a transmitted signal **1420**. The operation and structure of exemplary components are described below: an exemplary phase modulator is described below at sections 3.3.4–3.3.4.2; an exemplary local oscillator is described below at sections 3.3.2–3.3.2.2; an exemplary switch module is described below at sections 3.3.6–3.3.6.2; an exemplary filter is described below at sections 3.3.9–3.3.9.2; and an exemplary transmission module is described below at sections 3.3.10–3.3.10.2.

Preferably, the local oscillator **1406**, phase modulator **1404**, switch module **1410**, filter **1414**, and transmission module **1418** process the information signal in the manner shown in the operational flowchart **1300**. In other words, PM transmitter **1400** is the structural embodiment for performing the operational steps of flowchart **1300**. However, it should be understood that the scope and spirit of the present invention includes other structural embodiments for per-

forming the steps of flowchart **1300**. The specifics of these other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the transmitter **1400** will now be described in detail with reference to the flowchart **1300**. In step **1302**, an information signal **1402** (for example, see FIG. **44**A) from a source (not shown) is routed to phase modulator **1404**. In step **1304**, an oscillating signal from local oscillator **1406** (for example, see FIG. **44**B) is generated and modulated, thereby producing a modulated signal **1408** (for example, see FIG. **44**C). In step **1310**, the switch module **1410** generates a harmonically rich signal **1412** with a continuous and periodic waveform (for example, see FIG. **44**D). This waveform is preferably a rectangular wave, such as a square wave or a pulse (although, the invention is not limited to this embodiment), and is comprised of a plurality of sinusoidal waves whose frequencies are integer multiples of the fundamental frequency of the waveform. These sinusoidal waves are referred to as the harmonics of the underlying waveform, and a Fourier analysis will determine the amplitude of each harmonic (for an example of the first three harmonics, see FIGS. **44**E, **44**F, and **44**G). In step **1314**, a filter **1414** filters out the undesired harmonic frequencies (for example, the first harmonic **4410**, the second harmonic **4412**, and the fourth, fifth, etc., harmonics , not shown), and outputs an electromagnetic (EM) signal **1416** at the desired harmonic frequency (for example, the third harmonic, see FIG. **44**G). In step **1318**, EM signal **1416** is routed to transmission module **1418** (optional), where it is prepared for transmission. In step **1320**, the transmission module **1418** outputs a transmitted signal **1420**.

3.2.3 Third Embodiment: Amplitude Modulation (AM) Mode.

In this embodiment, an information signal is accepted and a modulated signal whose amplitude varies as a function of the information signal is transmitted.

3.2.3.1 Operational Description.

The flow chart of FIG. **15** demonstrates the method of operation of the transmitter in the amplitude modulation (AM) mode. The representative waveforms shown in FIG. **45** depict the invention operating as a transmitter in the AM mode.

In step **1502**, an information signal **4502** (FIG. **45**A) is generated by a source. Information signal **4502** may be, for example, analog, digital, or any combination thereof. The signals shown in FIG. **45** depict a digital information signal wherein the information is represented by discrete states of the signal. It will be apparent to persons skilled in the relevant art(s) that the invention is also adapted to working with an analog information signal wherein the information is represented by a continuously varying signal. In step **1504**, a "reference signal" is created, which, as indicated in block **1506**, has an amplitude that is a function of the information signal **4502**. In one embodiment of the invention, the reference signal is created by combining the information signal **4502** with a bias signal. In another embodiment of the invention, the reference signal is comprised of only the information signal **4502**. One skilled in the relevant art(s) will recognize that any number of embodiments exist wherein the reference signal will vary as a function of the information signal.

An oscillating signal **4504** (FIG. **45**B) is generated at step **1508**, and at step **1510**, the reference signal (information signal **4502**) is gated at a frequency that is a function of the oscillating signal **4504**. The gated referenced signal is a harmonically rich signal **4506** (FIG. **45**C) with a continuous periodic waveform and is generated at step **1512**. This harmonically rich signal **4506** as indicated in block **1514** is substantially a rectangular wave which has a fundamental frequency equal to the frequency at which the reference signal (information signal **4502**) is gated. In addition, the rectangular wave has pulse amplitudes that are a function of the amplitude of the reference signal (information signal **4502**). One skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving an exact or perfect rectangular waveform and it is not the intent of the present invention that a perfect rectangular waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular. In a similar manner, the term "square wave" will refer to those waveforms that are substantially square and it is not the intent of the present invention that a perfect square wave be generated or needed.

As stated before, a harmonically rich signal **4506**, such as the rectangular wave as indicated in block **1514**, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). The first three harmonic waveforms are shown in FIGS. **45**D, **45**E, and **45**F. In fact, there are an infinite number of harmonics. In step **1516**, the unwanted frequencies are removed, and as indicated in block **1518**, the remaining frequency is at the desired EM output. As an example, the first (fundamental) harmonic **4510** and the second harmonic **4512** along with the fourth, fifth, etc., harmonics (not shown) might be filtered out leaving the third harmonic **4514** as the desired EM signal as indicated in block **1518**.

The EM signal is prepared for transmission in step **1520**, and in step **1522**, the EM signal is transmitted.

3.2.3.2 Structural Description.

FIG. **16** is a block diagram of a transmitter according to an embodiment of the invention. This embodiment of the transmitter is shown as an AM transmitter **1600**. AM transmitter **1600** includes a local oscillator **1610**, a summing module **1606**, a switch module **1614**, a filter **1618**, and a transmission module **1622** that accepts an information signal **1602** and outputs a transmitted signal **1624**. The operation and structure of exemplary components are described below: an exemplary local oscillator is described below at sections 3.3.2–3.3.2.2; an exemplary a switch module is described below at sections 3.3.7–3.3.7.2; an exemplary filter is described below at sections 3.3.9–3.3.9.2; and an exemplary transmission module is described below at sections 3.3.10–3.3.10.2.

Preferably, the local oscillator **1610**, summing module **1606**, switch module **1614**, filter **1618**, and transmission module **1622** process an information signal **1602** in the manner shown in the operational flowchart **1500**. In other words, AM transmitter **1600** is the structural embodiment for performing the operational steps of flowchart **1500**. However, it should be understood that the scope and spirit of the present invention includes other structural embodiments for performing the steps of flowchart **1500**. The specifics of these other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the transmitter **1600** will now be described in detail with reference to the flowchart **1500**. In step **1502**, information signal **1602** (for example, see FIG. **45**A) from a source (not shown) is routed to summing module **1606** (if required), thereby producing a reference signal **1608**. In step **1508**, an oscillating signal **1612** is

generated by local oscillator **1610** (for example, see FIG. **45**B) and in step **1510**, switch module **1614** gates the reference voltage **1608** at a rate that is a function of the oscillating signal **1612**. The result of the gating is a harmonically rich signal **1616** (for example, see FIG. **45**C) with a continuous and periodic waveform. This waveform is preferably a rectangular wave, such as a square wave or a pulse (although, the invention is not limited to this embodiment), and is comprised of a plurality of sinusoidal waves whose frequencies are integer multiples of the fundamental frequency of the waveform. These sinusoidal waves are referred to as the harmonics of the underlying waveform, and a Fourier analysis will determine the relative amplitude of each harmonic (for an example of the first three harmonics, see FIGS. **45**D, **45**E, and **45**F). When amplitude modulation is applied, the amplitude of the pulses in rectangular waveform **1616** vary as a function of reference signal **1608**. As a result, this change in amplitude of the pulses has a proportional effect on the absolute amplitude of all of the harmonics. In other words, the AM is embedded on top of each of the harmonics. In step **1516**, a filter **1618** filters out the undesired harmonic frequencies (for example, the first harmonic **4510**, the second harmonic **4512**, and the fourth, fifth, etc., harmonics , not shown), and outputs an electromagnetic (EM) signal **1620** at the desired harmonic frequency (for example, the third harmonic, see FIG. **45**F). In step **1520**, EM signal **1620** is routed to transmission module **1622** (optional), where it is prepared for transmission. In step **1522**, the transmission module **1622** outputs a transmitted signal **1624**.

Note that the description of the AM embodiment given herein shows the information signal being gated, thus applying the amplitude modulation to the harmonically rich signal. However, is would be apparent based on the teachings contained herein, that the information signal can be modulated onto the harmonically rich signal or onto a filtered harmonic at any point in the circuit.

3.2.4 Fourth Embodiment: In -phase/Quadrature-phase Modulation ("I/Q") Mode.

In-phase/quadrature-phase modulation ("I/Q") is a specific subset of a phase modulation (PM) embodiment. Because "I/Q" is so pervasive, it is described herein as a separate embodiment. However, it should be remembered that since it is a specific subset of PM, the characteristics of PM also apply to "I/Q."

In this embodiment, two information signals are accepted. An in-phase signal ("I") is modulated such that its phase varies as a function of one of the information signals, and a quadrature-phase signal ("Q") is modulated such that its phase varies as a function of the other information signal. The two modulated signals are combined to form an "I/Q" modulated signal and transmitted.

3.2.4.1 Operational Description.

The flow chart of FIG. **17** demonstrates the method of operation of the transmitter in the in-phase/quadrature-phase modulation ("I/Q") mode. In step **1702**, a first information signal is generated by a first source. This information signal may be analog, digital, or any combination thereof. In step **1710**, an in-phase oscillating signal (referred to as the "I" signal) is generated and in step **1704**, it is modulated by the first information signal. This results in the "I" modulated signal as indicated in block **1706** wherein the phase of the "I" modulated signal is varied as a function of the first information signal.

In step **1714**, a second information signal is generated. Again, this signal may be analog, digital, or any combination thereof, and may be different than the first information signal. In step **1712**, the phase of "I" oscillating signal generated in step **1710** is shifted, creating a quadrature-phase oscillating signal (referred to as the "Q" signal). In step **1716**, the "Q" signal is modulated by the second information signal. This results in the "Q" modulated signal as indicated in block **1718** wherein the phase of the "Q" modulated signal is varied as a function of the second information signal.

An "I" signal with a continuous periodic waveform is generated at step **1708** using the "I" modulated signal, and a "Q" signal with a continuous periodic waveform is generated at step **1720** using the "Q" modulated signal. In step **1722**, the "I" periodic waveform and the "Q" periodic waveform are combined forming what is referred to as the "I/Q" periodic waveform as indicated in block **1724**. As stated before, a continuous and periodic waveform, such as a "I/Q" rectangular wave as indicated in block **1724**, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). In step **1726**, the unwanted frequencies are removed, and as indicated in block **1728**, the remaining frequency is at the desired EM output.

The "I/Q" EM signal is prepared for transmission in step **1730**, and in step **1732**, the "I/Q" EM signal is transmitted.

3.2.4.2 Structural Description.

FIG. **18** is a block diagram of a transmitter according to an embodiment of the invention. This embodiment of the transmitter is shown as an "I/Q" transmitter **1800**. "I/Q" transmitter **1800** includes a local oscillator **1806**, a phase shifter **1810**, two phase modulators **1804** & **1816**, two switch modules **1822** & **1828**, a summer **1832**, a filter **1836**, and a transmission module **1840**. The "I/Q" transmitter accepts two information signals **1802** & **1814** and outputs a transmitted signal **1420**. The operation and structure of exemplary components are described below: an exemplary phase modulator is described below at sections 3.3.4–3.3.4.2; an exemplary local oscillator is described below at sections 3.3.2– 3.3.2.2; an exemplary phase shifter is described below at sections 3.3.3–3.3.3.2; an exemplary switch module is described below at sections 3.3.6–3.3.6.2; an exemplary summer is described below at sections 3.3.8–3.3.8.2; an exemplary filter is described below at sections 3.3.9–3.3.9.2; and an exemplary transmission module is described below at sections 3.3.10–3.3.10.2.

Preferably, the local oscillator **1806**, phase shifter **1810**, phase modulators **1804** & **1816**, switch modules **1822** & **1828**, summer **1832**, filter **1836**, and transmission module **1840** process the information signal in the manner shown in the operational flowchart **1700**. In other words, "I/Q" transmitter **1800** is the structural embodiment for performing the operational steps of flowchart **1700**. However, it should be understood that the scope and spirit of the present invention includes other structural embodiments for performing the steps of flowchart **1700**. The specifics of these other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the transmitter **1800** will now be described in detail with reference to the flowchart **1700** In step **1702**, a first information signal **1802** from a source (not shown) is routed to the first phase modulator **1804**. In step **1710**, an "I" oscillating signal **1808** from local oscillator **1806** is generated and in step **1704**, "I" oscillating signal **1808** is modulated by first information signal **1802** in the first phase modulator **1804**, thereby producing an "I" modulated signal **1820**. In step **1708**, the first switch module **1822** generates a harmonically rich "I" signal **1824** with a continuous and periodic waveform.

In step **1714**, a second information signal **1814** from a source (not shown) is routed to the second phase modulator **1816**. In step **1712**, the phase of oscillating signal **1808** is shifted by phase shifter **1810** to create "Q" oscillating signal **1812**. In step **1716**, "Q" oscillating signal **1812** is modulated by second information signal **1814** in the second phase modulator **1816**, thereby producing "Q" modulated signal **1826**. In step **1720**, the second switch module **1828** generates a harmonically rich "Q" signal **1830** with a continuous and periodic waveform. Harmonically rich "I" signal **1824** and harmonically rich "Q" signal **1830** are preferably rectangular waves, such as square waves or pulses (although, the invention is not limited to this embodiment), and are comprised of pluralities of sinusoidal waves whose frequencies are integer multiples of the fundamental frequency of the waveforms. These sinusoidal waves are referred to as the harmonics of the underlying waveforms, and a Fourier analysis will determine the amplitude of each harmonic.

In step **1722**, harmonically rich "I" signal **1824** and harmonically rich "Q" signal **1830** are combined by summer **1832** to create harmonically rich "I/Q" signal **1834**. In step **1726**, a filter **1836** filters out the undesired harmonic frequencies, and outputs an "I/Q" electromagnetic (EM) signal **1838** at the desired harmonic frequency. In step **1730**, "I/Q" EM signal **1838** is routed to transmission module **1840** (optional), where it is prepared for transmission. In step **1732**, the transmission module **1840** outputs a transmitted signal **1842**.

It will be apparent to those skilled in the relevant art(s) that an alternate embodiment exists wherein the harmonically rich "I" signal **1824** and the harmonically rich "Q" signal **1830** may be filtered before they are summed, and further, another alternate embodiment exists wherein "I" modulated signal **1820** and "Q" modulated signal **1826** may be summed to create an "I/Q" modulated signal before being routed to a switch module.

3.2.5 Other Embodiments.

Other embodiments of the up-converter of the present invention being used as a transmitter (or in other applications) may use subsets and combinations of modulation techniques. These would be apparent to one skilled in the relevant art(s) based on the teachings disclosed herein, and include, but are not limited to, quadrature amplitude modulation (QAM), and embedding two forms of modulation onto a signal for up-conversion.

An exemplary circuit diagram illustrating the combination of two modulations is found in FIG. **62**. This example uses AM combined with PM. The waveforms shown in FIG. **63** illustrate the phase modulation of a digital information signal "A" **6202** combined with the amplitude modulation of an analog information signal "B" **6204**. An oscillating signal **6216** (FIG. **63**B) and information signal "A" **6202** (FIG. **63**A) are received by phase modulator **1404**, thereby creating a phase modulated signal **6208** (FIG. **63**C). Note that for illustrative purposes, and not limiting, the information signal is shown as a digital signal, and the phase modulation is shown as shifting the phase of the oscillating signal by 180°. Those skilled in the relevant art(s) will appreciate that the information signal could be analog (although typically it is digital), and that phase modulations other than 180° may also be used. FIG. **62** shows a pulse shaper **6216** receiving phase modulated signal **6208** and outputting a pulse-shaped PM signal **6210**. The pulse shaper is optional, depending on the selection and design of the phase modulator **1404**. Information signal "B" **6304** and bias signal **1604** (if required) are combined by summing module **1606** (optional) to create reference signal **6206** (FIG. **63**E). Pulse-shaped PM signal **6210** is routed to switch module **1410, 1614** where it gates the reference signal **6206** thereby producing a harmonically rich signal **6212** (FIG. **63**F). It can be seen that the amplitude of harmonically rich signal **6212** varies as a function of reference signal **6206**, and the period and pulse width of harmonically rich signal **6212** are substantially the same as pulse-shaped PM signal **6210**. FIG. **63** only illustrates the fundamental and second harmonics of harmonically rich signal **6212**. In fact, there may be an infinite number of harmonics, but for illustrative purposes (and not limiting) the first two harmonics are sufficient to illustrate that both the phase modulation and the amplitude modulation that are present on the harmonically rich signal **6212** are also present on each of the harmonics. Filter **1414, 1618** will remove the unwanted harmonics, and a desired harmonic **6214** is routed to transmission module **1418, 1622** (optional) where it is prepared for transmission. Transmission module **1418, 1622** then outputs a transmitted signal **1420, 1624**. Those skilled in the relevant art(s) will appreciate that these examples are provided for illustrative purposes only and are not limiting.

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments include, but are not limited to, combinations of modulation techniques in an "I/Q" mode. Such alternate embodiments fall within the scope and spirit of the present invention.

3.3 Methods and Systems for Implementing the Embodiments.

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in this section (and its subsections). These components and methods are presented herein for purposes of illustration, and not limitation. The invention is not limited to the particular examples of components and methods described herein. Alternatives (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternatives fall within the scope and spirit of the present invention.

3.3.1 The Voltage Controlled Oscillator (FM Mode).

As discussed above, the frequency modulation (FM) mode embodiment of the invention uses a voltage controlled oscillator (VCO). See, as an example, VCO **1204** in FIG. **12**. The invention supports numerous embodiments of the VCO. Exemplary embodiments of the VCO **2304** (FIG. **23**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.1.1 Operational Description.

The information signal **2302** is accepted and an oscillating signal **2306** whose frequency varies as a function of the information signal **2302** is created. Oscillating signal **2306** is also referred to as frequency modulated intermediate signal **2306**. The information signal **2302** may be analog or digital or a combination thereof, and may be conditioned to ensure it is within the desired range.

In the case where the information signal **2302** is digital, the oscillating signal **2306** may vary between discrete frequencies. For example, in a binary system, a first frequency corresponds to a digital "high," and a second frequency corresponds to a digital "low." Either frequency may correspond to the "high" or the "low," depending on the conven-

tion being used. This operation is referred to as frequency shift keying (FSK) which is a subset of FM. If the information signal **2302** is analog, the frequency of the oscillating signal **2306** will vary as a function of that analog signal, and is not limited to the subset of FSK described above.

The oscillating signal **2306** is a frequency modulated signal which can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. As stated above, one skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed.

3.3.1.2 Structural Description.

The design and use of a voltage controlled oscillator **2304** is well known to those skilled in the relevant art(s). The VCO **2304** may be designed and fabricated from discrete components, or it may be purchased "off the shelf." VCO **2304** accepts an information signal **2302** from a source. The information signal **2302** is at baseband and generally is an electrical signal within a prescribed voltage range. If the information is digital, the voltage will be at discrete levels. If the information is analog, the voltage will be continuously variable between an upper and a lower level. The VCO **2304** uses the voltage of the information signal **2302** to cause a modulated oscillating signal **2306** to be output. The information signal **2302**, because it is a baseband signal and is used to modulate the oscillating signal, may be referred to as the modulating baseband signal **2302**.

The frequency of the oscillating signal **2306** varies as a function of the voltage of the modulating baseband signal **2302**. If the modulating baseband signal **2302** represents digital information, the frequency of the oscillating signal **2306** will be at discrete levels. If, on the other hand, the modulating baseband signal **2302** represents analog information, the frequency of the oscillating signal **2306** will be continuously variable between its higher and lower frequency limits. The oscillating signal **2306** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform.

The frequency modulated oscillating signal **2306** may then be used to drive a switch module **2802**.

3.3.2 The Local Oscillator (PM, AM, and "IIQ" Modes).

As discussed above, the phase modulation (PM) and amplitude modulation (AM) mode embodiments of the invention use a local oscillator. So too does the in-phase/quadrature-phase modulation ("I/Q") mode embodiment. See, as an example, local oscillator **1406** in FIG. **14**, local oscillator **1610** in FIG. **16**, and local oscillator **1806** in FIG. **18**. The invention supports numerous embodiments of the local oscillator. Exemplary embodiments of the local oscillator **2402** (FIG. **24**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.2.1 Operational Description.

An oscillating signal **2404** is generated. The frequency of the signal **2404** may be selectable, but generally is not considered to be "variable." That is, the frequency may be selected to be a specific value for a specific implementation, but generally it does not vary as a function of the information signal **2302** (i.e., the modulating baseband signal).

The oscillating signal **2404** generally is a sinusoidal wave, but it may also be a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. As stated above, one skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed.

3.3.2.2 Structural Description.

The design and use of a local oscillator **2402** is well known to those skilled in the relevant art(s). A local oscillator **2402** may be designed and fabricated from discrete components or it may be purchased "off the shelf." A local oscillator **2402** is generally set to output a specific frequency. The output can be "fixed" or it can be "selectable," based on the design of the circuit. If it is fixed, the output is considered to be substantially a fixed frequency that cannot be changed. If the output frequency is selectable, the design of the circuit will allow a control signal to be applied to the local oscillator **2402** to change the frequency for different applications. However, the output frequency of a local oscillator **2402** is not considered to be "variable" as a function of an information signal **2302** such as the modulating baseband signal **2302**. (If it were desired for the output frequency of an oscillator to be variable as a function of an information signal, a VCO would preferably be used.) The oscillating signal **2404** generally is a sinusoidal wave, but it may also be a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform.

The output of a local oscillator **2402** may be an input to other circuit components such as a phase modulator **2606**, a phase shifting circuit **2504**, switch module **3102**, etc.

3.3.3 The Phase Shifter ( "IIQ" Mode).

As discussed above, the in-phase/quadrature-phase modulation ("I/Q") mode embodiment of the invention uses a phase shifter. See, as an example, phase shifter **1810** in FIG. **18**. The invention supports numerous embodiments of the phase shifter. Exemplary embodiments of the phase shifter **2504** (FIG. **25**) are described below. The invention is not limited to these embodiments. The description contained herein is for a "90° phase shifter." The 90° phase shifter is used for ease of explanation, and one skilled in the relevant art(s) will understand that other phase shifts can be used without departing from the intent of the present invention.

3.3.3.1 Operational Description.

An "in-phase" oscillating signal **2502** is received and a "quadrature-phase" oscillating signal **2506** is output. If the in-phase ("I") signal **2502** is referred to as being a sine wave, then the quadrature-phase ("Q") signal **2506** can be referred to as being a cosine wave (i.e., the "Q" signal **2506** is 90° out of phase with the "I" signal **2502**). However, they may also be rectangular waves, triangular waves, pulses, or any other continuous and periodic waveforms. As stated above, one skilled in the relevant art(s) will recognize the physical

limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed. Regardless of the shapes of the waveforms, the "Q" signal **2506** is out of phase with the "I" signal **2506** by one-quarter period of the waveform. The frequency of the "I" and "Q" signals **2502** and **2506** are substantially equal.

The discussion contained herein will be confined to the more prevalent embodiment wherein there are two intermediate signals separated by 90°. This is not limiting on the invention. It will be apparent to those skilled in the relevant art(s) that the techniques tough herein and applied to the "I/Q" embodiment of the present invention also apply to more exotic embodiments wherein the intermediate signals are shifted by some amount other than 90°, and also wherein there may be more than two intermediate frequencies.

3.3.3.2 Structural Description.

The design and use of a phase shifter **2504** is well known to those skilled in the relevant art(s). A phase shifter **2504** may be designed and fabricated from discrete components or it may be purchased "off the shelf." A phase shifter accepts an "in-phase" ("I") oscillating signal **2502** from any of a number of sources, such as a VCO **2304** or a local oscillator **2402**, and outputs a "quadrature-phase" ("Q") oscillating signal **2506** that is substantially the same frequency and substantially the same shape as the incoming "I" signal **2502**, but with the phase shifted by 90°. Both the "I" and "Q" signals **2502** and **2506** are generally sinusoidal waves, but they may also be rectangular waves, triangular waves, pulses, or any other continuous and periodic waveforms. Regardless of the shapes of the waveforms, the "Q" signal **2506** is out of phase with the "I" signal **2502** by one-quarter period of the waveform. Both the "I" and "Q" signals **2502** and **2506** may be modulated.

The output of a phase shifter **2504** may be used as an input to a phase modulator **2606**.

3.3.4 The Phase Modulator (PM and "IIQ " Modes).

As discussed above, the phase modulation (PM) mode embodiment including the in-phase/quadrature-phase modulation ("I/Q") mode embodiment of the invention uses a phase modulator. See, as an example, phase modulator **1404** of FIG. **14** and phase modulators **1804** and **1816** of FIG. **18**. The invention supports numerous embodiments of the phase modulator. Exemplary embodiments of the phase modulator **2606** (FIG. **26**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.4.1 Operational Description.

An information signal **2602** and an oscillating signal **2604** are accepted, and a phase modulated oscillating signal **2608** whose phase varies as a function of the information signal **2602** is output. The information signal **2602** may be analog or digital and may be conditioned to ensure it is within the desired range. The oscillating signal **2604** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. As stated above, one skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed. The modulated oscillating signal **2608** is also referred to as the modulated intermediate signal **2608**.

In the case where the information signal **2602** is digital, the modulated intermediate signal **2608** will shift phase between discrete values, the first phase (e.g., for a signal represented by $\sin(\omega t+\theta_o)$) corresponding to a digital "high," and the second phase (e.g., for a signal represented by $\sin(\omega t+\theta_o+\delta)$, where δ represents the amount the phase has been shifted) corresponding to a digital "low." Either phase may correspond to the "high" or the "low," depending on the convention being used. This operation is referred to as phase shift keying (PSK) which is a subset of PM.

If the information signal **2602** is analog, the phase of the modulated intermediate signal **2608** will vary as a function of the information signal **2602** and is not limited to the subset of PSK described above.

The modulated intermediate signal **2608** is a phase modulated signal which can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform, and which has substantially the same period as the oscillating signal **2604**.

3.3.4.2 Structural Description.

The design and use of a phase modulator **2606** is well known to those skilled in the relevant art(s). A phase modulator **2606** may be designed and fabricated from discrete components, or it may be purchased "off the shelf." A phase modulator **2606** accepts an information signal **2602** from a source and an oscillating signal **2604** from a local oscillator **2402** or a phase shifter **2504**. The information signal **2602** is at baseband and is generally an electrical signal within a prescribed voltage range. If the information is digital, the voltage will be at discrete levels. If the information is analog, the voltage will be continuously variable between an upper and a lower level as a function of the information signal **2602**. The phase modulator **2606** uses the voltage of the information signal **2602** to modulate the oscillating signal **2604** and causes a modulated intermediate signal **2608** to be output. The information signal **2602**, because it is a baseband signal and is used to modulate the oscillating signal, may be referred to as the modulating baseband signal **2604**.

The modulated intermediate signal **2608** is an oscillating signal whose phase varies as a function of the voltage of the modulating baseband signal **2602**. If the modulating baseband signal **2602** represents digital information, the phase of the modulated intermediate signal **2608** will shift by a discrete amount (e.g., the modulated intermediate signal **2608** will shift by an amount δ between $\sin(\omega t+\theta_o)$ and $\sin(\omega t+\theta_o+\delta)$). If, on the other hand, the modulating baseband signal **2602** represents analog information, the phase of the modulated intermediate signal **2608** will continuously shift between its higher and lower phase limits as a function of the information signal **2602**. In one exemplary embodiment, the upper and lower limits of the modulated intermediate signal **2608** can be represented as $\sin(\omega t+\theta_o)$ and $\sin(\omega t+\theta_o+\pi)$. In

other embodiments, the range of the phase shift may be less than π. The modulated intermediate signal **2608** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform.

The phase modulated intermediate signal **2608** may then be used to drive a switch module **2802**.

3.3.5 The Summing Module (AM Mode).

As discussed above, the amplitude modulation (AM) mode embodiment of the invention uses a summing module. See, as an example, summing module **1606** in FIG. **16**. The invention supports numerous embodiments of the summing module. Exemplary embodiments of the summing module **2706** (FIG. **27**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments. It may also be used in the "I/Q" mode embodiment when the modulation is AM. The summing module **2706** need not be used in all AM embodiments.

3.3.5.1 Operational Description.

An information signal **2702** and a bias signal **2702** are accepted, and a reference signal is output. The information signal **2702** may be analog or digital and may be conditioned to ensure it is within the proper range so as not to damage any of the circuit components. The bias signal **2704** is usually a direct current (DC) signal.

In the case where the information signal **2702** is digital, the reference signal **2706** shifts between discrete values, the first value corresponding to a digital "high," and the second value corresponding to a digital "low." Either value may correspond to the "high" or the "low," depending on the convention being used. This operation is referred to as amplitude shift keying (ASK) which is a subset of AM.

If the information signal **2702** is analog, the value of the reference signal **2708** will vary linearly between upper and lower extremes which correspond to the upper and lower limits of the information signal **2702**. Again, either extreme of the reference signal **2708** range may correspond to the upper or lower limit of the information signal **2702** depending on the convention being used.

The reference signal **2708** is a digital or analog signal and is substantially proportional to the information signal **2702**.

3.3.5.2 Structural Description.

The design and use of a summing module **2706** is well known to those skilled in the relevant art(s). A summing module **2706** may be designed and fabricated from discrete components, or it may be purchased "off the shelf." A summing module **2706** accepts an information signal **2702** from a source. The information signal **2702** is at baseband and generally is an electrical signal within a prescribed voltage range. If the information is digital, the information signal **2702** is at either of two discrete levels. If the information is analog, the information signal **2702** is continuously variable between an upper and a lower level. The summing module **2706** uses the voltage of the information signal **2702** and combines it with a bias signal **2704**. The output of the summing module **2706** is called the reference signal **2708**. The purpose of the summing module **2706** is to cause the reference signal **2708** to be within a desired signal range. One skilled in the relevant art(s) will recognize that the information signal **2702** may be used directly, without being summed with a bias signal **2704**, if it is already within the desired range. The information signal **2702** is a baseband signal, but typically, in an AM embodiment, it is not used to directly modulate an oscillating signal. The amplitude of the reference signal **2708** is at discrete levels if the information signal **2702** represents digital information. On the other hand, the amplitude of the reference signal **2708** is continuously variable between its higher and lower limits if the information signal **2702** represents analog information. The amplitude of the reference signal **2708** is substantially proportional to the information signal **2702**, however, a positive reference signal **2708** need not represent a positive information signal **2702**.

The reference signal **2708** is routed to the first input **3108** of a switch module **3102**. In one exemplary embodiment, a resistor **2824** is connected between the output of the summing module **2706** (or the source of the information signal **2702** in the embodiment wherein the summing amplifier **2706** is not used) and the switch **3116** of the switch module **3102**.

3.3.6 The Switch Module (FM, PM, and "I/Q" Modes).

As discussed above, the frequency modulation (FM), phase modulation (PM), and the in-phase/quadrature-phase modulation ("I/Q") mode embodiments of the invention use a switching assembly referred to as switch module **2802** (FIGS. **28**A–**28**C). As an example, switch module **2802** is a component in switch module **1214** in FIG. **12**, switch module **1410** in FIG. **14**, and switch modules **1822** and **1828** in FIG. **18**. The invention supports numerous embodiments of the switch module. Exemplary embodiments of the switch module **2802** are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments. The switch module **2802** and its operation in the FM, PM, and "I/Q" mode embodiments is substantially the same as its operation in the AM mode embodiment, described in sections 3.3.7–3.3.7.2 below.

3.3.6.1 Operational Description.

A bias signal **2806** is gated as a result of the application of a modulated oscillating signal **2804**, and a signal with a harmonically rich waveform **2814** is created. The bias signal **2806** is generally a fixed voltage. The modulated oscillating signal **2804** can be frequency modulated, phase modulated, or any other modulation scheme or combination thereof. In certain embodiments, such as in certain amplitude shift keying modes, the modulated oscillating signal **2804** may also be amplitude modulated. The modulated oscillating signal **2804** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. In a preferred embodiment, modulated oscillating signal **2804** would be a rectangular wave. As stated above, one skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed.

The signal with harmonically rich waveform **2814**, hereafter referred to as the harmonically rich signal **2814**, is a continuous and periodic waveform that is modulated substantially the same as the modulated oscillating signal **2804**. That is, if the modulated oscillating signal **2804** is frequency modulated, the harmonically rich signal **2814** will also be frequency modulated, and if the modulated oscillating signal **2804** is phase modulated, the harmonically rich signal **2814** will also be phase modulated. (In one embodiment, the

harmonically rich signal **2814** is a substantially rectangular waveform.) As stated before, a continuous and periodic waveform, such as a rectangular wave, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, the harmonically rich signal **2814** is composed of sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself.

3.3.6.2 Structural Description.

The switch module **2802** of an embodiment of the present invention is comprised of a first input **2808**, a second input **2810**, a control input **2820**, an output **2822**, and a switch **2816**. A bias signal **2806** is applied to the first input **2808** of the switch module **2802**. Generally, the bias signal **2806** is a fixed voltage, and in one embodiment of the invention, a resistor **2824** is located between the bias signal **2806** and the switch **2816**. The second input **2810** of the switch module **2802** is generally at electrical ground **2812**. However, one skilled in the relevant art(s) will recognize that alternative embodiments exist wherein the second input **2810** may not be at electrical ground **2812**, but rather a second signal **2818**, provided that the second signal **2818** is different than the bias signal **2806**.

A modulated oscillating signal **2804** is connected to the control input **2820** of the switch module **2802**. The modulated oscillating signal **2804** may be frequency modulated or phase modulated. (In some circumstances and embodiments, it may be amplitude modulated, such as in on/off keying, but this is not the general case, and will not be described herein.) The modulated oscillating signal **2804** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. In a preferred embodiment, it would be a rectangular wave. The modulated oscillating signal **2804** causes the switch **2816** to close and open.

The harmonically rich signal **2814** described in section 3.3.6.1 above, is found at the output **2822** of the switch module **2802**. The harmonically rich signal **2814** is a continuous and periodic waveform that is modulated substantially the same as the modulated oscillating signal **2804**. That is, if the modulated oscillating signal **2804** is frequency modulated, the harmonically rich signal **2814** will also be frequency modulated, and if the modulated oscillating signal **2804** is phase modulated, the harmonically rich signal **2814** will also be phase modulated. In one embodiment, the harmonically rich signal **2814** has a substantially rectangular waveform. As stated before, a continuous and periodic waveform, such as a rectangular wave, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, the harmonically rich signal **2814** is composed of sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself. Each of these sinusoidal signals is also modulated substantially the same as the continuous and periodic waveform (i.e., the modulated oscillating signal **2804**) from which it is derived.

The switch module **2802** operates as follows. When the switch **2816** is "open," the output **2822** of switch module **2802** is at substantially the same voltage level as bias signal **2806**. Thus, since the harmonically rich signal **2814** is connected directly to the output **2822** of switch module **2802**, the amplitude of harmonically rich signal **2814** is equal to the amplitude of the bias signal **2806**. When the modulated oscillating signal **2804** causes the switch **2816** to become "closed," the output **2822** of switch module **2802** becomes connected electrically to the second input **2810** of switch module **2802** (e.g., ground **2812** in one embodiment of the invention), and the amplitude of the harmonically rich signal **2814** becomes equal to the potential present at the second input **2810** (e.g., zero volts for the embodiment wherein the second input **2810** is connected to electrical ground **2812**). When the modulated oscillating signal **2804** causes the switch **2816** to again become "open," the amplitude of the harmonically rich signal **2814** again becomes equal to the bias signal **2806**. Thus, the amplitude of the harmonically rich signal **2814** is at either of two signal levels, i.e., bias signal **2806** or ground **2812**, and has a frequency that is substantially equal to the frequency of the modulated oscillating signal **2804** that causes the switch **2816** to open and close. The harmonically rich signal **2814** is modulated substantially the same as the modulated oscillating signal **2804**. One skilled in the relevant art(s) will recognize that any one of a number of switch designs will fulfill the scope and spirit of the present invention as described herein.

In an embodiment of the invention, the switch **2816** is a semiconductor device, such as a diode ring. In another embodiment, the switch is a transistor, such as a field effect transistor (FET). In an embodiment wherein the FET is gallium arsenide (GaAs), switch module **2802** can be designed as seen in FIGS. **29**A–**29**C, where the modulated oscillating signal **2804** is connected to the gate **2902** of the GaAsFET **2901**, the bias signal **2806** is connected through a bias resistor **2824** to the source **2904** of the GaAsFET **2901**, and electrical ground **2812** is connected to the drain **2906** of GaAsFET **2901**. (In an alternate embodiment shown in FIG. **29**C, a second signal **2818** may be connected to the drain **2906** of GaAsFET **2901**.) Since the drain and the source of GaAsFETs are interchangeable, the bias signal **2806** can be applied to either the source **2904** or to the drain **2906**. If there is concern that there might be some source-drain asymmetry in the GaAsFET, the switch module can be designed as shown in FIGS. **30**A–**30**C, wherein two GaAsFETs **3002** and **3004** are connected together, with the source **3010** of the first **3002** connected to the drain **3012** of the second **3004**, and the drain **3006** of the first **3002** being connected to the source **3008** of the second **3004**. This design arrangement will balance substantially all asymmetries. Other switch designs and implementations will be apparent to persons skilled in the relevant art(s).

The output **2822** of the switch module **2802**, i.e., the harmonically rich signal **2814**, can be routed to a filter **3504** in the FM and PM modes or to a Summer **3402** in the "I/Q" mode.

3.3.7 The Switch Module (AM Mode).

As discussed above, the amplitude modulation (AM) mode embodiment of the invention uses a switching assembly referred to as switch module **3102** (FIGS. **31**A–**31**C). As an example, switch module **3102** is a component in switch module **1614** of FIG. **16**. The invention supports numerous embodiments of the switch module. Exemplary embodiments of the switch module **3102** are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments. The switch module **3102** and its operation in the AM mode embodiment is substantially the same as its operation in the FM, PM, and "I/Q" mode embodiments described in sections 3.3.6–3.3.6.2 above.

3.3.7.1 Operational Description.

A reference signal **3106** is gated as a result of the application of an oscillating signal **3104**, and a signal with a harmonically rich waveform **3114** is created. The reference

signal **3106** is a function of the information signal **2702** and may, for example, be either the summation of the information signal **2702** with a bias signal **2704** or it may be the information signal **2702** by itself. In the AM mode, the oscillating signal **3104** is generally not modulated, but can be.

The oscillating signal **3104** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. In a preferred embodiment, it would be a rectangular wave. As stated above, one skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed.

The signal with a harmonically rich waveform **3114**, hereafter referred to as the harmonically rich signal **3114**, is a continuous and periodic waveform whose amplitude is a function of the reference signal. That is, it is an AM signal. In one embodiment, the harmonically rich signal **3114** has a substantially rectangular waveform. As stated before, a continuous and periodic waveform, such as a rectangular wave, will have sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, harmonically rich signal **3114** is composed of sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself.

Those skilled in the relevant art(s) will recognize that alternative embodiments exist wherein combinations of modulations (e.g., PM and ASK, FM and AM, etc.) may be employed simultaneously. In these alternate embodiments, the oscillating signal **3104** may be modulated. These alternate embodiments will be apparent to persons skilled in the relevant art(s), and thus will not be described herein.

3.3.7.2 Structural Description.

The switch module **3102** of the present invention is comprised of a first input **3108**, a second input **3110**, a control input **3120**, an output **3122**, and a switch **3116**. A reference signal **3106** is applied to the first input **3108** of the switch module **3102**. Generally, the reference signal **3106** is a function of the information signal **2702**, and may either be the summation of the information signal **2702** with a bias signal or it may be the information signal **2702** by itself. In one embodiment of the invention, a resistor **3124** is located between the reference signal **3106** and the switch **3116**. The second input **3110** of the switch module **3102** is generally at electrical ground **3112**, however, one skilled in the relevant art(s) will recognize that alternative embodiments exist wherein the second input **3110** may not be at electrical ground **3112**, but rather connected to a second signal **3118**. In an alternate embodiment, the inverted value of the reference signal **3106** is connected to the second input **3110** of the switch module **3102**.

An oscillating signal **3104** is connected to the control input **3120** of the switch module **3102**. Generally, in the AM mode, the oscillating signal **3104** is not modulated, but a person skilled in the relevant art(s) will recognize that there



are embodiments wherein the oscillating signal **3104** may be frequency modulated or phase modulated, but these will not be described herein. The oscillating signal **3104** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. In a preferred embodiment, it would be a rectangular wave. The oscillating signal **3104** causes the switch **3116** to close and open.

The harmonically rich signal **3114** described in section 3.3.7.1 above is found at the output **3122** of the switch module **3102**. The harmonically rich signal **3114** is a continuous and periodic waveform whose amplitude is a function of the amplitude of the reference signal. In one embodiment, the harmonically rich signal **3114** has a substantially rectangular waveform. As stated before, a continuous and periodic waveform, such as a rectangular wave, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, harmonically rich signal **3114** is composed of sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself. As previously described, the relative amplitude of the harmonics of a continuous periodic waveform is generally a function of the ratio of the pulse width of the rectangular wave and the period of the fundamental frequency, and can be determined by doing a Fourier analysis of the periodic waveform. When the amplitude of the periodic waveform varies, as in the AM mode of the invention, the change in amplitude of the periodic waveform has a proportional effect on the absolute amplitude of the harmonics. In other words, the AM is embedded on top of each of the harmonics.

The description of the switch module **3102** is substantially as follows: When the switch **3116** is "open," the amplitude of the harmonically rich signal **3114** is substantially equal to the reference signal **3106**. When the oscillating signal **3104** causes the switch **3116** to become "closed," the output **3122** of the switch module **3102** becomes connected electrically to the second input **3110** of the switch module **3102** (e.g., ground **3112** in one embodiment), and the amplitude of the harmonically rich signal **3114** becomes equal to the value of the second input **3110** (e.g., zero volts for the embodiment wherein the second input **3110** is connected to electrical ground **3112**). When the oscillating signal **3104** causes the switch **3116** to again become "open," the amplitude of the harmonically rich signal **3114** again becomes substantially equal to the reference signal **3106**. Thus, the amplitude of the harmonically rich signal **3114** is at either of two signal levels, i.e., reference signal **3106** or ground **3112**, and has a frequency that is substantially equal to the frequency of the oscillating signal **3104** that causes the switch **3116** to open and close. In an alternate embodiment wherein the second input **3110** is connected to the second signal **3118**, the harmonically rich signal **3114** varies between the reference signal **3106** and the second signal **3118**. One skilled in the relevant art(s) will recognize that any one of a number of switch module designs will fulfill the scope and spirit of the present invention.

In an embodiment of the invention, the switch **3116** is a semiconductor device, such as a diode ring. In another embodiment, the switch is a transistor, such as, but not limited to, a field effect transistor (FET). In an embodiment wherein the FET is gallium arsenide (GaAs), the module can be designed as seen in FIGS. **32**A–**32**C, where the oscillating signal **3104** is connected to the gate **3202** of the GaAsFET **3201**, the reference signal **3106** is connected to the source **3204**, and electrical ground **3112** is connected to

the drain **3206** (in the embodiment where ground **3112** is selected as the value of the second input **3110** of the switch module **3102**). Since the drain and the source of GaAsFETs are interchangeable, the reference signal **3106** can be applied to either the source **3204** or to the drain **3206**. If there is concern that there might be some source-drain asymmetry in the GaAsFET **3201**, the switch **3116** can be designed as shown in FIGS. **33**A–**33**C, wherein two GaAsFETs **3302** and **3304** are connected together, with the source **3310** of the first **3302** connected to the drain **3312** of the second **3304**, and the drain **3306** of the first **3302** being connected to the source **3308** of the second **3304**. This design arrangement will substantially balance all asymmetries. Other switch designs and implementations will be apparent to persons skilled in the relevant art(s).

The output **3122** of the switch module **3102**, i.e., the harmonically rich signal **3114**, can be routed to a filter **3504** in the AM mode.

3.3.8 The Summer ("IIQ" Mode).

As discussed above, the in-phase/quadrature-phase modulation ("I/Q") mode embodiment of the invention uses a summer. See, as an example, summer **1832** in FIG. **18**. The invention supports numerous embodiments of the summer. Exemplary embodiments of the summer **3402** (FIG. **34**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.8.1 Operational Description.

An "I" modulated signal **3404** and a "Q" modulated signal **3406** are combined and an "I/Q" modulated signal **3408** is generated. Generally, both "I" and "Q" modulated signals **3404** and **3406** are harmonically rich waveforms, which are referred to as the harmonically rich "I" signal **3404** and the harmonically rich "Q" signal **3406**. Similarly, "I/Q" modulated signal **3408** is harmonically rich and is referred to as the harmonically rich "I/Q" signal. In one embodiment, these harmonically rich signals have substantially rectangular waveforms. As stated above, one skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed.

In a typical embodiment, the harmonically rich "I" signal **3404** and the harmonically rich "Q" signal **3406** are phase modulated, as is the harmonically rich "I/Q" signal **3408**. A person skilled in the relevant art(s) will recognize that other modulation techniques, such as amplitude modulating the "I/Q" signal, may also be used in the "I/Q" mode without deviating from the scope and spirit of the invention.

As stated before, a continuous and periodic waveform, such as harmonically rich "I/Q" signal **3408**, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, harmonically rich "I/Q" signal **3408** is composed of sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself. These sinusoidal signals are also modulated substantially the same as the continuous and periodic waveform from which they are derived. That is, in this embodiment, the sinusoidal signals are phase modulated, and include the information from both the "I" modulated signal and the "Q" modulated signal.

3.3.8.2 Structural Description.

The design and use of a summer **3402** is well known to those skilled in the relevant art(s). A summer **3402** may be designed and fabricated from discrete components, or it may be purchased "off the shelf." A summer **3402** accepts a harmonically rich "I" signal **3404** and a harmonically rich "Q" signal **3406**, and combines them to create a harmonically rich "I/Q" signal **3408**. In a preferred embodiment of the invention, the harmonically rich "I" signal **3404** and the harmonically rich "Q" signal **3406** are both phase modulated. When the harmonically rich "I" signal **3404** and the harmonically rich "Q" signal **3406** are both phase modulated, the harmonically rich "I/Q" signal **3408** is also phase modulated.

As stated before, a continuous and periodic waveform, such as the harmonically rich "I/Q" signal **3408**, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, the harmonically rich "I/Q" signal **3408** is composed of "I/Q" sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself. These "I/Q" sinusoidal signals are also phase modulated substantially the same as the continuous and periodic waveform from which they are derived (i.e., the harmonically rich "I/Q" signal **3408**).

The output of the summer **3402** is then routed to a filter **3504**.

3.3.9 The Filter (FM, PM, AM, and "I/Q" Modes).

As discussed above, all modulation mode embodiments of the invention use a filter. See, as an example, filter **1218** in FIG. **12**, filter **1414** in FIG. **14**, filter **1618** in FIG. **16**, and filter **1836** in FIG. **18**. The invention supports numerous embodiments of the filter. Exemplary embodiments of the filter **3504** (FIG. **35**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.9.1 Operational Description.

A modulated signal with a harmonically rich waveform **3502** is accepted. It is referred to as the harmonically rich signal **3502**. As stated above, a continuous and periodic waveform, such as the harmonically rich signal **3502**, is comprised of sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform from which they are derived. These are called the Fourier component frequencies. In one embodiment of the invention, the undesired harmonic frequencies are removed, and the desired frequency **3506** is output. In an alternate embodiment, a plurality of harmonic frequencies are output.

The harmonic components of the harmonically rich signal **3502** are modulated in the same manner as the harmonically rich signal **3502** itself. That is, if the harmonically rich signal **3502** is frequency modulated, all of the harmonic components of that signal are also frequency modulated. The same is true for phase modulation, amplitude modulation, and "I/Q" modulation.

3.3.9.2 Structural Description.

The design and use of a filter **3504** is well known to those skilled in the relevant art(s). A filter **3504** may be designed and fabricated from discrete components or it may be purchased "off the shelf." The filter **3504** accepts the harmonically rich signal **3502** from the switch module **2802** or **3102** in the FM, PM, and AM modes, and from the summer **3402** in the "I/Q" mode. The harmonically rich signal **3502** is a continuous and periodic waveform. As such, it is comprised of sinusoidal components (harmonics) that are at frequencies that are integer multiples of the fundamental frequency of the underlying harmonically rich signal **3502**. The filter **3504** removes those sinusoidal signals having undesired frequencies. The signal **3506** that remains is at the desired frequency, and is called the desired output signal **3506**.

To achieve this result, according to an embodiment of the invention, a filter **3504** is required to filter out the unwanted harmonics of the harmonically rich signal **3502**.

The term "Q" is used to represent the ratio of the center frequency of the desired output signal **3506** to the half power band width. Looking at FIG. **36** we see a desired frequency **3602** of 900 MHz. The filter **3504** is used to ensure that only the energy at that frequency **3602** is transmitted. Thus, the bandwidth **3604** at half power (the so-called "3 dB down" point) should be as narrow as possible. The ratio of frequency **3602** to bandwidth **3604** is defined as "Q." As shown on FIG. **36**, if the "3 dB down" point is at plus or minus 15 MHz, the value of Q will be 900±(15+15) or 30. With the proper selection of elements for any particular frequency, Qs on the order of 20 or 30 are achievable.

For crisp broadcast frequencies, it is desired that Q be as high as possible and practical, based on the given application and environment. The purpose of the filter **3504** is to filter out the unwanted harmonics of the harmonically rich signal. The circuits are tuned to eliminate all other harmonics except for the desired frequency **3506** (e.g., the 900 MHz harmonic **3602**). Turning now to FIGS. **37**A and **37**B, we see examples of filter circuits. One skilled in the relevant art(s) will recognize that a number of filter designs will accomplish the desired goal of passing the desired frequency while filtering the undesired frequencies.

FIG. **37**A illustrates a circuit having a capacitor in parallel with an inductor and shunted to ground. In FIG. **37**B, a capacitor is in series with an inductor, and a parallel circuit similar to that in FIG. **37**A is connected between the capacitor and inductor and shunted to ground.

The modulated signal at the desired frequency **3506** may then be routed to the transmission module **3804**.

3.3.10 The Transmission Module (FM, PM, AM, and "I/Q" Modes).

As discussed above, the modulation mode embodiments of the invention preferably use a transmission module. See, as an example, transmission module **1222** in FIG. **12**, transmission module **1418** in FIG. **14**, transmission module **1622** in FIG. **16**, and transmission module **1840** in FIG. **18**. The transmission module is optional, and other embodiments may not include a transmission module. The invention supports numerous embodiments of the transmission module. Exemplary embodiments of the transmission module **3804** (FIG. **38**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.10.1 Operational Description.

A modulated signal at the desired frequency **3802** is accepted and is transmitted over the desired medium, such as, but not limited to, over-the-air broadcast or point-to-point cable.

3.3.10.2 Structural Description.

The transmission module **3804** receives the signal at the desired EM frequency **3802**. If it is intended to be broadcast over the air, the signal may be routed through an optional antenna interface and then to the antenna for broadcast. If it is intended for the signal to be transmitted over a cable from one point to another, the signal may be routed to an optional line driver and out through the cable. One skilled in the relevant art(s) will recognize that other transmission media may be used.

3.3.11 Other Implementations.

The implementations described above are provided for purposes of illustration. These implementations are not intended to limit the invention. Other implementation embodiments are possible and covered by the invention, such as but not limited to software, software/hardware, and firmware implementations of the systems and components of the invention. Alternate implementations and embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

4. Harmonic Enhancement.

4.1 High Level Description.

This section (including its subsections) provides a high-level description of harmonic enhancement according to the present invention. In particular, pulse shaping is described at a high-level. Also, a structural implementation for achieving this process is described at a high-level. This structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

It is noted that some embodiments of the invention include harmonic enhancement, whereas other embodiments do not.

4.1.1 Operational Description.

To better understand the generation and extraction of harmonics, and the purpose behind shaping the waveforms to enhance the harmonics, the following discussion of Fourier analysis as it applies to the present invention is offered.

A discovery made by Baron Jean B. J. Fourier (**1768–1830**) showed that continuous and periodic waveforms are comprised of a plurality of sinusoidal components, called harmonics. More importantly, the frequency of these components are integer multiples of the frequency of the original waveform (called the fundamental frequency). The amplitude of each of these component waveforms depends on the shape of the original waveform. The derivations and proofs of Baron Fourier's analysis are well known to those skilled in the relevant art(s).

The most basic waveform which is continuous and periodic is a sine wave. It has but one harmonic, which is at the fundamental frequency. This is also called the first harmonic. Since it only has one component, the amplitude of the harmonic component is equal to the amplitude of the original waveform, i.e., the sine wave itself. The sine wave is not considered to be "harmonically rich."

An impulse train is the other extreme case of a periodic waveform. Mathematically, it is considered to have zero width. The mathematical analysis in this case shows that there are harmonics at all multiples of the frequency of the impulse. That is, if the impulse has a frequency of $F_i$, then the harmonics are sinusoidal waves at $1\bullet F_i$, $2\bullet F_i$, $3\bullet F_i$, $4\bullet F_i$, etc. As the analysis also shows in this particular case, the amplitude of all of the harmonics are equal. This is indeed, a "harmonically rich" waveform, but is realistically impractical with current technology.

A more typical waveform is a rectangular wave, which is a series of pulses. Each pulse will have a width (called a pulse width, or "τ"), and the series of pulses in the waveform will have a period ("T" which is the inverse of the frequency, i.e., $T=1/F_r$, where "$F_r$" is the fundamental frequency of the rectangular wave). One form of rectangular wave is the square wave, where the signal is at a first state (e.g., high) for the same amount of time that it is at the second state (e.g., low). That is, the ratio of the pulse width to period (τ/T) is

0.5. Other forms of rectangular waves, other than square waves, are typically referred to simply as "pulses," and have $\tau/T<0.5$ (i.e., the signal will be "high" for a shorter time than it is "low"). The mathematical analysis shows that there are harmonics at all of the multiples of the fundamental frequency of the signal. Thus, if the frequency of the rectangular waveform is $F_r$, then the frequency of the first harmonic is $1 \cdot F_r$, the frequency of the second harmonic is $2 \cdot F_r$, the frequency of the third harmonic is $^3 \cdot F_r$, and so on. There are some harmonics for which the amplitude is zero. In the case of a square wave, for example, the "null points" are the even harmonics. For other values of $\tau/T$, the "null points" can be determined from the mathematical equations. The general equation for the amplitude of the harmonics in a rectangular wave having an amplitude of $A_{pulse}$ is as follows:

$$\text{Amplitude}(n^{th}\ \text{harmonic})=A_n=\{[A_{pulse}][(2/\pi)/n]\sin[n\cdot\pi\cdot(\tau/T)]\} \quad \text{EQ. 1}$$

Table 6000 of FIG. **60** shows the amplitudes of the first fifty harmonics for rectangular waves having six different $\tau/T$ ratios. The $\tau/T$ ratios are 0.5 (a square wave), 0.25, 0.10, 0.05, 0.01, and 0.005. (One skilled in the relevant art(s) will recognize that $A_{pulse}$ is set to unity for mathematical comparison.) From this limited example, it can be seen that the ratio of pulse width to period is a significant factor in determining the relative amplitudes of the harmonics. Notice too, that for the case where $\tau/T=0.5$ (i.e., a square wave), the relationship stated above (i.e., only odd harmonics are present) holds. Note that as $\tau/T$ becomes small (i.e., the pulse approaches an impulse), the amplitudes of the harmonics becomes substantially "flat." That is, there is very little decrease in the relative amplitudes of the harmonics. One skilled in the relevant art(s) will understand how to select the desired pulse width for any given application based on the teachings contained herein. It can also be shown mathematically and experimentally that if a signal with a continuous and periodic waveform is modulated, that modulation is also present on every harmonic of the original waveform.

From the foregoing, it can be seen how pulse width is an important factor in assuring that the harmonic waveform at the desired output frequency has sufficient amplitude to be useful without requiring elaborate filtering or unnecessary amplification.

Another factor in assuring that the desired harmonic has sufficient amplitude is how the switch **2816** and **3116** (FIGS. **28**A and **31**A) in the switch module **2802** and **3102** responds to the control signal that causes the switch to close and to open (i.e., the modulated oscillating signal **2804** of FIG. **28** and the oscillating signal **3104** of FIG. **31**). In general, switches have two thresholds. In the case of a switch that is normally open, the first threshold is the voltage required to cause the switch to close. The second threshold is the voltage level at which the switch will again open. The convention used herein for ease of illustration and discussion (and not meant to be limiting) is for the case where the switch is closed when the control signal is high, and open when the control signal is low. It would be apparent to one skilled in the relevant art(s) that the inverse could also be used. Typically, these voltages are not identical, but they may be. Another factor is how rapidly the switch responds to the control input once the threshold voltage has been applied. The objective is for the switch to close and open such that the bias/reference signal is "crisply" gated. That is, preferably, the impedance through the switch must change from a high impedance (an open switch) to a low impedance (a closed switch) and back again in a very short time so that the output signal is substantially rectangular.

It is an objective of this invention in the transmitter embodiment that the intelligence in the information signal is to be transmitted. That is, the information is modulated onto the transmitted signal. In the FM and PM modes, to achieve this objective, the information signal is used to modulate the oscillating signal **2804**. The oscillating signal **2804** then causes the switch **2816** to close and open. The information that is modulated onto the oscillating signal **2804** must be faithfully reproduced onto the signal that is output from the switch circuit (i.e., the harmonically rich signal **2814**). For this to occur efficiently, in embodiments of the invention, the switch **2816** preferably closes and opens crisply so that the harmonically rich signal **2814** changes rapidly from the bias/reference signal **2806** (or **3106**) to ground **2812** (or the second signal level **2818** in the alternate embodiment). This rapid rise and fall time is desired so that the harmonically rich signal **2814** will be "harmonically rich." (In the case of AM, the oscillating signal **3104** is not modulated, but the requirement for "crispness" still applies.)

For the switch **2816** to close and open crisply, the oscillating signal **2804** must also be crisp. If the oscillating signal **2804** is sinusoidal, the switch **2816** will open and close when the threshold voltages are reached, but the pulse width of the harmonically rich signal **2814** may not be as small as is needed to ensure the amplitude of the desired harmonic of the harmonically rich signal **2814** is sufficiently high to allow transmission without elaborate filtering or unnecessary amplification. Also, in the embodiment wherein the switch **2816** is a GaAsFET **2901**, if the oscillating signal **2804** that is connected to the gate **2902** of the GaAsFET **2901** (i.e., the signal that causes the switch **2816** to close and open) is a sinusoidal wave, the GaAsFET **2901** will not crisply close and open, but will act more like an amplifier than a switch. (That is, it will conduct during the time that the oscillating signal is rising and falling below the threshold voltages, but will not be a "short.") In order to make use of the benefits of a GaAsFET's capability to close and open at high frequencies, the oscillating signal **2804** connected to the gate **2902** preferably has a rapid rise and fall time. That is, it is preferably a rectangular waveform, and preferably has a pulse width to period ratio the same as the pulse width to period ratio of the harmonically rich signal **2814**.

As stated above, if a signal with a continuous and periodic waveform is modulated, that modulation occurs on every harmonic of the original waveform. Thus, in the FM and PM modes, when the information is modulated onto the oscillating signal **2804** and the oscillating signal **2804** is used to cause the switch **2816** to close and open, the resulting harmonically rich signal **2814** that is output from the switch module **2802** will also be modulated. If the oscillating signal **2804** is crisp, the switch **2816** will close and open crisply, the harmonically rich signal **2814** will be harmonically rich, and each of the harmonics of the harmonically rich signal **2814** will have the information modulated on it.

Because it is desired that the oscillating signal **2804** be crisp, harmonic enhancement may be needed in some embodiments. Harmonic enhancement may also be called "pulse shaping" since the purpose is to shape the oscillating signal **2804** into a string of pulses of a desired pulse width. If the oscillating signal is sinusoidal, harmonic enhancement will shape the sinusoidal signal into a rectangular (or substantially rectangular) waveform with the desired pulse width to period ratio. If the oscillating signal **2804** is already a square wave or a pulse, harmonic enhancement will shape it to achieve the desired ratio of pulse width to period. This will ensure an efficient transfer of the modulated information through the switch.

Three exemplary embodiments of harmonic enhancement are described below for illustrative purposes. However, the invention is not limited to these embodiments. Other embodiments will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

4.1.2 Structural Description.

The shape of the oscillating signal **2804** causes the switch **2816** to close and open. The shape of the oscillating signal **2804** and the selection of the switch **2816** will determine how quickly the switch **2816** closes and opens, and how long it stays closed compared to how long it stays open. This then will determine the "crispness" of the harmonically rich signal **2814**. (That is, whether the harmonically rich signal **2814** is substantially rectangular, trapezoidal, triangular, etc.) As shown above, in order to ensure that the desired harmonic has the desired amplitude, the shape of the oscillating signal **2804** should be substantially optimized.

The harmonic enhancement module (HEM) **4602** (FIG. **46**) is also referred to as a "pulse shaper." It "shapes" the oscillating signals **2804** and **3104** that drive the switch modules **2802** and **3102** described in sections 3.3.6–3.3.6.2 and 3.3.7– 3.3.7.2. Harmonic enhancement module **4602** preferably transforms a continuous and periodic waveform **4604** into a string of pulses **4606**. The string of pulses **4606** will have a period, "T," determined by both the frequency of the continuous and periodic waveform **4604** and the design of the pulse shaping circuit within the harmonic enhancement module **4602**. Also, each pulse will have a pulse width, "τ" determined by the design of the pulse shaping circuit. The period of the pulse stream, "T," determines the frequency of the switch closing (the frequency being the inverse of the period), and the pulse width of the pulses, "τ," determines how long the switch stays closed.

In the embodiment described above in sections 3.3.6–3.3.6.2 (and 3.3.7–3.3.7.2), when the switch **2816** (or **3116**) is open, the harmonically rich signal **2814** (or **3114**) will have an amplitude substantially equal to the bias signal **2806** (or reference signal **3106**). When the switch **2816** (or **3116**) is closed, the harmonically rich signal **2814** (or **3114**) will have an amplitude substantially equal to the potential of signal **2812** or **2818** (or **3112** or **3118**) of the second input **2810** (or **3110**) of the switch module **2802** (or **3102**). Thus, for the case where the oscillating signal **2804** (or **3104**) driving the switch module **2802** (or **3102**) is substantially rectangular, the harmonically rich signal **2814** (or **3114**) will have substantially the same frequency and pulse width as the shaped oscillating signal **2804** (or **3104**) that drives the switch module **2802** (or **3102**). This is true for those cases wherein the oscillating signal **2804** (or **3104**) is a rectangular wave. One skilled in the relevant art(s) will understand that the term "rectangular wave" can refer to all waveforms that are substantially rectangular, including square waves and pulses.

The purpose of shaping the signal is to control the amount of time that the switch **2816** (or **3116**) is closed. As stated above, the harmonically rich signal **2814** (or **3114**) has a substantially rectangular waveform. Controlling the ratio of the pulse width of the harmonically rich signal **2814** (or **3114**) to its period will result in the shape of the harmonically rich signal **2814** (or **3114**) being substantially optimized so that the relative amplitudes of the harmonics are such that the desired harmonic can be extracted without unnecessary and elaborate amplification and filtering.

4.2 Exemplary Embodiments.

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

4.2.1 First Embodiment: When a Square Wave Feeds the Harmonic Enhancement Module to Create One Pulse per Cycle.

4.2.1.1 Operational Description.

According to this embodiment, a continuous periodic waveform **4604** is received and a string of pulses **4606** is output. The continuous periodic waveform **4604** may be a square wave or any other continuous periodic waveform that varies from a value recognized as a "digital low" to a value recognized as a "digital high." One pulse is generated per cycle of the continuous and periodic waveform **4604**. The description given herein will be for the continuous periodic waveform **4604** that is a square wave, but one skilled in the relevant art(s) will appreciate that other waveforms may also be "shaped" into waveform **4606** by this embodiment.

4.2.1.2 Structural Description.

In this first embodiment of a harmonic enhancement module **4602**, herein after referred to as a pulse shaping circuit **4602**, a continuous periodic waveform **4604** that is a square wave is received by the pulse shaping circuit **4602**. The pulse shaping circuit **4602** is preferably comprised of digital logic devices that result in a string of pulses **4606** being output that has one pulse for every pulse in the continuous periodic waveform **4604**, and preferably has a τ/T ratio less than 0.5.

4.2.2 Second Embodiment: When a Square Wave Feeds the Harmonic Enhancement Module to Create Two Pulses per Cycle.

4.2.2.1 Operational Description.

In this embodiment, a continuous periodic waveform **4604** is received and a string of pulses **4606** is output. In this embodiment, there are two pulses output for every period of the continuous periodic waveform **4604**. The continuous periodic waveform **4604** may be a square wave or any other continuous periodic waveform that varies from a value recognized as a "digital low" to a value recognized as a "digital high." The description given herein will be for a continuous periodic waveform **4604** that is a square wave, but one skilled in the relevant art(s) will appreciate that other waveforms may also be "shaped" into waveform **4606** by this embodiment.

4.2.2.2 Structural Description.

In this second embodiment of a pulse shaping circuit **4602**, a continuous periodic waveform **4604** that is a square wave is received by the pulse shaping circuit **4602**. The pulse shaping circuit **4602** is preferably comprised of digital logic devices that result in a string of pulses **4606** being output that has two pulses for every pulse in the continuous periodic waveform **4604**, and preferably has a τ/T ratio less than 0.5.

4.2.3 Third Embodiment: When Any Waveform Feeds the Module.

4.2.3.1 Operational Description.

In this embodiment, a continuous periodic waveform **4604** of any shape is received and a string of pulses **4606** is output.

4.2.3.2 Structural Description.

In this third embodiment of a pulse shaping circuit **4602**, a continuous periodic waveform **4604** of any shape is received by the pulse shaping circuit **4602**. The pulse

shaping circuit **4602** is preferably comprised of a series of stages, each stage shaping the waveform until it is substantially a string of pulses **4606** with preferably a τ/T ratio less than 0.5.

4.2.4 Other Embodiments.

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention.

4.3 Implementation Examples.

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in this section (and its subsections). These components and methods are presented herein for purposes of illustration, and not limitation. The invention is not limited to the particular examples of components and methods described herein. Alternatives (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternatives fall within the scope and spirit of the present invention.

4.3.1 First Digital Logic Circuit.

An exemplary implementation of the first embodiment described in sections 4.2.1–4.2.1.2 is illustrated in FIG. **39**. In particular, the circuit shown in FIG. **39**A is a typical circuit design for a pulse shaping circuit **4602** using digital logic devices. Also shown in FIGS. **39**B–**39**D are representative waveforms at three nodes within the circuit. In this embodiment, pulse shaper **3900** uses an inverter **3910** and an AND gate **3912** to produce a string of pulses. An inverter, such as inverter **3910**, changes the sign of the input, and an AND gate, such as AND gate **3912**, outputs a digital "high" when all of the input signals are digital "highs." The input to pulse shaper **3900** is waveform **3902**, and, for illustrative purposes, is shown here as a square wave. The output of inverter **3910** is waveform **3904**, which is also a square wave. However, because of the circuitry of the inverter **3910**, there is a delay between the application of the input and the corresponding sign change of the output. If waveform **3902** starts "low," waveform **3904** will be "high" because it has been inverted by inverter **3910**. When waveform **3902** switches to "high," AND gate **3912** will momentarily see two "high" signals, thus causing its output waveform **3906** to be "high." When inverter **3910** has inverted its input (waveform **3902**) and caused waveform **3904** to become "low," AND gate **3912** will then see only one "high" signal, and the output waveform **3906** will become "low." Thus, the output waveform **3906** will be "high" for only the period of time that both waveforms **3902** and **3904** are high, which is the time delay of the inverter **3910**. Accordingly, as is apparent from FIGS. **39**B–**39**D, pulse shaper **3900** receives a square wave and generates a string of pulses, with one pulse generated per cycle of the square wave.

4.3.2 Second Digital Logic Circuit.

An exemplary implementation of the second embodiment described in sections 4.2.2–4.2.2.2 is illustrated in FIG. **40**. In particular, the circuit of FIG. **40**A is a typical circuit design for a pulse shaping circuit **4602** using digital logic devices. Also shown in FIGS. **40**B–**40**D are representative waveforms at three nodes within the circuit. In this embodiment, pulse shaping circuit **4000** uses an inverter **4010** and an exclusive NOR (XNOR) gate **4012**. An XNOR, such as XNOR **4012**, outputs a digital "high" when both inputs are digital "highs" and when both signals are digital "lows." Waveform **4002**, which is shown here as a square wave identical to that shown above as waveform **3902**, begins in the "low" state. Therefore, the output of inverter **4010** will begin at the "high" state. Thus, XNOR gate **4012** will see one "high" input and one "low" input, and its output waveform **4006** will be "low." When waveform **4002** changes to "high," XNOR gate **4012** will have two "high" inputs until the waveform **4004** switches to "low." Because it sees two "high" inputs, its output waveform **4006** will be "high." When waveform **4004** becomes "low," XNOR gate **4012** will again see one "high" input (waveform **4002**) and one "low" input (waveform **4004**). When waveform **4002** switches back to "low," XNOR gate **4012** will see two "low" inputs, and its output will become "high." Following the time delay of inverter **4010**, waveform **4004** will change to "high," and XNOR gate **4012** will again see one "high" input (waveform **4004**) and one "low" input (waveform **4002**). Thus, waveform **4006** will again switch to "low." Accordingly, as is apparent from FIGS. **40**B–**40**D, pulse shaper **4000** receives a square wave and generates a string of pulses, with two pulses generated per cycle of the square wave.

4.3.3 Analog Circuit.

An exemplary implementation of the third embodiment described in sections 4.2.3–4.2.3.2 is illustrated in FIG. **41**. In particular, the circuit shown in FIG. **41** is a typical pulse shaping circuit **4602** where an input signal **4102** is shown as a sine wave. Input signal **4102** feeds the first circuit element **4104**, which in turn feeds the second, and so on. Typically, three circuit elements **4104** produce incrementally shaped waveforms **4120**, **4122**, and **4124** before feeding a capacitor **4106**. The output of capacitor **4106** is shunted to ground **4110** through a resistor **4108** and also feeds a fourth circuit element **4104**. An output signal **4126** is a pulsed output, with a frequency that is a function of the frequency of input signal **4102**.

An exemplary circuit for circuit elements **4104** is shown in FIG. **43**. Circuit **4104** is comprised of an input **4310**, an output **4312**, four FETs **4302**, two diodes **4304**, and a resistor **4306**. One skilled in the relevant art(s) would recognize that other pulse shaping circuit designs could also be used without deviating from the scope and spirit of the invention.

4.3.4 Other Implementations.

The implementations described above are provided for purposes of illustration. These implementations are not intended to limit the invention. Alternate implementations, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

5. Amplifier Module.

5.1 High Level Description.

This section (including its subsections) provides a high-level description of the amplifier module according to the present invention. In particular, amplification is described at a high-level. Also, a structural implementation for achieving signal amplification is described at a high-level. This structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

5.1.1 Operational Description.

Even though the present invention is intended to be used without requiring amplification, there may be circumstance when, in the embodiment of the present invention wherein it is being used as a transmitter, it may prove desirable to amplify the modulated signal before it is transmitted. In another embodiment of the invention wherein it is being used as a stable signal source for a frequency or phase comparator, it may also be desirable to amplify the resultant signal at the desired frequency.

The requirement may come about for a number of reasons. A first may be that the bias/reference signal is too low to support the desired use. A second may be because the desired output frequency is very high relative to the frequency of the oscillating signal that controls the switch. A third reason may be that the shape of the harmonically rich signal is such that the amplitude of the desired harmonic is low.

In the first case, recall that the amplitude of the bias/reference signal determines the amplitude of the harmonically rich signal which is present at the output of the switch circuit. (See sections 3.3.6–3.3.6.2 and 3.3.7–3.3.7.2.) Further recall that the amplitude of the harmonically rich signal directly impacts the amplitude of each of the harmonics. (See the equation in section 4. 1, above.)

In the second instance, if the frequency of the oscillating signal is relatively low compared to the desired output frequency of the up-converter, a high harmonic will be needed. As an example, if the oscillating signal is 60 MHz, and the desired output frequency is at 900 MHz, the 15th harmonic will be needed. In the case where $\tau/T$ is 0.1, it can be seen from Table 6000 of FIG. **60** that the amplitude of the 15th harmonic ($A_{15}$) is 0.0424, which is 21.5% of the amplitude of the first harmonic ($A_1$=0.197). There may be instances wherein this is insufficient for the desired use, and consequently it must be amplified.

The third circumstance wherein the amplitude of the output may need to be amplified is when the shape of the harmonically rich signal in not "crisp" enough to provide harmonics with enough amplitude for the desired purpose. If, for example, the harmonically rich signal is substantially triangular, and given the example above where the oscillating signal is 60 MHz and the desired output signal is 900 MHz, the 15th harmonic of the triangular wave is 0.00180. This is significantly lower than the amplitude of the 15th harmonic of the "0.1" rectangular wave (shown above to be 0.0424) and can be mathematically shown to be 0.4% of the amplitude of the 1st harmonic of the triangular wave (which is 0.405). Thus, in this example, the 1st harmonic of the triangular wave has an amplitude that is larger than the amplitude of the 1st harmonic of the "0.1" rectangular wave, but at the 15th harmonic, the triangular wave is significantly lower than the "0.1" rectangular wave.

Another reason that the desired harmonic may need to be amplified is that circuit elements such as the filter may cause attenuation in the output signal for which a designer may wish to compensate.

The desired output signal can be amplified in a number of ways. One is to amplify the bias/reference signal to ensure that the amplitude of the harmonically rich wave form is high. A second is to amplify the harmonically rich waveform itself. A third is to amplify the desired harmonic only. The examples given herein are for illustrative purposes only and are not meant to be limiting on the present invention. Other techniques to achieve amplification of the desired output signal would be apparent to those skilled in the relevant art(s).



5.1.2 Structural Description.

In one embodiment, a linear amplifier is used to amplify the bias/reference signal. In another embodiment, a linear amplifier is used to amplify the harmonically rich signal. And in yet another embodiment, a linear amplifier is used to amplify the desired output signal. Other embodiments, including the use of non-linear amplifiers, will be apparent to persons skilled in the relevant art(s).

5.2 Exemplary Embodiment.

An embodiment related to the method(s) and structure(s) described above is presented in this section (and its subsections). This embodiment is described herein for purposes of illustration, and not limitation. The invention is not limited to this embodiment. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiment described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

5.2.1 Linear Amplifier.

The exemplary linear amplifier described herein will be directed towards an amplifier composed of solid state electronic devices to be inserted in the circuit at one or more points. Other amplifiers suitable for use with the invention will be apparent to persons skilled in the relevant art(s). As shown in FIG. **47**, an amplifier module **4702** receives a signal requiring amplification **4704** and outputs an amplified signal **4706**. It would be apparent to one skilled in the relevant art(s) that a plurality of embodiments may be employed without deviating from the scope and intent of the invention described herein.

5.2.1.1 Operational Description.

The desired output signal can be amplified in a number of ways. Such amplification as described in the section may be in addition to the techniques described above to enhance the shape of the harmonically rich signal by pulse shaping of the oscillating signal that causes the switch to close and open.

5.2.1.2 Structural Description.

In one embodiment, a linear amplifier is placed between the bias/reference signal and the switch module. This will increase the amplitude of the bias/reference signal, and as a result, will raise the amplitude of the harmonically rich signal that is the output of the switch module. This will have the effect of not only raising the amplitude of the harmonically rich signal, it will also raise the amplitude of all of the harmonics. Some potential limitation of this embodiment are: the amplified bias/reference signal may exceed the voltage design limit for the switch in the switch circuit; the harmonically rich signal coming out of the switch circuit may have an amplitude that exceeds the voltage design limits of the filter; and/or unwanted distortion may occur from having to amplify a wide bandwidth signal.

A second embodiment employs a linear amplifier between the switch module and the filter. This will raise the amplitude of the harmonically rich signal. It will also raise the amplitude of all of the harmonics of that signal. In an alternate implementation of this embodiment, the amplifier is tuned so that it only amplifies the desired frequencies. Thus, it acts both as an amplifier and as a filter. A potential limitation of this embodiment is that when the harmonically rich signal is amplified to raise a particular harmonic to the desired level the amplitude of the whole waveform is amplified as well. For example, in the case where the amplitude of the pulse, $A_{pulse}$, is equal to 1.0, to raise the 15th harmonic from 0.0424 volts to 0.5 volts, the amplitude of each pulse in the harmonically rich signal, $A_{pulse}$, will increase from 1.0 to 11.8 volts. This may well exceed the voltage design limit of the filter.

A third embodiment of an amplifier module will place a linear amplifier between the filter and the transmission module. This will only raise the amplitude of the desired harmonic, rather than the entire harmonically rich signal.

Other embodiments, such as the use of non-linear amplifiers, will be apparent to one skilled in the relevant art(s), and will not be described herein.

5.2.2 Other Embodiments.

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention.

5.3 Implementation Examples.

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in this section (and its subsections). These components and methods are presented herein for purposes of illustration, and not limitation. The invention is not limited to the particular examples of components and methods described herein. Alternatives (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternatives fall within the scope and spirit of the present invention.

5.3.1 Linear Amplifier.

Although described below as if it were placed after the filter, the amplifier may also be placed before the filter without deviating from the intent of the invention

5.3.1.1 Operational Description.

According to embodiments of the invention, a linear amplifier receives a first signal at a first amplitude, and outputs a second signal at a second amplitude, wherein the second signal is proportional to the first signal. It is a objective of an amplifier that the information embedded onto the first signal waveform will also be embedded onto the second signal. Typically, it is desired that there be as little distortion in the information as possible.

In a preferred embodiment, the second signal is higher in amplitude than the first signal, however, there may be implementations wherein it is desired that the second signal be lower than the first signal (i.e., the first signal will be attenuated).

5.3.1.2 Structural Description.

The design and use of a linear amplifier is well known to those skilled in the relevant art(s). A linear amplifier may be designed and fabricated from discrete components, or it may be purchased “off the shelf.”

Exemplary amplifiers are seen in FIG. **48**. In the exemplary circuit diagram of FIG. **48**A, six transistors are used in a wideband amplifier. In the more basic exemplary circuit of FIG. **48**B, the amplifier is composed of one transistor, four resistors, and a capacitor. Those skilled in the relevant art(s) will recognize that numerous alternative designs may be used.

5.3.2 Other Implementations.

The implementations described above are provided for purposes of illustration. These implementations are not intended to limit the invention. Alternate implementations, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

6. Receiver/Transmitter System.

The present invention is for a method and system for up-conversion of electromagnetic signals. In one embodiment, the invention is a source of a stable high frequency reference signal. In a second embodiment, the invention is a transmitter.

This section describes a third embodiment. In the third embodiment, the transmitter of the present invention to be used in a receiver/transmitter communications system. This third embodiment may also be referred to as the communications system embodiment, and the combined receiver/transmitter circuit is referred to as a “transceiver.” There are several alternative enhancements to the communications systems embodiment.

The following sections describe systems and methods related to exemplary embodiments for a receiver/transmitter system. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

6.1 High Level Description.

This section provides a high-level description of a receiver/transmitter system according to the present invention. The implementations are described herein for illustrative purposes, and are not limiting. In particular, any number of functional and structural implementations may be used, several of which are described in this section. The details of such functional and structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

According to a first embodiment of the transmitter of the present invention is used with a traditional superheterodyne receiver. In this embodiment, the transmitter and the receiver can operate either in a full-duplex mode or in a half-duplex mode. In a full duplex mode, the transceiver can transmit and receive simultaneously. In the half-duplex mode, the transceiver can either transmit or receive, but cannot do both simultaneously. The full-duplex and the half-duplex modes will be discussed together for this embodiment.

A second embodiment of the transceiver is for the transmitter of the present invention to be used with a universal frequency down conversion circuit being used as a receiver. In this embodiment the transceiver is used in a half-duplex mode.

A third embodiment of the transceiver is for the transmitter of the present invention to be used with a universal frequency down conversion circuit, where the transceiver is used in a full-duplex mode.

These embodiments of the transceiver are described below.

6.2 Exemplary Embodiments and Implementation Examples.

Various embodiments related to the method(s) and structure(s) described above and exemplary operational and/or structural implementations related to those embodiments are presented in this section (and its subsections). These embodiments, components, and methods are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments or to the particular examples of components and methods described herein. Alternatives (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternatives fall within the

scope and spirit of the present invention, and the invention is intended and adapted to include such alternatives.

6.2.1 First Embodiment: The Transmitter of the Present Invention Being Used in a Circuit with a Superheterodyne Receiver.

A typical superheterodyne receiver is shown in FIG. **49**. An antenna **4904** receives a signal **4902**. Typically, signal **4902** is a radio frequency (RF) signal which is routed to a filter **4910** and an amplifier **4908**. The filter **4910** removes all but a frequency range that includes the desired frequency, and the amplifier **4908** ensures that the signal strength will be sufficient for further processing. The output of amplifier **4908** is a signal **4911**.

A local oscillator **4914** generates an oscillating signal **4916** which is combined with signal **4911** by mixer **4912**. The output of mixer **4912** is a signal **4934** which is amplified by an amplifier **4918** and filtered by a filter **4920**. The purpose of amplifier **4918** is to ensure that the strength of signal **4934** is sufficient for further processing, and the purpose of filter **4920** is to remove the undesired frequencies.

A second local oscillator **4924** generates a second oscillating signal **4926** which is combined with the amplified/filtered signal **4934** by a mixer **4922**. The output of mixer **4922** is signal **4936**. Again, an amplifier **4928** and a filter **4930** ensure that the signal **4936** is at the desired amplitude and frequency. The resulting signal is then routed to decoder **4932** where the intelligence is extracted to obtain baseband signal **4938**.

Signal **4934** is referred to as the first intermediate frequency (IF) signal, and signal **4936** is referred to as the second IF signal. Thus, the combination of local oscillator **4914** and mixer **4912** can be referred to as the first IF stage, and the combination of local oscillator **4924** and mixer **4922** can be referred to as the second IF stage.

Exemplary frequencies for the circuit of FIG. **49** are as follows. Signal **4902** may be 900 MHz. The oscillator signal **4916** may be at 830 MHz, which will result in the frequency of the first IF signal, signal **4934**, being at 70 MHz. If the second oscillating signal **4926** is at 59 MHz, the second IF signal, signal **4936**, would be at 11 MHz. This frequency is typical of second IF frequencies.

Other superheterodyne receiver configurations are well known and these can be used in the transceiver embodiments of the invention. Also, the exemplary frequencies mentioned above are provide for illustrative purposes only, and are not limiting.

FIG. **50** shows a transmitter of the present invention in a transceiver circuit with a typical superheterodyne receiver. Accordingly, FIG. **50** illustrates an exemplary transceiver circuit of the invention. The transceiver includes a receiver module **5001**, which is implemented using any superheterodyne receiver configuration, and which is described above. The transceiver also includes a transmitter module **5003**, which is described below.

In the FM and PM modes, an information signal **5004** modulates an intermediate signal to produce the oscillating signal **5002**. Oscillating signal **5002** is shaped by signal shaper **5010** to produce a string of pulses **5008** (see the discussion above regarding the benefits of harmonic enhancement). The string of pulses **5008** drives the switch module **5012**. In the FM/PM modes, a bias/reference signal **5006** is also received by switch module **5012**. The output of switch module **5012** is a harmonically rich signal **5022**. Harmonically rich signal **5022** is comprised of a plurality of sinusoidal components, and is routed to a "high Q" filter that will remove all but the desired output frequency(ies). The desired output frequency **5024** is amplified by an amplifier **5016** and routed to a transmission module **5018** which outputs a transmission signal **5026** which is routed to a duplexer **5020**. The purpose of duplexer **5020** is to permit a single antenna to be used simultaneously for both receiving and transmitting signals. The combination of received signal **4902** and transmission signal **5026** is a duplexed signal **5028**.

In the AM mode, the same circuit of FIG. **50** applies, except: (1) an information signal **5030** replaces information signal **5004**; (2) bias/reference signal **5006** is a function of the information signal **5030**; and (3) oscillating signal **5002** is not modulated.

This description is for the full-duplex mode of the transceiver wherein the transmitting portion of the communications system is a separate circuit than the receiver portion. A possible embodiment of a half-duplex mode is described below.

Alternate embodiments of the transceiver are possible. For example, FIGS. **51**A through **51**D illustrate an embodiment of the transceiver wherein it may be desired, for cost or other considerations, for an oscillator to be shared by both the transmitter portion and the receiver portion of the circuit. To do this, a trade off must be made in selecting the frequency of the oscillator. In FIG. **51**A, a local oscillator **5104** generates an oscillating signal **5106** which is mixed with signal **4911** to generate a first IF signal **5108**. A local oscillator **5110** generates a second oscillating signal **5112** which is mixed with the first IF signal **5108** to generate a second IF signal **5114**. For the example herein, the frequencies of the oscillating signals **5106** and **5112** will be lower than the frequencies of signal **4911** and first IF signal **5108**, respectively. (One skilled in the relevant art(s) will recognize that, because the mixers **4912** and **4922** create both the sum and the difference of the signals they receive, the oscillator frequencies could be higher than the signal frequencies.)

As described in the example above, a typical second IF frequency is 11 MHz. The selection of this IF frequency is less flexible than is the selection of the first IF frequency, since the second IF frequency is routed to a decoder where the signal is demodulated and decoded. Typically, demodulators and decoders are designed to receive signals at a predetermined, fixed frequency, e.g., 11 MHz. If this is the case, the combination of the first IF signal **5108** and the second oscillating signal **5112** must generate a second IF signal with a second IF frequency of 11 MHz. Recall that the received signal **4902** was 900 MHz in the example above. To achieve the second IF signal frequency of 11 MHz, the frequencies of the oscillating signals **4916** and **4926** were set at 830 MHz and 59 MHz. Before setting the frequencies of the oscillating signals **5106** and **5112**, the desired frequency of the transmitted signal must be determined. If it, too, is 900 MHz, then the frequency of the oscillating signal that causes the switch in the present invention to open and close must be a "sub-harmonic" of 900 MHz. That is, it must be the quotient of 900 MHz divided by an integer. (In other words, 900 MHz must be a harmonic of the oscillating signal that drives the switch.) The table below is a list of some of the sub-harmonics of 900 MHz:

| sub-harmonic | frequency |
|---|---|
| 1st | 900 MHz |
| 2nd | 450 |

-continued

| sub-harmonic | frequency |
|---|---|
| 3rd | 300 |
| 4th | 225 |
| 5th | 180 |
| 10th | 90 |
| 15th | 60 |

Recall that the frequency of the second oscillating signal **4926** in FIGS. **49** and **50** was 59 MHz. Notice that the frequency of the 15th sub-harmonic is 60 MHz. If the frequency of oscillating signal **5112** of FIG. **51** were set at 60 MHz, it could also be used as the oscillating signal to operate the switches in switch module **5126** of FIG. **51**B and switch module **5136** of FIG. **51**C. If this were done, the frequency of the first IF signal would be 71 MHz (rather than 70 MHz in the previous example of a stand-alone receiver), as indicated below:

First IF frequency=Second IF frequency+Second oscillating frequency=11 MHz+60 MHz=71 MHz

The frequency of the first oscillating signal **5106** can be determined from the values of the first IF frequency and the frequency of the received signal **4902**. In this example, the frequency of the received signal is 900 MHz and the frequency of the first IF signal is 71 MHz. Therefore, the frequency of the first oscillating signal **5106** must be 829 MHz, as indicated below:

$$\begin{aligned}\text{First oscillating frequency} &= \text{Freq of received signal} - \text{First IF freq}\\ &= 900\text{ MHz} - 71\text{ MHz}\\ &= 829\text{ MHz}\end{aligned}$$

Thus the frequencies of the oscillating signals **5106** and **5112** are 829 MHz and 60 MHz, respectively.

In FIG. **51**B, the PM embodiment is shown. The second oscillating signal **5112** is routed to a phase modulator **5122** where it is modulated by the information signal **5120** to generate a PM signal **5132**. PM signal **5132** is routed to a harmonic enhancement module **5124** to create a string of pulses **5133**. The string of pulses **5133** is also a phase modulated signal and is used to cause the switch in switch module **5126** to open and close. Also entering switch module **5126** is a bias signal **5128**. The output of switch module **5126** is a harmonically rich signal **5134**.

In FIG. **51**C, the AM embodiment is shown. The second oscillating signal **5112** directly enters the harmonic enhancement module **5124** to create a string of pulses **5138**. String of pulses **5138** (not modulated in this embodiment) then enters a switch module **5136** where it causes a switch to open and close. Also entering switch module **5136** is a reference signal **5140**. Reference signal is created by summing module **5130** by combining information signal **5120** with bias signal **5128**. It is well known to those skilled in the relevant art(s) that the information signal **5120** may be used as the reference signal without being combined with the bias signal **5128**. The output of switch module **5136** is a harmonically rich signal **5134**.

The scope of the invention includes an FM embodiment wherein the oscillator **5110** of the receiver circuit is used as a source for an oscillating signal for the transmitter circuit. In the embodiments discussed above, the FM embodiment requires a voltage controlled oscillator (VCO) rather than a simple local oscillator. There are circuit designs that would be apparent to those skilled in the relevant art(s) based on the discussion contained herein, wherein a VCO is used in place of a local oscillator in the receiver circuit.



In FIG. **51**D, the harmonically rich signal **5134** is filtered by a filter **5142**, which removes all but the desired output frequency **5148**. The desired output frequency **5148** is amplified by amplifier module **5146** and routed to transmission module **5150**. The output of transmission module **5150** is a transmission signal **5144**. Transmission signal **5144** is then routed to the antenna **4904** for transmission.

Those skilled in the relevant art(s) will understand that there are numerous combinations of oscillator frequencies, stages, and circuits that will meet the scope and intent of this invention. Thus, the description included herein is for illustrative purposes only and not meant to be limiting.

6.2.2 Second Embodiment: The Transmitter of the Present Invention Being Used with a Universal Frequency Down-Converter in a Half-Duplex Mode.

An exemplary receiver using universal frequency down conversion techniques is shown in FIG. **52** and described in section 6.3, below. An antenna **5202** receives an electromagnetic (EM) signal **5220**. EM signal **5220** is routed through a capacitor **5204** to a first terminal of a switch **5210**. The other terminal of switch **5210** is connected to ground **5212** in this exemplary embodiment. A local oscillator **5206** generates an oscillating signal **5228** which is routed through a pulse shaper **5208**. The result is a string of pulses **5230**. The selection of the oscillator **5206** and the design of the pulse shaper **5208** control the frequency and pulse width of the string of pulses **5230**. The string of pulses **5230** control the opening and closing of switch **5210**. As a result of the opening and closing of switch **5210**, a down converted signal **5222** results. Down converted signal **5222** is routed through an amplifier **5214** and a filter **5216**, and a filtered signal **5224** results. In a preferred embodiment, filtered signal **5224** is at baseband, and a decoder **5218** may only be needed to convert digital to analog or to remove encryption before outputting the baseband information signal. This then is a universal frequency down conversion receiver operating in a direct down conversion mode, in that it receives the EM signal **5220** and down converts it to baseband signal **5226** without requiring an IF or a demodulator. In an alternate embodiment, the filtered signal **5224** may be at an "offset" frequency. That is, it is at an intermediate frequency, similar to that described above for the second IF signal in a typical superheterodyne receiver. In this case, the decoder **5218** would be used to demodulate the filtered signal so that it could output a baseband signal **5226**.

An exemplary transmitter using the present invention is shown in FIG. **53**. In the FM and PM embodiments, an information signal **5302** modulates an oscillating signal **5306** which is routed to a pulse shaping circuit **5310** which outputs a string of pulses **5311**. The string of pulses **5311** controls the opening and closing of the switch **5312**. One terminal of switch **5312** is connected to ground **5314**, and the second terminal of switch **5312** is connected through a resistor **5330** to a bias/reference signal **5308**. In the FM and PM modes, bias/reference signal **5308** is preferably a non-varying signal, often referred to simply as the bias signal. In the AM mode, the oscillating signal **5306** is not modulated, and the bias/reference signal is a function of the information signal **5304**. In one embodiment, information signal **5304** is combined with a bias voltage to generate the reference signal **5308**. In an alternate embodiment, the information signal **5304** is used without being combined with a bias voltage. Typically, in the AM mode, this bias/reference

signal is referred to as the reference signal to distinguish it from the bias signal used in the FM and PM modes. The output of switch **5312** is a harmonically rich signal **5316** which is routed to a "high Q" filter which removes the unwanted frequencies that exist as harmonic components of harmonically rich signal **5316**. Desired frequency **5320** is amplified by amplifier module **5322** and routed to transmission module **5324** which outputs a transmission signal **5326**. Transmission signal is output by antenna **5328** in this embodiment.

For the FM and PM modulation modes, FIGS. **54**A, **54**B, and **54**C show the combination of the present invention of the transmitter and the universal frequency down-conversion receiver in the half-duplex mode according to an embodiment of the invention. That is, the transceiver can transmit and receive, but it cannot do both simultaneously. It uses a single antenna **5402**, a single oscillator **5444**/**5454** (depending on whether the transmitter is in the FM or PM modulation mode), a single pulse shaper **5438**, and a single switch **5420** to transmit and to receive. In the receive function, "Receiver/transmitter" (R/T) switches **5406**, **5408**, and **5446**/**5452** (FM or PM) would all be in the receive position, designated by (R). The antenna **5402** receives an EM signal **5404** and routes it through a capacitor **5407**. In the FM modulation mode, oscillating signal **5436** is generated by a voltage controlled oscillator (VCO) **5444**. Because the transceiver is performing the receive function, switch **5446** connects the input to the VCO **5444** to ground **5448**. Thus, VCO **5444** will operate as if it were a simple oscillator. In the PM modulation mode, oscillating signal **5436** is generated by local oscillator **5454** which is routed through phase modulator **5456**. Since the transceiver is performing the receive function, switch **5452** is connected to ground **5448**, and there is no modulating input to phase modulator. Thus, local oscillator **5454** and phase modulator **5456** operate as if they were a simple oscillator. One skilled in the relevant art(s) will recognize based on the discussion contained herein that there are numerous embodiments wherein an oscillating signal **5436** can be generated to control the switch **5420**.

Oscillating signal **5436** is shaped by pulse shaper **5438** to produce a string of pulses **5440**. The string of pulses **5440** cause the switch **5420** to open and close. As a result of the switch opening and closing, a down converted signal **5409** is generated. The down converted signal **5409** is amplified and filtered to create a filtered signal **5413**. In an embodiment, filtered signal **5413** is at baseband and, as a result of the down conversion, is demodulated. Thus, a decoder **5414** may not be required except to convert digital to analog or to decrypt the filtered signal **5413**. In an alternate embodiment, the filtered signal **5413** is at an "offset" frequency, so that the decoder **5414** is needed to demodulate the filtered signal and create a demodulated baseband signal.

When the transceiver is performing the transmit function, the R/T switches **5406**, **5408**, and **5446**/**5452** (FM or PM) are in the (T) position. In the FM modulation mode, an information signal **5450** is connected by switch **5446** to VCO **5444** to create a frequency modulated oscillating signal **5436**. In the PM modulation mode switch **5452** connects information signal **5450** to the phase modulator **5456** to create a phase modulated oscillating signal **5436**. Oscillation signal **5436** is routed through pulse shaper **5438** to create a string of pulses **5440** which in turn cause switch **5420** to open and close. One terminal of switch **5420** is connected to ground **5442** and the other is connected through switch R/T **5408** and resistor **5423** to a bias signal **5422**. The result is a harmonically rich signal **5424** which is routed to a "high Q" filter **5426** which removes the unwanted frequencies that exist as harmonic components of harmonically rich signal **5424**. Desired frequency **5428** is amplified by amplifier module **5430** and routed to transmission module **5432** which outputs a transmission signal **5434**. Again, because the transceiver is performing the transmit function, R/T switch **5406** connects the transmission signal to the antenna **5402**.

In the AM modulation mode, the transceiver operates in the half duplex mode as shown in FIG. **55**. The only distinction between this modulation mode and the FM and PM modulation modes described above, is that the oscillating signal **5436** is generated by a local oscillator **5502**, and the switch **5420** is connected through the R/T switch **5408** and resistor **5423** to a reference signal **5506**. Reference signal **5506** is generated when information signal **5450** and bias signal **5422** are combined by a summing module **5504**. It is well known to those skilled in the relevant art(s) that the information signal **5450** may be used as the reference signal **5506** without being combined with the bias signal **5422**, and may be connected directly (through resistor **5423** and R/T switch **5408**) to the switch **5420**.

6.2.3 Third Embodiment: The Transmitter of the Present Invention Being Used with a Universal Frequency Down Converter in a Full-Duplex Mode.

The full-duplex mode differs from the half-duplex mode in that the transceiver can transmit and receive simultaneously. Referring to FIG. **56**, to achieve this, the transceiver preferably uses a separate circuit for each function. A duplexer **5604** is used in the transceiver to permit the sharing of an antenna **5602** for both the transmit and receive functions.

The receiver function performs as follows. The antenna **5602** receives an EM signal **5606** and routes it through a capacitor **5607** to one terminal of a switch **5626**. The other terminal of switch **5626** is connected to ground **5628**, and the switch is driven as a result of a string of pulses **5624** created by local oscillator **5620** and pulse shaper **5622**. The opening and closing of switch **5626** generates a down converted signal **5614**. Down converted signal **5614** is routed through a amplifier **5608** and a filter **5610** to generate filtered signal **5616**. Filtered signal **5616** may be at baseband and be demodulated or it may be at an "offset" frequency. If filtered signal **5616** is at an offset frequency, decoder **5612** will demodulate it to create the demodulated baseband signal **5618**. In a preferred embodiment, however, the filtered signal **5616** will be a demodulated baseband signal, and decoder **5612** may not be required except to convert digital to analog or to decrypt filtered signal **5616**. This receiver portion of the transceiver can operate independently from the transmitter portion of the transceiver.

The transmitter function is performed as follows. In the FM and PM modulation modes, an information signal **5648** modulates an oscillating signal **5630**. In the AM modulation mode, the oscillating signal **5630** is not modulated. The oscillating signal is shaped by pulse shaper **5632** and a string of pulses **5634** is created. This string of pulses **5634** causes a switch **5636** to open and close. One terminal of switch **5636** is connected to ground **5638**, and the other terminal is connected through a resistor **5647** to a bias/reference signal **5646**. In the FM and PM modulation modes, bias/reference signal **5646** is referred to as a bias signal **5646**, and it is substantially non-varying. In the AM modulation mode, an information signal **5650** may be combined with the bias signal to create what is referred to as the reference signal **5646**. The reference signal **5646** is a function of the infor-

mation signal **5650**. It is well known to those skilled in the relevant art(s) that the information signal **5650** may be used as the bias/reference signal **5646** directly without being summed with a bias signal. A harmonically rich signal **5652** is generated and is filtered by a "high Q" filter **5640**, thereby producing a desired signal **5654**. The desired signal **5654** is amplified by amplifier **5642** and routed to transmission module **5644**. The output of transmission module **5644** is transmission signal **5656**. Transmission signal **5656** is routed to duplexer **5604** and then transmitted by antenna **5602**. This transmitter portion of the transceiver can operate independently from the receiver portion of the transceiver.

Thus, as described above, the transceiver embodiment the present invention as shown in FIG. **56** can perform full-duplex communications in all modulation modes.

6.2.4 Other Embodiments and Implementations.

Other embodiments and implementations of the receiver/transmitter of the present invention would be apparent to one skilled in the relevant art(s) based on the discussion herein.

The embodiments and implementations described above are provided for purposes of illustration. These embodiments and implementations are not intended to limit the invention. Alternatives, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments and implementations fall within the scope and spirit of the present invention.

6.3 Summary Description of Down-conversion Using a Universal Frequency Translation Module.

The following discussion describes down-converting using a Universal Frequency Translation Module. The down-conversion of an EM signal by aliasing the EM signal at an aliasing rate is fully described in co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal," Attorney Docket Number 1744.0010000, the full disclosure of which is incorporated herein by reference. A relevant portion of the above mentioned patent application is summarized below to describe down-converting an input signal to produce a down-converted signal that exists at a lower frequency or a baseband signal.

FIG. **64**A illustrates an aliasing module **6400** for down-conversion using a universal frequency translation (UFT) module **6402** which down-converts an EM input signal **6404**. In particular embodiments, aliasing module **6400** includes a switch **6408** and a capacitor **6410**. The electronic alignment of the circuit components is flexible. That is, in one implementation, the switch **6408** is in series with input signal **6404** and capacitor **6410** is shunted to ground (although it may be other than ground in configurations such as differential mode). In a second implementation (see FIG. **64A-1**), the capacitor **6410** is in series with the input signal **6404** and the switch **6408** is shunted to ground (although it may be other than ground in configurations such as differential mode). Aliasing module **6400** with UFT module **6402** can be easily tailored to down-convert a wide variety of electromagnetic signals using aliasing frequencies that are well below the frequencies of the EM input signal **6404**.

In one implementation, aliasing module **6400** down-converts the input signal **6404** to an intermediate frequency (IF) signal. In another implementation, the aliasing module **6400** down-converts the input signal **6404** to a demodulated baseband signal. In yet another implementation, the input signal **6404** is a frequency modulated (FM) signal, and the aliasing module **6400** down-converts it to a non-FM signal, such as a phase modulated (PM) signal or an amplitude modulated (AM) signal. Each of the above implementations is described below.

In an embodiment, the control signal **6406** includes a train of pulses that repeat at an aliasing rate that is equal to, or less than, twice the frequency of the input signal **6404** In this embodiment, the control signal **6406** is referred to herein as an aliasing signal because it is below the Nyquist rate for the frequency of the input signal **6404**. Preferably, the frequency of control signal **6406** is much less than the input signal **6404**.

The train of pulses **6418** as shown in FIG. **64**D controls the switch **6408** to alias the input signal **6404** with the control signal **6406** to generate a down-converted output signal **6412**. More specifically, in an embodiment, switch **6408** closes on a first edge of each pulse **6420** of FIG. **64**D and opens on a second edge of each pulse. When the switch **6408** is closed, the input signal **6404** is coupled to the capacitor **6410**, and charge is transferred from the input signal to the capacitor **6410**. The charge stored during successive pulses forms down-converted output signal **6412**.

Exemplary waveforms are shown in FIGS. **64**B–**64**F.

FIG. **64**B illustrates an analog amplitude modulated (AM) carrier signal **6414** that is an example of input signal **6404**. For illustrative purposes, in FIG. **64**C, an analog AM carrier signal portion **6416** illustrates a portion of the analog AM carrier signal **6414** on an expanded time scale. The analog AM carrier signal portion **6416** illustrates the analog AM carrier signal **6414** from time $t_0$ to time $t_1$.

FIG. **64**D illustrates an exemplary aliasing signal **6418** that is an example of control signal **6406**. Aliasing signal **6418** is on approximately the same time scale as the analog AM carrier signal portion **6416**. In the example shown in FIG. **64**D, the aliasing signal **6418** includes a train of pulses **6420** having negligible apertures that tend towards zero (the invention is not limited to this embodiment, as discussed below). The pulse aperture may also be referred to as the pulse width as will be understood by those skilled in the art(s). The pulses **6420** repeat at an aliasing rate, or pulse repetition rate of aliasing signal **6418**. The aliasing rate is determined as described below, and further described in co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal," Attorney Docket Number 1744.0010000.

As noted above, the train of pulses **6420** (i.e., control signal **6406**) control the switch **6408** to alias the analog AM carrier signal **6416** (i.e., input signal **6404**) at the aliasing rate of the aliasing signal **6418**. Specifically, in this embodiment, the switch **6408** closes on a first edge of each pulse and opens on a second edge of each pulse. When the switch **6408** is closed, input signal **6404** is coupled to the capacitor **6410**, and charge is transferred from the input signal **6404** to the capacitor **6410**. The charge transferred during a pulse is referred to herein as an under-sample. Exemplary under-samples **6422** form down-converted signal portion **6424** (FIG. **64**E) that corresponds to the analog AM carrier signal portion **6416** (FIG. **64**C) and the train of pulses **6420** (FIG. **64**D). The charge stored during successive under-samples of AM carrier signal **6414** form the down-converted signal **6424** (FIG. **64**E) that is an example of down-converted output signal **6412** (FIG. **64**A). In FIG. **64**F a demodulated baseband signal **6426** represents the demodulated baseband signal **6424** after filtering on a compressed time scale. As illustrated, down-converted signal **6426** has substantially the same "amplitude envelope" as AM carrier signal **6414**. Therefore, FIGS. **64**B–**64**F illustrate down-conversion of AM carrier signal **6414**.

The waveforms shown in FIGS. **64**B–**64**F are discussed herein for illustrative purposes only, and are not limiting. Additional exemplary time domain and frequency domain drawings, and exemplary methods and systems of the invention relating thereto, are disclosed in co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal," Attorney Docket Number 1744.0010000.

The aliasing rate of control signal **6406** determines whether the input signal **6404** is down-converted to an IF signal, down-converted to a demodulated baseband signal, or down-converted from an FM signal to a PM or an AM signal. Generally, relationships between the input signal **6404**, the aliasing rate of the control signal **6406**, and the down-converted output signal **6412** are illustrated below:

(Freq. of input signal **6404**)=$n\cdot$(Freq. of control signal **6406**)±(Freq. of down-converted output signal **6412**)

For the examples contained herein, only the "+" condition will be discussed. The value of n represents a harmonic or sub-harmonic of input signal **6404** (e.g., n=0.5, 1, 2, 3, . . . ).

When the aliasing rate of control signal **6406** is off-set from the frequency of input signal **6404**, or off-set from a harmonic or sub-harmonic thereof, input signal **6404** is down-converted to an IF signal. This is because the under-sampling pulses occur at different phases of subsequent cycles of input signal **6404**. As a result, the under-samples form a lower frequency oscillating pattern. If the input signal **6404** includes lower frequency changes, such as amplitude, frequency, phase, etc., or any combination thereof, the charge stored during associated under-samples reflects the lower frequency changes, resulting in similar changes on the down-converted IF signal. For example, to down-convert a 901 MHz input signal to a 1 MHz IF signal, the frequency of the control signal **6406** would be calculated as follows:

$$(\text{Freq}_{input}-\text{Freq}_{IF})/n=\text{Freq}_{control}$$

$$(901\text{ MHz}-1\text{ MHz})/n=900/n$$

For n=0.5, 1, 2, 3, 4, etc., the frequency of the control signal **6406** would be substantially equal to 1.8 GHz, 900 MHz, 450 MHz, 300 MHz, 225 MHz, etc.

Exemplary time domain and frequency domain drawings, illustrating down-conversion of analog and digital AM, PM and FM signals to IF signal, and exemplary methods and systems thereof, are disclosed in co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal," Attorney Docket Number 1744.0010000.

Alternatively, when the aliasing rate of the control signal **6406** is substantially equal to the frequency of the input signal **6404**, or substantially equal to a harmonic or sub-harmonic thereof, input signal **6404** is directly down-converted to a demodulated baseband signal. This is because, without modulation, the under-sampling pulses occur at the same point of subsequent cycles of the input signal **6404**. As a result, the under-samples form a constant output baseband signal. If the input signal **6404** includes lower frequency changes, such as amplitude, frequency, phase, etc., or any combination thereof, the charge stored during associated under-samples reflects the lower frequency changes, resulting in similar changes on the demodulated baseband signal. For example, to directly down-convert a 900 MHz input signal to a demodulated baseband signal (i.e., zero IF), the frequency of the control signal **6406** would be calculated as follows:

$$(\text{Freq}_{input}-\text{Freq}_{IF})/n=\text{Freq}_{control}$$

$$(900\text{ MHz}-0\text{ MHz})/n=900\text{ MHz}/n$$

For n=0.5, 1, 2, 3, 4, etc., the frequency of the control signal **6406** should be substantially equal to 1.8 GHz, 900 MHz, 450 MHz, 300 MHz, 225 MHz, etc.

Exemplary time domain and frequency domain drawings, illustrating direct down-conversion of analog and digital AM and PM signals to demodulated baseband signals, and exemplary methods and systems thereof, are disclosed in the co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal," Attorney Docket Number 1744.0010000.

Alternatively, to down-convert an input FM signal to a non-FM signal, a frequency within the FM bandwidth must be down-converted to baseband (i.e., zero IF). As an example, to down-convert a frequency shift keying (FSK) signal (a sub-set of FM) to a phase shift keying (PSK) signal (a subset of PM), the mid-point between a lower frequency $F_1$ and an upper frequency $F_2$ (that is, $[(F_1+F_2)\div 2]$) of the FSK signal is down-converted to zero IF. For example, to down-convert an FSK signal having $F_1$ equal to 899 MHz and $F_2$ equal to 901 MHz, to a PSK signal, the aliasing rate of the control signal **6406** would be calculated as follows:

$$\begin{aligned}\text{Frequency of the input} &= (F_1+F_2)\div 2\\ &= (899\text{ MHz}+901\text{ MHz})\div 2\\ &= 900\text{ MHz}\end{aligned}$$

Frequency of the down-converted signal=0 (i.e., baseband)

$$(\text{Freq}_{input}-\text{Freq}_{IF})/n=\text{Freq}_{control}$$

$$(900\text{ MHz}-0\text{ MHz})/n=900\text{ MHz}/n$$

For n=0.5, 1, 2, 3, etc., the frequency of the control signal **6406** should be substantially equal to 1.8 GHz, 900 MHz, 450 MHz, 300 MHz, 225 MHz, etc. The frequency of the down-converted PSK signal is substantially equal to one half the difference between the lower frequency $F_1$ and the upper frequency $F_2$.

As another example, to down-convert a FSK signal to an amplitude shift keying (ASK) signal (a subset of AM), either the lower frequency $F_1$ or the upper frequency $F_2$ of the FSK signal is down-converted to zero IF. For example, to down-convert an FSK signal having $F_1$ equal to 900 MHz and $F_2$ equal to 901 MHz, to an ASK signal, the aliasing rate of the control signal **6406** should be substantially equal to:

$$(900\text{ MHz}-0\text{ MHz})/n=900\text{ MHz}/n,$$

or

$$(901\text{ MHz}-0\text{ MHz})/n=901\text{ MHz}/n.$$

For the former case of 900 MHz/n, and for n=0.5, 1, 2, 3, 4, etc., the frequency of the control signal **6406** should be substantially equal to 1.8 GHz, 900 MHz, 450 MHz, 300 MHz, 225 MHz, etc. For the latter case of 901 MHz/n, and for n=0.5, 1, 2, 3, 4, etc., the frequency of the control signal **6406** should be substantially equal to 1.802 GHz, 901 MHz, 450.5 MHz, 300.333 MHz, 225.25 MHz, etc. The frequency of the down-converted AM signal is substantially equal to

the difference between the lower frequency $F_1$ and the upper frequency $F_2$ (i.e., 1 MHz).

Exemplary time domain and frequency domain drawings, illustrating down-conversion of FM signals to non-FM signals, and exemplary methods and systems thereof, are disclosed in the co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal."

In an embodiment, the pulses of the control signal **6406** have negligible apertures that tend towards zero. This makes the UFT module **6402** a high input impedance device. This configuration is useful for situations where minimal disturbance of the input signal may be desired.

In another embodiment, the pulses of the control signal **6406** have non-negligible apertures that tend away from zero. This makes the UFT module **6402** a lower input impedance device. This allows the lower input impedance of the UFT module **6402** to be substantially matched with a source impedance of the input signal **6404**. This also improves the energy transfer from the input signal **6404** to the down-converted output signal **6412**, and hence the efficiency and signal to noise (s/n) ratio of UFT module **6402**.

Exemplary systems and methods for generating and optimizing the control signal **6406** and for otherwise improving energy transfer and s/n ratio, are disclosed in the co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal".

7. Designing a Transmitter According to an Embodiment of the Present Invention.

This section (including its subsections) provides a high-level description of an exemplary process to be used to design a transmitter according to an embodiment of the present invention. The techniques described herein are also applicable to designing a frequency up-converter for any application, and for designing the applications themselves. The descriptions are contained herein for illustrative purposes and are not limiting. Alternatives (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternatives fall within the scope and spirit of the present invention, and the invention is intended and adapted to include such alternative.

The discussion herein describes an exemplary process to be used to design a transmitter according to an embodiment of the present invention. An exemplary circuit for a transmitter of the present invention operating in the FM embodiment is shown in FIG. **57**A. Likewise, FIG. **57**B illustrates the transmitter of the present invention operating in the PM embodiment, and FIG. **57**C shows the transmitter of the present invention operating in the AM embodiment. These circuits have been shown in previous figures, but are presented here to facilitate the discussion of the design. As the "I/Q" embodiment of the present invention is a subset of the PM embodiment, it will not be shown in a separate figure here, since the design approach will be very similar to that for the PM embodiment.

Depending on the application and on the implementation, some of the design considerations may not apply. For example, and without limitation, in some cases it may not be necessary to optimize the pulse width or to include an amplifier.

7.1 Frequency of the Transmission Signal.

The first step in the design process is to determine the frequency of the desired transmission signal **5714**. This is typically determined by the application for which the transmitter is to be used. The present invention is for a transmitter that can be used for all frequencies within the electromagnetic (EM) spectrum. For the examples herein, the explanation will focus on the use of the transmitter in the 900 MHz to 950 MHz range. Those skilled in the relevant art(s) will recognize that the analysis contained herein may be used for any frequency or frequency range.

7.2 Characteristics of the Transmission Signal.

Once the frequency of the desired transmission signal **5714** is known, the characteristics of the signal must be determined. These characteristics include, but are not limited to, whether the transmitter will operate at a fixed frequency or over a range of frequencies, and if it is to operate over a range of frequencies, whether those frequencies are continuous or are divided into discrete "channels." If the frequency range is divided into discrete channels, the spacing between the channels must be ascertained. As an example, cordless phones operating in this frequency range may operate on discrete channels that are 50 KHz apart. That is, if the cordless phones operate in the 905 MHz to 915 MHz range (inclusive), the channels could be found at 905.000, 905.050, 905.100, . . . , 914.900, 914.950, and 915.000.

7.3 Modulation Scheme.

Another characteristic that must be ascertained is the desired modulation scheme that is to be used. As described above in sections 2.1–2.2.4, above, these modulation schemes include FM, PM, AM, etc., and any combination or subset thereof, specifically including the widely used "I/Q" subset of PM. Just as the frequency of the desired transmission signal **5714** is typically determined by the intended application, so too is the modulation scheme.

7.4 Characteristics of the Information Signal.

The characteristics of an information signal **5702** are also factors in the design of the transmitter circuit. Specifically, the bandwidth of the information signal **5702** defines the minimum frequency for an oscillating signal **5704**, **5738**, **5744** (for the FM, PM, and AM modes, respectively).

7.5 Characteristics of the Oscillating Signal.

The desired frequency of the oscillating signal **5704**, **5738**, **5744** is also a function of the frequency and characteristics of the desired transmission signal **5714**. Also, the frequency and characteristics of the desired transmission signal **5714** are factors in determining the pulse width of the pulses in a string of pulses **5706**. Note that the frequency of the oscillating signal **5704**, **5738**, **5744** is substantially the same as the frequency of the string of pulses **5706**. (An exception, which is discussed below, is when a pulse shaping circuit **5722** increases the frequency of the oscillating signal **5704**, **5738**, **5744** in a manner similar to that described above in section 4.3.2.) Note also that the frequency and pulse width of the string of pulses **5706** is substantially the same as the frequency and pulse width of a harmonically rich signal **5708**.

7.5.1 Frequency of the Oscillating Signal.

The frequency of the oscillating signal **5704**, **5738**, **5744** must be a subharmonic of the frequency of the desired transmission signal **5714**. A subharmonic is the quotient obtained by dividing the fundamental frequency, in this case the frequency of the desired transmission signal **5714**, by an integer. When describing the frequency of certain signals, reference is often made herein to a specific value. It is understood by those skilled in the relevant art(s) that this reference is to the nominal center frequency of the signal, and that the actual signal may vary in frequency above and below this nominal center frequency based on the desired

modulation technique being used in the circuit. As an example to be used herein, if the frequency of the desired transmission signal is 910 MHz, and it is to be used in an FM mode where, for example, the frequency range of the modulation is 40 KHz, the actual frequency of the signal will vary ±20 KHz around the nominal center frequency as a function of the information being transmitted. That is, the frequency of the desired transmission signal will actually range between 909.980 MHz and 910.020 MHz.

The first ten subharmonics of a 910.000 MHz signal are given below.

| harmonic | frequency |
|---|---|
| 1st | 910.000MHz |
| 2nd | 455.000 |
| 3rd | 303.333... |
| 4th | 227.500 |
| 5th | 182.000 |
| 6th | 151.666... |
| 7th | 130.000 |
| 8th | 113.750 |
| 9th | 101.111... |
| 10th | 91.000 |

The oscillating signal **5704**, **5738**, **5744** can be at any one of these frequencies or, if desired, at a lower subharmonic. For discussion herein, the 9th subharmonic will be chosen. Those skilled in the relevant art(s) will understand that the analysis herein applies regardless of which harmonic is chosen. Thus the nominal center frequency of the oscillating signal **5704**, **5738**, **5744** will be 101.1111 MHz. Recalling that in the FM mode, the frequency of the desired transmission signal **5714** is actually 910.000 MHz±0.020 MHz, it can be shown that the frequency of the oscillating signal **5704** will vary ±0.00222 MHz (i.e., from 101.10889 MHz to 101.11333 MHz). The frequency and frequency sensitivity of the oscillating signal **5704** will drive the selection or design of the voltage controlled oscillator (VCO) **5720**.

Another frequency consideration is the overall frequency range of the desired transmission signal. That is, if the transmitter is to be used in the cordless phone of the above example and will transmit on all channels between 905 MHz and 915 MHz, the VCO **5720** (for the FM mode) or the local oscillator (LO) **5734** (for the PM and AM modes) will be required to generate oscillating frequencies **5704**, **5738**, **5744** that range from 100.5556 MHz to 101.6667 MHz. (That is, the 9th subharmonic of 910 MHz±5 MHz). In some applications, such as the cellular phone, the frequencies will change automatically, based on the protocols of the overall cellular system (e.g., moving from one cell to an adjacent cell). In other applications, such as a police radio, the frequencies will change based on the user changing channels.

In some applications, different models of the same transmitter will transmit signals at different frequencies, but each model will, itself, only transmit a single frequency. A possible example of this might be remote controlled toy cars, where each toy car operates on its own frequency, but, in order for several toy cars to operate in the same area, there are several frequencies at which they could operate. Thus, the design of the VCO **5720** or LO **5734** will be such that it is able to be tuned to a set frequency when the circuit is fabricated, but the user will typically not be able to adjust the frequency.

It is well known to those skilled in the relevant art(s) that several of the criteria to be considered in the selection or design of an oscillator (VCO **5720** or LO **5734**) include, but are not limited to, the nominal center frequency of the desired transmission signal **5714**, the frequency sensitivity caused by the desired modulation scheme, the range of all possible frequencies for the desired transmission signal **5714**, and the tuning requirements for each specific application. Another important criterion is the determination of the subharmonic to be used, but unlike the criteria listed above which are dependent on the desired application, there is some flexibility in the selection of the subharmonic.

7.5.2 Pulse Width of the String of Pulses.

Once the frequency of the oscillating signal **5704**, **5738**, **5744** has been selected, the pulse width of the pulses in the stream of pulses **5706** must be determined. (See sections 4–4.3.4, above, for a discussion of harmonic enhancement and the impact the pulse-width-to-period ratio has on the relative amplitudes of the harmonics in a harmonically rich signal **5708**.) In the example used above, the 9th subharmonic was selected as the frequency of the oscillating signal **5704**, **5738**, **5744**. In other words, the frequency of the desired transmission signal will be the 9th harmonic of the oscillating signal **5704**, **5738**, **5744**. One approach in selecting the pulse width might be to focus entirely on the frequency of the oscillating signal **5704**, **5738**, **5744** and select a pulse width and observe its operation in the circuit. For the case where the harmonically rich signal **5708** has a unity amplitude, and the pulse-width-to-period ratio is 0.1, the amplitude of the 9th harmonic will be 0.0219. Looking again at Table **6000** and FIG. **58** it can be seen that the amplitude of the 9th harmonic is higher than that of the 10th harmonic (which is zero) but is less than half the amplitude of the 8th harmonic. Because the 9th harmonic does have an amplitude, this pulse-width-to-period ratio could be used with proper filtering. Typically, a different ratio might be selected to try and find a ratio that would provide a higher amplitude.

Looking at Eq. 1 in section 4.1.1, it is seen that the relative amplitude of any harmonic is a function of the number of the harmonic and the pulse-width-to-period ratio of the underlying waveform. Applying calculus of variations to the equation, the pulse-width-to-period ratio that yields the highest amplitude harmonic for any given harmonic can be determined.

From Eq. 1, where $A_n$ is the amplitude of the $n^{th}$ harmonic,

$$A_n=[A_{pulse}][(2/\pi)/n]\sin\{n\cdot\pi\cdot(\tau/T)] \quad \text{Eq. 2}$$

If the amplitude of the pulse, $A_{pulse}$, is set to unity (i.e., equal to 1), the equation becomes

$$A_n=[2/(n\cdot\pi)]\sin[n\cdot\pi\cdot(\tau/T)] \quad \text{Eq. 3}$$

From this equation, it can be seen that for any value of n (the harmonic) the amplitude of that harmonic, $A_n$, is a function of the pulse-width-to-period ratio, $\tau/T$. To determine the highest value of $A_n$ for a given value of n, the first derivative of $A_n$ with respect to $\tau/T$ is taken. This gives the following equations.

$$\delta(A_n)/\delta(\tau/T)=\delta\{[2/(n\cdot\tau)]\sin[n\cdot\pi\cdot(\tau/T)]\}/\delta(\tau/T) \quad \text{Eq. 4}$$

$$=[2/(n\cdot\pi)]\delta[\sin[n\cdot\pi\cdot(\tau/T)]/\delta(\tau/T) \quad \text{Eq. 5}$$

$$=[2/(n\cdot\pi)]\cos[n\cdot\pi\cdot(\tau/T)] \quad \text{Eq. 6}$$

From calculus of variations, it is known that when the first derivative is set equal to zero, the value of the variable that will yield a relative maximum (or minimum) can be determined.

$$\delta(A_n)/\delta(\tau/T)=0 \quad \text{Eq. 7}$$

$$[2/(n\cdot\pi)]\cos[n\cdot\pi\cdot(\tau/T)]=0 \quad \text{Eq. 8}$$

$$\cos[n\cdot\pi\cdot(\tau/T)]=0 \quad \text{Eq. 9}$$

From trigonometry, it is known that for Eq. 9 to be true,

$$n\cdot\pi\cdot(\tau/T)=\pi/2 \text{ (or } 3\pi/2,\ 5\pi/2, \text{ etc.)} \quad \text{Eq. 10}$$

$$\tau/T=(\pi/2)/(n\cdot\pi) \quad \text{Eq. 11}$$

$$\tau/T=1/(2\cdot n) \text{ (or } 3/(2\cdot n),\ 5/(2\cdot n), \text{ etc.)} \quad \text{Eq. 12}$$

The above derivation is well known to those skilled in the relevant art(s). From Eq. 12, it can be seen that if the pulse-width-to-period ratio is equal to 1/(2·n), the amplitude of the harmonic should be substantially optimum. For the case of the 9th harmonic, Eq. 12 will yield a pulse-width-to-period ratio of 1/(2·9) or 0.0556. For the amplitude of this 9th harmonic, Table **6100** of FIG. **61** shows that it is 0.0796. This is an improvement over the previous amplitude for a pulse-width-to-period ratio of 0.1. Table **6100** also shows that the 9th harmonic for this pulse-width-to-period ratio has the highest amplitude of any 9th harmonic, which bears out the derivation above. The frequency spectrum for a pulse-width-to-period ratio of 0.0556 is shown in FIG. **59**. (Note that other pulse-width-to-period ratios of 3/(2·n), 5/(2·n), etc., will have amplitudes that are equal to but not larger than this one.)

This is one approach to determining the desired pulse-width-to-period ratio. Those skilled in the relevant art(s) will understand that other techniques may also be used to select a pulse-width-to-period ratio.

7.6 Design of the Pulse Shaping Circuit.

Once the determination has been made as to the desired frequency of the oscillating signal **5704**, **5738**, **5744** and of the pulse width, the pulse shaping circuit **5722** can be designed. Looking back to sections 4–4.3.4 it can be seen that the pulse shaping circuit **5722** can not only produce a pulse of a desired pulse width, but it can also cause the frequency of the string of pulses **5706** to be higher than the frequency of the oscillating signal **5704**, **5738**, **5744**. Recall that the pulse-width-to-period ratio applies to the pulse-width-to-period ratio of the harmonically rich signal **5708** and not to the pulse-width-to-period ratio of the oscillating signal **5704**, **5738**, **5744**, and that the frequency and pulse width of the harmonically rich signal **5708** mirrors the frequency and pulse width of the string of pulses **5706**. Thus, if in the selection of the VCO **5720** or LO **5734** it was desired to choose an oscillator that is lower than that required for the selected harmonic, the pulse shaping circuit **5733** can be used to increase the frequency. Going back to the previous example, the frequency of the oscillating signal **5704**, **5738**, **5744** could be 50.5556 MHz rather than 101.1111 MHz if the pulse shaping circuit **5722** was designed such as discussed in sections 4.2.2–4.2.2.2 (shown in FIGS. **40**A–**40**D) not only to shape the pulse, but also to double the frequency. While that discussion was specifically for a square wave input, those skilled in the relevant art(s) will understand that similar techniques will apply to non-rectangular waveforms (e.g., a sinusoidal wave). This use of the pulse shaping circuit to double the frequency has a possible advantage in that it allows the design and selection of an oscillator (VCO **5720** of LO **5734**) with a lower frequency, if that is a consideration.

It should also be understood that the pulse shaping circuit **5722** is not always required. If the design or selection of the VCO **5720** or LO **5734** was such that the oscillating signal **5704**, **5738**, **5744** was a substantially rectangular wave, and that substantially rectangular wave had a pulse-width-to-period ratio that was adequate, the pulse shaping circuit **5722** could be eliminated.



7.7 Selection of the Switch.

The selection of a switch **5724** can now be made. The switch **5724** is shown in the examples of FIGS. **57**A, **57**B, and **57**C as a GaAsFET. However, it may be any switching device of any technology that can open and close "crisply" enough to accommodate the frequency and pulse width of the string of pulses **5706**.

7.8 Design of the Filter.

The design of the filter **5726** is determined by the frequency and frequency range of the desired transmission signal **5714**. As discussed above in sections 3.3.9–3.3.9.2, the term "Q" is used to describe the ratio of the center frequency of the output of the filter to the bandwidth of the "3 dB down" point. The trade offs that were made in the selection of the subharmonic to be used is a factor in designing the filter. That is, if, as an excursion to the example given above, the frequency of the desired transmission signal were again 910 MHz, but the desired subharmonic were the 50th subharmonic, then the frequency of that 50th subharmonic would be 18.2000 MHz. This means that the frequencies seen by the filter will be 18.200 MHz apart. Thus, the "Q" will need to be high enough to avoid allowing information from the adjacent frequencies being passed through. The other consideration for the "Q" of the filter is that it must not be so tight that it does not permit the usage of the entire range of desired frequencies.

7.9 Selection of an Amplifier.

An amplifier module **5728** will be needed if the signal is not large enough to be transmitted or if it is needed for some downstream application. This can occur because the amplitude of the resultant harmonic is too small. It may also occur if the filter **5726** has attenuated the signal.

7.10 Design of the Transmission Module.

A transmission module **5730**, which is optional, ensures that the output of the filter **5726** and the amplifier module **5728** is able to be transmitted. In the implementation wherein the transmitter is used to broadcast EM signals over the air, the transmission module matches the impedance of the output of the amplifier module **5728** and the input of an antenna **5732**. This techniques is well known to those skilled in the relevant art(s). If the signal is to be transmitted over a point-to-point line such as a telephone line (or a fiber optic cable) the transmission module **5730** may be a line driver (or an electrical-to-optical converter for fiber optic implementation).

What is claimed is:

**1**. An apparatus for communicating, comprising:

a first switch module that receives a first oscillating signal and a first bias signal, wherein said first oscillating signal causes said first switch module to gate said first bias signal and thereby generate a first periodic signal having a first plurality of harmonics, said first periodic signal having an amplitude that is a function of said first bias signal;

a second switch module that receives a second oscillating signal and a second bias signal, wherein said second oscillating signal causes said second switch module to gate said second bias signal and thereby generate a second periodic signal having a second plurality of harmonics, said second periodic signal having an amplitude that is a function of said second bias signal;

a summer coupled to said first switch module and to said second switch module, said summer to receive and

combine said first periodic signal and said second periodic signal, and to output a combined periodic signal having a combined plurality of harmonics; and

a filter coupled to said summer, said filter to isolate at least one of said combined plurality of harmonics.

**2**. The apparatus of claim **1**, wherein said first oscillating signal and said second oscillating signal have substantially the same frequency and are out of phase with each other by substantially 90°.

**3**. The apparatus of claim **1**, wherein

said first oscillating signal is a first modulated oscillating signal and said second oscillating signal is a second modulated oscillating signal;

said first periodic signal is modulated substantially the same as said first modulated oscillating signal, and wherein each of said first plurality of harmonics is modulated substantially the same as said first periodic signal; and

said second periodic signal is modulated substantially the same as said second modulated oscillating signal, and wherein each of said second plurality of harmonics is modulated substantially the same as said second periodic signal.

**4**. An apparatus for frequency up-conversion, comprising:

a switch module that receives an oscillating signal and a bias signal, wherein said oscillating signal causes said switch module to gate said bias signal and thereby generate a periodic signal having a plurality of harmonics, said periodic signal having an amplitude that is a function of said bias signal; and

a filter coupled to said switch module to isolate at least one of said plurality of harmonics.

**5**. The apparatus of claim **4**, wherein said oscillating signal is a modulated oscillating signal, wherein said periodic signal is modulated substantially the same as said modulated oscillating signal, and wherein each of said plurality of harmonics is modulated substantially the same as said periodic signal.

**6**. The apparatus of claim **4**, wherein said oscillating signal is a frequency modulated oscillating signal.

**7**. The apparatus of claim **4**, wherein said oscillating signal is a phase modulated oscillating signal.

**8**. The apparatus of claim **4**, wherein said oscillating signal is a modulated oscillating signal wherein said modulated oscillating signal is a function of a first information signal, and wherein said bias signal is a function of a second information signal.

**9**. A method of communicating, comprising the steps of:

(1) accepting a modulated oscillating signal;

(2) gating a bias signal at a rate that is a function of said modulated oscillating signal to create a periodic signal having a plurality of harmonics, said periodic signal having an amplitude that is a function of said bias signal, said periodic signal being modulated substantially the same as said modulated oscillating signal, and each of said harmonics being modulated substantially the same as said modulated oscillating signal, at least one of said plurality of harmonics being a desired harmonic at a desired frequency.

**10**. The method of claim **9**, further comprising the step of:

(3) isolating said desired harmonic.

**11**. The method of claim **9**, wherein step (1) further comprises:

shaping said modulated oscillating signal to create a string of pulses; and step (2) comprises

gating a bias signal at a rate that is a function of said string of pulses to create a periodic signal having a plurality of harmonics, at least one of said plurality of harmonics being a desired harmonic.

**12**. A method of communicating, comprising the steps of:

(1) gating a reference signal at a rate that is a function of a modulated oscillating signal to create a periodic signal having a plurality of harmonics, said modulated oscillating signal being a function of a first information signal and said reference signal being a function of a second information signal, said periodic signal having an amplitude that is a function of said reference signal, and at least one of said plurality of harmonics being a desired harmonic; and

(2) outputting said periodic signal.

**13**. The method of claim **12**, further comprising the step of:

(3) isolating said desired harmonic from said periodic signal.

**14**. The method of claim **12**, wherein step (1) comprises:

(a) shaping a modulated oscillating signal to create a string of pulses, and

(b) gating a reference signal with said string of pulses.

**15**. An apparatus for communicating comprising:

a transmitting subsystem comprising

a modulator to accept an information signal and to output a modulated oscillating signal,

a switch to output a harmonically rich signal comprised of a plurality of harmonics, said switch controlled by a control signal, said signal being said modulated oscillating signal, said switch having a first input connected to a bias signal at a first potential and a second input connected to a second potential, said harmonically rich signal having an amplitude that is a function of said bias signal,

a filter to accept said harmonically rich signal and to output one or more desired harmonics from said plurality of harmonics; and

a receiving subsystem.

**16**. The apparatus of claim **15**, wherein said receiving subsystem is a universal frequency down-converter.

**17**. The apparatus of claim **15**, wherein said transmitting subsystem further comprises:

a pulse shaper to accept said modulated oscillating signal and to output a string of modulated pulses, and

wherein said string of modulated pulses is said control signal.

**18**. An apparatus for communicating, comprising:

a first switch module to receive a first oscillating signal and a first bias signal, wherein said first oscillating signal causes said first switch module to gate said first bias signal and thereby generate a first periodic signal having a first plurality of harmonics, said first periodic signal having an amplitude that is a function of said first bias signal, said first bias signal being a function of a first information signal;

a second switch module to receive a second oscillating signal and a second bias signal, wherein said second oscillating signal causes said second switch module to gate said second bias signal and thereby generate a second periodic signal having a second plurality of harmonics, said second periodic signal having an amplitude that is a function of said second bias signal, said second bias signal being a function of a second information signal;

a summer coupled to said first switch module and to said second switch module, said summer to receive and combine said first periodic signal and said second periodic signal, and to output a combined periodic signal having a combined plurality of harmonics; and

a filter coupled to said summer, said filter to isolate at least one of said combined plurality of harmonics.

**19**. The apparatus of claim **18**, wherein said first information signal is a first digital information signal, and said second information signal is a second digital information signal, said first digital information signal being comprised of a plurality of discrete states, and said second digital information signal being comprised of a plurality of discrete states.

**20**. The apparatus of claim **18**, wherein said first oscillating signal is a first modulated oscillating signal and said second oscillating signal is a second modulated oscillating signal.

**21**. An apparatus for frequency up-conversion, comprising:

a pulse shaping module to receive an oscillating signal and to output a shaped string of pulses that is a function of said oscillating signal;

a switch module to receive said shaped string of pulses and a bias signal, wherein said shaped string of pulses causes said switch module to gate said bias signal and thereby generate a periodic signal having a plurality of harmonics, said bias signal being a function of an information signal, said periodic signal having an amplitude that is a function of said bias signal; and

a filter coupled to said switch module to isolate one or more desired harmonics of said plurality of harmonics.

**22**. An apparatus for communicating comprising:

(a) a transmitting subsystem comprising:

(1) a switch module having a first input connected to a bias signal, a control input connected to a control signal, and an output generating a periodic signal, wherein said control signal is an oscillating signal, said control signal causing said switch module to gate said bias signal, said periodic signal having an amplitude that is a function of said bias signal, and said periodic signal being a harmonically rich signal comprised of a plurality of harmonics, and

(2) a filter to accept said harmonically rich signal and to output one or more desired harmonics from said plurality of harmonics; and

(b) a receiving subsystem.

**23**. The apparatus of claim **22**, wherein said transmitting subsystem further comprises:

a pulse shaper to accept said oscillating signal and to output a string of pulses, and wherein said string of pulses causes said switch module to gate said bias signal.

**24**. The apparatus of claim **22**, wherein said receiving subsystem comprises:

an aliasing module, further comprising:

(1) a universal frequency translation (UFT) module, said UFT module aliasing an electromagnetic signal according to an aliasing signal having an aliasing rate to down-convert said electromagnetic signal, and transferring energy from said electromagnetic signal at said aliasing rate;

(2) a signal generator generating said aliasing signal, said aliasing signal comprising a plurality of pulses having non-negligible apertures; and

(3) a storage device storing energy from said UFT module.

**25**. A method of communicating, comprising the steps of:

(1) shaping an oscillating signal to create a string of pulses that is a function of said oscillating signal;

(2) gating a reference signal at a rate that is a function of said string of pulses to create a periodic signal having a plurality of harmonics, said reference signal being a function of an information signal, and at least one of said plurality of harmonics being a desired harmonic; and

(3) outputting said periodic signal, said periodic signal having an amplitude that is a function of said reference signal.

**26**. The method of claim **25**, further comprising the step of:

(4) isolating said desired harmonic from said periodic signal.

**27**. The apparatus of claim **1**, further comprising:

a first pulse shaping module connected to said first switch module, said first pulse shaping module accepting said first oscillating signal and outputting a first shaped oscillating signal, wherein said first shaped oscillating signal causes said first switch module to gate said first bias signal;

a second pulse shaping module connected to said second switch module, said second pulse shaping module accepting said second oscillating signal and outputting a second shaped oscillating signal, wherein said second shaped oscillating signal causes said second switch module to gate said second bias signal.

**28**. The apparatus of claim **27**, wherein one of said first plurality of harmonics of said first periodic signal is a first desired harmonic, one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, and one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control pulse width, said first desired harmonic has a first desired period, the ratio of said first control pulse width to said first desired period is a first shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first shaping ratio is substantially equal to or less than one-half of "m(1)", where "m(1)" is any integer; and

said second shaped oscillating signal has a second control pulse width, said second desired harmonic has a second desired period, the ratio of said second control pulse width to said second desired period is a second shaping ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is substantially equal to or less than one-half of "m(2)", where "m(2)" is any integer.

**29**. The apparatus of claim **28**, wherein said first shaping ratio is substantially equal to or less than 0.5.

**30**. The apparatus of claim **28**, wherein said second shaping ratio is substantially equal to or less than 0.5.

**31**. The apparatus of claim **28**, wherein said second shaping ratio is substantially equal to said first shaping ratio.

**32**. The apparatus of claim **28**, wherein said first shaping ratio is greater than 0.5.

**33**. The apparatus of claim **28**, wherein said second shaping ratio is greater than 0.5.

**34**. The apparatus of claim **27**, wherein one of said first plurality of harmonics of said first periodic signal is a desired harmonic, wherein:

said first shaped oscillating signal has a control pulse width, said desired harmonic has a desired period, the ratio of said control pulse width to said desired period is a shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m(1)", where "m(1)" is any integer.

**35**. The apparatus of claim **34**, wherein said shaping ratio is substantially equal to or less than 0.5.

**36**. The apparatus of claim **35**, wherein one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, wherein:

said second shaped oscillating signal has a second control pulse width, said second desired harmonic has a second desired period, the ratio of said second control pulse width to said second desired period is a second shaping ratio;

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is substantially equal to or less than one-half of "m(2)", where "m(2)" is any integer; and

wherein said second desired period is substantially equal to said desired period.

**37**. The apparatus of claim **36**, wherein said second shaping ratio is substantially equal to or less than 0.5.

**38**. The apparatus of claim **27**, wherein one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control pulse width, said combined desired harmonic has a combined desired period, the ratio of said first control pulse width to said combined desired period is a first shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first shaping ratio is substantially equal to or less than one-half of "m(1)", where "m(1)" is any integer; and

said second shaped oscillating signal has a second control pulse width, the ratio of said second control pulse width to said combined desired period is a second shaping ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is substantially equal to or less than one-half of "m(2)", where "m(2)" is any integer.

**39**. The apparatus of claim **38**, wherein said first shaping ratio is substantially equal to or less than 0.5.

**40**. The apparatus of claim **38**, wherein said second shaping ratio is substantially equal to or less than 0.5.

**41**. The apparatus of claim **38**, wherein said second shaping ratio is substantially equal to said first shaping ratio.

**42**. The apparatus of claim **27**, wherein one of said first plurality of harmonics of said first periodic signal is a first desired harmonic, one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, and one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control frequency, a first control pulse width, and a first control period, said first control period being the inverse of said first control frequency, said first desired harmonic has a first desired frequency and a first desired period, said first desired period being the inverse of said first desired frequency; wherein said first desired frequency is substantially equal to "n(1)" times said first control frequency, where "n(1)" is a first desired integer, the ratio of said first control pulse width to said first control period is a first control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer;

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency, said second desired harmonic has a second desired frequency and a second desired period, said second desired period being the inverse of said second desired frequency; wherein said second desired frequency is substantially equal to "n(2)" times said second control frequency, where "n(2)" is a second desired integer, the ratio of said second control pulse width to said second control period is a second control ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer.

**43**. The apparatus of claim **42**, wherein said first control ratio is substantially equal to or less than 0.5.

**44**. The apparatus of claim **42**, wherein said second control ratio is substantially equal to or less than 0.5.

**45**. The apparatus of claim **42**, wherein said first control ratio is substantially equal to or less than 0.1.

**46**. The apparatus of claim **42**, wherein said second control ratio is substantially equal to or less than 0.1.

**47**. The apparatus of claim **42**, wherein said first control ratio is substantially equal to or less than 0.05.

**48**. The apparatus of claim **42**, wherein said second control ratio is substantially equal to or less than 0.05.

**49**. The apparatus of claim **42**, wherein said first control ratio is substantially equal to or less than 0.01.

**50**. The apparatus of claim **42**, wherein said second control ratio is substantially equal to or less than 0.01.

**51**. The apparatus of claim **42**, wherein said second control ratio is substantially equal to said first control ratio.

**52**. The apparatus of claim **42**, wherein said first control ratio is greater than 0.5.

**53**. The apparatus of claim **42**, wherein said second control ratio is greater than 0.5.

**54**. The apparatus of claim **27**, wherein one of said first plurality of harmonics of said first periodic signal is a desired harmonic, wherein:

said first shaped oscillating signal has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n(1)" times said control frequency, where "n(1)" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said control pulse width so that

said control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer.

**55**. The apparatus of claim **54**, wherein said control ratio is substantially equal to or less than 0.5.

**56**. The apparatus of claim **54**, wherein said control ratio is substantially equal to or less than 0.1.

**57**. The apparatus of claim **54**, wherein said control ratio is substantially equal to or less than 0.05.

**58**. The apparatus of claim **54**, wherein said control ratio is substantially equal to or less than 0.01.

**59**. The apparatus of claim **54**, wherein one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, wherein:

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency, said second desired harmonic has a second desired frequency and a second desired period, said second desired period being the inverse of said second desired frequency; wherein said second desired frequency is substantially equal to "n(2)" times said second control frequency, where "n(2)" is a second desired integer, the ratio of said second control pulse width to said second control period is a second control ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer; and

wherein said second desired frequency is substantially equal to said desired frequency.

**60**. The apparatus of claim **59**, wherein said second control ratio is substantially equal to or less than 0.5.

**61**. The apparatus of claim **59**, wherein said second control ratio is substantially equal to or less than 0.1.

**62**. The apparatus of claim **59**, wherein said second control ratio is substantially equal to or less than 0.05.

**63**. The apparatus of claim **59**, wherein said second control ratio is substantially equal to or less than 0.01.

**64**. The apparatus of claim **27**, wherein one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control frequency, a first control pulse width, and a first control period, said first control period being the inverse of said first control frequency, said combined desired harmonic has a combined desired frequency and a combined desired period, said combined desired period being the inverse of said combined desired frequency; wherein said combined desired frequency is substantially equal to "n(1)" times said first control frequency, where "n(1)" is a first combined desired integer, the ratio of said first control pulse width to said first control period is a first control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer;

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency; wherein said combined desired frequency is substantially equal to



"n(2)" times said second control frequency, where "n(2)" is a second combined desired integer, the ratio of said second control pulse width to said second control period is a second control ratio; and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer.

**65**. The apparatus of claim **64**, wherein said first control ratio is substantially equal to or less than 0.5.

**66**. The apparatus of claim **64**, wherein said second control ratio is substantially equal to or less than 0.5.

**67**. The apparatus of claim **64**, wherein said first control ratio is substantially equal to or less than 0.1.

**68**. The apparatus of claim **64**, wherein said second control ratio is substantially equal to or less than 0.1.

**69**. The apparatus of claim **64**, wherein said first control ratio is substantially equal to or less than 0.05.

**70**. The apparatus of claim **64**, wherein said second control ratio is substantially equal to or less than 0.05.

**71**. The apparatus of claim **64**, wherein said first control ratio is substantially equal to or less than 0.01.

**72**. The apparatus of claim **64**, wherein said second control ratio is substantially equal to or less than 0.01.

**73**. The apparatus of claim **64**, wherein said second control ratio is substantially equal to said first control ratio.

**74**. The apparatus of claim **1**, wherein said first oscillating signal is modulated with a digital information signal.

**75**. The apparatus of claim **1**, wherein said second oscillating signal is modulated with a digital information signal.

**76**. The apparatus of claim **1**, wherein said first oscillating signal is modulated with an analog information signal.

**77**. The apparatus of claim **1**, wherein said second oscillating signal is modulated with an analog information signal.

**78**. The apparatus of claim **1**, wherein said first oscillating signal is a phase modulated oscillating signal.

**79**. The apparatus of claim **1**, wherein said second oscillating signal is a phase modulated oscillating signal.

**80**. The apparatus of claim **1**, wherein said first switch module is a electromechanical device.

**81**. The apparatus of claim **1**, wherein said first switch module is a electronic device.

**82**. The apparatus of claim **81**, wherein said electronic device is a semiconductor device.

**83**. The apparatus of claim **82**, wherein said semiconductor device is a transistor.

**84**. The apparatus of claim **83**, wherein said transistor is a field effect transistor.

**85**. The apparatus of claim **84**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**86**. The apparatus of claim **84**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**87**. The apparatus of claim **1**, wherein said second switch module is a electromechanical device.

**88**. The apparatus of claim **1**, wherein said second switch module is a electronic device.

**89**. The apparatus of claim **88**, wherein said electronic device is a semiconductor device.

**90**. The apparatus of claim **89**, wherein said semiconductor device is a transistor.

**91**. The apparatus of claim **90**, wherein said transistor is a field effect transistor.

**92**. The apparatus of claim **91**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**93**. The apparatus of claim **91**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**94**. The apparatus of claim **1**, wherein said first plurality of harmonics are harmonics of the fundamental frequency of said first periodic signal and said second plurality of harmonics are harmonics of the fundamental frequency of said second periodic signal.

**95**. The apparatus of claim **1**, wherein:

said first switch module accepts a first control signal, said first control signal being a function of said first oscillating signal, wherein said first control signal causes said first switch module to gate said first bias signal, said first control signal having a first control frequency, "F(control);"

said second switch module accepts a second control signal, said second control signal being a function of said second oscillating signal, wherein said second control signal causes said second switch module to gate said second bias signal, said second control signal having a second control frequency substantially equal to said first control frequency, "F(control);"

wherein said combined periodic signal has a combined periodic signal pulse width, "PW(periodic signal, combined)," and a combined periodic signal amplitude, "A(periodic signal,combined);" wherein one of said combined plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," and a desired amplitude, "A(desired);"

whereby the ratio of "A(desired)" to "A(periodic signal, combined)" is substantially equal to:

$$\{[2\cdot F(control)]/[\pi\cdot F(desired)]\}\cdot\{\sin[\pi\cdot F(desired)\cdot PW(periodic\ signal,combined)]\}.$$

**96**. The apparatus of claim **1**, wherein:

said first switch module accepts a first control signal, said first control signal being a function of said first oscillating signal, wherein said first control signal causes said first switch module to gate said first bias signal, said first control signal having a first control frequency, said first control frequency being a gating frequency, "F(gating)," a first control period, said first control period being a gating period, "T(gating)," and a first control pulse width, "PW(control, 1)," said first control period being the inverse of said first control frequency;

said second switch module accepts a second control signal, said second control signal being a function of said second oscillating signal, wherein said second control signal causes said second switch module to gate said second bias signal, said second control signal having a second control frequency substantially equal to said gating frequency, "F(gating)," a second control period substantially equal to said gating period, "T(gating)," and a second control pulse width, "PW (control,2)," said second control period being the inverse of said second control frequency;

wherein said combined periodic signal has a combined periodic signal frequency, "F(periodic signal, combined)," a combined periodic signal period, "T(periodic signal,combined)," a combined periodic signal pulse width, "PW(periodic signal,combined)," and a combined periodic signal amplitude, "A(periodic signal,combined)," said combined periodic signal period being the inverse of said combined periodic signal frequency;

wherein one of said combined plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," a desired period, "T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said gating frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said combined periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\cdot\sin\{\pi\cdot n\cdot[PW(\text{periodic signal,combined})/T(\text{gating})]\}.$$

**97**. The apparatus of claim **1**, wherein said filter is centered at a frequency other than the frequency of said first oscillating signal or said second oscillating signal.

**98**. The apparatus of claim **1**, wherein

said first plurality of harmonics has a first harmonic content, and wherein the characteristics of said first switch module determine said first harmonic content; and

said second plurality of harmonics has a second harmonic content, and wherein the characteristics of said second switch module determine said second harmonic content.

**99**. The apparatus of claim **1**, wherein

said first oscillating signal is a first modulated oscillating signal and said second oscillating signal is a second modulated oscillating signal;

said first plurality of harmonics has a first harmonic content, and wherein the characteristics of said first switch module determine said first harmonic content;

said second plurality of harmonics has a second harmonic content, and wherein the characteristics of said second switch module determine said second harmonic content; and

said filter is centered at a frequency other than the frequency of said first oscillating signal or said second oscillating signal.

**100**. The apparatus of claim **4**, further comprising a pulse shaping module connected to said switch module, said pulse shaping module accepting said oscillating signal and outputting a shaped oscillating signal, wherein said shaped oscillating signal causes said switch module to gate said bias signal.

**101**. The apparatus of claim **100**, wherein one of said plurality of harmonics of said periodic signal is a desired harmonic, wherein:

said shaped oscillating signal has a control pulse width, said desired harmonic has a desired period, the ratio of said control pulse width to said desired period is a shaping ratio, and

said pulse shaping module shapes said oscillating signal by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

**102**. The apparatus of claim **101**, wherein said shaping ratio is substantially equal to or less than 0.5.

**103**. The apparatus of claim **101**, wherein said shaping ratio is greater than 0.5.

**104**. The apparatus of claim **100**, wherein one of said plurality of harmonics of said periodic signal is a desired harmonic, wherein:

said shaped oscillating signal has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said

desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and

said pulse shaping module shapes said oscillating signal by regulating said control pulse width so that said control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

**105**. The apparatus of claim **104**, wherein said control ratio is substantially equal to or less than 0.5.

**106**. The apparatus of claim **104**, wherein said control ratio is substantially equal to or less than 0.1.

**107**. The apparatus of claim **104**, wherein said control ratio is substantially equal to or less than 0.05.

**108**. The apparatus of claim **104**, wherein said control ratio is substantially equal to or less than 0.01.

**109**. The apparatus of claim **104**, wherein said control ratio is greater than 0.5.

**110**. The apparatus of claim **4**, wherein said oscillating signal is a digital information signal.

**111**. The apparatus of claim **4**, wherein said oscillating signal is a analog information signal.

**112**. The apparatus of claim **4**, wherein said switch module is an electromechanical device.

**113**. The apparatus of claim **4**, wherein said switch module is an electronic device.

**114**. The apparatus of claim **113**, wherein said electronic device is a semiconductor device.

**115**. The apparatus of claim **114**, wherein semiconductor device is a transistor.

**116**. The apparatus of claim **115**, wherein said transistor is a field effect transistor.

**117**. The apparatus of claim **116**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**118**. The apparatus of claim **116**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**119**. The apparatus of claim **4**, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

**120**. The apparatus of claim **4**, wherein:

said switch module accepts a control signal, said control signal being a function of said oscillating signal, wherein said control signal causes said switch module to gate said bias signal, said control signal having a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said bias signal; wherein one of said plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," and a desired amplitude, "A(desired);"

whereby the ratio of "A(desired)" to "A(periodic signal)" is substantially equal to:

$$\{[2\cdot F(\text{control})]/[\pi\cdot F(\text{desired})]\}\cdot\{\sin[\pi\cdot(\text{desired})\cdot PW(\text{periodic signal})]\}.$$

**121**. The apparatus of claim **4**, wherein:

said switch module accepts a control signal, said control signal being a function of said oscillating signal, wherein said control signal causes said switch module to gate said bias signal, said control signal having a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW(control)," said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, "F(periodic signal)," a periodic signal period, "T(periodic signal)," a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said bias signal; wherein one of said plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," a desired period, "T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\sin\{\pi\cdot n\cdot[PW(\text{periodic signal})/T(\text{control})]\}.$$



**122**. The apparatus of claim **4**, wherein said filter is centered at a frequency other than the frequency of said oscillating signal.

**123**. The apparatus of claim **4**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content.

**124**. The apparatus of claim **4**, wherein

said oscillating signal is a modulated oscillating signal;

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content; and

said filter is centered at a frequency other than the frequency of said oscillating signal.

**125**. The method of claim **11**, wherein said string of pulses has a control pulse width, wherein said desired harmonic has a desired period, wherein the ratio of the control pulse width to the desired period is a shaping ratio, and wherein said shaping step further comprises the step of:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

**126**. The method of claim **125**, wherein the regulating step comprises:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than 0.5.

**127**. The method of claim **125**, wherein said shaping ratio is greater than 0.5.

**128**. The method of claim **11**, wherein said string of pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency; wherein said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer; wherein the ratio of said control pulse width to said control period is a control ratio; and wherein said shaping step further comprises the step of:

regulating the control pulse width so that the control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

**129**. The method of claim **128**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.5.

**130**. The method of claim **128**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.1.

**131**. The method of claim **128**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.01.

**132**. The method of claim **128**, wherein said control ratio is greater than 0.5.

**133**. The method of claim **9**, wherein step (1) comprises:

accepting a modulated oscillating signal, said modulated oscillating signal being a frequency modulated oscillating signal.

**134**. The method of claim **9**, wherein step (1) comprises:

accepting a modulated oscillating signal, said modulated oscillating signal being a phase modulated oscillating signal.

**135**. The method of claim **9**, wherein step (1) comprises:

accepting a modulated oscillating signal, wherein said modulated oscillating signal is modulated with a digital information signal.

**136**. The method of claim **9**, wherein step (1) comprises:

accepting a modulated oscillating signal, wherein said modulated oscillating signal is modulated with an analog information signal.

**137**. The method of claim **9**, wherein said gating step is performed by an electromechanical device.

**138**. The method of claim **9**, wherein said gating step is performed by an electronic device.

**139**. The method of claim **138**, wherein said electronic device is a semiconductor device.

**140**. The method of claim **139**, wherein said semiconductor device is a transistor.

**141**. The method of claim **140**, wherein said transistor is a field effect transistor.

**142**. The method of claim **141**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**143**. The method of claim **141**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**144**. The method of claim **9**, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

**145**. The method of claim **9**, wherein:

said bias signal is gated at a rate that is a function of a control signal, said control signal being a function of said modulated oscillating signal, said control signal having a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW (periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said bias signal; wherein said desired harmonic has a desired frequency, "F(desired)," and a desired amplitude, "A(desired);"

whereby the ratio of "A(desired)" to "A(periodic signal)" is substantially equal to:

$$\{[2\cdot F(\text{control})]/[\pi\cdot F(\text{desired})]\}\cdot\{\sin[\pi\cdot F(\text{desired})\cdot PW(\text{periodic signal})]\}.$$

**146**. The method of claim **9**, wherein:

said bias signal is gated at a rate that is a function of a control signal, said control signal being a function of said modulated oscillating signal, said control signal having a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW (control)," said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, "F(periodic signal)," a periodic signal period, "T(periodic signal)," a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said bias signal; wherein said desired harmonic has a desired frequency, "F(desired)," a desired period, "T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\cdot\sin\{\pi\cdot n\cdot[PW(\text{periodic signal})/T(\text{control})]\}.$$

**147**. The method of claim **9**, further comprising the step of filtering said periodic signal with a filter, said filter being centered at a frequency other than the frequency of said modulated oscillating signal.

**148**. The method of claim **9**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content.

**149**. The method of claim **9**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content; and

further comprising the step of filtering said periodic signal with a filter, said filter being centered at a frequency other than the frequency of said modulated oscillating signal.

**150**. The method of claim **14**, wherein said string of pulses has a control pulse width, wherein said desired harmonic has a desired period, wherein the ratio of the control pulse width to the desired period is a shaping ratio, and wherein step (1)(a) further comprises the step of:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

**151**. The method of claim **150**, wherein the regulating step comprises:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than 0.5.

**152**. The method of claim **150**, wherein said shaping ratio is greater than 0.5.

**153**. The method of claim **14**, wherein said string of pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency; wherein said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer; wherein the ratio of said control pulse width to said control period is a control ratio; and wherein step (1)(a) further comprises the step of:

regulating the control pulse width so that the control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

**154**. The method of claim **153**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.5.

**155**. The method of claim **153**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.1.

**156**. The method of claim **153**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.05.

**157**. The method of claim **153**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.01.

**158**. The method of claim **153**, wherein said control ratio is greater than 0.5.

**159**. The method of claim **12**, wherein step (1) comprises:

gating a reference signal at a rate that is a function of a frequency modulated oscillating signal to create a periodic signal having a plurality of harmonics, said frequency modulated oscillating signal being a function of a first information signal and said reference signal being a function of a second information signal, and at least one of said plurality of harmonics being a desired harmonic.

**160**. The method of claim **12**, wherein step (1) comprises:

gating a reference signal at a rate that is a function of a phase modulated oscillating signal to create a periodic signal having a plurality of harmonics, said phase modulated oscillating signal being a function of a first information signal and said reference signal being a function of a second information signal, and at least one of said plurality of harmonics being a desired harmonic.

**161**. The method of claim **12**, wherein step (1) comprises:

gating a reference signal at a rate that is a function of a modulated oscillating signal to create a periodic signal having a plurality of harmonics, said modulated oscillating signal being a function of a first information signal, said first information signal being a digital information signal and said reference signal being a function of a second information signal, and at least one of said plurality of harmonics being a desired harmonic.

**162**. The method of claim **12**, wherein step (1) comprises:

gating a reference signal at a rate that is a function of a modulated oscillating signal to create a periodic signal having a plurality of harmonics, said modulated oscillating signal being a function of a first information signal, said first information signal being an analog information signal and said reference signal being a function of a second information signal, and at least one of said plurality of harmonics being a desired harmonic.

**163**. The method of claim **12**, wherein said gating step is performed by an electromechanical device.

**164**. The method of claim **12**, wherein said gating step is performed by an electronic device.

**165**. The method of claim **164**, wherein said electronic device is a semiconductor device.

**166**. The method of claim **165**, wherein said semiconductor device is a transistor.

**167**. The method of claim **166**, wherein said transistor is a field effect transistor.

**168**. The method of claim **167**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**169**. The method of claim **167**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**170**. The method of claim **12**, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

**171**. The method of claim **12**, wherein:

said reference signal is gated at a rate that is a function of a control signal, said control signal being a function of said modulated oscillating signal, said control signal having a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW (periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said reference signal; wherein said desired harmonic has a desired frequency, "F(desired)," and a desired amplitude, "A(desired);"

whereby the ratio of "A(desired)" to "A(periodic signal)" is substantially equal to:

$\{[2\cdot F(\text{control})]/[\pi\cdot F(\text{desired})]\}\cdot\{\sin[\pi\cdot F(\text{desired})\cdot PW(\text{periodic signal})]\}$.

**172**. The method of claim **12**, wherein:

said reference signal is gated at a rate that is a function of a control signal, said control signal being a function of said modulated oscillating signal, said control signal having a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW (control)," said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, "F(periodic signal)," a periodic signal period, "T(periodic signal)," a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said reference signal; wherein said desired harmonic has a desired frequency, "F(desired)," a desired period, "T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\cdot\sin\{\pi\cdot n\cdot[PW(\text{periodic signal})/T(\text{control})]\}.$$

**173**. The method of claim **12**, further comprising the step of filtering said periodic signal with a filter, said filter being centered at a frequency other than the frequency of said modulated oscillating signal.

**174**. The method of claim **12**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content.

**175**. The method of claim **12**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content; and

further comprising the step of filtering said periodic signal with a filter, said filter being centered at a frequency other than the frequency of said modulated oscillating signal.

**176**. The apparatus of claim **17**, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said string of modulated pulses has a control pulse width, said preferred harmonic has a preferred period, the ratio of said control pulse width to said preferred period is a shaping ratio, and

said pulse shaper shapes said string of modulated pulses by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

**177**. The apparatus of claim **176**, wherein said shaping ratio is substantially equal to or less than 0.5.

**178**. The apparatus of claim **176**, wherein said shaping ratio is greater than 0.5.

**179**. The apparatus of claim **17**, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said string of modulated pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said preferred harmonic has a preferred frequency and a preferred period, said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and

said pulse shaper shapes said string of modulated pulses by regulating said control pulse width so that said control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

**180**. The apparatus of claim **179**, wherein said control ratio is substantially equal to or less than 0.5.

**181**. The apparatus of claim **179**, wherein said control ratio is substantially equal to or less than 0.1.

**182**. The apparatus of claim **179**, wherein said control ratio is substantially equal to or less than 0.05.

**183**. The apparatus of claim **179**, wherein said control ratio is substantially equal to or less than 0.01.

**184**. The apparatus of claim **179**, wherein said control ratio is greater than 0.5.

**185**. The apparatus of claim **15**, wherein said modulated oscillating signal is a modulated digital information signal.

**186**. The apparatus of claim **15**, wherein said modulated oscillating signal is a modulated analog information signal.

**187**. The apparatus of claim **15**, wherein said modulator is a frequency modulator.

**188**. The apparatus of claim **15**, wherein said modulator is a phase modulator.

**189**. The apparatus of claim **15**, wherein said switch module is an electromechanical device.

**190**. The apparatus of claim **15**, wherein said switch module is an electronic device.

**191**. The apparatus of claim **190**, wherein said electronic device is a semiconductor device.

**192**. The apparatus of claim **191**, wherein semiconductor device is a transistor.

**193**. The apparatus of claim **192**, wherein said transistor is a field effect transistor.

**194**. The apparatus of claim **193**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**195**. The apparatus of claim **193**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**196**. The apparatus of claim **15**, wherein said plurality of harmonics are harmonics of the fundamental frequency of said harmonically rich signal.



**197**. The apparatus of claim **15**, wherein:

said switch accepts a control signal, said control signal being a function of said modulated oscillating signal, wherein said control signal causes said switch to gate said bias signal, said control signal having a control frequency, "F(control);" wherein said harmonically rich (HR) signal has an HR signal pulse width, "PW (HR signal)," and an HR signal amplitude, "A(HR signal)," said HR signal amplitude being a function of said bias signal; wherein one of said one or more harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," and a preferred amplitude, "A(preferred);"

whereby the ratio of "A(preferred)" to "A(HR signal)" is substantially equal to:

$$\{[2\cdot F(control)]/[\pi\cdot F(preferred)]\}\cdot\{\sin[\pi\cdot F(preferred)\cdot PW(HR\ signal)]\}.$$

**198**. The apparatus of claim **15**, wherein:

said switch accepts a control signal, said control signal being a function of said modulated oscillating signal, wherein said control signal causes said switch to gate said bias signal, said control signal having a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW(control)," said control period being the inverse of said control frequency; wherein said harmonically rich (HR) signal has an HR signal frequency, "F(HR signal)," an HR signal period, "T(HR signal)," an HR signal pulse width, "PW(HR signal)," and an HR signal amplitude, "A(HR signal)," said HR signal period being the inverse of said HR signal frequency and said HR signal amplitude being a function of said bias signal; wherein one of said one or more harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," a preferred period, "T(preferred)," and a preferred amplitude, "A(preferred)," said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a preferred integer, wherein the ratio of said preferred amplitude to said HR signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\cdot\sin\{\pi\cdot n\cdot[PW(HR\ signal)/T(control)]\}.$$

**199**. The apparatus of claim **15**, wherein said filter is centered at a frequency other than the frequency of said modulated oscillating signal.

**200**. The apparatus of claim **15**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch determine said harmonic content.

**201**. The apparatus of claim **15**, wherein

said harmonically rich signal has an amplitude that is a function of said bias signal.

**202**. The apparatus of claim **15**, wherein

said harmonically rich signal has an amplitude that is a function of said bias signal;

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch determine said harmonic content; and

said filter is centered at a frequency other than the frequency of said modulated oscillating signal.

**203**. The apparatus of claim **18**, further comprising:

a first pulse shaping module connected to said first switch module, said first pulse shaping module accepting said

first oscillating signal and outputting a first shaped oscillating signal;

a second pulse shaping module connected to said second switch module, said second pulse shaping module accepting said second oscillating signal and outputting a second shaped oscillating signal.

**204**. The apparatus of claim **203**, wherein one of said first plurality of harmonics of said first periodic signal is a first desired harmonic, one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, and one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control pulse width, said first desired harmonic has a first desired period, the ratio of said first control pulse width to said first desired period is a first shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first shaping ratio is substantially equal to or less than one-half of "m(1)", where "m(1)" is any integer; and

said second shaped oscillating signal has a second control pulse width, said second desired harmonic has a second desired period, the ratio of said second control pulse width to said second desired period is a second shaping ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is substantially equal to or less than one-half of "m(2)", where "m(2)" is any integer.

**205**. The apparatus of claim **204**, wherein said first shaping ratio is substantially equal to or less than 0.5.

**206**. The apparatus of claim **204**, wherein said second shaping ratio is substantially equal to or less than 0.5.

**207**. The apparatus of claim **204**, wherein said second shaping ratio is substantially equal to said first shaping ratio.

**208**. The apparatus of claim **204**, wherein said first shaping ratio is greater than 0.5.

**209**. The apparatus of claim **204**, wherein said second shaping ratio is greater than 0.5.

**210**. The apparatus of claim **203**, wherein one of said first plurality of harmonics of said first periodic signal is a desired harmonic, wherein:

said first shaped oscillating signal has a control pulse width, said desired harmonic has a desired period, the ratio of said control pulse width to said desired period is a shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m(1)", where "m(1)" is any integer.

**211**. The apparatus of claim **210**, wherein said shaping ratio is substantially equal to or less than 0.5.

**212**. The apparatus of claim **210**, wherein one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, wherein:

said second shaped oscillating signal has a second control pulse width, said second desired harmonic has a second desired period, the ratio of said second control pulse width to said second desired period is a second shaping ratio;

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is substantially equal to or less than one-half of "m(2)", where "m(2)" is any integer; and

wherein said second desired period is substantially equal to said desired period.

**213**. The apparatus of claim **212**, wherein said second shaping ratio is substantially equal to or less than 0.5.

**214**. The apparatus of claim **203**, wherein one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control pulse width, said combined desired harmonic has a combined desired period, the ratio of said first control pulse width to said combined desired period is a first shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first shaping ratio is substantially equal to or less than one-half of "m(1)", where "m(1)" is any integer; and

said second shaped oscillating signal has a second control pulse width, the ratio of said second control pulse width to said combined desired period is a second shaping ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is substantially equal to or less than one-half of "m(2)", where "m(2)" is any integer.

**215**. The apparatus of claim **214**, wherein said first shaping ratio is substantially equal to or less than 0.5.

**216**. The apparatus of claim **214**, wherein said second shaping ratio is substantially equal to or less than 0.5.

**217**. The apparatus of claim **214**, wherein said second shaping ratio is substantially equal to said first shaping ratio.

**218**. The apparatus of claim **203**, wherein one of said first plurality of harmonics of said first periodic signal is a first desired harmonic, one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, and one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control frequency, a first control pulse width, and a first control period, said first control period being the inverse of said first control frequency, said first desired harmonic has a first desired frequency and a first desired period, said first desired period being the inverse of said first desired frequency; wherein said first desired frequency is substantially equal to "n(1)" times said first control frequency, where "n(1)" is a first desired integer, the ratio of said first control pulse width to said first control period is a first control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer;

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency, said second desired harmonic has a second desired frequency and a second desired period, said second desired period being the inverse of said second desired frequency; wherein said second desired frequency is substantially equal to "n(2)" times said second control frequency, where

"n(2)" is a second desired integer, the ratio of said second control pulse width to said second control period is a second control ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer.

**219**. The apparatus of claim **218**, wherein said first control ratio is substantially equal to or less than 0.5.

**220**. The apparatus of claim **218**, wherein said second control ratio is substantially equal to or less than 0.5.

**221**. The apparatus of claim **218**, wherein said first control ratio is substantially equal to or less than 0.1.

**222**. The apparatus of claim **218**, wherein said second control ratio is substantially equal to or less than 0.1.

**223**. The apparatus of claim **218**, wherein said first control ratio is substantially equal to or less than 0.05.

**224**. The apparatus of claim **218**, wherein said second control ratio is substantially equal to or less than 0.05.

**225**. The apparatus of claim **218**, wherein said first control ratio is substantially equal to or less than 0.01.

**226**. The apparatus of claim **218**, wherein said second control ratio is substantially equal to or less than 0.01.

**227**. The apparatus of claim **218**, wherein said second control ratio is substantially equal to said first control ratio.

**228**. The apparatus of claim **218**, wherein said first control ratio is greater than 0.5.

**229**. The apparatus of claim **218**, wherein said second control ratio is greater than 0.5.

**230**. The apparatus of claim **203**, wherein one of said first plurality of harmonics of said first periodic signal is a desired harmonic, wherein:

said first shaped oscillating signal has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n(1)" times said control frequency, where "n(1)" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said control pulse width so that said control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer.

**231**. The apparatus of claim **230**, wherein said control ratio is substantially equal to or less than 0.5.

**232**. The apparatus of claim **230**, wherein said control ratio is substantially equal to or less than 0.1.

**233**. The apparatus of claim **230**, wherein said control ratio is substantially equal to or less than 0.05.

**234**. The apparatus of claim **230**, wherein said control ratio is substantially equal to or less than 0.01.

**235**. The apparatus of claim **230**, wherein one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, wherein:

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency, said second desired harmonic has a second desired frequency and a second desired period, said second desired period being the inverse of said second desired frequency; wherein said second desired frequency is substantially equal to "n(2)" times said second control frequency, where "n(2)" is a second desired integer, the ratio of said second control pulse width to said second control period is a second control ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer; and

wherein said second desired frequency is substantially equal to said desired frequency.

**236**. The apparatus of claim **235**, wherein said second control ratio is substantially equal to or less than 0.5.

**237**. The apparatus of claim **235**, wherein said second control ratio is substantially equal to or less than 0.1.

**238**. The apparatus of claim **235**, wherein said second control ratio is substantially equal to or less than 0.05.

**239**. The apparatus of claim **235**, wherein said second control ratio is substantially equal to or less than 0.01.

**240**. The apparatus of claim **203**, wherein one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control frequency, a first control pulse width, and a first control period, said first control period being the inverse of said first control frequency, said combined desired harmonic has a combined desired frequency and a combined desired period, said combined desired period being the inverse of said combined desired frequency; wherein said combined desired frequency is substantially equal to "n(1)" times said first control frequency, where "n(1)" is a first combined desired integer, the ratio of said first control pulse width to said first control period is a first control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer;

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency; wherein said combined desired frequency is substantially equal to "n(2)" times said second control frequency, where "n(2)" is a second combined desired integer, the ratio of said second control pulse width to said second control period is a second control ratio; and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer.

**241**. The apparatus of claim **240**, wherein said first control ratio is substantially equal to or less than 0.5.

**242**. The apparatus of claim **240**, wherein said second control ratio is substantially equal to or less than 0.5.

**243**. The apparatus of claim **240**, wherein said first control ratio is substantially equal to or less than 0.1.

**244**. The apparatus of claim **240**, wherein said second control ratio is substantially equal to or less than 0.1.

**245**. The apparatus of claim **240**, wherein said first control ratio is substantially equal to or less than 0.05.

**246**. The apparatus of claim **240**, wherein said second control ratio is substantially equal to or less than 0.05.

**247**. The apparatus of claim **240**, wherein said first control ratio is substantially equal to or less than 0.01.

**248**. The apparatus of claim **240**, wherein said second control ratio is substantially equal to or less than 0.01.

**249**. The apparatus of claim **240**, wherein said second control ratio is substantially equal to said first control ratio.

**250**. The apparatus of claim **18**, wherein said first switch module is an electromechanical device.

**251**. The apparatus of claim **18**, wherein said first switch module is an electronic device.

**252**. The apparatus of claim **251**, wherein said electronic device is a semiconductor device.

**253**. The apparatus of claim **252**, wherein said semiconductor device is a transistor.

**254**. The apparatus of claim **253**, wherein said transistor is a field effect transistor.

**255**. The apparatus of claim **254**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**256**. The apparatus of claim **254**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**257**. The apparatus of claim **18**, wherein said second switch module is an electromechanical device.

**258**. The apparatus of claim **18**, wherein said second switch module is an electronic device.

**259**. The apparatus of claim **258**, wherein said electronic device is a semiconductor device.

**260**. The apparatus of claim **259**, wherein said semiconductor device is a transistor.

**261**. The apparatus of claim **260**, wherein said transistor is a field effect transistor.

**262**. The apparatus of claim **261**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**263**. The apparatus of claim **261**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**264**. The apparatus of claim **18**, wherein said first plurality of harmonics are harmonics of the fundamental frequency of said first periodic signal and said second plurality of harmonics are harmonics of the fundamental frequency of said second periodic signal.

**265**. The apparatus of claim **18**, wherein:

said first switch module accepts a first control signal, said first control signal being a function of said first oscillating signal, wherein said first control signal causes said first switch module to gate said first bias signal, said first control signal having a first control frequency, "F(control);"

said second switch module accepts a second control signal, said second control signal being a function of said second oscillating signal, wherein said second control signal causes said second switch module to gate said second bias signal, said second control signal having a second control frequency substantially equal to said first control frequency, "F(control);"

wherein said combined periodic signal has a combined periodic signal pulse width, "PW(periodic signal, combined)," and a combined periodic signal amplitude, "A(periodic signal,combined);" wherein one of said combined plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," and a desired amplitude, "A(desired);"

whereby the ratio of "A(desired)" to "A(periodic signal, combined)" is substantially equal to:

$$\{[2\cdot F(\text{control})]/[\pi\cdot F(\text{desired})]\}\cdot\{\sin[\pi\cdot F(\text{desired})\cdot PW(\text{periodic signal,combined})]\}.$$

**266**. The apparatus of claim **18**, wherein:

said first switch module accepts a first control signal, said first control signal being a function of said first oscillating signal, wherein said first control signal causes said first switch module to gate said first bias signal, said first control signal having a first control frequency, said first control frequency being a gating frequency, "F(gating)," a first control period, said first control period being a gating period, "T(gating)," and a first control pulse width, "PW(control,1)," said first control period being the inverse of said first control frequency;

said second switch module accepts a second control signal, said second control signal being a function of said second oscillating signal, wherein said second control signal causes said second switch module to gate said second bias signal, said second control signal having a second control frequency substantially equal to said gating frequency, "F(gating)," a second control period substantially equal to said gating period, "T(gating)," and a second control pulse width, "PW (control,2)," said second control period being the inverse of said second control frequency;

wherein said combined periodic signal has a combined periodic signal frequency, "F(periodic signal, combined)," a combined periodic signal period, "T(periodic signal,combined)," a combined periodic signal pulse width, "PW(periodic signal,combined)," and a combined periodic signal amplitude, "A(periodic signal,combined)," said combined periodic signal period being the inverse of said combined periodic signal frequency;

wherein one of said combined plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," a desired period, "T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said gating frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said combined periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\cdot\sin\{\pi\cdot n\cdot[PW(\text{periodic signal,combined})/T(\text{gating})]\}.$$

**267**. The apparatus of claim **18**, wherein said filter is centered at a frequency other than the frequency of said first oscillating signal or said second oscillating signal.

**268**. The apparatus of claim **18**, wherein

said first plurality of harmonics has a first harmonic content, and wherein the characteristics of said first switch module determine said first harmonic content; and

said second plurality of harmonics has a second harmonic content, and wherein the characteristics of said second switch module determine said second harmonic content.

**269**. The apparatus of claim **18**, wherein

said first oscillating signal is a first modulated oscillating signal and said second oscillating signal is a second modulated oscillating signal;

said first plurality of harmonics has a first harmonic content, and wherein the characteristics of said first switch module determine said first harmonic content;

said second plurality of harmonics has a second harmonic content, and wherein the characteristics of said second switch module determine said second harmonic content; and

said filter is centered at a frequency other than the frequency of said first oscillating signal or said second oscillating signal.

**270**. The apparatus of claim **18**, wherein

said first information signal is a first digital information signal, and said second information signal is a second digital information signal, said first digital information signal being comprised of a plurality of discrete states, and said second digital information signal being comprised of a plurality of discrete states;

said first plurality of harmonics has a first harmonic content, and wherein the characteristics of said first switch module determine said first harmonic content;

said second plurality of harmonics has a second harmonic content, and wherein the characteristics of said second switch module determine said second harmonic content; and

said filter is centered at a frequency other than the frequency of said first oscillating signal or said second oscillating signal.

**271**. The apparatus of claim **21**, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said shaped string of pulses has a control pulse width, said preferred harmonic has a preferred period, the ratio of said control pulse width to said preferred period is a shaping ratio, and

said pulse shaping module shapes said shaped string of pulses by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

**272**. The apparatus of claim **271** herein said shaping ratio is substantially equal to or less than 0.5.

**273**. The apparatus of claim **271** herein said shaping ratio is greater than 0.5.

**274**. The apparatus of claim **21**, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said shaped string of pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said preferred harmonic has a preferred frequency and a preferred period, said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and

said pulse shaping module shapes said shaped string of pulses by regulating said control pulse width so that said control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

**275**. The apparatus of claim **274**, wherein said control ratio is substantially equal to or less than 0.5.

**276**. The apparatus of claim **274**, wherein said control ratio is substantially equal to or less than 0.1.

**277**. The apparatus of claim **274**, wherein said control ratio is substantially equal to or less than 0.05.

**278**. The apparatus of claim **274**, wherein said control ratio is substantially equal to or less than 0.01.

**279**. The apparatus of claim **274**, wherein said control ratio is greater than 0.5.

**280**. The apparatus of claim **21**, wherein said information signal is a digital information signal.

**281**. The apparatus of claim **21**, wherein said information signal is an analog information signal.

**282**. The apparatus of claim **21**, wherein said switch module is an electromechanical device.



**283**. The apparatus of claim **21**, wherein said switch module is an electronic device.

**284**. The apparatus of claim **283**, wherein said electronic device is a semiconductor device.

**285**. The apparatus of claim **284**, wherein said semiconductor device is a transistor.

**286**. The apparatus of claim **285**, wherein said transistor is a field effect transistor.

**287**. The apparatus of claim **286**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**288**. The apparatus of claim **286**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**289**. The apparatus of claim **21**, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

**290**. The apparatus of claim **21**, wherein:

said shaped string of pulses has a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said bias signal; wherein one of said one or more desired harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," and a preferred amplitude, "A(preferred);"

whereby the ratio of "A(preferred)" to "A(periodic signal)" is substantially equal to:

$$\{[2\cdot F(\text{control})]/[\pi\cdot F(\text{preferred})]\}\cdot\{\sin[\pi\cdot F(\text{preferred})\cdot PW(\text{periodic signal})]\}.$$

**291**. The apparatus of claim **21**, wherein:

said switch module accepts a control signal, said control signal being a function of said oscillating signal, wherein said control signal causes said switch module to gate said bias signal, said control signal having a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW(control)," said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, "F(periodic signal)," a periodic signal period, "T(periodic signal)," a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said bias signal; wherein one of said one or more desired harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," a preferred period, "T(preferred)," and a preferred amplitude, "A(preferred)," said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a preferred integer, wherein the ratio of said preferred amplitude to said periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\cdot\sin\{\pi\cdot n\cdot[PW(\text{periodic signal})/T(\text{control})]\}.$$

**292**. The apparatus of claim **21**, wherein said filter is centered at a frequency other than the frequency of said oscillating signal.

**293**. The apparatus of claim **21**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content.

**294**. The apparatus of claim **21**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content;

said filter is centered at a frequency other than the frequency of said oscillating signal; and wherein

said shaped string of pulses has a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said bias signal; wherein one of said one or more desired harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," and a preferred amplitude, "A(preferred);"

whereby the ratio of "A(preferred)" to "A(periodic signal)" is substantially equal to:

$$\{[2\cdot F(\text{control})]/[\pi\cdot F(\text{preferred})]\cdot\{\sin[n\cdot F(\text{preferred})\cdot PW(\text{periodic signal})]\}.$$

**295**. The apparatus of claim **23**, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said string of pulses has a control pulse width, said preferred harmonic has a preferred period, the ratio of said control pulse width to said preferred period is a shaping ratio, and

said pulse shaper shapes said string of pulses by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

**296**. The apparatus of claim **295**, wherein said shaping ratio is substantially equal to or less than 0.5.

**297**. The apparatus of claim **295**, wherein said shaping ratio is greater than 0.5.

**298**. The apparatus of claim **24**, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said string of pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said preferred harmonic has a preferred frequency and a preferred period, said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and

said pulse shaper shapes said string of pulses by regulating said control pulse width so that said control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

**299**. The apparatus of claim **298**, wherein said control ratio is substantially equal to or less than 0.5.

**300**. The apparatus of claim **298**, wherein said control ratio is substantially equal to or less than 0.1.

**301**. The apparatus of claim **298**, wherein said control ratio is substantially equal to or less than 0.05.

**302**. The apparatus of claim **298**, wherein said control ratio is substantially equal to or less than 0.01.

**303**. The apparatus of claim **298**, wherein said control ratio is greater than 0.5.

**304**. The apparatus of claim **22**, wherein said oscillating signal is a modulated digital information signal.

**305**. The apparatus of claim **22**, wherein said oscillating signal is a modulated analog information signal.

**306**. The apparatus of claim **22**, further comprising a frequency modulator.

**307**. The apparatus of claim **22**, further comprising a phase modulator.

**308**. The apparatus of claim **22**, wherein said switch module is an electromechanical device.

**309**. The apparatus of claim **22**, wherein said switch module is an electronic device.

**310**. The apparatus of claim **309**, wherein said electronic device is a semiconductor device.

**311**. The apparatus of claim **310**, wherein said semiconductor device is a transistor.

**312**. The apparatus of claim **311**, wherein said transistor is a field effect transistor.

**313**. The apparatus of claim **312**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**314**. The apparatus of claim **312**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**315**. The apparatus of claim **22**, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

**316**. The apparatus of claim **22**, wherein:

said control signal has a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said bias signal; wherein one of said one or more desired harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," and a preferred amplitude, "A(preferred);"

whereby the ratio of "A(preferred)" to "A(periodic signal)" is substantially equal to:

$$\{[2\cdot F(\text{control})]/[\pi\cdot F(\text{preferred})]\}\cdot\{\sin[\pi\cdot F(\text{preferred})\cdot PW(\text{periodic signal})]\}.$$

**317**. The apparatus of claim **22**, wherein:

said control signal has a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW(control)," said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, "F(periodic signal)," a periodic signal period, "T(periodic signal)," a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said bias signal; wherein one of said one or more desired harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," a preferred period, "T(preferred)," and a preferred amplitude, "A(preferred)," said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a preferred integer, wherein the ratio of said preferred amplitude to said periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\cdot\sin\{\pi\cdot n\cdot[PW(\text{periodic signal})/T(\text{control})]\}.$$

**318**. The apparatus of claim **22**, wherein said filter is centered on a frequency other than the frequency of said oscillating signal.

**319**. The apparatus of claim **22**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content.

**320**. The apparatus of claim **22**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content; and

said filter is centered on a frequency other than the frequency of said oscillating signal.

**321**. The apparatus of claim **24**, wherein said storage device is a capacitor.

**322**. The apparatus of claim **24**, wherein said storage device is an inductor.

**323**. The apparatus of claim **24**, wherein said receiving subsystem receives said electromagnetic signal via a communication medium.

**324**. The apparatus of claim **323**, wherein said communication medium comprises a wired medium.

**325**. The apparatus of claim **323**, wherein said communication medium comprises a wireless medium.

**326**. The apparatus of claim **24**, wherein said electromagnetic signal is an unmodulated signal.

**327**. The apparatus of claim **24**, wherein said electromagnetic signal is a modulated signal.

**328**. The apparatus of claim **327**, wherein said electromagnetic signal is an amplitude modulated signal.

**329**. The apparatus of claim **327**, wherein said electromagnetic signal is a frequency modulated signal.

**330**. The apparatus of claim **327**, wherein said electromagnetic signal is a phase modulated signal.

**331**. The apparatus of claim **24**, wherein:

said signal generator generates an energy transfer signal comprising a string of pulses, said string of pulses controlling opening and closing of a switch to transfer energy from said electromagnetic signal.

**332**. The apparatus of claim **24**, wherein each pulse in said string of pulses has an aperture that increases the time that said switch is closed thereby reducing an impedance of said switch.

**333**. The apparatus of claim **331**, wherein each pulse in said string of pulses has an aperture that is widened by a non-negligible amount that tends away from zero time in duration to extend the time that said switch is closed thereby of increasing energy transferred from said electromagnetic signal.

**334**. The apparatus of claim **331**, wherein said apertures of said pulses are a non-zero fraction of a period of said electromagnetic signal.

**335**. The apparatus of claim **333**, wherein said apertures of said pulses are one or more periods of said electromagnetic signal plus or minus a non-zero fraction of a period of said electromagnetic signal.

**336**. The apparatus of claim **313**, wherein energy transferred from said electromagnetic signal is sufficient to drive loads without additional buffering or amplification, including high impedance loads and low impedance loads.

**337**. The apparatus of claim **333**, wherein widening of said apertures of said pulses by a non-negligible amount that tends away from zero time in duration to extend the time that said switch is closed to increase energy transferred from said electromagnetic signal prevents substantial voltage reproduction of said electromagnetic signal during said apertures.

**338**. The apparatus of claim **331**, wherein an impedance of said switch is matched to a source impedance to increase energy transferred from said electromagnetic signal.

**339**. The apparatus of claim **331**, wherein an impedance of said switch is matched to a load impedance to increase energy transferred from said electromagnetic signal.

**340**. The apparatus of claim **24**, wherein said electromagnetic signal is connected to said switch via a resonant circuit, said resonant circuit storing energy from components of said electromagnetic signal while said switch is open, and wherein energy stored in said resonant circuit is discharged via said switch while said switch is closed, to thereby increase energy transfer from said electromagnetic signal.



**341**. The apparatus of claim **340**, wherein said resonant circuit is configured to appear as high impedance to a first range of frequencies including a frequency of said electromagnetic signal, and configured to appear as a low impedance to a second range of frequencies including a frequency of said output signal, such that passage of components of said electromagnetic signal in said first range of frequencies is impeded through said resonant circuit, and such that passage of components of said electromagnetic signal in said second range of frequencies is not so impeded through said resonant circuit.

**342**. The apparatus of claim **24**, wherein:

said signal generator generates an energy transfer signal comprising a string of pulses, said string of pulses controlling opening and closing of a switch to transfer energy from said electromagnetic signal;

each pulse in said string of pulses has an aperture that increases the time that said switch is closed for a purpose of reducing an impedance of said switch;

each pulse in said string of pulses has an aperture that is widened by a non-negligible amount that tends away from zero time in duration to extend the time that said switch is closed for a purpose of increasing energy transferred from said electromagnetic signal;

said apertures of said pulses are one of (a) or (b)

(a) a non-zero fraction of a period of said electromagnetic signal;

(b) one or more periods of said electromagnetic signal plus or minus a non-zero fraction of a period of said electromagnetic signal;

energy transferred from said electromagnetic signal is sufficient to drive loads without additional buffering or amplification, including high impedance loads and low impedance loads;

widening of said apertures of said pulses by a non-negligible amount that tends away from zero time in duration to extend the time that said switch is closed to increase energy transferred from said electromagnetic signal prevents substantial voltage reproduction of said electromagnetic signal during said apertures.

**343**. The apparatus of claim **342**, wherein an impedance of said switch is matched to a to a source impedance to increase energy transferred from said electromagnetic signal.

**344**. The apparatus of claim **342**, wherein an impedance of said switch is matched to a load impedance to increase energy transferred from said electromagnetic signal.

**345**. The apparatus of claim **342**, wherein said electromagnetic signal is connected to said switch via a resonant circuit, said resonant circuit storing energy from components of said electromagnetic signal while said switch is open, and wherein energy stored in said resonant circuit is discharged via said switch while said switch is closed, to thereby increase energy transfer from said electromagnetic signal.

**346**. The apparatus of claim **342**, wherein said resonant circuit is configured to appear as high impedance to a first range of frequencies including a frequency of said electromagnetic signal, and configured to appear as a low impedance to a second range of frequencies including a frequency of said output signal, such that passage of components of

said electromagnetic signal in said first range of frequencies is impeded through said resonant circuit, and such that passage of components of said electromagnetic signal in said second range of frequencies is not so impeded through said resonant circuit.

**347**. The apparatus of claim **24**, wherein said storage device is a capacitive device, wherein:

said capacitive device has a capacitance, a first charged state, a second charged state, and a discharge rate;

said first charged state corresponds to a charge on said capacitive device at the end of each pulse in said plurality of pulses;

said second charged state corresponds to a charge on said capacitive device at the beginning of a subsequent pulse in said plurality of pulses;

said discharge rate is a function of said capacitance of said capacitive device, said discharge rate being a rate at which said first charged state changes to said second charged state; and

a ratio of said second charged state to said first charged state is a charged ratio.

**348**. The apparatus of claim **347**, wherein said capacitance of said capacitive device is such that said discharge rate results in said charged ratio being small.

**349**. The method of claim **25**, wherein said string of pulses has a control pulse width, wherein said desired harmonic has a desired period, wherein the ratio of the control pulse width to the desired period is a shaping ratio, and wherein step (1) further comprises the step of:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than one-half of “m”, where “m” is any integer.

**350**. The method of claim **349**, wherein the regulating step comprises:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than 0.5.

**351**. The method of claim **349**, wherein said shaping ratio is greater than 0.5.

**352**. The method of claim **349**, wherein “m” is any odd integer.

**353**. The method of claim **25**, wherein said string of pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency; wherein said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to “n” times said control frequency, where “n” is a desired integer; wherein the ratio of said control pulse width to said control period is a control ratio; and wherein step (1) further comprises the step of:

regulating the control pulse width so that the control ratio is substantially equal to or less than one-half of “m” divided by “n”, where “m” is any integer.

**354**. The method of claim **353**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.5.

**355**. The method of claim **353**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.1.

**356**. The method of claim **353**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.05.



**357**. The method of claim **353**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.01.

**358**. The method of claim **353**, wherein said control ratio is greater than 0.5.

**359**. The method of claim **353**, wherein “m” is any odd integer.

**360**. The method of claim **25**, wherein step (2) comprises:

gating a reference signal at a rate that is a function of said string of pulses to create a periodic signal having a plurality of harmonics, said reference signal being a function of an analog information signal, and at least one of said plurality of harmonics being a desired harmonic.

**361**. The method of claim **25**, wherein step (2) comprises:

gating a reference signal at a rate that is a function of said string of pulses to create a periodic signal having a plurality of harmonics, said reference signal being a function of a digital information signal, and at least one of said plurality of harmonics being a desired harmonic.

**362**. The method of claim **25**, wherein said gating step is performed by an electromechanical device.

**363**. The method of claim **25**, wherein said gating step is performed by an electronic device.

**364**. The method of claim **363**, wherein said electronic device is a semiconductor device.

**365**. The method of claim **364**, wherein said semiconductor device is a transistor.

**366**. The method of claim **365**, wherein said transistor is a field effect transistor.

**367**. The method of claim **366**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**368**. The method of claim **366**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**369**. The method of claim **25**, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

**370**. The method of claim **25**, wherein:

said reference signal is gated at a rate that is a function of a control signal, said control signal having a control frequency, wherein said periodic signal has a periodic signal pulse width, “PW(periodic signal),” and a periodic signal amplitude, “A(periodic signal),” said periodic signal amplitude being a function of said reference signal; wherein said desired harmonic has a desired frequency, “F(desired),” and a desired amplitude, “A(desired);”

whereby the ratio of “A(desired)” to “A(periodic signal)” is substantially equal to:

$$\{[2\cdot F(control)]/[\pi\cdot F(desired)]\}\cdot\{\sin[\pi\cdot F(desired)\cdot PW(periodic\ signal)]\}.$$

**371**. The method of claim **25**, wherein:

said reference signal is gated at a rate that is a function of a control signal, said control signal having a control frequency, “F(control),” a control period, “T(control),” and a control pulse width, “PW(control),” said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, “F(periodic signal),” a periodic signal period, “T(periodic signal),” a periodic signal pulse width, “PW(periodic signal),” and a periodic signal amplitude, “A(periodic signal),” said periodic signal

period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said reference signal; wherein said desired harmonic has a desired frequency, "F(desired)," a desired period, "T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi \cdot n)]\cdot \sin\{\pi \cdot n\cdot [PW(\text{periodic signal})/T(\text{control})]\}.$$

**372**. The method of claim **25**, further comprising the step of filtering said periodic signal with a filter, said filter being centered at a frequency other than the frequency of said oscillating signal.

**373**. The method of claim **25**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content.

**374**. The method of claim **26**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content; and

further comprising the step of filtering said periodic signal with a filter, said filter being centered at a frequency other than the frequency of said oscillating signal.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 6,091,940 Page 1 of 2
DATED : July 18, 2000
INVENTOR(S) : Sorrells et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page,
Item [56], **References Cited**, U.S. PATENT DOCUMENTS, "3-39632" should be replaced with -- 2-39632 --.

Column 1,
Line 12, please replace "09/170,002" with -- 09/176,022 --.

Column 67,
Line 45, please replace "signal wherein" with -- signal, wherein --.

Column 68,
Line 31, please replace "said signal" with -- said control signal --.

Column 71,
Line 13, please replace "**35**" with -- **34** --.

Column 77,
Line 30, please replace "wherein semiconductor" with -- wherein said semiconductor --.
Lines 58-59, please replace "sin[π·(desired)" with -- sin[π·F(desired) --.

Column 83,
Line 56, please replace "wherein semiconductor" with -- wherein said semiconductor --.

Column 91,
Lines 31 and 33, please replace "herein" with -- wherein --.

Column 93,
Line 19, please replace "sin[n·F" with -- sin[π·F --.

Column 95,
Line 33, please replace "**24**" with -- **331** --.

Column 96,
Line 48, please replace "to a to a source" with -- to a source --.

Column 98,
Line 45, please replace "frequency, wherein" with -- frequency, F(control); wherein --.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 6,091,940
DATED : July 18, 2000
INVENTOR(S) : Sorrells et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 100,
Line 8, please replace "**26**" with -- **25** --.

Signed and Sealed this

Fourth Day of November, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

**United States Court of Appeals**
**for the Federal Circuit**

*Parkervision, Inc. v. Qualcomm Incorporated, et al.*, 2017-2012

## CERTIFICATE OF SERVICE

I, Melissa Pickett, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C., counsel for Appellant to print this document. I am an employee of Counsel Press.

On **October 20, 2017,** counsel has authorized me to electronically file the foregoing **Brief for Appellant Parkervision, Inc.** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including the following principal counsel for the other parties:

Matthew J. Brigham
Cooley LLP
3175 Hanover Street, Suite 400
Palo Alto, CA 94304
650.843.5000
mbrigham@cooley.com
*Counsel for Cross-Appellants*
*Qualcomm Atheros, Inc. and Qualcomm*
*Incorporated*

Paper copies will also be mailed to the above principal counsel at the time paper copies are sent to the Court.

Upon acceptance by the Court of the e-filed document, six paper copies will be filed with the Court within the time provided in the Court's rules.

October 20, 2017

/s/ Melissa Pickett
Counsel Press

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS AND TYPE STYLE REQUIREMENTS**

1. This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B).

__x__ The brief contains 12,790 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(a)(7)(B)(iii),or

____ The brief uses a monospaced typeface and contains ______ lines of text, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(a)(7)(B)(iii).

2. This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6).

__x__ The brief has been prepared in a proportionally spaced typeface using MS Word 2015 in a 14 point Times New Roman font or

____ The brief has been prepared in a monospaced typeface using MS Word 2015 with __ characters per inch and in ______ font.

Dated: October 20, 2017

Respectfully submitted,

*/s/ William A. Meunier*

Michael T. Renaud
William A. Meunier
Mintz Levin Cohn Ferris
Glovsky and Popeo P.C.
1 Financial Center
Boston, MA 02111

*Attorneys for Appellant ParkerVision, Inc.*